Leon Dayan, SBN 153162
Abigail V. Carter*
Ramya Ravindran*
Lane M. Shadgett*
J. Alexander Rowell*
**BREDHOFF & KAISER P.L.L.C.**
805 Fifteenth Street NW, Suite 1000
Washington, D.C. 20005
Tel. (202) 842-2600
Fax (202) 842-1888
ldayan@bredhoff.com
acarter@bredhoff.com
rravindran@bredhoff.com
lshadgett@bredhoff.com
arowell@bredhoff.com
*Application *pro hac vice* pending

Daniel Feinberg, SBN 135983
Catha Worthman, SBN 230399
Anne Weis, SBN 336480
**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel. (510) 269-7998
Fax (510) 269-7994
dan@feinbergjackson.com
catha@feinbergjackson.com
anne@feinbergjackson.com

*Attorneys for Plaintiffs* (Additional Counsel not listed)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-03070-JD<br><br>**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

Plaintiffs' application for a temporary restraining order and order to show cause why a preliminary injunction should not issue came before this Court for consideration on _____, 2025. Upon consideration of Plaintiffs' motion for a temporary restraining order, accompanying memorandum of points and authorities, and declarations, it is hereby

**ORDERED** that the motion is **GRANTED.** It is further

**ORDERED** that Agency Defendants and Agency Head Defendants and their agents and successors are enjoined from implementing or otherwise giving effect to the March 27 Executive Order entitled "Exclusions From Federal Labor-Management Relations Programs," ("Exclusion Order") including, without limitation, by:

(1) Refusing to recognize as exclusive representatives of bargaining unit employees unions who were certified exclusive representatives prior to the Exclusion Order;

(2) Terminating or otherwise treating as ineffective collective bargaining agreements (CBAs) that were in effect prior to the Exclusion Order's issuance;

(3) Suspending or terminating voluntary payroll dues deductions for union members or refusing to process dues deduction requests pursuant to 5 U.S.C. § 7115;

(4) Eliminating the use of official time as set forth in Chapter 71 of Title 5 and binding CBAs and reassigning employees who performed official time pursuant to Section 6(a) of the Exclusion Order;

(5) Refusing to participate in proceedings before the Federal Labor Relations Authority; and

(6) Terminating or otherwise refusing to participate in grievance and arbitration procedures set forth in CBAs that were in effect prior to the Exclusion Order's issuance. It is further

**ORDERED** that the Secretary of Transportation is enjoined from issuing orders excluding subdivisions of the Department of Transportation pursuant to Section 5 of the Exclusion Order. It is further

**ORDERED** that Defendant agency heads are enjoined from submitting reports

identifying additional subdivisions to be excluded from Chapter 71 pursuant to Section 7 of the Exclusion Order. It is further

**ORDERED** that Defendants are directed to rescind any and all guidance or direction that has already issued that relates to implementing or enforcing the Exclusion Order, including the March 27 Memorandum from Charles Ezell to Heads and Acting Heads of Departments and Agencies entitled "Guidance on Executive Order *Exclusions from Federal Labor-Management Programs*." It is further

**ORDERED** that Defendants are directed to provide written notice of this Order to all exclusive representatives and bargaining unit employees affected by the Exclusion Order. It is further

**ORDERED** that Defendants shall file a status report within three days of the entry of this order, apprising the Court of the status of their compliance with this Order, including by providing a copy of the written notice described above. It is further

**ORDERED** that the parties shall meet and confer and file a joint status report proposing a preliminary injunction briefing schedule within three days of the entry of this Order. It is further

**IT IS SO ORDERED.**

Dated:_____, 2025

_____
The Honorable James Donato
UNITED STATES DISTRICT COURT JUDGE