Leon Dayan, SBN 153162
Abigail V. Carter*
Ramya Ravindran*
Lane M. Shadgett*
J. Alexander Rowell*
**BREDHOFF & KAISER P.L.L.C.**
805 Fifteenth Street NW, Suite 1000
Washington, D.C. 20005
Tel. (202) 842-2600
Fax (202) 842-1888
ldayan@bredhoff.com
acarter@bredhoff.com
rravindran@bredhoff.com
lshadgett@bredhoff.com
arowell@bredhoff.com
*Application *pro hac vice* pending

Daniel Feinberg, SBN 135983
Catha Worthman, SBN 230399
Anne Weis, SBN 336480
**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel. (510) 269-7998
Fax (510) 269-7994
dan@feinbergjackson.com
catha@feinbergjackson.com
anne@feinbergjackson.com

*Attorneys for Plaintiffs* (Additional Counsel not listed)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*, | Case No. 3:25-cv-03070-JD |
| Plaintiffs, | **INDEX OF DECLARATIONS** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | |
| Defendants. | |

Index of Declarations
Case No. 3:25-cv-03070-JD

**INDEX OF DECLARATIONS**

| |
|---|
| Declaration of Edward Abounader |
| Declaration of Charles Barclay |
| Declaration of Kory Blake |
| Declaration of Michael Lucas Braden |
| Declaration of Eric Bunn Sr. (exhibits attached) |
| Declaration of Mary-Jean Burke |
| Declaration of Ayanna Ashaki A. Cameron |
| Declaration of Christina Comeau |
| Declaration of Frances Doe |
| Declaration of Randy Erwin |
| Declaration of Sharda Fornnarino |
| Declaration of Franklyn Fragomene |
| Declaration of John Garvey |
| Declaration of Anna Green |
| Declaration of Boyd Hinton |
| Declaration of Adam Holly (exhibits attached) |
| Declaration of Thomas Andrew Huddleston (exhibit attached) |
| Declaration of Khaalis Jackson |
| Declaration of Yolanda Jacobs |
| Declaration of Everett Kelley (exhibits attached) |
| Declaration of Kang Jin Kim |
| Declaration of Corey Lanham (exhibit attached) |
| Declaration of Margaret Lien (exhibit attached) |
| Declaration of Celeste Nelson |
| Declaration of Denise Nemeth-Green |
| Declaration of Katrise Newman |

| | |
|---|---|
| Declaration of Micah Niemeier-Walsh | |
| Declaration of Robert O'Brycki | |
| Declaration of Andrea Parker | |
| Declaration of Fanny Behar Ostrow | |
| Declaration of Marie Owens Powell | |
| Declaration of Christina Radzai | |
| Declaration of Tiffany Ricci | |
| Declaration of Ashaki Robinson | |
| Declaration of Daniel T. Ronneberg | |
| Declaration of Marlene Ruddy | |
| Declaration of Jeffrey Shapiro | |
| Declaration of Paula J. Soldner (exhibit attached) | |
| Declaration of Jesus Soriano | |
| Declaration of Lee Sutton | |
| Declaration of Walt Taylor | |
| Declaration of Troy Tingey | |
| Declaration of Elizabeth Turner-Nichols | |
| Declaration of Steven K. Ury | |
| Declaration of Brandy White | |
| Declaration of James White | |
| Declaration of Corrie Willson | |
| Attorney Declaration of Anne Weis | |