LEON DAYAN (State Bar No. 153162)
ABIGAIL V. CARTER*
RAMYA RAVINDRAN*
LANE M. SHADGETT*
J. ALEXANDER ROWELL*
**BREDHOFF & KAISER P.L.L.C.**
805 Fifteenth Street NW, Suite 1000
Washington, DC 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
ldayan@bredhoff.com
acarter@bredhoff.com
rravindran@bredhoff.com
lshadgett@bredhoff.com
arowell@bredhoff.com
*Application *pro hac vice* forthcoming

Daniel Feinberg, SBN 135983
Catha Worthman, SBN 230399
Anne Weis, SBN 336480
**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel. (510) 269-7998
Fax (510) 269-7994
dan@feinbergjackson.com
catha@feinbergjackson.com
anne@feinbergjackson.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No.: 3:25-cv-03070-JD <br><br> **DECLARATION OF EDWARD ABOUNADER** |

Declaration of Edward Abounader
Case No. 3:25-cv-03070-JD

## DECLARATION OF EDWARD ABOUNADER

I, Edward Abounader, declare as follows:

1. Iam over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a Management Analyst for the Defense Finance and Accounting Service ("DFAS" or "Union") in the Department of Defense (DOD). I have worked for DFAS for 28 years, since 1997. In my role, I reconcile various program accounts, analyze data, and provide support in planning budgets for programs across the DOD. My office essentially operates as the accounting arm of the DOD.

3. Iam the President of the American Federation of Government Employees ("AFGE") Council 171. I have been the President of the Council for 18 years. I was also the President of AFGE Local 201, one of the locals affiliated with Council 171, for 23 years

4. Council 171 represents a bargaining unit of approximately 8,000 civil servants who work for DFAS in approximately six sites across the country – Cleveland, OH, Columbus, OH, Indianapolis, IN, Rome, NY, Limestone, ME, and Washington, DC. Of these workers, Council 171 represents about 2,600 members. These employees include accountants, accounting technicians, data analysts, administrative assistants, financial planners, and payroll, logistical, and call center service employees. These bargaining unit members act as the accounting arm of the DOD and strictly provide financial services for the various departments within the Agency. On its face, the March 27, 2025, Executive Order titled "Exclusions from Federal Labor Management Relations Programs" ("Executive Order") appears to cover all of the workers in Council 171.

5. Council 171's mission is to advocate for and promote the interests of bargaining unit members in their federal employment, including working for a safe and fair workplace for all members. As the exclusive bargaining representative of these workers, the Union provides many services to all bargaining unit members. Core functions of the Union include collective bargaining with the agency to obtain and maintain a fair and reasonable collective bargaining

agreement ("CBA"); filing and negotiating grievances against the agency to enforce the terms and conditions of the CBA; pursuing arbitrations on behalf of workers to enforce the CBA; and providing other support, guidance, and resources to bargaining unit employees.

6. The Executive Order will have an immediate adverse effect on the Union's ability to provide these services to unit members and to accomplish its mission. The Executive Order will also have an immediate adverse impact on workers in the bargaining unit.

7. If the Union is no longer the exclusive bargaining representative of the unit, the Union cannot enforce the CBA against the agency. The CBA, which is effective from October 31, 2023, to October 31, 2026, provides important rights and protections to workers. For instance, the CBA:

    a. Sets terms and conditions for working hours, overtime, sick leave, holidays, and paid time off for workers in the unit.

    b. Imposes safety and health requirements to ensure the welfare of workers in their place of employment.

    c. Establishes protections for workers regarding reduction-in-force ("RIF") actions and procedures.

    d. Imposes procedures for and limitations on disciplinary and adverse actions against workers.

    e. Provides for an Employee Assistance Program for individuals who have problems associated with alcohol, drug, marital, family, legal, financial, stress, attendance, and other personal concerns.

    f. Establishes grievance and arbitration procedures for employees and the Union to resolve disputes with the agency over employment matters.

    g. Provides for official time, which allows bargaining unit employees to perform union representation activities during certain amounts of time the employee otherwise would be in a duty status, without loss of pay or charge to annual leave, and on agency property.

Without the Union to represent them and enforce the CBA, the workers will not have the benefit of those rights and protections going forward.  I understand that the agency is also likely to rescind the CBA under the Executive Order.

8. The Union's staff and activities are funded through members' voluntary dues.  If the Union can no longer receive dues under the Executive Order, the Union will not be able to continue to function or provide any of its services or protection to the members listed above.

9. Official time is critical to enable the Union to represent workers.  Union representatives need to be able to interact with management and employees during the workday.  If official time is removed, it will be very difficult for the Union to effectively represent bargaining unit members effectively.

10. The Executive Order is chilling workers' speech and activity.  I know firsthand that without the protections of the CBA and the Union, workers will be afraid to raise concerns over workplace conditions with the agency.  Additionally, because this Executive Order targets federal unions and their employees, many of my Union and DFAS colleagues are reluctant to criticize the administration for fear of further retaliation.  I believe that the Executive Order is retaliation against AFGE and its members.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed April 1, 2025, in Washington, DC.

_____
Edward Abounader

Declaration of Edward Abounader                                                                                         3
Case No. 3:25-cv-03070-JD