LEON DAYAN (State Bar No. 153162)
ABIGAIL V. CARTER*
RAMYA RAVINDRAN*
LANE M. SHADGETT*
J. ALEXANDER ROWELL*
**BREDHOFF & KAISER P.L.L.C.**
805 Fifteenth Street NW, Suite 1000
Washington, DC 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
ldayan@bredhoff.com
acarter@bredhoff.com
rravindran@bredhoff.com
lshadgett@bredhoff.com
arowell@bredhoff.com
*Application *pro hac vice* forthcoming

Daniel Feinberg, SBN 135983
Catha Worthman, SBN 230399
Anne Weis, SBN 336480
**FEINBERG, JACKSON, WORTHMAN
& WASOW, LLP**
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel. (510) 269-7998
Fax (510) 269-7994
dan@feinbergjackson.com
catha@feinbergjackson.com
anne@feinbergjackson.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No.:  3:25-cv-03070-JD |
| Plaintiffs, | **DECLARATION OF KORY BLAKE** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

Declaration of Kory Blake
Case No. 3:25-cv-03070-JD

**DECLARATION OF KORY BLAKE**

I, Kory Blake, declare the following under penalties of perjury:

1.    I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2.    I am the Area Field Services Director ("AFSD") for the Eastern Region in the Organizing and Field Services department of the American Federation of State, County and Municipal Employees, AFL-CIO ("AFSCME"). As AFSD, I am responsible for providing guidance and leadership to the efforts of the International Union and affiliates in mobilizing the membership in support of the union's programs. This includes coordinating and allocating AFSCME resources to affiliates within my assigned region, identifying AFSCME programs and services to meet the needs of affiliates, and engaging directly with council or local union leaders and members on organizing, contract and political campaigns. I am assigned to support AFSCME affiliates located in Washington, D.C., Maryland, and Virginia, including coordinating support and resources to AFSCME's federal government employee affiliates and members. I have been an AFSD for AFSCME since 2020.

3.    AFSCME is a national labor organization and unincorporated membership association headquartered at 1625 L Street N.W., Washington, D.C. 20036. AFSCME is the largest trade union of public employees in the United States, with around 1.4 million members organized into approximately 3,400 local unions, 58 councils and other affiliates, including retiree councils and chapters, in 46 states, including California, the District of Columbia, and Puerto Rico. AFSCME has approximately 185,000 members in the State of California. AFSCME, through its affiliate District Council 20 and its 18 constituent federal government local unions, as well as its affiliate United Nurses Associations of California/Union of Health Care Professionals (UNAC/UHCP), represents more than 6,000 federal civilian employees in agencies and departments across the federal government, including eight agencies and various subdivisions in the Executive Department and the Legislative Department.

4.      AFSCME organizes employees and advocates for fairness in the workplace, better wages and working conditions, excellence in public services, and prosperity and opportunity for all working families. AFSCME's core functions include providing support, guidance, and resources to our affiliates, some of which are the officially recognized exclusive representatives of federal employees in various bargaining units.

5.      Membership in AFSCME is voluntary.

6.      AFSCME's and its subordinate bodies' leadership is democratically elected by and from among its membership.

7.      AFSCME's activities and staff are funded through our members' voluntary dues, which are established by the AFSCME International Constitution and based on the percentage of hours worked for part-time or full-time members.  These membership dues are paid via a direct, automatic deduction from the member's federal government paycheck, which goes to the AFSCME affiliate representing the member first, which then in turn remits a portion of those dues to AFSCME.

8.      AFSCME members include nurses, corrections officers, childcare providers, emergency medical technicians, sanitation workers, school bus drivers, civil engineers, policy analysts, and more. Its members working for the Executive Department of the federal government work to ensure aviation safety at the Department of Transportation's (DOT) Federal Aviation Administration (FAA), criminal justice through the Department of Justice (DOJ), food safety, rural development, and facilitation of international trade for U.S. farmers through the U.S. Department of Agriculture (USDA), civic engagement through service and volunteering through AmeriCorps and the Peace Corps, providing health care at the Jerry L. Pettis Memorial Veterans' Hospital (VA) and the Naval Medical Center San Diego (DOD), and providing objective news and information about the U.S. and the world to people who lack access to objective information at Voice of America (VOA).

9.      Unlike most of AFSCME's federal government employee members who are represented by AFSCME District Council 20 and its affiliated local unions, our members who

Declaration of Kory Blake                                                                                          2
Case No. 3:25-cv-03070-JD

work for the VA and DOD are represented by the United Nurses Association of California/United Health Care Professionals, AFSCME, AFL-CIO (UNAC/UHCP). UNAC/UHCP is a labor organization and an unincorporated association headquartered at 955 Overland Ct., Suite 150, San Dimas, California 91773. UNAC/UHCP represents employees of the VA who are employed at Pettis Memorial Hospital in Loma Linda, California, and employees of DOD who are employed at the Naval Medical Center San Diego. UNAC/UHCP is an affiliate union of AFSCME and its members are members of AFSCME.

**Harm to AFSCME, its Affiliates, and its Members**

10.    The President's March 27, 2025, executive order ("EO") *Exclusions from Federal Labor-Management Relations Programs* is causing harm to AFSCME, its local councils and affiliates, and its members. The EO has upended collective bargaining protections for AFSCME's federal government employee members in certain Executive Department agencies or subdivisions. On its face, the executive order appears to exclude from collective bargaining around 2,700 AFSCME represented employees who work for DOJ, VA, and DOD. A majority of AFSCME federal Executive Branch employee members work at agencies excluded under the EO. Others may be affected by the EO's delegated authority to the DOT to issue orders excluding any subdivision, including the FAA, from Federal Service Labor-Management Relations Statute (FSLMRS) coverage, or down the road later after other agencies submit reports about which of their employees should also be excluded from coverage within thirty days.

11.    Neither AFSCME nor its affiliates received advance notice of the EO that appears to exclude many of its members. As such, AFSCME was not given a chance to rebut the EO's assertions that it is necessary to exclude union members from coverage of the FSLMRS based on "national security work."

12.    The EO attempts to end fundamental collective bargaining rights for AFSCME members in those agencies and strips them of essential rights and protections that are secured by collective bargaining agreements with employer agencies. By eliminating these rights and protections from workers, the EO will undermine AFSCME's ability to perform its mission of

Declaration of Kory Blake                                                                 3
Case No. 3:25-cv-03070-JD

advocating for better working conditions for these federal employees. Numerous AFSCME local unions, which are chartered on an individual bargaining unit basis, may cease to exist.

13.     If the EO eliminates AFSCME's ability to collect dues through payroll deductions, that will significantly reduce AFSCME's revenue and impair AFSCME's ability to organize, advise, and advocate on behalf of its members and provide support to its affiliates.

14.     The EO will also eliminate or reduce in size at least seven AFSCME bargaining units. If a union cannot secure and defend a collective bargaining agreement on behalf of its members, it has very little ability to attract members and advocate effectively for workers at a given employer. By abolishing collective bargaining agreement and representational rights at certain agencies, the EO has severely diminished AFSCME's ability to represent workers at those agencies, and these local unions may cease to exist.

15.     The EO is also negatively impacting members and affiliates in agencies not covered (or not yet covered) by the EO, as well as AFSCME members at VA and DOD who could potentially have their bargaining rights restored by the Secretary Veterans Affairs or Defense, respectively. I understand that many of those members and affiliates are reluctant to publicly voice views or opinions contrary to the Administration, because they worry that the Administration may strip them of (or failure to restore them to) their collective bargaining rights if they do so.

16.     In addition to the harms described above, the EO harms AFSCME, its affiliates, and its members in ways specific to each agency, as described below. The injuries suffered by AFSCME and its members are ongoing or imminent and will persist unless this Court intervenes.

**AFSCME Members at the Department of Justice**

17.     AFSCME has five locals that represent bargaining units in different subdivisions of the DOJ, an agency that is expressly covered by the EO without exception. The mission of the DOJ is to uphold the rule of law, to keep our country safe, and to protect civil rights. AFSCME's locals represent DOJ employees working in Office of Justice Programs, U.S. Parole Commission, Justice Management Division, Office of Community Oriented Policing Services, and some of the DOJ's Litigation Divisions. The EO strips these members working to uphold the rule of law—

Declaration of Kory Blake                                                                                    4
Case No. 3:25-cv-03070-JD

domestically—of their collective bargaining rights under the FSLMRS.

18.    AFSCME Local 2830 represents a collective bargaining unit of approximately 600 DOJ, Office of Justice Programs (OJP) employees. Local 2830 represents all full-time and regularly scheduled part-time professional and non-professional OJP employees in Washington D.C. The OJP is the DOJ's largest grant making component, and bargaining unit employees work within various departments within the subdivision, including the Bureau of Justice Assistance, Bureau of Justice Statistics, Office of Administration, Office of the Assistant Attorney General, Office of Audit Assessment and Management, Office of the Chief Information Officer, Office of the Chief Financial Officer, Office of Civil Rights, Office of Communications, Office of Juvenile Justice and Delinquency Prevention, Office for Victims of Crime, National Institute of Justice, Sex Offender Sentencing, Monitoring, Apprehending, Registering, and Tracking Office. While OJP is a DOJ component, it does not engage in intelligence, counterintelligence, investigative, or national security work as its primary function. OJP's classification is Sensitive But Unclassified (SBU).

19.    Many OJP bargaining unit employees who are Grants Management Specialists manage and support over $15 billion in open criminal and juvenile justice-related science and statistics grant programs and contracts in some capacity. Managing grants and contracts involves monitoring awards programmatically and fiscally, as well as overseeing training and technical assistance for grantees. OJP's support functions include ensuring that grantees do not violate the civil rights of program recipients, providing Information Technology (IT) support for the Justice Grants and other systems, managing human resources, overseeing public affairs, including tracking legislation and responding to inquiries, and facilities management.

20.    Other OJP bargaining unit employees include Accountants, Administrative Officers, Attorneys, Auditors, Senior Policy Advisors, Social and Physical Scientists, Social Science Research Analysts, Statisticians, Management and Program Analysts, Program Specialists, Public Affairs Specialists, Writer-Editors, Technology Advisors, Information Technology Specialists, and more. AFSCME Local 2830 represents the interests of the DOJ, OJP employees. The local's core functions include providing support, guidance, and resources to

bargaining unit employees as their officially recognized exclusive representative. As the exclusive representative for the nonsupervisory OJP employees, AFSCME Local 2830 enters into collective bargaining negotiations with the DOJ on a wide variety of terms and conditions of employment and represents bargaining unit members through the negotiated grievance process. AFSCME Local 2830 and the OJP are parties to a collective bargaining agreement ("CBA") that memorializes negotiated terms and conditions of employment, benefits, rules, a grievance procedure and other procedures of the workplace. This agreement has been effective since 2013 and automatically renews on an annual basis, unless party requests to bargain a new agreement. AFSCME Local 2830 represents and advocates for bargaining unit members in resolving workplace disputes with the OJP through informal meetings, formal meetings, the negotiated grievance procedure up to and including arbitration.

21.    AFSCME Local 2940 represents a collective bargaining unit of approximately 18 DOJ, U.S. Parole Commission employees. The mission of the Parole Commission is to promote public safety and strive for justice and fairness in the exercise of its authority to release and revoke offenders under its jurisdiction. Local 2940 represents all non-professional and non-supervisory employees of the Parole Commission in Washington, D.C. Bargaining unit members are involved in the protecting the public safety.

22.    These employees include Analysts and support staff. The Analyst recommends sanctions to be imposed for individuals on parole/supervised release to keep them compliant in the community. If the releasee continues to have non-compliance issues, Analysist ultimately recommend warrants to be issued to return them to federal custody or impose pre-release conditions to assist the releasees with a positive transition back into the community. In addition, Analysts review cases to determine if the releasee meets guideline requirements for possible early termination of their parole/ supervised release term. The support staff assist with locating witnesses, scheduling hearings, designation request to the Bureau of Prisons and issue Notice of Actions with the outcome of all hearings and actions ordered by a Parole Commissioner.

23.    AFSCME Local 2940 represents the interests of the Parole Commission employees.

The local's core functions include providing support, guidance, and resources to bargaining unit employees as their officially recognized exclusive representative. As the exclusive representative for the nonsupervisory Parole Commission employees, AFSCME Local 2940 enters into collective bargaining negotiations with the DOJ on a wide variety of terms and conditions of employment and represents bargaining unit members through the negotiated grievance process. AFSCME Local 2940 and the Parole Commission are parties to a collective bargaining agreement that memorializes negotiated terms and conditions of employment, benefits, rules, a grievance procedure and other procedures of the workplace. This agreement has been effective since 2018 and automatically renews on an annual basis unless either party requests to bargain a new agreement. AFSCME Local 2940 represents and advocates for bargaining unit members in resolving workplace disputes with the Parole Commission through informal meetings, formal meetings, the negotiated grievance procedure, up to and including arbitration.

24.    AFSCME Local 3097 represents a collective bargaining unit of approximately 9 DOJ, Justice Management Division (JMD) employees. The mission of the JMD is to provide advice and counsel to senior management officials relating to all administrative functions of the Department. Local 3097 represents all JMD professional and non-professional employees in Washington, D.C.

25.    AFSCME Local 3097 represents the interests of the JMD employees. The local's core functions include providing support, guidance, and resources to bargaining unit employees as their officially recognized exclusive representative. As the exclusive representative for the nonsupervisory JMD employees, AFSCME Local 3097 enters into collective bargaining negotiations with the DOJ on a wide variety of terms and conditions of employment and represents bargaining unit members through the negotiated grievance process. AFSCME Local 3097 and the JMD are parties to a collective bargaining agreement that memorializes negotiated terms and conditions of employment, benefits, rules, a grievance procedure and other procedures of the workplace. This agreement has been effective since 2012 and automatically renews on an annual basis, unless either party requests to bargain a new a agreement. AFSCME Local 3097 represents

and advocates for bargaining unit members in resolving workplace disputes with the JMD through informal meetings, formal meetings, the negotiated grievance procedure up to and including arbitration.

26.    AFSCME Local 3187 represents a collective bargaining unit of approximately 56 DOJ, Office of Community Oriented Policing Services (COPS) employees. COPS is the component of the DOJ responsible for advancing the practice of community policing by the nation's state, local, territorial, and tribal law enforcement agencies through information and grant resources. Bargaining unit members include Policy Analysts, Grant Management Specialists, Program Specialist, Accountants, Auditors, Social Science Analysts, Management and Program Analysts, Administrative Services Specialists, and IT Specialist. These employees develop and manage grant programs for law enforcement, including managing individual grants; monitoring and oversee grantees, including ensuring compliance with federal laws and regulations around spending of grant funds and to ensure no fraud occurs; managing the fiscal affairs of the agency, such as travel spending; and managing the IT infrastructure of the agency.

27.    AFSCME Local 3187 represents the interests of the COPS employees. The local's core functions include providing support, guidance, and resources to bargaining unit employees as their officially recognized exclusive representative. As the exclusive representative for the nonsupervisory COPS employees, AFSCME Local 3187 enters into collective bargaining negotiations with the DOJ on a wide variety of terms and conditions of employment and represents bargaining unit members through the negotiated grievance process. AFSCME Local 3187 and the COPS are parties to a collective bargaining agreement that memorializes negotiated terms and conditions of employment, benefits, rules, a grievance procedure and other procedures of the workplace. AFSCME Local 3187 represents and advocates for bargaining unit members in resolving workplace disputes with the COPS through informal meetings, formal meetings, the negotiated grievance procedure up to and including arbitration.

28.    AFSCME Local 3719 represents a collective bargaining unit of approximately 693 DOJ, Office of Solicitor General, Litigating Division employees. The local represents Professional

Administrative Support Staff (PASS) employed by the Antitrust, Civil Rights, Civil, Environment and Natural Resources, and the Tax Litigating Divisions in Washington D.C. AFSCME Local 3719 does not represent any employees in the DOJ's National Security Litigating Division. The local's bargaining unit members include Administrative Assistants, Legal Assistants, Legal Technicians, Civil Analyst, Paralegals, and Equal Opportunity Specialists. These employees provide litigation support to trial teams, investigations, testing of discriminatory practices, compliances, and all matters necessary for litigation.

29.    AFSCME Local 3719 represents the interests of the Litigating Division employees. The local's core functions include providing support, guidance, and resources to bargaining unit employees as their officially recognized exclusive representative. As the exclusive representative for the nonsupervisory Litigating Division employees, AFSCME Local 3719 enters into collective bargaining negotiations with the DOJ's Litigating Divisions on a wide variety of terms and conditions of employment and represents bargaining unit members through the negotiated grievance process. AFSCME Local 3719 and the Litigating Divisions are parties to a collective bargaining agreement that memorializes negotiated terms and conditions of employment, benefits, rules, a grievance procedure and other procedures of the workplace. This agreement has been effective since 2002 and renews on an annual basis unless either party requests to bargain a new agreement. AFSCME Local 3719 represents and advocates for bargaining unit members in resolving workplace disputes with the Litigating Division through informal meetings, formal meetings, the negotiated grievance procedure up to and including arbitration.

30.    If the DOJ employees lose their collective bargaining rights under the FSLMRS and AFSCME is no longer the exclusive representative of these employees, the Union cannot enforce the CBA in the workplace that facilitates labor-management relations and the union's mission of advocating for fairness in the workplace. AFSCME DOJ Locals' collective bargaining agreements set important terms and conditions of employment for employees. This includes establishing a negotiated grievance procedure to fairly resolve disputes between bargaining unit employees and management; setting terms and conditions for leave, hours of duty and overtime,

establishing health and safety standards; and providing commuter benefits for the use of public transportation, among many other workplace protections and benefits.

31.     Without collective bargaining rights under the FSLMRS, AFSCME DOJ bargaining unit members will lose a labor-management relations framework they have been working under, and the union will no longer be able to fulfill its representational duties to the entire bargaining unit or enforce collective bargaining agreements.

32.     If AFSCME is no longer the exclusive representative, it cannot represent all bargaining unit employees in resolving workplace disputes with the DOJ through informal meetings, formal meetings, or the negotiated grievance procedure up to and including arbitration. This will have a chilling effect on workers raising concerns over their terms and conditions of employment or about fairness in the workplace. This will lead to committed and talented federal government employees leaving the federal service because of declining terms and conditions of employment, and will impair the mission of the DOJ to provide its vital services to protect the rule of law.

**AFSCME Members at the Department of Transportation**

33.     AFSCME Local 1653 represents a bargaining unit of over 2000 non-supervisory civil servants who work for the FAA, a subordinate agency to the Department of Transportation. The FAA's mission is to provide the safest, most efficient aerospace system in the world. These employees include Aviation Safety Inspectors, Regulation Analysts, Accident Investigators, Economists, Computer Scientists, Regulation Attorneys, Enforcement Attorneys, Program Managers, Administrative Staff and Office Assistants, Operation Research Analysts, Policy Analysts, Technical Operations Specialists, Airport Inspectors, and others. Also in the bargaining unit are employees who work within the Air Traffic Organization and Aviation Safety departments at the FAA's headquarters. These bargaining unit members are highly technical policy experts who formulate FAA safety policy or provide analysis of safety data to recommend improvements to the nation aerospace operations.

34.     AFSCME Local 1653 bargaining unit employees all report to the FAA

Declaration of Kory Blake                                                                              10
Case No. 3:25-cv-03070-JD

headquarters, but some employees' duty stations are in other states including California, New Jersey, Oklahoma, Washington, Georgia, and others.

35.     AFSCME Local 1653 represents the interests of the FAA's non-supervisory civil servants. As the exclusive representative for the nonsupervisory FAA civil servants, AFSCME Local 1653 enters into collective bargaining negotiations with the FAA on a wide variety of terms and conditions of employment and represents bargaining unit members through the negotiated grievance process. AFSCME Local 1653 and the FAA are parties to a collective bargaining agreement that memorializes negotiated terms and conditions of employment, benefits, rules, a grievance procedure and other procedures of the workplace. The current agreement has a term of four years and expires on January 17, 2029.

36.     I have spoken with members of AFSCME Local 1653, and although they are not yet definitively excluded from collective bargaining rights by the EO, they fear that they will be under Section 5 of the EO, and this has made them hesitant to speak out in public against the Administration for fear that it may increase the likelihood that they lose their collective bargaining rights as a result.

**AFSCME Members at the Department of Agriculture**

37.     AFSCME has five locals that represent bargaining units in different subdivisions of the U.S. Department of Agriculture ("USDA"). These subdivisions include the USDA's Office of Operations, National Appeals Division, Rural Development, Farm Production and Conservation Business Center, Farm Service Agency, and Risk Management Agency, and the Foreign Agricultural Service. These subdivisions are not listed in Section 3 of the EO as having been already determined to have as a primary function intelligence, counterintelligence, investigative, or national security work.  I have spoken with members of each of these locals, and although they are not yet definitively excluded from collective bargaining rights by the EO, they fear that they will be eventually after the USDA submits its report under Section 7 of the EO, and this has made them hesitant to speak out in public against the Administration for fear that it may increase the likelihood that they lose their collective bargaining rights as a result.

38.    AFSCME Local 3976 represents the USDA's Foreign Agricultural Service ("FAS"), the foreign affairs arm of the USDA. Its primary mission is to open trade in other countries and assist farmers and producers in the United States to export their agricultural products abroad. In other words, FAS helps farmers and producers in the U.S. grow and thrive by opening foreign markets to American agricultural products.

39.    AFSCME Local 3976 represents a bargaining unit of approximately 400 civil servants who work for the Foreign Agricultural Service in the Washington, D.C. metropolitan area. These employees include International Economists, International Trade Specialists, Nutritionists, Trade Policy Analysts, International Science Advisors, Technical Assistance Specialists, International Market Specialists, and others.

40.    AFSCME Local 3976 represents the interests of the USDA's Foreign Agricultural Service nonsupervisory civil servants. Its core functions include providing support, guidance, and resources to bargaining unit employees as their officially recognized exclusive representative. As the exclusive representative for the nonsupervisory Foreign Agricultural Service civil servants, AFSCME Local 3976 enters into collective bargaining negotiations with the USDA on a wide variety of terms and conditions of employment and represents bargaining unit members through the negotiated grievance process. AFSCME Local 3976 and the USDA, Foreign Agricultural Service are parties to a collective bargaining agreement that memorializes negotiated terms and conditions of employment, benefits, rules, a grievance procedure and other procedures of the workplace. The current agreement has a term of five years and expires on January 8, 2030.

41.    AFSCME Local 2846 represents a collective bargaining unit of approximately 112 USDA, Office of Operations employees. The Office of Operations is an office within USDA's Departmental Administration that provides leadership, direction, and coordination, in activities at the USDA Headquarters and the George Washington Carver Center (GWCC). Local 2846 represents all professional and non-professional employees employed by Office of Operations in the Washington, D.C. metropolitan area. The Local's members mainly include Mail Clerks who process incoming and outgoing mail, distribute delivered mail, and process certified mail.

42.    AFSCME Local 2846 represents the interests of the USDA's Office of Operations employees. Its core functions include providing support, guidance, and resources to bargaining unit employees as their officially recognized exclusive representative. As the exclusive representative for the nonsupervisory employees, AFSCME Local 2846 enters into collective bargaining negotiations with the USDA on a wide variety of terms and conditions of employment and represents bargaining unit members through the negotiated grievance process. AFSCME Local 2846 and the USDA, Office of Operations are parties to a collective bargaining agreement that memorializes negotiated terms and conditions of employment, benefits, rules, a grievance procedure and other procedures of the workplace. The agreement has been effective since 2010 and rolls over on an annual basis, unless either party requests to bargain a new agreement.

43.    AFSCME Local 3020 represents a collective bargaining unit of approximately 50 USDA, Office of Hearing and Appeals (OHA) employees. The mission of the OHA is to plan, coordinate, and provide administrative support for the National Appeals Division (NAD), the Office of the Administrative Law Judges (OALJ), and the Office of the Judicial Officer (OJO). Local 3020 represents all professional and nonprofessional employees employed at OHA. AFSCME Local 3020 employees include Hearing Officers, Appeals Officers, Attorney Advisor OALJ, Legal Assistants, Administrative Support Assistants, Appeals Coordinators, Paralegal Specialists, IT Specialists, and Management Analysts.

44.    AFSCME Local 3020 represents the interests of the USDA's OHA employees. Its core functions include providing support, guidance, and resources to bargaining unit employees as their officially recognized exclusive representative. As the exclusive representative for the nonsupervisory employees, AFSCME Local 3020 enters into collective bargaining negotiations with the USDA on a wide variety of terms and conditions of employment and represents bargaining unit members through the negotiated grievance process. AFSCME Local 3020 and the USDA, OHA are parties to a collective bargaining agreement that memorializes negotiated terms and conditions of employment, benefits, rules, a grievance procedure and other procedures of the workplace. The agreement has been in place since 2019 and renews automatically on an annual

basis, unless either party requests to bargain a new agreement.

45.    AFSCME Local 3870 represents a collective bargaining unit of approximately 126 USDA, Rural Development employees. Specifically, Local 3870 represents employees at the Rural Utilities Service (RUS) and the Rural Business Cooperative Service (RBCS). At RCBS, Local 3870 represents all professional and nonprofessional employees in the Washington, D.C. Metropolitan area.

46.    The mission of RUS is to provide loans and grants to water and waste, telephone, and electric companies in rural America to improve the services offered to those communities. The mission of RBCS is to provide loans and grants to businesses in rural America. Bargaining unit employees include Financial & Business Loan Specialists and Management Analysts, Business Loan and Grant Technicians, Management Assistants, Environmental Protection Specialists, General Field Representatives, Sociologists, Loan Technicians, General Field Representatives, and others.

47.    AFSCME Local 3870 represents the interests of the USDA's RD employees. Its core functions include providing support, guidance, and resources to bargaining unit employees as their officially recognized exclusive representative. As the exclusive representative for the nonsupervisory Foreign Agricultural Service civil servants, AFSCME Local 3870 enters into collective bargaining negotiations with the USDA, RD on a wide variety of terms and conditions of employment and represents bargaining unit members through the negotiated grievance process. AFSCME Local 3870 and the USDA, RD are parties to a collective bargaining agreement that memorializes negotiated terms and conditions of employment, benefits, rules, a grievance procedure and other procedures of the workplace. The agreement has been in place since 2019 and renews automatically on an annual basis, unless either party requests to bargain a new agreement.

48.    AFSCME Local 3925 represents a collective bargaining unit of approximately 65 USDA, Farm Production and Conservation Business Center, (FPCBC) Farm Service Agency (FSA), and Risk Management Agency (RMA) employees. Local 3925 represents all professional and nonprofessional employees employed by the USDA's, FPCBC, FSA, and RMA in the

Washington, D.C. metropolitan area.

49.    AFSCME Local 3925 represents the interests of the USDA's FPCBC, FSA, and RMA employees. Its core functions include providing support, guidance, and resources to bargaining unit employees as their officially recognized exclusive representative. As the exclusive representative for the nonsupervisory civil servants, AFSCME Local 3925 enters into collective bargaining negotiations with the USDA on a wide variety of terms and conditions of employment and represents bargaining unit members through the negotiated grievance process. AFSCME Local 3925 and the USDA, RD are parties to a collective bargaining agreement that memorializes negotiated terms and conditions of employment, benefits, rules, a grievance procedure and other procedures of the workplace. The current agreement is effective for a term of four years and expires on September 16, 2028.

**AFSCME Members at AmeriCorps and Peace Corps**

50.    AFSCME Local 2027 represents a collective bargaining unit of approximately 429 AmeriCorps employees.  The collective bargaining agreement covering these workers is applicable, by its terms, to "all non-professional employees including part-time and intermittent employees." Bargaining unit members work and live all over the country, including in California, Texas, Alaska, Colorado, Mississippi, Georgia, Ohio, Delaware, among other states and Puerto Rico. These employees include Grant Management Specialists, Logistics Assistants, Data and Analytics Officers, Portfolio Managers, Training Specialists, and others. Many of Local 2027's bargaining unit members are Portfolio Managers who are out in the field managing and providing oversight to AmeriCorps programs. Others enable the work of AmeriCorps grantees within their organizations.

51.    AFSCME Local 2027 represents the interests of the AmeriCorps employees. Its core functions include providing support, guidance, and resources to bargaining unit employees as their officially recognized exclusive representative. As the exclusive representative for the nonsupervisory AmeriCorps employees, AFSCME Local 2027 enters into collective bargaining negotiations with AmeriCorps on a wide variety of terms and conditions of employment and

Declaration of Kory Blake                                                                    15
Case No. 3:25-cv-03070-JD

1    represents bargaining unit members through the negotiated grievance process. AFSCME Local

2    2027 and AmeriCorps are parties to a collective bargaining agreement that memorializes

3    negotiated terms and conditions of employment, benefits, rules, a grievance procedure and other

4    procedures of the workplace. The current agreement is effective for a term of five years and expires

5    on January 17, 2030.

6        52.    AFSCME Local 3548 represents a bargaining unit of 322 Peace Corps employees.

7    The Peace Corps mission is to promote world peace and friendship through community-based

8    development and intercultural understanding. Generally, AFSCME Local 3548 members work in

9    roles that support our mission to send volunteers abroad, such as recruitment, placement, training,

10   administrative support. These employees include Recruiters, Program Support Assistants,

11   Management and Program Analysts, IT Specialists, Volunteer Placement and Assessment

12   Specialists, Financial Management Specialists, Public Health Program Specialists, Data Analysts,

13   Public Health Analysts, and many more. AFSCME Local 3548 bargaining unit members are

14   stationed all over the U.S. in support of the Peace Corps mission of world peace.

15       53.    AFSCME Local 3548 represents the interests of Peace Corps employees. The

16   local's core functions include providing support, guidance, and resources to bargaining unit

17   employees as their officially recognized exclusive representative. As the exclusive representative

18   for Peace Corps employees, AFSCME Local 3548 enters into collective bargaining negotiations

19   with the Peace Crops on a wide variety of terms and conditions of employment and represents

20   bargaining unit members through the negotiated grievance process. AFSCME Local 3548 and the

21   Peace Corps are parties to a collective bargaining agreement that memorializes negotiated terms

22   and conditions of employment, benefits, rules, a grievance procedure and other procedures of the

23   workplace. This agreement has been effective since the 1990s and renews on an annual basis,

24   unless either party requests to bargain a new agreement.

25   **AFSCME Members at U.S. Agency for Global Media**

26       54.    AFSCME Local 1418 represents a collective bargaining unit of approximately 24

27   employees who work for U.S. Agency for Global Media USAGM, specifically at its "Voice of

28   Declaration of Kory Blake                                                          16
     Case No. 3:25-cv-03070-JD

America" (VOA) media outlet. The collective bargaining agreement covering these workers is applicable, by its terms, to "all non-supervisory Radio Broadcast Technicians employed by USAGM in the Radio Master Control" and "Radio Studios" in Washington, D.C., as well as those "assigned to the New York News Bureau" in New York City, NY. Currently, all members of the bargaining unit work in Washington, D.C. Some bargaining unit members have been in the past, and may also be periodically in the future pursuant to the collective bargaining agreement, assigned to the New York News Bureau, which mainly covers the United Nations, when the bureau there produces radio programing or audio support for television.

55. Under the collective bargaining agreement, AFSCME Local 1418 represents two types of employees: Radio Broadcast Technicians (RBT) who work in Radio Studios and RBTs who work in the Radio Master Control. These employees are generally responsible for being present at each language service live broadcast studio at the time the language service is producing a live show and engineering the live show for broadcast. These employees are responsible for engineering live broadcasts of radio programing by running the mixing console in the Radio Studios or working in the Radio Master Control. Most of the bargaining unit members work in the Radio Studios. VOA broadcasts approximately 49 live radio programs in different languages that these employees must engineer to be broadcast. Some of these programs also have video components that are setting up and running equipment for the radio broadcasts such as computer programs, audio and video files, microphones, lights, and cameras for programs with video components. Working under the direction of bilingual directors and producers who understand the language of the programing and can communicate in English with the RBTs, these employees operate the broadcast mechanics of live radio programs. RBTs are essential employees that are vital to maintaining uninterrupted broadcasting operations for VOA. For example, these employees are in the building 24 hours during snow emergencies, continued working during the entire pandemic, and must work during government shutdowns as essential staff.

56. AFSCME Local 1418 represents the interests of the VOA's Radio Broadcast Technicians. Its core functions include providing support, guidance, and resources to bargaining

unit employees as their officially recognized exclusive representative. As the exclusive representative for the nonsupervisory RBTs, AFSCME Local 1418 enters into collective bargaining negotiations with the USAGM, VOA on a wide variety of terms and conditions of employment and represents bargaining unit members through the negotiated grievance process. AFSCME Local 1418 and the USAGM, VOA are parties to a collective bargaining agreement that memorializes negotiated terms and conditions of employment, benefits, rules, a grievance procedure and other procedures of the workplace.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of April 2025 in Washington, DC.

Kory Blake

Declaration of Kory Blake
Case No. 3:25-cv-03070-JD

18