LEON DAYAN (State Bar No. 153162)
ABIGAIL V. CARTER*
RAMYA RAVINDRAN*
LANE M. SHADGETT*
J. ALEXANDER ROWELL*
**BREDHOFF & KAISER P.L.L.C.**
805 Fifteenth Street NW, Suite 1000
Washington, DC 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
ldayan@bredhoff.com
acarter@bredhoff.com
rravindran@bredhoff.com
lshadgett@bredhoff.com
arowell@bredhoff.com
*Application *pro hac vice* forthcoming

Daniel Feinberg, SBN 135983
Catha Worthman, SBN 230399
Anne Weis, SBN 336480
**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel. (510) 269-7998
Fax (510) 269-7994
dan@feinbergjackson.com
catha@feinbergjackson.com
anne@feinbergjackson.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No.: 3:25-cv-03070-JD <br><br> **DECLARATION OF ERIC BUNN SR.** |

Declaration of Eric Bunn, Sr.
Case No. 3:25-cv-03070-JD

# DECLARATION OF ERIC BUNN SR.

I, Eric Bunn Sr., declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the National Secretary-Treasurer at the American Federation of Government Employees, AFL-CIO ("AFGE"), a labor organization and unincorporated association that represents approximately 800,000 federal civilian employees through its affiliated councils and locals in every state in the United States.

3. I have been National Secretary-Treasurer at AFGE since April 2020.

4. On April 1, 2025, the AFGE Finance Department was expecting to receive dues totaling $1,119.060.03 from the National Finance Center from approximately sixty-four (64) Federal Agencies.

5. A true and correct copy of the affected Federal Agencies is attached hereto as **Exhibit 1**.

6. The AFGE Finance Department did not receive those dues from the National Finance Center on April 1, 2025.

7. I directed my staff in the AFGE Finance Department reach out via email to Wendy Banks at the National Finance Center, on April 3, 2025, to inquire as to the status of those missing dues.

8. The National Finance Center, via Wendy Banks, informed AFGE that the dues were terminated pursuant to NFC's adherence to Executive Order 14251 titled "Exclusions From Federal Labor-Management Relations Programs."

9. A true and correct copy of the email inquiry titled "Agency Dues Payment NOT Received this week – Need HELP 04.03.25" sent by AFGE Finance Department to the National Finance Center on April 3, 2025, and the response thereto from Wendy Banks, is attached hereto as **Exhibit 2**.

Declaration of Eric Bunn, Sr.                                                                                                            1
Case No. 3:25-cv-03070-JD

1 | I declare under penalty of perjury under the laws of the United States that the foregoing is
2 | true and correct. Executed April 3, 2025, in Washington, D.C.

                                               Eric Bunn

# EXHIBIT 1

| AgencyCode | Agency |
|---|---|
| AAFES | Army Air Force Exchange Service |
| ACOE | Army Corps of Engineers |
| AFMC | Air Force Material Command |
| AFRH | Armed Forces Retirement Home |
| AFSOC | Air Force Special Operation Command |
| AID | Agency for International Development |
| ANG | Air National Guard |
| APHIS | Animal and Plant Health Inspection Service |
| ARMY | Army |
| ARMYJMC | Army Joint Munitions Command |
| BLM | Bureau of Land Management |
| BOP | Bureau of Prisons |
| CDC | Center for Disease Control |
| CIS | Citizenship and Immigration Services |
| CNRSE | Command Navy Region Southeast |
| DCAA | Defense Contract Audit Agency |
| DCMA | Defense Contract Management Agency |
| DECA | Defense Commissary Agency |
| DFAS | Defense Finance Accounting Services |
| DHA | Defense Health Agency |
| DHSHQ | Department of Homeland Security HQ |
| DISA | Defense Information Systems Agency |
| DLA | Defense Logistics Agency |
| DMEDA | Defense Media Agency |
| DOD | Department of Defense |
| DODDS | Department of Defense Dependents Schools |
| DODEA | DOD Education Activity |
| DODFC | DOD Federal Contractors |
| DOE | Department of Energy |
| DOI | Department of the Interior |
| DOS | Department of State |
| DTIC | Defense Technical Information Center |
| EPA | Environmental Protection Agency |
| FDA | Food and Drug Administration |
| FEMA | Federal Emergency Management Agency |
| FISCSE | Fleet Industrial Supply Center Southeast Region |
| FSIS | Food Safety and Inspection |
| GSA | General Services Administration |
| HHS | Health and Human Services |
| ICE | Immigration and Customs Enforcement |
| ICE-PRO | Immigration and Customs Enforcement Professional Staff (Attorneys) |
| MCAS | Marine Corp Air Station |
| MEPS | Military Entrance Processing Service |

| AgencyCode | Agency |
|---|---|
| MINT | United States Mint |
| NAVFACSE | Navy Facilities Region Southeast |
| NAVY | Navy |
| NAVYSE | Navy Region Southeast |
| NG | National Guard |
| NGT | National Guard Technician |
| NIH | National Institute of Health |
| NSF | National Science Foundation |
| OCIO | Office of the Chief Information Officer |
| OPM | Office of Personnel Management |
| PFPA | Pentagon Force Protection Agency |
| TSA | Transportation Security Administration |
| USAF | United States Air Force |
| USCG | US Coast Guard |
| USCGA | US Coast Guard Academy |
| USITC | US International Trade Commission |
| USMC | United States Marine Corp |
| USNA | US Naval Academy |
| USUHS | Uniform Services University of the Health Sciences |
| VA | Veterans Administration |

# EXHIBIT 2



**Subject:** FW: Agency Dues Payment NOT Received this week - Need HELP 04.03.25

**From:** Banks, Wendy - OCFO-NFC <wendy.banks@usda.gov>
**Sent:** Thursday, April 3, 2025 11:17 AM
**To:** Jeanne Che <CHEJ@afge.org>
**Cc:** Negash Solomon <SolomN@afge.org>; Di Tang <Di.Tang@afge.org>
**Subject:** RE: Agency Dues Payment NOT Received this week - Need HELP 04.03.25

**This Message Is From an External Sender**
This message came from outside your organization.

Report Suspicious

I will check with the Requirements Branch and get back to you.

Thanks.

**From:** Jeanne Che <CHEJ@afge.org>
**Sent:** Thursday, April 3, 2025 10:16 AM
**To:** Banks, Wendy - OCFO-NFC <wendy.banks@usda.gov>
**Cc:** Negash Solomon <SolomN@afge.org>; Di Tang <Di.Tang@afge.org>
**Subject:** RE: Agency Dues Payment NOT Received this week - Need HELP 04.03.25

Hi Wendy,

We noticed the EO issued on 3/27/25. Because the dues deductions were taken out from payroll for pay period 3/9 – 3/22 with pay date on 3/31, we thought we would receive the dues payments for this pay period. FYI, we received the union dues deduction files on 3/29/25.

Can you double check please?

Thanks.

**From:** Banks, Wendy - OCFO-NFC <wendy.banks@usda.gov>
**Sent:** Thursday, April 3, 2025 11:12 AM
**To:** Jeanne Che <CHEJ@afge.org>
**Cc:** Negash Solomon <SolomN@afge.org>; Di Tang <Di.Tang@afge.org>
**Subject:** RE: Agency Dues Payment NOT Received this week - Need HELP 04.03.25

Good morning Jeanne,
The following Executive Order was issued so NFC is adhering to that order and is currently finalizing the necessary changes/actions.

EO https://www.whitehouse.gov/presidential-actions/2025/03/exclusions-from-federal-labor-management-relations-programs/

I'm thought the unions would have received this as well.

I hope this helps.

Thanks.

---

**From:** Jeanne Che <CHEJ@afge.org>
**Sent:** Thursday, April 3, 2025 10:06 AM
**To:** Banks, Wendy - OCFO-NFC <wendy.banks@usda.gov>
**Cc:** Negash Solomon <SolomN@afge.org>; Di Tang <Di.Tang@afge.org>
**Subject:** RE: Agency Dues Payment NOT Received this week - Need HELP 04.03.25

Hello Wendy,

Hope all is well.

We have received agency union dues files for F440007, F440013 and F440014 but we haven't received actual union dues payments. Can you check the payment status for us or provide contact information to inquire payment status?

The union dues payments usually come in on Tuesday. Below is the dues payment detail that we did not receive this week.

| | | |
|---|---|---|
| dues file 1 (F440007) | 554,480.92 | |
| dues file 2 (F440014) | 536,998.79 | |
| dues file 3 (F440013) | 27,580.32 | |
| dues file total | 1,119,060.03 | ACH payment not received |

Thanks

Jeanne

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.