Leon Dayan, SBN 153162
Abigail V. Carter*
Ramya Ravindran*
Lane M. Shadgett*
J. Alexander Rowell*
**BREDHOFF & KAISER P.L.L.C.**
805 Fifteenth Street NW, Suite 1000
Washington, D.C. 20005
Tel. (202) 842-2600
Fax (202) 842-1888
ldayan@bredhoff.com
acarter@bredhoff.com
rravindran@bredhoff.com
lshadgett@bredhoff.com
arowell@bredhoff.com
*Application *pro hac vice* pending

Daniel Feinberg, SBN 135983
Catha Worthman, SBN 230399
Anne Weis, SBN 336480
**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel. (510) 269-7998
Fax (510) 269-7994
dan@feinbergjackson.com
catha@feinbergjackson.com
anne@feinbergjackson.com

*Attorneys for Plaintiffs* (Additional Counsel not listed)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-03070-JD <br><br> **DECLARATION OF BOYD HINTON** |

Declaration of Boyd Hinton
Case No. 3:25-cv-03070-JD

# DECLARATION OF BOYD HINTON

I, Boyd Hinton declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the President of Local 1998 of the National Federation of Federal Employees ("NFFE"). NFFE is a national labor organization and unincorporated membership organization headquartered in Washington, D.C.

3. NFFE Local 1998 represents approximately 1,606 employees working at Passport Services, a division of the State Department's Bureau of Consular Affairs at the Department of State. We represent passport specialists whose duties include verifying and processing millions of U.S. passport applications each year for American citizens.

4. NFFE Local 1998 represents approximately 125 employees in California, approximately 52 of whom work at the San Francisco Passport Agency, and approximately 25 of whom pay dues. Their work is primarily determining the citizenship and identity of applicants for U.S. Passports.

5. NFFE Local 1998 has filed grievances on Trump administration policies including the "5 points" email, the return to in-office work, and the termination of employees while on probation and on trial periods.

6. NFFE represents our federal sector members through negotiating collective bargaining agreements and assisting employees with enforcing them. We assert contractual and statutory rights on behalf of our federal sector members by filing grievances, unfair labor practice charges, or other complaints through our negotiated grievance procedure or with various federal agencies, including the Merit Systems Protection Board, the Office of Special

Declaration of Boyd Hinton                                                                                                    1
Case No. 3:25-cv-03070-JD

Counsel, and the Federal Labor Relations Authority. NFFE files litigation on employees' behalf in the courts. We also advocate on Capitol Hill and in the media on issues of importance to federal workers and to veterans.

7. NFFE's operations are solely funded by members, who almost exclusively pay dues through Agency dues witholding. NFFE will be financially harmed if the Executive Order is implemented because it will immediately lose dues revenue from members who are covered by the Executive Order. In that event, NFFE would immediately lose hundreds of thousands of dollars of revenue. NFFE currently does not have a mechanism to maintain membership of union members who leave federal service.

8. On Monday, March 31, 2025, at 6:42 PM, Bradley Phillips, Deputy Labor Management Negotiator for Passport Services within the Department of State, emailed as follows:

> a. "On Thursday, March 27, 2025, the President issued an Executive Order (EO), entitled "Exclusions from Federal Labor-Management Relations Programs." In compliance with the EO, effective immediately, the Department hereby terminates the Collective Agreement with NFFE Local 1998 and will no longer recognize NFFE as an exclusively recognized labor organization.
>
> b. The Department will cease all further payroll dues allotments immediately. Additionally, all recurring meetings between NFFE and the Department, both at the local and national levels, are cancelled. Official time for all officials and stewards will end at close of business today. All employees will be expected to return to their regular positions at that time.
>
> c. NFFE must also remove all material from and vacate Department-provided office

Declaration of Boyd Hinton  
Case No. 3:25-cv-03070-JD

2

space by COB April 4."

9. NFFE's ability to carry out its mission will be severely curtailed if union members do not pay dues to NFFE through Agency dues witholding.  For example, NFFE would not have the ability to maintain its current staff, who help with training union leaders, assisting with grievances, negotiating collective bargaining agreements, advocating for employees on Capitol Hill, and filing litigation on behalf of the employees we represent.

10. NFFE members pay dues voluntarily as federal employees.

11. We have heard from members who are concerned about NFFE losing strength and bargaining power because of the threat of diminished membership and smaller bargaining units.  NFFE leverages its size when advocating in the media or to Congress and when bargaining with agencies.  The Executive Order stands to reduce NFFE's size and capacity, thereby curbing our abilities to advocate for positive change for federal workers.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed April 3, 2025, in Charleston, South Carolina

_____
Boyd Hinton    4/3/2025.

Declaration of Boyd Hinton                                                                                                    3
Case No. 3:25-cv-03070-JD