LEON DAYAN (State Bar No. 153162)
ABIGAIL V. CARTER*
RAMYA RAVINDRAN*
LANE M. SHADGETT*
J. ALEXANDER ROWELL*
**BREDHOFF & KAISER P.L.L.C.**
805 Fifteenth Street NW, Suite 1000
Washington, DC 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
ldayan@bredhoff.com
acarter@bredhoff.com
rravindran@bredhoff.com
lshadgett@bredhoff.com
arowell@bredhoff.com
*Application *pro hac vice* forthcoming

Daniel Feinberg, SBN 135983
Catha Worthman, SBN 230399
Anne Weis, SBN 336480
**FEINBERG, JACKSON, WORTHMAN
& WASOW, LLP**
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel. (510) 269-7998
Fax (510) 269-7994
dan@feinbergjackson.com
catha@feinbergjackson.com
anne@feinbergjackson.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No.: 3:25-cv-03070-JD<br><br>**DECLARATION OF ADAM HOLLY** |

## DECLARATION OF ADAM HOLLY

I, Adam Holly, declare as follows:

1.      I am over 18 years of age and am competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2.      I am employed by United States Citizenship and Immigration Services ("USCIS") as an Immigration Services Officer. I have worked for USCIS since May of 2013.

3.      I am President of American Federation of Government Employees ("AFGE") National CIS Council 119 ("Council 119"). I have been President of Council 119 since August of 2024. I have also been a Vice-President of AFGE Local 3928 since 2018. I have been a member of AFGE since 2015.

4.      Council 119 is the exclusive representative of approximately 15,000 USCIS bargaining unit employees located across the United States and the world. These employees occupy a wide variety of positions, including Language Specialists, Community Relations Specialists, Asylum and Refugee Officers, Immigration Services Officers, and Immigration Services Assistants. Council 119's mission is to advocate for and promote the interests of all USCIS bargaining unit members in their federal employment and for the improvement of government service.

5.      Council 119 advocates for and promotes the interests of its USCIS bargaining unit members through, among other things, collective bargaining with USCIS, representation of employees in agency interviews, grievances, arbitration hearings, and other statutory appeals arising from employment actions by USCIS.

6.      Council 119 also provides advice and consultation services for its members. These core services help members interpret government personnel policies and ensure that such

Page 1 of 5

Declaration of Adam Holly
Case No. 3:25-cv-03070-JD

policies are appropriately implemented and followed. Representatives of Council 119 are often able to informally resolve potential workplace disputes before more formal actions become necessary, saving taxpayers thousands of dollars and promoting a more efficient and effective government.

7.      Council 119 has been an outspoken advocate for its members in public fora as well. Council 119 has provided – solely in its capacity as a union – multiple *amicus* briefs to federal courts in connection with matters of public concern arising from the work performed by USCIS. Several of these briefs opposed or were critical of positions or policies of the first Trump Administration. For example, Council 119 submitted *amicus* briefs supporting the plaintiffs in the following cases: *Kiakombua, et al. v. Mcaleenan, et al.*, D.D.C. Case. No. 19-cv-01872; and *U.T., et al. v. Barr, et al.*, D.D.C. Case No. 20-cv-00116.

8.      Council 119's amicus briefs were the subject of national news reporting. For example, see https://www.buzzfeednews.com/article/hamedaleaziz/ken-cuccinelli-uscis-meeting-tense-exchange.

9.      In response to proposed rulemakings, Council 119 also submitted public comments – again solely in its capacity as a union - that were critical of the first Trump administration. For example, Council 119 submitted public comments opposing the proposed rules *Procedures for Asylum and Withholding of Removal; Credible Fear and Reasonable Fear Review*, 85 Fed. Reg. 36264 (June 15, 2020); and *Security Bars and Processing*, 85 Fed. Reg. 41201 (July 9, 2020).

10.      Council 119 and its predecessors have nevertheless had a successful collective bargaining relationship with the federal government since the late 1960s, even before passage of the Federal Service Labor-Management Relations Statute, 5 U.S.C. Ch. 71 ("Chapter 71"). Prior

Page 2 of 5

Declaration of Adam Holly
Case No. 3:25-cv-03070-JD

to the formation of the Department of Homeland Security, for example, it is my understanding that predecessors to Council 119, such as the AFGE National Immigration and Naturalization Service Council 117, successfully negotiated collective bargaining agreements with the U.S. Immigration and Naturalization Service, a predecessor to USCIS, in 1984, 1987, 1990, 1993, 1997, and 2000. It is my further understanding that even earlier agreements were bargained jointly with the U.S. Border Patrol and the AFGE Border Patrol union.

11.     Council 119 also successfully executed collective bargaining agreements with USCIS pursuant to Chapter 71 in 2010, 2016, and 2022. As of the date of this declaration, a true and accurate copy of the 2010 agreement is available at https://www.uscis.gov/sites/default/files/document/legal-docs/Collective-Bargaining-Agreement-2010.pdf. As of the date of this declaration, a true and accurate copy of the 2016 agreement is available at https://www.uscis.gov/sites/default/files/document/guides/USCIS_2016_CBA.pdf.

12.     Article 56 of the 2022 collective bargaining agreement between USCIS and Council 119 (the "2022 CBA") provides that the duration of the 2022 CBA is from October 2022 through October 2026. It also provides that the terms of the 2022 CBA shall remain in force until a new agreement is negotiated. A true and accurate copy of the 2022 CBA is attached to this declaration as Exhibit 1.

13.     The 2022 CBA covers numerous subjects, such as: safe and healthful working conditions, an employee assistance program, telework, standards of dress and appearance, and employee use of leave.

14.     Articles 12 and 13 of the 2022 CBA provide, respectively, for a negotiated grievance procedure that requires the binding arbitration of unresolved grievances at the election of the grieving party. Grievances may be filed over violations of the 2022 CBA, or other

Declaration of Adam Holly
Case No. 3:25-cv-03070-JD

violations of law, rule, or regulation. Council 119's prior collective bargaining agreements provided for the binding arbitration of unresolved grievances as well.

15.    Under the 2022 CBA and Chapter 71, representatives of Council 119 use official time, as that term is defined by 5 U.S.C. § 7131, to provide the representation and advice and consultation services described above in paragraphs 5 and 6.

16.    Council 119 filed five national grievances since January 20, 2025. One of those grievances concerned the termination of over 40 individuals whose employment at USCIS was terminated as part of the government-wide layoff of probationary employees. Council 119 also had four additional grievances in process as of March 27, 2025.

17.    However, on March 27, 2025, USCIS was included in the executive order entitled "Exclusions from Federal Labor Management Relations Programs" (the "Exclusion Order"). The Exclusion Order purports to remove USCIS from coverage under Chapter 71. Simultaneous guidance from the Office of Personnel Management ("OPM"), entitled "Guidance on Executive Order *Exclusions from Federal Labor-Management Programs*" (the "Exclusion Guidance"), states that agencies covered by the Exclusion Order are no longer required to bargain collectively with their associated union and that their associated union is no longer the exclusive representative of the employees that it represents. The Exclusion Guidance also advises agencies to cease the payroll deduction of employee's voluntary dues payments to unions. A copy of the Exclusion Guidance is available, as of the date of this declaration, at

https://www.opm.gov/policy-data-oversight/latest-memos/guidance-on-executive-order-exclusions-from-federal-labor-management-programs.pdf.

18.    USCIS has canceled all labor relations meetings with Council 119, is no longer responding to grievances, is refusing to process arbitrations, and has interfered with union

Declaration of Adam Holly
Case No. 3:25-cv-03070-JD

representatives' use of official time. USCIS has ceased official communications with me in my capacity as the President of Council 119.

19.     The Exclusion Order has had and continues to have an immediate adverse effect on Council 119. Council 119 is no longer able to pursue its previously filed grievances or file new grievances over matters pertaining to the terms and conditions of employment for USCIS employees, such as violations of the 2022 CBA, or applicable law, rule, or regulation.

20.     The loss of official time and dues payments, moreover, will prevent Council 119 from fulfilling its mission and providing its core services by taking away necessary representational time and financial resources.

21.     The Exclusion Order will have a massive chilling effect on USCIS employees' speech and association with AFGE and Council 119. Employees will be afraid to speak up about improper employment actions or practices, or to report fraud, waste, or abuse, because they will believe they have no union to represent them or to protect them from agency retaliation.

22.     Following the Exclusion Order, employees are afraid to talk to Council 119 representatives and some have told me personally that they do not wish to be members of a union that is helpless.

I declare under penalty of perjury that the foregoing is true and correct.  Executed April 1, 2025, in Hickman, Nebraska, United States.

Adam Holly
Digitally signed by Adam Holly
Date: 2025.04.01 11:21:16 -05'00'

Adam Holly
President, AFGE Council 119

Page 5 of 5

Declaration of Adam Holly
Case No. 3:25-cv-03070-JD

# EXHIBIT 1

**COLLECTIVE BARGAINING AGREEMENT**

**2022**

# MASTER AGREEMENT

**Between U.S. Citizenship and Immigration Services**

and

**American Federation of Government Employees - National Citizenship and Immigration Services Council 119**



**U.S. Citizenship and Immigration Services**



AFGE



October 1, 2022

USCIS-NCISC MASTER AGREEMENT 2022

# TABLE OF CONTENTS

PREAMBLE ................................................................................................................. 1

ARTICLE 1 – RECOGNITION ................................................................... 2

ARTICLE 2 – GOVERNING LAWS & REGULATIONS ........................................ 3

ARTICLE 3 - EMPLOYEE RIGHTS ............................................................... 5

ARTICLE 4 – UNION RIGHTS ................................................................. 8

ARTICLE 5 – MANAGEMENT RIGHTS ........................................................ 9

ARTICLE 6 – STATUS OF UNION REPRESENTATIVES ................................... 11

ARTICLE 7 – OFFICIAL TIME ................................................................. 12

ARTICLE 8 – UNION FACILITIES AND SERVICES ....................................... 20

ARTICLE 9 – IMPACT, IMPLEMENTATION, SUPPLEMENTAL, & MID- TERM
    BARGAINING ................................................................................ 24

ARTICLE 10 – PERMISSIVE SUBJECT NEGOTIATIONS ................................. 33

ARTICLE 11 – PILOT PROGRAMS ........................................................... 34

ARTICLE 12 – GRIEVANCE PROCEDURE ................................................... 36

ARTICLE 13 – ARBITRATION ................................................................. 45

ARTICLE 14 – SERVICE OF NOTICE ......................................................... 52

ARTICLE 15 – DUES WITHHOLDING ....................................................... 54

ARTICLE 16 – NATIONAL CONSULTATIONS ............................................. 59

ARTICLE 17 – NATIONAL TECHNOLOGY COMMITTEE ................................. 61

ARTICLE 18 – SENIORITY ..................................................................... 63

ARTICLE 19 – PROTECTING AGAINST PROHIBITED PERSONNEL PRACTICES ... 64

USCIS-NCISC MASTER AGREEMENT 2022

**ARTICLE 20 – SAFETY AND HEALTH** .............................................................**69**

**ARTICLE 21 – INJURY COMPENSATION** .......................................................**75**

**ARTICLE 22 – EQUAL EMPLOYMENT OPPORTUNITY** ...................................**77**

**ARTICLE 23 – EMPLOYEE WELLNESS AND EMPLOYEE ASSISTANCE PROGRAM** .............**83**

**ARTICLE 24 – ANNUAL LEAVE** ...................................................................**86**

**ARTICLE 25 – SICK LEAVE**........................................................................**89**

**ARTICLE 26 – OTHER LEAVE CATEGORIES** ...................................................**93**

**ARTICLE 27 – HOURS OF WORK** ...............................................................**100**

**ARTICLE 28 – OVERTIME AND COMPENSATORY TIME** ..............................**107**

**ARTICLE 29 – TELEWORK** .......................................................................**114**

**ARTICLE 30 – REMOTE WORK** .................................................................**124**

**ARTICLE 31 – EMPLOYEE AWARDS AND RECOGNITION** .............................**127**

**ARTICLE 32 – DETAILS AND TEMPORARY DUTY STATIONS** ........................**131**

**ARTICLE 33 - FACILITY STANDARDS AND UNION OFFICES**..........................**135**

**ARTICLE 34 – PARKING AND TRANSPORTATION**.......................................**137**

**ARTICLE 35 – WORKSTATION ASSIGNMENTS** ...........................................**139**

**ARTICLE 36 – HARDSHIP TRANSFERS**.......................................................**141**

**ARTICLE 37 – STANDARDS OF DRESS AND APPEARANCE** ...........................**144**

**ARTICLE 38 – POSITION CLASSIFICATION AND POSITION DESCRIPTIONS** .................**145**

**ARTICLE 39 – CAREER LADDER PROMOTIONS AND WITHIN-GRADE INCREASES** ..........**147**

**ARTICLE 40 – OUTSIDE EMPLOYMENT AND ACTIVITIES**.............................**149**

**ARTICLE 41 – RETIREMENT** .....................................................................**151**

**ARTICLE 42 – PERFORMANCE MANAGEMENT SYSTEM** ................................................ **153**

**ARTICLE 43 – DEVELOPMENT AND TRAINING** ............................................................ **159**

**ARTICLE 44 – COUNSELING FOR CONDUCT AND PERFORMANCE** ............................... **162**

**ARTICLE 45 – ACTIONS BASED ON UNACCEPTABLE PERFORMANCE** ........................... **163**

**ARTICLE 46 – INVESTIGATIONS** ............................................................................... **166**

**ARTICLE 47 – DISCIPLINARY AND ADVERSE ACTIONS BASED ON MISCONDUCT** .......... **171**

**ARTICLE 48 – MERIT PROMOTION AND REASSIGNMENT FOR BARGAINING UNIT POSITIONS** ........................................................................................ **177**

**ARTICLE 49 – FITNESS FOR DUTY EXAMINATION** ...................................................... **182**

**ARTICLE 50 – LIMITED AND LIGHT DUTY** .................................................................. **183**

**ARTICLE 51 – PERSONNEL RECORDS** ....................................................................... **184**

**ARTICLE 52 – CONTRACTING OUT** ........................................................................... **187**

**ARTICLE 53 – HOLIDAYS AND RELIGIOUS OBSERVANCES** .......................................... **188**

**ARTICLE 54 – PROBATIONARY EMPLOYEES** ............................................................. **191**

**ARTICLE 55 – REDUCTION IN FORCE, TRANSFER OF FUNCTION, REORGANIZATION, AND FURLOUGH** ................................................................................. **192**

**ARTICLE 56 – EFFECTIVE DATE AND DURATION** ....................................................... **196**

**SIGNATURE PAGE** ................................................................................................. **197**

**COLLECTIVE BARGAINING AGREEMENT NEGOTIATION PARTICIPANTS** ....................... **198**

**ENDORSEMENT PAGE** ............................................................................................ **199**

# PREAMBLE

This Collective Bargaining Agreement (hereafter referred to as the "Agreement" or the "CBA") is entered into by and between the Department of Homeland Security, United States Citizenship and Immigration Services (hereafter referred to as "USCIS" or "the Agency"), and American Federation of Government Employees, National Citizenship and Immigration Services Council 119 (hereafter referred to as "Council 119" or "the Union"). Collectively they shall hereafter be referred to as "the Parties."

The Parties enter into this Agreement in the spirit of 5 USC 7101(a), which states:

(a) The Congress finds that—

    (1) experience in both private and public employment indicates that the statutory protection of the right of employees to organize, bargain collectively, and participate through labor organizations of their own choosing in decisions which affect them—

        (A) safeguards the public interest

        (B) contributes to the effective conduct of public business, and

        (C) facilitates and encourages the amicable settlements of disputes between employees and their employers involving conditions of employment; and

    (2) the public interest demands the highest standards of employee performance and the continued development and implementation of modern and progressive work practices to facilitate and improve employee performance and the efficient accomplishment of theoperations of the Government.

Therefore, labor organizations and collective bargaining in the civil service are in the public interest.

It is the purpose of this chapter to prescribe certain rights and obligations of the employees of the Federal Government and to establish procedures which are designed to meet the special requirements and needs of the Government. The provisions of this chapter should be interpreted ina manner consistent with the requirement of an effective and efficient Government.

Pursuant to these principles, the Parties have agreed upon the various Articles hereinafter set forth.This Agreement constitutes a Collective Bargaining Agreement between the Agency and the Union.

# ARTICLE 1 – RECOGNITION

(a) Bargaining Unit. USCIS recognizes the American Federation of Government Employees ("AFGE") as the exclusive collective bargaining representative of all non-professional employees of the Agency. All professional employees, managers, supervisors, and those excluded from coverage by the Civil Service Reform Act, Federal Services Labor Management Relations Statute, 5 USC Chapter 71, are not subject to this Agreement. This Agreement covers all employees in the bargaining unit certified by the Federal Labor Relations Authority ("FLRA") in Case No. WA-RP-06-0008 for the purpose of collective bargaining.

(b) The Agency recognizes AFGE's right to delegate its authority under this section to Council 119 for matters that are broader than local in scope, and to the AFGE Local Unions for matters that are local in scope and within their jurisdictions. The Agency will honor such delegations throughout the life of this Agreement

(c) Gender Language. All references to members in this Agreement designate all sexes, and whenever any specific gender is used, it shall be construed to include all members as appropriate.

(d) Coverage. For purposes of this Agreement, the term "employee" refers to a bargaining unit employee unless otherwise stated.

USCIS-NCISC MASTER AGREEMENT 2022

# ARTICLE 2 – GOVERNING LAWS & REGULATIONS

(a) EXISTING OR FUTURE LAW

Except as provided by law, the parties are governed by existing or future laws and statutes.

(b) GOVERNMENT - WIDE RULES AND REGULATIONS

The parties are governed by existing or future government-wide rules and regulations as defined in5 U.S.C. § 7100 et seq., and by subsequently prescribed government-wide rules and regulations implementing 5 U.S.C. 2302 (the prohibited personnel practices). Should any conflict arise in the administration of this Agreement between the terms of this Agreement and any government wide rule or regulation, such as the Code of Federal Regulations (other than a rule or regulation implementing 5 U.S.C. 2302), issued after the effective date of this Agreement, the terms of this Agreement will supersede and govern.

(c) AGENCY POLICY

Should any conflict arise between the terms of this Agreement and any USCIS or Departmental Management Directives, regardless of the date of issuance, the terms of this Agreement will supersede. All changes to USCIS policies and Management Directives that give rise to a duty to bargain are subject to bargaining with the Union.

(d) PAST PRACTICES, LOCAL AND NATIONAL AGREEMENTS

This Agreement supersedes any prior, practices, memoranda of agreement, and any other agreements in conflict with it. Otherwise, all memoranda of agreement, and any other agreements that have not expired by their express terms will continue unless otherwise bargainedby the Parties to the extent required by law.

(e) SCOPE OF COVERAGE

The provisions of this Article shall apply to all supplemental agreements and subsequentlynegotiated national and local agreements between the Parties.

(f) INTENT OF RESTATEMENT

In a number of the provisions of this agreement, statutes or regulations are restated for the convenience of the parties and the employees covered by the agreement. No language contained insuch restatements is intended in any way to change the meaning of the statutes or regulations.

USCIS-NCISC MASTER AGREEMENT 2022

(g) SEVERABILITY

Upon such determination that any term or other provision is deemed invalid, illegal, or incapable of being enforced by law, the Parties hereto shall negotiate the term or other provisions to the extent required by law. The rest of the agreement shall remain in full force and effect.

# ARTICLE 3 - EMPLOYEE RIGHTS

(a) RIGHT TO JOIN AND PARTICIPATE

    (1) Right to Join and Participate. Employees covered by this Agreement shall have the right to form, join, or assist any labor organization, or to refrain from any such activity, freely and without fear of penalty or reprisal, and each employee shall be protected in the exercise of such right. Except as otherwise provided in the Civil Service Reform Act of 1978, such rights include the right to:

        (A) Representation. To act for a labor organization in the capacity of a representative and the right in that capacity to present the views of the labor organization to heads of agencies and other officials of the ExecutiveBranch of the government, the Congress or other appropriate authorities; and

        (B) Collective Bargaining.  To engage in collective bargaining with respect to conditions of employment through the Union as provided by law and this Agreement.

    (2) Management Non-Participation. Nothing in this section, or this Agreement, authorizes participation in the management of a labor organization by a management official, a supervisor, or a confidential employee, except as specifically provided in the Civil Service Reform Act of 1978, or by an employee if the participation or activity would result in a conflict or apparentconflict of interest or would otherwise be incompatible with law or with the official duties of the employee.

(b) PRIVATE COUNSELING

Any discussions with individual employees concerning counseling, evaluations, workload review, or disciplinary actions should to the extent possible be conducted so as to ensure the privacy of the employee.

(c) RIGHT TO COMMUNICATE AND TO BE REPRESENTED

An employee has the right to communicate with the appropriate member of the following concerning individual personnel matters:

    (1) The servicing Human Resources Office(s) including Local, Regional and Headquarters Offices;

    (2) The EEO Office;

    (3) A supervisor or management official of a higher rank than the employee'simmediate supervisor;

    (4) EEO Counselors;

    (5) The Safety and Health Office;

    (6)   Union Officials.

Employees are encouraged (but not required) to initiate such individual personnel matters with first-line supervisors and to follow the chain of command where appropriate.

Additionally, all parties should conduct themselves in a professional manner and refrain from abusive conduct and language when communicating with each other. This is not intended to limit or restrain robust discussion by Union officials in the course of their representational duties.

(d) RIGHT TO MEET WITH UNION

Employees have the right to discuss any matters related to their employment with USCIS with a Union representative consistent with 5 USC Chapter 71. If an employee wishes to meet and discuss a matter related to their employment with a Union representative during duty time, the representative and/or employee(s) involved shall obtain approval of the employee's supervisor for any meeting during the employee's duty time. In the event the time requested cannot be granted, the representative and supervisor will arrive at a mutually-agreeable time to reschedule the meeting – normally within twenty-four hours.

(e) INVESTIGATORY INTERVIEWS (AKA: WEINGARTEN MEETINGS)

Employees have the right to be represented by a Union representative at any investigatory interview by a representative of the Agency, as required by law and the Investigations Article of this Agreement, if the employee reasonably believes that disciplinary action may result and the employee requests such representation.

(f) PERSONAL RIGHTS

(1)  EEO. All employees shall be treated fairly and equitably without regard to political affiliation, race, color, religion, national origin, sex, marital status, sexual orientation, parental status, genetic information, age, or disabling conditions. Additionally, the Agency will not require employees to disclose their marital status, race, sex, national origin, religion, parental status, genetic information, sexual orientation, age, or political affiliation unless required to do so by law, directive, or higher authority.

(2)  Professionalism. At all times, employees will be treated with courtesy, dignity, and respect.

(3)  Supervisory guidance and/or instruction shall be provided in a reasonable and constructive manner to subordinate employees and in an atmosphere that will avoid embarrassment or ridicule.

(4)  If an employee is to be served with a warrant or subpoena, it will be done inprivate without the knowledge of other employees to the extent that such service is within the agency's control.

(5)  No disciplinary or adverse action will be taken against an employee upon unsubstantiated rumors or gossip.

(6)  No employee will be subjected to intimidation, coercion, harassment, orunreasonable working conditions as reprisal or be used as an example tothreaten other employees.

(7)  Recognizing that productivity is enhanced when employee morale is high, managers, supervisors, and employees shall endeavor to treat one another in aprofessional, respectful and dignified manner.

(g) FIRST AMENDMENT RIGHTS

Employees have the right to present their views to Congress, the Executive Branch, or other authorities and to otherwise exercise their First Amendment rights consistent with applicable laws, rules, regulations, and policies without fear of penalty or reprisal.

(h) Employees shall have the right to direct and fully pursue their private lives, personal welfare, and personal beliefs without interference, coercion, or discrimination by the Agency so long as such activities do not conflict with jobresponsibilities or applicable laws, rules, regulations, and policies.

(i) The Agency will make every reasonable effort to provide for secure storage ofpersonal belongings.

(j) The Agency shall instruct employees on how to file a claim for reimbursement under 31 USC 3721 (Claims of personnel of agencies and the District of Columbiagovernment for personal property damage or loss) and related regulations where such a claim is authorized and will make forms available in case of loss if some personal item is damaged, irretrievably lost, or destroyed.

(k) CONTRIBUTIONS/GIFTS

(1)  Voluntary Participation. The Agency agrees that participation in the Combined Federal Campaign, United States Bond Drives, Blood DonorDrives, and other worthy programs will be on a voluntary basis.

(2)  Gifts. Contributions for gifts for supervisors, management officials or fellow employees will be strictly voluntary and will meet the limited exceptions of 5 C.F.R. § 2635.304.  Except as provided for in 5 CFR § 2635.204, an employees shall not solicit or accept any gift or other item of monetary value from any person or entity seeking official action from, doing business with, or conducting activities regulated by the employee's agency, or whose interests may be substantially affected by the performance or nonperformance of the employee's duties.

# ARTICLE 4 – UNION RIGHTS

(a) EXCLUSIVE REPRESENTATIVE

The Union is the exclusive representative of the employees in the unit and is entitled to act for, and represent the interests of, all employees in the unit in all matters relating to terms and conditions of employment as set forth in 5 USC Chapter 71.

(b) REPRESENTATION AT FORMAL DISCUSSIONS

(1) Formal Discussions. The Union shall be given the opportunity and official time when the representative is otherwise in a duty status to be represented at any formal discussion between one or more representatives of the Agency and one or more employees in the unit or their representatives concerning any grievance or any personnel policy or practice or other general condition of employment.

(2) Notice. The Union representative will receive reasonable advance notice of such formal discussions. For regularly scheduled formal discussions, the notice and the subject of the meeting will be provided no less than five (5) workdays in advance. Except in circumstances in which an urgent operational need to act quickly requires a shorter period or a shorter period is mutually agreed to by the parties, reasonable notice will mean not less than 24 hours.

(3) Each new employee, including transfers, as part of their orientation, will be given a presentation of at least thirty (30) minutes by the local Union representative.

(A) The identified Agency New Employee Orientation Program (NEOP) POC will simultaneously notify the local manager and the Union representative of all new employees scheduled to enter on duty before the orientation date.

(B) The Agency will consider the Union's request for its preferred presentation time.

(C) The Union Representative will be in a duty status on official time.

(D) The presentation will focus on representational matters.

(c) REPRESENTATION AT INVESTIGATORY INTERVIEWS

The Union shall be given the opportunity to represent employees in investigative interviews as provided in this Agreement.

(d) RIGHT TO PRESENT VIEWS

The Union shall have the right to present its views to the Agency on any matters of concern regarding personnel policies and practices and any and all employment matters consistent with 5 U.S.C. 7114.

USCIS-NCISC MASTER AGREEMENT 2022

# ARTICLE 5 – MANAGEMENT RIGHTS

Management Rights shall be administered in accordance with 5 United States Code ("U.S.C.") Chapter 71, "The Federal Service Labor-Management Relations Statute" (the Statute)), Section 7106, as amended by law, government-wide regulations and Executive Orders, and this Agreement.

(a) Subject to Subsection (b) of this section, nothing in this Agreement shall affect the authority of any management official of the Agency -

    (1) to determine the mission, budget, organization, number of employees, and internal security practices of the Agency; and

    (2) in accordance with applicable laws -

        (A) to hire, assign, direct, layoff, and retain employees in the Agency or to suspend, remove, reduce in grade, or pay, or take other disciplinary action against such employees;

        (B) to assign work, to make determinations with respect to contracting out, and to determine the personnel by which Agency operations shall be conducted;

        (C) with respect to filling positions, to make selections, for appointments from:

            i. among properly ranked and certified candidates for promotion; or

            ii. any other appropriate source; and

        (D) to take whatever actions may be necessary to carry out the Agency mission during emergencies.

(b) Nothing in this section shall preclude the Agency and the Union from negotiating -

    (1) at the election of the Agency, on the numbers, types, and grades of employees or positions assigned to any organizational subdivision, work project, or tour of duty, or on the technology, methods, and means of performing work;

    (2) procedures which management officials of the Agency will observe in exercising any authority under this section; or

    (3) appropriate arrangements for employees adversely affected by the exercise of any of any authority under this section by such management officials.

USCIS-NCISC MASTER AGREEMENT 2022

(c) Nothing precludes the parties from discussing any issue under Section 7106 of the Statute in the Labor Management Forums or at Quarterly Consultations.

# ARTICLE 6 – STATUS OF UNION REPRESENTATIVES

(a) NO RESTRAINT

The Agency shall not impose any restraint, interference, coercion, or discrimination against employees in the exercise of their rights to organize and designate representatives of their own choosing for the purposes of collective bargaining, the presentation of grievances, appeals from adverse actions, Labor-Management Relations, or upon duly designated employee representatives acting on behalf of an employee or group of employees within the bargaining unit.

(b) DESIGNATION OF UNION REPRESENTATIVES

The number of representatives, as determined by the Local President and/or Council President, may be designated by the Union and/or its affiliated Locals and shall be recognized by the Agency as employee representatives for employees in the agency facility in which they are designated to be representatives.  The Union will supply the Agency with an up-to-date list of the representatives' names, titles, and contact information to include a preferred email address. This information will be posted on the USCIS intranet and/appropriate bulletin boards.

(c) AUTHORIZATION FOR REPRESENTATIONAL DUTIES

Union officials are authorized to perform and discharge the duties and responsibilities that may be properly assigned to them under the terms of the Civil Service Reform Act of 1978 by the Union in accordance with this Agreement, any supplemental agreement, or agreements hereunder, and 5 U.S.C. Official time will be authorized for these purposes in accordance with the Official Time Article of this Agreement and 5 U.S.C. Chapter 71. Union officials will be relieved from their regular Agency duties during the period they are serving as Union officials on official time. Nothing shall require a Union official to perform authorized official time duties at an agency location unless required by the representational duties performed and/or required by the official duties from which the employee is relieved.

# ARTICLE 7 – OFFICIAL TIME

(a) PURPOSE

    (1) The purpose of official time is to provide bargaining unit employees time in which to perform Union representational functions during normal working hours, without loss of pay or charge to annual leave. This Article provides an equitable process for the allocation and approval of official time.

    (2) The Parties agree that official time, representational functions, and good communication are vital to positive and constructive relationships between the Union and the Agency.

    (3) Official time in the Agency shall be administered in accordance with 5 United States Code ("U.S.C.") Chapter 71, "The Federal Service Labor-Management Relations Statute" (the Statute), as amended by law, government-wide rules and regulations, Executive Orders, and this Agreement.

(b) DEFINITIONS

    (1) Official time means all time, regardless of Agency nomenclature, granted to an employee to perform representational functions, as authorized under 5 U.S.C. Chapter 71 and/or by this Agreement, when the employee would otherwise be in a duty status.

    (2) Official Time Categories are the transaction codes used by Union Representatives (Transaction codes 35, 36, 37, and 38) to track official time usage.

        (A) 35 – Union Contract (Term Negotiations)

        (B) 36– Union/Mid-Term Negotiations

        (C) 37 – Union On-going LMR Act (General Labor-Management Relations)

        (D) 38 – Union/Grievance/Appeals/Rep (Dispute Resolutions)

    (3) Representational Functions refers to activities undertaken by employees acting on behalf of the labor organization or fulfilling the organization's responsibility to represent bargaining unit employees in accordance with 5 U.S.C. Chapter 71 and/or this Agreement.

(c) REPRESENTATIONAL FUNCTIONS

    (1) Elected or appointed Union representatives may use official time for representational functions as provided by the Statute and this Agreement during such time as they would otherwise be in a duty status. This time will be without charge to leave, subject to Section (f) of this Article.

(2) Lobbying members of Congress and activities related to the internal business of the Union, including the solicitation of membership elections of Union officials, and collection of dues may not be performed on official time.

(3) Official time for employees and Union representatives is provided under separate authority to participate in certain statutory appeal procedures. This includes, but is not limited to, proceedings before the Federal Labor Relations Authority and the Equal Employment Opportunity Commission. Such official time is not limited by this Article and will not be charged against any amount of official time granted to the Union, under Section (d) of this Article.

(4) Credit Hours. Union representatives may earn credit hours for all time spent on representational business if credit hours are available and approved in advance.

(5) Official time duties may be performed on telework and/or outside of Agency facilities.

(d) ALLOTMENT AND DISTRIBUTION OF OFFICIAL TIME

(1) "Block" Time

(A) Official time in the following amounts is authorized for each of these Union officials:

(B) Five National Executive Board designated by the Council President 119 – 100%

(C) One National Executive Board Member Designated by Council President – 75%

(D) One National Executive Board Member Designated by Council President – 50%

(E) One National Executive Board Member Designated by Council President – 25%

(F) Local Presidents (or Union designated CIS POC)

    i.    (5) Locals of 1000 or more bargaining unit members – 100%

    ii.    (4) Locals between 400 and 999 bargaining unit members – 75%

    iii.    (4) Locals between 200 and 399 bargaining unit members – 50%

    iv.    (5) Locals of 199 or less bargaining unit members – 25% Any representative on less than 100% block time may use bank hours once their position's block of hours is exhausted.

(G) The above-named Union representatives may designate another Union representative and transfer unused official time to that representative to perform the duties of the position for which official time is authorized. The Union will notify management on the transfer and that the time is going to the new incumbent of the position.

(H) When the Union assigns individual(s) who are not subject to a national or local "block" official time allocation to participate on a committee, the Agency will afford such individual(s) official time for preparation, travel, and participation related to such assignment. The Agency will work with local representatives to arrange the official time as needed. This time will come from the "bank" of hours described below, if the employee is not otherwise on 100% official time. Should the "bank" of hours become unavailable, the Agency will authorize the time to participate.

(I) Union representatives receiving 100% "Block" time will not be subject to requesting official time in the e-1161 system.

(2)  "Bank" Time

(A) Each year, a bank of official time will be made available to the National Citizenship and Immigration Services Council for all chargeable representational functions. The annual bank will be comprised of 1.5 hours per bargaining unit employee to be allotted on a quarterly basis pursuant to paragraph (2) below the provisions in this Article. The Council President will distribute these hours on a quarterly basis.

(B) The Agency will supply to the Council President, or designee, a list which shows the number of bargaining unit employees, the employees' GS grade level, position title, duty city, duty state, and name of USCIS office location, on board as of the allotment date and the corresponding number of bank hours to be allotted on a quarterly basis. Quarterly hours will be allotted on or about:

    i.     September 15;

    ii.    December 15;

    iii.   March 15; and

    iv.    June 15

Quarterly allotments are calculated as follows:

| Calculation to Determine Quarterly Allotment to the Council |
| --- |
| ((Number of Bargaining Unit Employees x 1.5) ÷ 4) |

Each quarter, the Council President, or designee, is responsible for the distribution of bank hours between the National Council representatives and AFGE USCIS locals. On or about the first day of each quarter, the Council President, or designee, will notify the Agency of the hours distributed to national representatives not on block time and the number of hours distributed to each AFGE USCIS Local.

Any unused bank hours from the previous quarter will be rolled over to the next quarter.  No

more than 2,000 hours can be rolled over into any new fiscal year.

(e)  AUTHORIZED USES OF OFFICIAL TIME

Union officials not on 100% block time must request to schedule official time to conduct representational functions where such use is consistent with this agreement, statutes, regulations, and executive orders relating to matters involving dealings with Agency officials and conditions of employment. Official time for representational functions performed by Union representatives will be authorized for:

(1)  Labor-Management Meetings. For representation of the Union in Labor-Management meetings with the Agency, Local Presidents and/or USCIS-employed designees not on 100% block time will be authorized up to three (3) hours for preparation prior to each meeting.

(2)  Arbitrations & Appeals. For representation at arbitrations and statutory appeal hearings.

(3)  Adjustment of Grievances. Representation at adjustment of grievances, adverse actions, and any EEO matters that concern general conditions of employment of bargaining unit employees.

(4)  Committee Meetings. Attendance at committee meetings as the designated Union representative.

(5)  Respond to Management. Review of and response to memoranda, letters, and requests from the Agency, as well as proposed new instructions, manuals, notices, etc., which affect personnel policies, practices, or working conditions.

(6)  Technical Representative. To act as a technical advisor or assistant employee representative in hearings. The technical advisor or assistant employee representative will be granted official time to prepare for and participate in the hearing.

(7)  Observer. To attend arbitration or unfair labor practice hearings or grievance meetings in the capacity of an observer.

(8)  Respond to Congress. To respond to requests for information from members of Congress and/or testify before Congress.

(9)  EEO Briefings. To participate in status briefings of the Agency's EEO program.

(10) Treasurer. To complete reports required by other federal agencies required under 5 U.S.C. 7120(c).

(11) Reasonable Accommodation Interactive Meetings. Meetings within the established reasonable accommodations process proceed from a request made by an employee and thus are not considered meetings with management as described in (h)(B), below, for the purpose of this Agreement.

(12) Functions. To perform those functions stated elsewhere in this Agreement or Statute for which official time has been expressly provided.

(f)  OFFICIAL TIME NOT CHARGEABLE TO THE BANK

(1)  Time spent performing representational functions as the designated representative(s) in meetings with management officials will not be charged to the official time bank. Such meetings include, but are not necessarily limited to the following examples:

(A) Joint Labor-Management training.

(B) Formal meetings between Management Officials and bargaining unit employees on matters related to any personnel policy or practices, or other general condition of employment.

(C) Investigative interviews.

(D) Labor-Management Forums (to include the Technology Team, EEO Committees, Health & Safety Committees, etc.) or equivalent including pre-decisional meetings about possible changes to personnel policies, practices and working conditions.

(E) Grievance meetings.

(F) Oral replies to proposed disciplinary or adverse actions based on misconduct or performance.

(G) Arbitration hearings.

(2)  Term agreement bargaining in accordance with 5 U.S.C. 7131(a) and this Agreement, and any related third-party proceedings.

(3)  Mid-term bargaining on management-initiated or Union-initiated changes in conditions of employment, impact and implementation supplemental bargaining, and any related third-party proceedings.

(4)  Time spent by employees, including designated Union officials, representing employees in statutory EEO complaints is official time under 29 CFR 1614 et. seq. and not countable towards the bank hours.

(5)  Time spent by designated Union Officials performing representational functions before the Federal Labor Relations Authority when authorized by 5 U.S.C. 7131(c).

(6)  Agency-approved travel time for designated Union representatives to attend any meeting covered by the above exclusions.

(g)  RESTRICTIONS ON OFFICIAL TIME USAGE.

The hours of official time authorized for use is intended and shall be interpreted as authorizing official time for all representational functions performed during normal duty hours. However, it does not authorize official time during normal duty hours for the following activities:

(1)  Internal Union Business. For example, the solicitation of membership, elections of Union officials, and collection of dues.

(2)  Leave. Activities for which the employee would normally be required to charge his or her time to annual, sick, or other appropriate leave if he or she were not a Union representative (e.g., annual leave for a vacation or sick leave for an illness).

(3)  Recall to Duty. Notwithstanding the provision of this Section, the Union representatives may be assigned official duties (and appropriately compensated) in situations of emergency.

(h)  RELEASE PROCEDURES

The e-1161 system will be used by Union representatives not on 100% block time when using official time from the official-time bank. The e-1161 will document the nature of the duties to be performed, the location where the duties will be performed, the estimated amount of time to be used and contact information for the representative.

(1)  Union representatives not on 100% block time must schedule the use of official time as early as possible. Whenever possible, prior to beginning the use of official time the representative will submit a request using the e-1161 system. In the event that it is not possible to submit an e-1161 prior to the need to use official time, the Union representative will seek verbal or electronic approval from a supervisor to use official time. The official time must then be entered into the system as soon as possible.

(2)  The Agency will strive to provide a response to e-1161 requests prior to the scheduled start of the official time usage.  In the event that the Agency does not respond to the e-1161, the Union representative may get verbal approval from a supervisor.

(3)  At the election of the Union representative, Union representatives using bank hours may submit one e-1161 request outlining their anticipated official time usage before the start of the pay period.

(4) When a Union representative not on 100% block time is requesting to schedule official time, the Union representative shall not be required to identify a possible grievant until such time as the grievance is officially filed.

(5) The Agency will release a Union representative unless their absence will adversely impact the efficiency of Agency operations.

(6) If the use of official time will adversely impact the efficiency of Agency operations, management will, within one business day, identify and mutually agree to an alternate time for the use of official time.

(7) If management denies a request for official time for a representative not on block time, the reason for the denial will be entered into the e-1161 system.

(8) A representative entering an Agency facility to meet with an employee while the employee is on duty time, the representative will notify the employee's supervisor of their presence and the anticipated duration of the meeting.

(9) The employee involved in a representational meeting must obtain approval from their supervisor to attend the meeting during the employee's duty hours.

(10) On occasion, discussions between the Union representative and the employee may take longer than originally anticipated. The time will be appropriately documented in the e-1161 for representatives not on 100% block time.

(11) Upon completion of the authorized activity and upon his or her return to duty, the Union representative will revise the e-1161 and advise their supervisor as to the date and time of their return to duty and total number of hours used, if different from the original e-1161 request.

(12) Absent an operational need, the Agency will not disrupt the work of a Union representative while that representative is on official time.

(i) TRAVEL FOR UNION REPRESENTATIVE

(1) Local Union representatives not on 100% block time are granted reasonable amounts of official time from the bank for the purpose of traveling to perform Union representational functions within the Local Union's area of responsibility.

(2) Council Union representatives not on 100% block time are granted reasonable amounts of official time for the purpose of traveling to perform Union representational functions within the Council's area of responsibility.

(3) Union representative official time and travel and per diem provisions of this Agreement shall apply to designated Union representatives. However, it is also understood that the Union at the local level may from time-to-time designate other employees to represent its interests and to participate in representational Union activities. Such employees are authorized official time, for participation in such

activities. The Union shall make a reasonable effort to use representatives within the Local jurisdiction.

(4) Council and Local Union bargaining team members are provided official time for travel to attend term, midterm, and supplemental bargaining within their jurisdiction if they would otherwise be in a duty status. This time will not be charged to the official time bank. Official time will be used for Council travel in accordance with this Agreement.

(j) TRAINING

(1) The Agency agrees that official time is authorized for Union representatives not on 100 % block time to travel to and attend training approved by management which is designed to advise Union representatives on matters within the scope of the Title 5 U.S.C. Chapter 71 and/or is of mutual concern to the Agency and the Union.

(2) The Union representative not on 100% block time planning to attend such training will request official time and present an agenda at least ten (10) work days, when possible, before the date training is scheduled to commence.

(3) The Agency will respond to the request no later than five work days from the date the request is made.

(4) The Agency's sole expense for all Union sponsored training will be official time.

(5) available, and upon request, the Agency will permit the use of Agency training space.

(k) ALLEGATIONS OF ABUSE

Each Union representative is responsible for utilizing official time as consistent with 5 U.S.C. 7131 and this Agreement. Alleged abuses of official time shall be brought immediately to the attention of the Chief of the LER, or designee and the Council President (if the alleged abuse is by a Council Union representative) or the Local President (if the alleged abuse is by a Local Union representative) of the allegation. The Chief of the LER and Council President will meet to discuss the allegation of abuse and reach consensus on appropriate corrective action.

(l) RETURN TO DUTY

To the extent required by law, upon conclusion of their labor management duties, full-time Union representatives will return to positions in the same series and grade they occupied before assuming full-time Union duties.

# ARTICLE 8 – UNION FACILITIES AND SERVICES

The purpose of this Article is to provide facilities and services that are necessary and reasonable for the Union to carry out its activities as the exclusive representative of USCIS bargaining unit employees covered by the Agreement.

(a) FACILITIES FOR INTERNAL UNION BUSINESS

   (1) Definition of Internal Union Business. As set forth in 5 U.S.C. § 7131(b), any activities performed by any employee relating to the internal business of a labor organization shall be performed during the time the employee is in non-duty status.

   (2) Meeting Space. Upon advance request by the Union and at no additional cost to the Agency, the Agency will provide meeting space, if available, for meetings and elections during non-duty, building operation hours. The Union will comply with all security, safety, and housekeeping rules in effect at the time and location of the meeting. The Union acknowledges that no responsibility for the safety or security of the ballot boxes is assumed by the Agency.

   (3) Non-duty Hours. Employees attending meetings under Subsection (2) will do so only during non-duty hours or while they are in a leave status.

   (4) Membership Drives & Materials. Upon advance request by the Union and at no additional cost to the Agency, the Agency will provide space, if available, for the purpose of membership drives and distributing Union issued materials. These activities will be conducted only when the union representatives and/or participating employees are in non-duty status (e.g. during lunch periods and other non- duty hours) and shall not interfere with the mission of the Agency.

(b) FACILITIES FOR REPRESENTATIONAL ACTIVITIES

   (1) Definition of Representational Activities: Those activities undertaken by Union officials for the purpose of representing bargaining unit employees in matters related to 5 U.S.C. Chapter 71, and this Agreement, and/or other USCIS workplace matter, for which official time is appropriate.

   (2) Meeting Space. Upon advance request by the Union, the Agency will provide meeting space, if available, for the following purposes:

      (A) Preparing or discussing a grievance or appeal;

      (B) Caucusing immediately before, after, and during scheduled meetings with the Agency;

      (C) Discussing matters directly related to any USCIS workplace matter of concern to the Union and/or the bargaining unit, for which official time is appropriate.

(3) Nothing in this section shall be construed as permitting meetings or the use of management-supplied equipment for the purpose of conducting internal union business.

(c) DIGITAL SIGNS

(1) Upon request from the Union, the Agency will allow electronic Union generated content to be posted on the Agency's electronic bulletin boards for a period of time not to exceed fifteen business days.

(2) No material that violates law, contains libelous material, or personal attacks may be posted on any bulletin boards.

(3) The Union's content must be reviewed by the Agency prior to publication and must comply with all Agency policies governing such publications.

(4) The Union may continue to post material compliant with section (c)(2) above on existing legacy non-electronic bulletin boards.

(d) ACCESS TO EMPLOYEES

(1) Upon request, but no more than quarterly, the Agency will furnish to the Council, for internal use only, a list which will contain the names, grades, position titles, series, duty city, duty states, and office locations of employees in the bargaining unit. The Parties recognize that errors may occur from time to time in regard to input and coding of data, and that the listings will not be construed as an action by the Agency to unilaterally deny bargaining unit status to any employee, or to confer it. Upon notification of any such errors, the Agency will make an immediate and concerted effort to ensure that the errors are fixed and re-issue the list.

(2) The Agency will provide a link on the USCIS intranet site to the National CIS Council 119 website.

(3) Access to local Enterprise Collaboration Networks ("ECN") (or successor) pages for the Union will be worked out as appropriate may be bargained at the Local levels. All content will be subject to Agency approval.

(e) CONTRACT COPIES

The Agency will make this Agreement available electronically through an Agency authorized link. All employees who attend the new employee orientation referenced in this Agreement will be notified of the link.  The link will also be placed prominently on the USCIS intranet homepage.

(f)  UNION REPRESENTATIVES PERMITTED ON GOVERNMENT PROPERTY

   (1)  This Agreement shall be carried out consistent with the Agency's applicable security policies and procedures, including local and/or facility-specific security policies and procedures.

   (2)  National, Council, and Local Union representatives normally will be permitted in all Agency facilities to conduct Union activities. Union representatives will be granted building access.

   (3)  Union representatives shall provide the supervisor in charge of the facility with reasonable advance notice of the need for access to the facility. If the supervisor cannot approve the visit for valid operational reasons, the supervisor will make alternative arrangements, within one business day for the Union official.

   (4)  Upon arrival, the Union representative shall advise the supervisor of the Union representative's presence. Union representatives will not interfere with the work of employees at the facility.

(g) TELEPHONES

Telephones will be made available to Union officers to conduct Union representational activities while on official time. Additionally, the CIS National Council President, Council Executive Vice President (or their designee), if employed by the Agency, will each be provided a mobile telephone device (e.g. Smartphones) capable of sending and receiving Agency e-mail at the Agency's expense for the duration of the Union representative's term in office. These devices may not be used for internal Union business.

(h) UNION SPACE AND EQUIPMENT

The Agency will continue to the provide the Union with Union offices and reasonable access to space and equipment that are in place on the effective date of this Agreement in current Agency-occupied facilities.

The Agency reserves the right to reevaluate its overall physical footprint and space needs. In new or consolidated Agency-occupied facilities, the Agency will notify the Union prior to reallocating or limiting full-time Union access to office space and equipment on a facility-by-facility basis.

(i) INTERNET AND ELECTRONIC MAIL

   (1)  The Agency will provide internet and email access to the Union for representational purposes. The Union shall comply with the Agency's IT policies concerning the use of internet and email.

USCIS-NCISC MASTER AGREEMENT 2022

(2)  The Union may use the email system to communicate with bargaining unit employees and Agency officials.

(3)  Internal union business is prohibited when using email or government- provided access to the Internet. Consistent with the Agency's IT policy, electronic mail messages are considered government records.

(j)  COPIERS, FAX MACHINES, AND SCANNERS

Subject to availability and upon request, management will provide, access to copiers, fax machines, and scanners for Union Representatives to carry out representational duties. Agency copiers, fax machines, and scanners will not be used to conduct internal union business under any circumstances.

# ARTICLE 9 – IMPACT, IMPLEMENTATION, SUPPLEMENTAL, & MID-TERM BARGAINING

The Parties recognize that it is the policy of the United States to encourage collective bargaining and serve as a model employer.

(a) NOTICE OF PROPOSED CHANGE / PROCEDURES

This Article shall be administered in accordance with Title 5, United States Code, Chapter 71, and this Agreement. The Parties recognize that from time-to-time during the life of the Agreement, the need will arise for either Party to propose changes to existing personnel policies, practices, and/or working conditions not covered by this Agreement. The Agency will notify the Union of all changes which give rise to a duty to bargain in the following format:

(1) The written notice of the proposed change shall include:

(A) The nature and scope of the proposed change;

(B) Identification of the employees impacted by the proposed change;

(C) A description of the change;

(D) An explanation of the initiating Party's plans for implementing this change;

(E) An explanation of why the proposed change is necessary;

(F) The proposed implementation date;`

(G) The expected duration of the proposed change;

(H) The initiating Party's Point of Contact.

(I) Any other relevant information that is necessary to facilitate bargaining, as required by law.

If the written notice of proposed change does not contain the above items, then the receiving Party may request the missing information and time frames will be extended until the information is received, in accordance with this Agreement.

Notification of the proposed change will be served in accordance with this Agreement.

In the interest of partnership between the Agency and the Union, the Agency should submit Informational Notices to the Union on changes where the Agency does not believe the change gives rise to a duty to bargain. For national changes, the Informational Notice will be served on the Council President, or their designee. For local changes, the Informational Notice will be served on the Local President, or their designee.

(2) Within seven (7) calendar days of receipt of the 9(a) Notice, the receiving Party must submit in writing its request for a briefing. Either Party may request a briefing

session to explore or explain the change and its impact on unit employees. If either Party requests a briefing, the briefing will be conducted within seven (7) calendar days of receipt of the written request. Briefings will be held virtually, but by mutual agreement of the Parties, briefings may be held in-person.

(3)   The receiving Party will have thirteen (13) calendar days following the briefing, or twenty (20) days after receipt of the 9(a) notice where no timely briefing request was submitted, to submit its demand to bargain and initial proposals.

(4)   The initial proposals can be amended, withdrawn, or added to up to two workdays before the bargaining session.

(5)   Bargaining shall commence as soon as possible, but no later than seven (7) calendar days after the receiving Party's demand to bargain and proposals.

(6) The Union may request information in accordance with the Statute or case law of the Federal Labor Relations Authority. The Agency will provide any requested information as required by law.

(b) PRE-DECISIONAL INVOLVEMENT

The Union will have pre-decisional involvement (PDI) to the fullest extent practicable, without regard to whether those matters are negotiable subjects of bargaining under 5 U.S.C. 7106. This is not intended to have the Union involved in day-to-day matters of the Agency but an effort to work collaboratively on issues of mutual concerns. Furthermore, the Parties will make a good-faith attempt to resolve issues concerning proposed changes in conditions of employment through discussion in its labor-management forums. Pre-decisional involvement does not waive Management's or Union's statutory rights. However, PDI information may be used during any statutory negotiations and may be used for third party resolutions of issues.

(1)   Where the Union has PDI over an issue and the Parties agree that the issue has been resolved, bargaining over the issue is no longer required provided all matters / issues were addressed during the PDI process. Issues resolved by the Parties will be reflected in an agreement signed by the Local Union or National Council President or their designee and the responsible Management Representative. If the issue involves two or more locals it is considered National in scope and PDI will be held at the national level.

(2)   If PDI does not result in an agreement for proposed changes to working conditions for bargaining unit employees, the Agency will provide the Union notice and opportunity to bargain in accordance with law, government-wide rules and regulations, Executive Orders and this Agreement.

(c) EXTENSIONS

All time limits stated in this Article may be extended by mutual consent of the Parties involved.

(d) MANAGEMENT-INITIATED CHANGE

(1) Recognizing that it is the policy of the United States to encourage collective bargaining and serve as a model employer, the Agency will:

(A) When in-person bargaining occurs and travel is required, the Agency shall pay for the travel and per diem expenses for no more than three Union bargaining team members for national-level bargaining engagements and no more than two local bargaining members for local engagements as a result of management-initiated changes. While in-person bargaining is preferred, virtual bargaining is an option when mutually agreed to. Hybrid negotiations, in person and virtual, are also encouraged. The Agency shall select the site and provide the facility for bargaining.

(B) Management will provide the Union bargaining team with access to routine office equipment as may reasonably be needed by the Union team during face-to-face negotiations with Management.

(2) If the Union does not submit bargaining proposals within the required time frame, including any extension requests, Management will have satisfied its obligation to bargain under the Statute and may proceed to implement the change(s) on the proposed date.

(e) UNION-INITIATED CHANGE

(1) Union initiated changes must be served by the National Council, or their designee, regarding National issues and the Local presidents, or their designee, regarding local issues. All written notices of Union initiated changes must be served on the Chief of Labor and Employee Relations (LER) for appropriate delegation for bargaining. Where the Agency delegates to Local Management, that Local Management shall be authorized to negotiate on behalf of the Agency for the purposes of this Article.

(2) For a face-to-face mid-term bargaining engagement over a Union-initiated change, the Union will pay for the travel and per diem for all Union bargaining team members.

(3) The Union shall select the USCIS Office within the contiguous United States and the jurisdiction of the change and the Agency will provide the USCIS facility for bargaining.

(4)  Management will provide the Union bargaining team with access to office equipment as may reasonably be needed by the Union team in its negotiations with Management.

(f)  PROCEDURES FOR LOCAL SUPPLEMENTAL AGREEMENTS (LSA) AND MEMORANDA OF AGREEMENT (MOA)

(1)  Master Agreement Controlling. The Agreement is governing and controlling, and nothing may be included in any LSA or MOA which is in conflict with this Agreement. Where provisions of an LSA or MOA are in conflict with the terms of this Agreement, the terms of the Agreement shall govern. As a reference, LSAs may include and/or repeat provisions or articles contained in the Agreement.

(2)  The Parties agree that any time after this Agreement has been in effect for 30 days, but not more than 12 months (one year), either the Agency or Union may request to retain an existing or re-negotiate any previously negotiated LSAs and MOAs.

(3)  A request to negotiate an LSA by a Local Union must be directed to the Chief of Labor Employee Relations (LER), or designee. A request to negotiate an LSA by the Agency must be directed to the Local President.

(A) The Parties must complete renegotiations of any existing LSA or MOA within twelve (12) months of the date of the request to renegotiate. In the event that mediation and/or impasse is required to reach an agreement and results in exceeding the 12-month deadline, the deadline is automatically extended to complete the bargaining.

(4)  Within three (3) months of the effective date of this Agreement, either Party may initiate bargaining over a new LSA within the Union Local's jurisdiction. By mutual agreement, the Parties may negotiate either a single LSA to cover all Agency components within a Union Local's jurisdiction, or separate LSAs for specific Agency components within a Union Local's jurisdiction.

(5)  Within no more than two (2) weeks of completion of Local bargaining, Local Presidents, or their designees, will forward all tentatively agreed upon LSAs and/or MOAs to the Council President and the Chief of LER for review of potential conflicts.

(6)  Review of the LSA by the Council President and the Chief of LER will be restricted to whether the LSA and/or MOAs conflicts with or is covered by this Agreement, existing law, rule, and/or regulation.

(7)  The Council President and the Chief of LER will have thirty (30) calendar days from the date of receipt to review the tentatively agreed upon LSAs and MOAs. Extensions will be granted by mutual agreement of the Local Parties. If no conflicts are found by the Chief of LER and/or Council President, the agreed to provisions

will be sent back to the Local Parties for ratification, if chosen by the Union and/or execution of the agreement. Once executed, the LSAs and MOAs will be submitted for Agency Head Review. LSAs and MOAs will only be effective upon the Agency Head's full thirty (30) day review period approval or on the 31st day after the Agreement was ratified and/or executed for Agency Head Review – whichever comes first.

(8)    If the LSA does not pass review by the Union or the Agency, the reviewing Party will notify the Local Union and management official of the particular provisions found to be contrary in writing. Where the LSA is returned, the negotiating Parties will have thirty (30) calendar days to submit the revised LSA for review in accordance with this Article. In the event the Parties at the national level cannot agree on the approval or disapproval of the re-submitted and revised LSA, the revised LSA will be submitted for Agency head review.

(9)    Supplemental Agreements go into effect upon the Agency Head's approval or on the 31st day after the execution of the supplemental agreement -- whichever comes first.

(10)  Subject Matter. Matters appropriate for local supplemental bargaining may include matters of local concern as may be identified by each party to the particular local supplemental negotiations. For example, appropriate subjects may include, but are not limited to:

(A)  physical working conditions such as safety, sanitation, heat, air conditioning, ventilation, smoking policy, lockers, eating facilities, work clothing where applicable, etc.;

(B)  employee seating arrangements; and

(C)  employee parking arrangements.

(11)  Furthermore, local supplemental bargaining may be pursued in accordance with the following Articles:

Article 18: Seniority

Article 27: Hours of Work

Article 29: Telework

Article 35: Workstation Assignments (previously "Office Moves")

Article 37: Standards of Dress and Appearance

(g)  EXPIRATION AND RENEGOTIATION

Any LSA or MOA negotiated under the provisions of this Agreement shall continue through the term and any extensions of this Agreement and thereafter shall expire.

(h) BARGAINING EXCEPTIONS

Unless otherwise permitted by law, no changes will be implemented until all negotiations have been completed, including impasse proceedings. The Parties agree that, prior to the conclusion of bargaining, the Agency may implement changes to conditions of employment where:

(1) there is an emergency;

(2) compelled to do so by higher law or authority;

(3) or for the necessary functioning of the Agency.

Nothing in this Agreement shall be deemed a waiver of the Agency's authority to implement proposed changes in conditions of employment before satisfying an obligation to bargain as allowed by law, government-wide rules and regulations, Executive Orders, and this Agreement.

(i) IMPASSES DURING NEGOTIATION

During bargaining, when either party determines that an impasse has been reached, the item shall be set aside. After all negotiable items on which agreement can be reached have been disposed of, the Parties shall once more attempt to resolve any existing impasse item.

(j) MEDIATION

If such consideration does not resolve the impasse, the assistance of the Federal Mediation and Conciliation Service may be requested by either Party.

(k) AGREEMENTS ALLOWED

The use of the negotiations process does not preclude the Parties from agreeing on any issue(s) or from entering into a complete agreement with the assistance of the Mediator or the Federal Services Impasses Panel. However, any agreement reached with such assistance must comply with the terms of this Agreement. If a provision of an agreement conflicts with this Agreement or any other collectively bargained agreement, such provision will be void.

(l) GROUND RULES FOR MID-TERM, IMPACT, AND SUPPLEMENTAL BARGAINING

The Parties acknowledge that ground rules bargaining stems from 5 U.S.C. 7103(a) (12). Mid-term, impact, and supplemental bargaining shall be conducted in accordance with these ground rules. By mutual agreement, the Parties may negotiate additional ground rules and/or different ground rules other than those set forth under this Article.

The following ground rules apply to all mid-term, impact and implementation, and

supplemental bargaining entered into as a result of changes initiated by either Party and any corresponding obligation to bargain over such changes under 5 U.S.C. Chapter 71.

(1) Facilities. the Parties will determine the location for negotiations.

(2) Face-to-face negotiations will be held in a suitable meeting room provided by the Agency. The Agency will furnish the Union negotiating team with a caucus room, such as a conference room or other private meeting space in close proximity to the negotiation room.

(3) Equipment. Where negotiations are held at a USCIS facility, the Agency will provide the Union negotiating team with customary and routine office equipment, supplies, and services, including but not limited to computer(s) with Internet access, telephone(s), desks and/or tables and chairs, office supplies, scanner, and access to at least one printer and one photocopier.

(4) The starting date and the daily schedule for negotiations will be established by the mutual agreement of the Chief Negotiators of each Party.

(5) Alternates may substitute for bargaining team members. Such alternates will be entrusted with the right to speak for and to bind the members for whom they substitute.

(6) The Parties may invite subject matter experts (SME) to the negotiations to more fully explain specific proposals, policies, or procedures.

(7) During negotiations, the Chief Negotiator for each Party will signify agreement on each section by initialing the agreed-upon section. The Chief Negotiator for each Party will retain his/her copies and will initial the other Party's copy. An agreed upon section may be modified only by mutual agreement.

(8) It is agreed that either team may request a caucus and may caucus in a separate virtual meeting space or at a suitable site provided by the Agency. There is no limit on the number of caucuses that may be held; however, each party will make every effort to limit the number and duration of caucuses.

(9) The Agreement shall not be completed and finalized until all proposals have been agreed upon or otherwise disposed of by mutual consent. Negotiation disputes, including questions of negotiability and resolution of impasses, will be processed in a manner consistent with 5 U.S.C. Chapter 71 and implementing regulations, and this will not serve as a bar to the Parties concluding by mutual consent a general agreement on those items which have been or remain to be negotiated.

(10) Each Party shall be represented at the negotiations at all times by one duly authorized Chief Negotiator who is prepared and authorized to reach agreement on all matters subject to negotiations and to sign off on agreements for their respective Party.

(11) The Union will be authorized the same number of Union representatives on official time as the Agency has representatives at the negotiations table or in the virtual meeting space; however, there will be no fewer than three (3) representatives for national negotiations and no fewer than two (2) representatives for local negotiations. The designated Union negotiators will be on official time, where the representatives would otherwise be in a duty status, during the actual negotiations, including attendance at impasse proceedings, and for other related duties during negotiations, such as preparation time and time spent developing and drafting proposals.

(12) If any proposal is claimed to be nonnegotiable by either Party and subsequently determined by the FLRA to be negotiable, or the declaring Party withdraws its allegations of non-negotiability, the proposal will, upon request, be reopened within a reasonable period of time. Such reopening request must be made within fifteen (15) calendar days from when the proposal is declared to be negotiable or the claim that the proposal is nonnegotiable is withdrawn. Nothing in this section will preclude the right of judicial appeal.

(13) This procedure does not preclude the Parties from revising any proposals to overcome questions of scope of bargaining or duty to bargain during the period of negotiations.

(14) All time frames in these ground rules may be modified by mutual consent of the Parties.

(15) The Agency will pay travel and per diem expenses for Union negotiators as provided for in this Agreement.

(16) The alternate work and telework schedules of the Union bargaining team employees will be converted to regular tours of duty (i.e., Monday through Friday) and work hours adjusted according to the agreed upon hours of negotiations. The Parties may adjust the work schedules and arrangements by mutual agreement.

(17) Transcripts, dictations, and/or electronic recordings are not permitted during the negotiations except by mutual agreement of the Parties. Each Party may internally designate a note taker to keep notes and records during the sessions for each Parties' exclusive use. It is agreed by the Parties that each Parties' notes and records are their own and not official nor mutually agreed upon.

(18) Observers will be permitted in negotiating sessions. The Chief Negotiators for each Party will permit observers at their own expense for travel and per diem, to attend face-to-face negotiation sessions. Observers will not participate in discussions and will otherwise abide by these ground rules.

USCIS-NCISC MASTER AGREEMENT 2022

(19) Whenever possible, the Parties will exchange lists of bargaining team members at least ten (10) calendar days prior to the scheduled bargaining date.

(20) All agreements reached pursuant to this Article are subject to Agency Head Review. Agreements will be effective upon the Agency Head approval or on the 31st day after the Agreement was submitted to Agency Head review— whichever comes first.

(21) Travel. This Article will be followed for travel expenses related to negotiations. In the case of LSA negotiations, where travel is required, the Agency shall pay for the travel and per diem expenses for union team members authorized for official time as outlined in this Agreement.

(22) Union Ratification. Prior to the start of negotiations, the Union will notify the Agency in writing whether the Agreement will be subject to ratifications. If the Agreement is subject to ratification, then after agreement is reached in its entirety, and prior to agency head review, Chief of LER review, and/or Union Council President review, the Union shall have a reasonable amount of time, not to exceed thirty (30) calendar days in which to secure appropriate ratification from membership and/or executive boards as is appropriate to the circumstances of the particular agreement.

If the Union notifies the Agency that the agreement was not ratified, the Union will provide the Agency written reasons for the ratification failure and will have fifteen (15) calendar days to request to reopen negotiations and submit their bargaining proposals.

The Parties will resume negotiations within fifteen (15) calendar days of the Agency's receipt of the Union's request to reopen negotiations.

# ARTICLE 10 – PERMISSIVE SUBJECT NEGOTIATIONS

(a) PURPOSE

    (1) The purpose of this Article is to describe the standard procedures for permissive subject negotiations pursuant to 7106 (b)(1) of the Statute. Such permissive subject negotiations will be conducted in compliance with laws, government-wide regulations and rules, and Executive Orders.

    (2) This Article deals with negotiations of numbers, type, grades, and methods and means of performing work of the employees or positions assigned to any organizational subdivision, work project, or tour of duty.

    (3) The Parties agree that permissive subject bargaining under this Article may be most appropriate for local bargaining. In such cases, the appropriate local Management will serve notice to the designated local Union representative of such permissive subjects.

(b) PROCEDURES

    (1) The Agency will notify the Union, at the appropriate National or Local level, of the need to change the numbers, types, and/or grades of employees or positions within any organizational subdivision, work project, or tour of duty in accordance with this Agreement.

    (2) This notification will include the information as noted in Article 9 of this Agreement.

        (A) The Union may request to bargain as outlined in this Agreement.

    (3) The Agency will notify the Union of any proposed changes to or intended implementation of new methods and means of performing work to further the performance of the workforce in accordance with this Agreement.

        (A) This notification will include the information as noted in Article 9 of this Agreement.

# ARTICLE 11 – PILOT PROGRAMS

(a) PURPOSE

The terms of this Article apply to the Agency instituting Pilot Programs (Pilot). The purpose of the Pilot is to explore new ways of accomplishing the mission and encouraging innovation.

(b) DEFINITION

A Pilot also referred to as a feasibility study or experimental trial, is an experiment that helps the Agency learn how a project might work in full-scale practice. A Pilot serves as a testing period for a new system, program, process, procedure, etc. impacting the conditions of employment of employees. A Pilot may be used by the Agency to evaluate a new system, program, process, procedure, etc.

(c) INFORMATION PROVIDED TO THE UNION

(1)   For any Pilot which is not intended to exceed six (6) months, a notice, briefing, and information will be provided to the Union prior to Pilot implementation.

(2)  For any Pilot which is intended to exceed six (6) months, the Agency will notify the Union of the Pilot and follow the provisions within Article 9 of this Agreement and bargain prior to implementation.

(3)   Should the Agency decide to implement any changes to working conditions of employees on the basis of the results of the Pilot, the Union will receive notice and the opportunity to bargain prior to implementation pursuant to law, government wide rules and regulations, Executive orders, and this Agreement.  If the Agency decides to adopt all or part of the Pilot on a permanent basis, the Agency will notify the Union of the determination and the Union will have the opportunity to initiate bargaining prior to the termination of the Pilot.

(4)  The information will include the nature and scope of the Pilot. The information is necessary to the Union to understand the system, program, process, and/or procedure which is being Piloted.

(5)  The Union will also be provided the pilot locations. If the Pilot locations are changed, the Union will be provided with updated location information as soon as possible.

(6)  The Pilot's schedule will also be provided to the Union upon request, where available. If the schedule is changed, the Union will be provided with updated information as soon as possible.

(7)   The Union will be provided a tentative start date for the Pilot and the Pilot's expected duration. However, the Union will again be notified if the Pilot exceeds the expected duration.

(8)   The Union will be notified of the scope of the Pilot participation by employees. Some Pilots may require participation by employees without being voluntary. Participants may be selected based on qualification criteria of the Pilot.  In the event there are two or more participants determined to be equally qualified for a position, and operational and mission needs do not limit selection or placement, the seniority provisions of this Agreement or local agreements will be utilized. The Union will be provided with the qualification standards that the Agency is using to select the candidates prior to the selection process.

(9)   Prior to accepting applications for participants, the Agency will identify the conditions of employment that employee participants will need to adhere to if they elect to participate in the Pilot. Conditions of employment identified will include but not be limited to: hours of work, telework availability, alternate work schedule availability, and any special requirements regarding the position.

(10)  The Union will be notified if bargaining unit employees will be required to receive any training pertaining to the Pilot prior to participation in the Pilot.  The information provided will identify the type of training and its expected duration.

(11)  Employees may be required to provide feedback or complete a survey as part of a Pilot. If the Agency elects to perform a survey of the Pilot to assess the program, it will inform the Union and provide upon request an advance copy of the survey. Employees will be given duty time to complete any Pilot feedback or survey. All results of the survey will be shared with the Union upon request.

(12)  During a Pilot, the Union may request periodic updates regarding the progress of the Pilot and provide feedback on a periodic basis (i.e. weekly).

(d)  SITE VISITS

(1)   National Pilots. Upon request, the President of Council 119, or their designee, will receive an on-site visit to observe a Pilot.  Site visit requests will be coordinated with the Chief of LER. Virtual site visits are encouraged if amenable to the type of Pilot being conducted. Unless mutually agreed to, such site visits will not exceed a normal workday at any Agency office location.

(2)   Local Pilots. Upon request, a Local President, or their designee, will receive an on-site to observe a Pilot. Such a request will be coordinated with the Local Management. Virtual site visits are encouraged if amenable to the type of Pilot being conducted. Unless mutually agreed to, such site visits will not exceed a normal workday at any Agency office location.

# ARTICLE 12 – GRIEVANCE PROCEDURE

(a) PURPOSE

(1) The purpose of this Article is to provide a fair, simple, and expeditious means of processing grievances. The Agency and the Union will make every effort to resolve grievances informally or at the lowest level possible.

(2) This negotiated procedure shall be the exclusive procedure available to the Union and employees in the unit for resolving grievances which fall within its coverage, except as specifically excluded in Section (c) below. However, any employee may present such grievances to the Agency and have them adjusted, without the representation of the Union. The Agency will provide a copy of the grievance to the Union as soon as practicable after the Agency receives the grievance. An employee may be represented at any stage by the Union in the preparation and presentation of a grievance.  When the Union is not the designated representative, the Agency will provide the Union reasonable advance notice of and opportunity to attend any grievance meeting or discussion.

(3) Where the grievant elects Union representation, meetings, and communication with regard to the grievance and any attempts at resolution shall be made through the designated Union representative. The Agency will not retaliate against any Union representative or employee for filing a grievance.

(b) DEFINITION

A grievance means a complaint by:

(1) A bargaining unit employee concerning any matter relating to the employment of the employee;

(2) The Union concerning any matter relating employment of any bargaining unit employee or group of employees;

(3) Any bargaining unit employee, the Union, or the Agency concerning;

   (A) The effect or interpretation, or a claim of breach, of a collective bargaining agreement; or

   (B) Any claimed violation, misinterpretation, or misapplication of any law, rule, or regulation affecting conditions of employment.

(4) Any bargaining unit employee or the Union concerning a claimed violation, misinterpretation, or misapplication of the Agency's policies affecting conditions of employment.

(c) EXCLUSIONS

This procedure does not cover grievances concerning:

(1) Political Activities. Any claimed violation of Subchapter III of Chapter 73 of Title 5 of the United States Code (relating to prohibited political activities);

(2) Benefits. Retirement, life insurance, or health insurance;

(3) National Security. A suspension or removal under Section 7532 of Title 5 of the United States Code in the interest of national security;

(4) Hiring Authority. Any examination, certification, or appointment;

(5) Classification. The classification of any position which does not result in a reduction in grade or pay of any employee;

(6) Statutory Complaint. Any matter that the affected employee has elected to appeal through a statutory or regulatory process, e.g., the EEOC (by filing a formal complaint), the MSPB (by filing an appeal to the MSPB), the FLRA (by filing an FLRA unfair labor practice charge (ULP)) or the OSC (by filing a complaint with the OSC);

(7) Adverse Action Appeal. An appeal of an adverse action under 5 U.S.C. § 4303 or 5 U.S.C. § 7512 if the employee has elected to file an appeal under the statutory appeal procedure provided under 5 U.S.C. § 7701 and its implementing regulations;

(8) Already Filed. Where the relief requested is the same, matters which can be raised under the grievance procedure or as an unfair labor practice may, in the discretion of the aggrieved party, be raised under either procedure but not under both procedures;

(9) Probation. The separation of an employee during his/her probationary (as defined in this Agreement) or trial period);

(10) Appointments. The Agency's determination not to extend the appointment of individuals serving under term, international rotational assignment, or other temporary appointment (e.g. Pathways Intern Program);

(11) Proposed Actions. Notices of proposed disciplinary/adverse actions, furloughs, or removals. Issues relating to such proposal notices may, however, be raised in connection with any grievance over the final decision on the proposed action.

(12) Letters of Counseling

(13) Denials of Within Grade Increase (WIGIs)

(d) EXCLUSIVITY OF REMEDIES

(1) Matters covered by this Agreement which also fall within the coverage of a statutory procedure, external rule, or Agency directive, may, at the discretion of the aggrieved

employee, or their Union representative, be raised under the applicable statutory or other external procedure, or under the Agency's internal complaint procedure, or under the negotiated grievance procedure, but not more than one process.  Only one remedial course of action may be chosen.

(2)  An employee and/or the Union will be deemed to have exercised their option under this provision at the time the employee and/or the Union files a charge, appeal, complaint, or formal written grievance under this Article, or other initiating action, whichever occurs first.

(e)  SUBSTANTIALLY SIMILAR OR GROUP GRIEVANCES

(1)  In the case of a substantially similar grievance involving a group of employees, one employees' grievance may be selected by the Union for processing as the "lead grievance" provided all relevant facts and circumstances are substantially similar. In such cases, all decisions on the "lead grievance" will be binding on the other grievance(s). Substantially similar grievances are those arising from a common set of circumstances which adversely affect the grievant in the same manner where all of the witnesses would be testifying to the same or substantially similar facts. The term "substantially similar" means facts which are sufficiently alike so that a reasonable person would conclude that application of the same rules to the facts in each grievance would result in the same conclusions with regard to the outcome of those grievances. Grievances may be consolidated by mutual agreement of the Parties at any stage in grievance procedures, including at the arbitration stage.

(2)  When processing such a consolidated grievance or a grievance involving a group of employees, no more than three (3) employees, excluding designated Union representatives, covered by the grievance will be permitted to attend any meeting concerning the grievance.

(f)  RESOLUTION AT LOWEST POSSIBLE LEVEL

The Agency and the Union agree that every effort will be made by Management and the aggrieved party(ies) to settle grievances at the lowest possible level. The employee will be given a reasonable amount of duty time in accordance with this Agreement to present the grievance. The Union representative presenting the grievance will be on official time in accordance with this Agreement. At any time during the grievance process, a grievant or, if represented by the Union, their representative, may attempt to resolve a grievance informally. If the Agency grants the full requested relief, then the grievance will be closed. If the Agency grants part of the requested relief, those issues will not receive further consideration.  However, the balance of the ungranted remedies will proceed forward.

(g) GENERAL PROCEDURES FOR FILING AND RESPONDING TO GRIEVANCES

(1) The Union maintains the right, on its own behalf or on behalf of any bargaining unit employee, to present and process grievances under this Article.

(2) Any resolution of a grievance filed by an employee who proceeds without Union representation will be consistent with law and the terms of this Agreement. The Union will be provided a copy of all grievance replies by electronic mail in accordance with this Agreement. The Union will be provided an opportunity to be present at all meetings between Management and the grievant concerning the grievance at every step of the grievance procedure.

(3) Relevant evidence may be introduced at any stage of the grievance procedure.

(4) A grievance filed by Management under this Article shall be presented to the appropriate designated Union official.  For Local matters, the appropriate Union official is the Local President, or their designee.  For National matters, or matters affecting multiple Locals, the appropriate Union official is the Council President, or their designee.

(5) All written submissions made under this Article shall be delivered using one of the agreed upon methods listed in this Agreement.

(6) Once filed, the grievant may not add violations or seek additional requested relief.

(7) All references to "days" in this Article mean calendar days unless otherwise expressly provided herein.

(8) Grievance meetings are encouraged to help resolve grievances, but are not required. Either Party, at any step, may request to meet about a grievance with the request directed to the responding grievance official. Grievance meetings may be held virtually or in person, whichever is more practical, during regularly scheduled work hours. Participating in such meetings may include but is not limited to: the employee who is raising the issue, the designated Union representative, the individual alleged to have taken the grieved action, and/or the individual who has the authority to resolve the grievance. The Agency will not be required to pay travel or per diem expenses incurred as a result of in-person meetings, unless the Agency is the filing Party. Either Party may choose to have an additional advisor/representative participate.

(9) At any step of the negotiated grievance procedure, when any Management deciding official designates someone to act on their behalf, that designee will have the complete authority to render a decision at that step and will render the decision. The Agency will assign a designee other than someone who decided the issues at any previous step and is of equal or higher authority than the previous deciding official.

(A) When Management designates someone to act on their behalf, Management will, as soon as practicable, notify the Union of the identity of the designee and their contact information.

(h) GRIEVANCE PROCESS

    (1)   Step I Grievances (Informal Grievance)

        (A) Step I is for a grievance filed by an employee or by the Local Union on behalf of the employee. The grievant may, but is not required to, file at Step I as provided below or may proceed directly to Step II.

        (B) Informal grievances must be presented within thirty-five (35) calendar days after the incident occurs or the grievant becomes aware of the incident, and must identify the name(s) of the grievant, nature of the complaint, and the remedy requested. This time limit will not apply   where it is established that the employee had no way of being aware of the incident. The grievance must be made in writing. It shall state: (1) that it is being filed at Step I; (2) the date of the incident, if known; (3) the name(s) of the grievant(s); (4) the nature of the complaint; (5) the identified contract Articles, provisions of any other collectively bargained agreement, laws, rules, regulations, and/or policies alleged to be violated; and (6) requested remedies. The grievance may first be presented verbally by the concerned employee (or the employee's representative acting on the employee's behalf) with the first level supervisor in an attempt to settle the matter. The grievance may be written in any form, at the grievant's or Union Representative's option. If the first line supervisor lacks the authority to resolve the complaint, they will immediately forward the grievance to the appropriate official and notify the employee and the Union representative, if the employee is being represented by the Union, of the name and location of the appropriate official where the grievance was forwarded.

        (C) Within fourteen (14) days, beginning the day after receiving a timely filed grievance, the first level supervisor (or their designee) shall render their decision to the grievant or, if represented by the Union, their Union representative.

        (D) The Step I decision will set forth, in precise terms, the basis of the decision and, in the event the grievance is not fully granted, identify the Step II grievance responding official.

        (E) The supervisor or their designee will respond within fourteen (14) days. If the supervisor or their designee fails to render their decision within fourteen (14) days, the grievance can be elevated to the next level. If the grievant or the Union

is dissatisfied with the Step I decision, then the grievant or the Union may file a Step II grievance with the Step II Official. Relevant evidence may be introduced at any stage of the grievance procedure

(2) Step II Grievances

(A) Grievances initiated at Step II by the employee or the Union, on its own behalf or on behalf of the employee, must be submitted to the appropriate Step II official within 35 calendar days after the incident occurs or the grievant becomes aware of the incident. This time limit will be extended where it is established that the employee had no way of being aware of the incident.  If the grievance was initiated at Step I, the Step II grievance must be submitted within fourteen (14) days after receiving the Step I grievance decision.

(B) The Step II grievance must be in writing and shall state: (1) that it is being filed at Step II; (2) the date of the incident, if known; (3) the name(s) of the grievant(s); (4) the nature of the complaint; (5) the identified contract Articles, provisions of any other collectively bargained agreement, laws, rules, regulations, and/or policies alleged to be violated; (6) the reason for rejecting the Step I grievance decision, and (7) all requested remedies based on the information available at the time. This written grievance may be in any form, at the grievant's or Union Representative's option. Relevant evidence may be introduced at any stage of the grievance procedure.

(C) Step II officials designated for grievances are as follows:

| Headquarters: | Appropriate Program Head or designee |
|---|---|
| Regional Offices: | Regional Director or Designee |
| Service Centers: | Director or Designee |
| Field/District Offices: | District Director or Designee |
| Asylum offices: | Director or Designee |
| Refugee and International Operations: | Director or Designee |
| International Offices: | Director or Designee Customer Contact Centers |
| National Records Center: | Director or Designee |
| National Benefits Center: | Director or Designee |
| Verification Center: | Director or Designee |
| Other Agency Branch: | Deputy or Equivalent or Designee |

When the grievant files a grievance with the appropriate Agency official listed above, service will be considered effective.

(D) The Step II Official for grievances filed on behalf of Management shall be the Local President, or their designee.

(E) Within fourteen (14) days after receiving a timely filed grievance, the Step II Official shall render their written decision. The decision shall set forth, in precise terms, the basis of the decision and identify the Step III grievance responding official. If the Step II Official fails to render their decision within fourteen (14) days, the grievance can be elevated to the next level. If the aggrieved party is dissatisfied with the Step II decision, then the aggrieved party may file a Step III grievance.

(3) Step III Grievances

(A) A Step III grievance filed by the grievant or the local Union on its own behalf or on behalf of a grievant must be filed with the appropriate Step III official within fourteen (14) days after receiving the Step II decision.

(B) The Step III grievance must be in writing. This written grievance may be in any form, at the grievant's or Union Representative's option and shall state: (1) that it is being filed at Step III; (2) the date of the incident, if known; (3) the name(s) of the grievant(s); (4) the nature of the complaint; (5) the identified contract Articles, provisions of any other collectively bargained agreement, laws, rules, regulations, and/or policies alleged to be violated; and (6) requested remedies. Relevant evidence may be introduced at any stage of the grievance procedure.

(C) The Step III officials are the HQ Associate Directors or Program Office Chiefs (for those not within a Directorate) or designee.

(D) The Step III Official for grievances filed on behalf of Management shall be the Council President, or their designee.

(E) Within fourteen (14) days after receiving a timely filed grievance, the Step III Official shall render a written decision. The decision shall set forth, in precise terms, the basis of the decision.

(F) If the Step III Official fails to render their decision within fourteen (14) days, the grievance can be elevated to the next level. If the aggrieved party is dissatisfied with the Step III decision, then the aggrieved party may invoke arbitration within thirty (30) calendar days of receiving the written decision in accordance with this Agreement.

(i) NATIONAL GRIEVANCES

(1) National grievances are grievances over subjects that affect more than one Local.

National grievances should be submitted as soon as practical, but no later than thirty-five (35) calendar days of the date that the aggrieved party became aware of the incident giving rise to the grievance. This time limit   will be extended where it is established that the grievant was not or could not have been aware of the incident. Union National grievances must be filed with the LER Division Chief, or their designee, located at USCIS Headquarters. Agency National grievances must be filed with the National Council President, or their designee. The grievance shall state: (1) that the grievance is a national grievance; (2) the date of the incident, if known; (3) the name(s) of the grievant(s); (4) the nature of the complaint; (5) the identified contract Articles, provisions of any other collectively bargained agreement, laws, rules, regulations, and/or policies alleged to be violated; and (6) requested remedies.

(2) In an effort to resolve the grievance expeditiously, the receiving party will schedule a meeting with the aggrieved party within   fourteen (14) days of receiving the grievance. If the grievance is not resolved, the receiving party will issue a written decision within thirty (30) days of the grievance meeting that includes the point of contact.

(3) If the aggrieved party is dissatisfied with the decision, the aggrieved party may invoke arbitration within thirty (30) calendar days in accordance with this Agreement.  If the LER Division Chief, or their designee, fails to issue a written decision within thirty (30) calendar days, the grievance can be elevated to the next level and arbitration invoked.

(j)  SUSPENSIONS AND ADVERSE ACTIONS

(1) Grievances concerning suspensions of more than fourteen (14) calendar days and adverse actions can be initiated at the Step III level, within thirty-five (35) calendar days of the effective date of the disciplinary or adverse action, or where the informal EEO process has been initiated, within fifteen (15) calendar days after receipt of a notice of right to file a formal EEO complaint.

(k) GRIEVANCES BASED ON DISCRIMINATION

Grievances concerning allegations of discrimination under laws enforced by the EEOC shall be initiated as follows:

(1) Incident. A Step II grievance must be initiated at thirty-five (35) calendar days from the date of the alleged discriminatory incident; or

(2) Awareness. A Step II grievance must be initiated at thirty-five (35) calendar days from the date upon which the aggrieved became aware of the alleged discriminatory incident or situation; or

USCIS-NCISC MASTER AGREEMENT 2022

(3) Final Interview. A Step III grievance must be initiated at fifteen (15) calendar days after receipt of the notice of right to file a complaint of discrimination. Election of this option does not toll the time limit for filing a grievance over alleged contract violations or violations of laws that are not enforced by the EEOC.

(l) TIME LIMITS

(1) All time limits herein may be extended by mutual agreement of the Parties involved. If the last day of a time limit falls on a Saturday, Sunday, or holiday, or on a day when the applicable government office is closed, the limit shall be extended to the next business day. If a grievant should fail to meet an applicable time limit for moving a grievance forward, the grievance shall be deemed to have been withdrawn.

(2) If a deciding official fails to meet the time limit for rendering a decision on the grievance, such failure shall entitle the grievant to advance the grievance to the next step in the procedure (including arbitration, if appropriate) within the applicable time frame for such action as measured from the date the deciding official should have rendered their decision. A grievance concerning a continuing violation may be presented at any time where an occurrence took place within the time frames of this grievance procedure.

(m) INFORMATION REQUESTS

The Union may request information related to a grievance under 5 USC 7114 (b)(4) and the Agency will provide the information as required by law. Pending a germane information request, the Parties may mutually agree to extend deadlines under this Article.

(n) GRIEVABILITY/ARBITRABILITY

When the Agency or Union has reason to believe that a grievance is not grievable, it will inform the other party in the grievance response. In the event either party declares a grievance non-grievable or non-arbitrable, the original grievance shall be considered amended to include this issue, which will become a threshold issue where arbitration is invoked.

# ARTICLE 13 – ARBITRATION

(a) PURPOSE

This Article shall be administered in accordance with the Federal Service Labor-Management Relations Statute, 5 U.S.C. Chapter 71, and this Agreement. This Article establishes arbitration procedures for disputes between the Union and Agency that are not satisfactorily resolved by the negotiated grievance procedure in this Agreement.

(b) CALCULATING DEADLINES

As used in this Article, "days" refers to calendar days unless otherwise expressly provided herein. If the day an action must be completed under this Article falls on a Saturday, Sunday, or Federal holiday, the due date shall be the next regular business day (Monday through Friday).

(c) INVOKING ARBITRATION

If the Parties fail to settle any grievance processed under the negotiated grievance procedure, the grieving party (i.e., Union or Agency) may invoke arbitration within thirty (30) days from the date the final grievance decision was due or received, whichever occurs first. In cases involving adverse actions, arbitration must be invoked within thirty (30) days after the effective date of the action. Only the Local Union may invoke arbitration on behalf of an employee within its jurisdiction.

(d) SERVICE OF ARBITRATION INVOCATIONS BY THE UNION

Invocations of arbitration must be submitted in accordance with this Agreement. Where the Union invokes arbitration, the invocation must be served to the Servicing Labor Relations Office, with a copy concurrently provided to the National Citizenship and Immigration Services Council 119 President and the Chief of LER. Invocations of arbitration over matters involving employees represented by more than one Local, or requiring Agency-wide interpretation or application of this agreement must be filed with the Chief of Labor Employee Relations at Headquarters or designee. All invocations must be made in writing. All invocations must include an FMCS Form R-43, with the following information included:

(1) Section 2: Union

(2) Site of Dispute

(3) Type of Issue

(4) Payment - The Union may include either their credit card information on the Form R-43, or may provide a check made payable to USCIS for one half of the applicable FMCS Panel Fee.

(5)    Special Requirements - The Union must denote whether or not they are requesting expedited arbitration in accordance with this Article (not the FMCS expedited arbitration procedures).

Failure to provide the information and payment required above will render the invocation insufficient and no further processing of it will be required.

(e)    SERVICE OF INVOCATIONS OF ARBITRATION BY THE AGENCY

Invocations of arbitration must be submitted in accordance with this Agreement. The invocation must be served to the Local President, with a copy concurrently provided to the National Citizenship and Immigration Services Council 119 President and the Chief of LER. Invocations of arbitration over matters involving employees represented by more than one Local, or requiring Agency-wide interpretation or application of this agreement must be served to the National Citizenship and Immigration Services Council 119 President.

(f)    REQUESTING A PANEL AND SELECTION OF ARBITRATORS

Within seven (7) calendar days of the servicing LER office's receipt of the Union's invocation and Form R-43, the Agency will complete and submit the Form R-43 to the Federal Mediation and Conciliation Service (FMCS). For arbitrations invoked by the Agency, the Union will provide the Agency with either their credit card information or a check made payable to the FMCS within ten (10) calendar days of receipt of the Agency's invocation.

The parties jointly agree that the following terms will be included on the R-43 for all arbitrations:

(1)    Area of Panel;

    (A) The area of the panel shall be Nationwide for all arbitrations;

(2)    Panel Size - The Panel size shall be 7 members for all arbitrations;

(3)    Type of Industry - Federal government;

(4)    Under Additional Requirements, the daily fee for arbitrators provided in the panel must be $2,500 or less, excluding travel and travel-related expenses; and

(5)    Issue Specialization – Experience with the Federal Labor-Management Relations Statute.

The Agency will complete and submit the Form R-43 to the FMCS and provide a copy of the form to the Union. Within fourteen (14) calendar days of receiving the list of arbitrators from FMCS, the Parties shall meet to select an arbitrator. If the parties cannot agree upon an arbitrator, the Parties shall each strike one (1) name from the list alternately and then repeat the procedure until only one name remains. The arbitrator

whose name remains shall be selected as the arbitrator for the matter. The Party striking the first name shall be chosen by a coin toss, or other mutually acceptable means. Each Party may, on a one-time basis, reject a list of arbitrators for any reason. The Party rejecting the list will pay any fees associated with requesting a second panel. Thereafter, the Parties may, by written mutual consent, agree to reject a list of arbitrators from the FMCS and request a new list of arbitrators from the FMCS.

Within seven (7) calendar days the Agency, with a copy to the Union, will contact the Arbitrator to inform them of their selection as Arbitrator.

(g) TRANSCRIPTS

Each Party will inform the other no later than fourteen (14) calendar days prior to the start of the arbitration hearing whether it desires a transcript of the hearing. If the Parties mutually agree upon the need for a transcript, they shall equally share the cost of the transcript and the Agency will make the arrangements for securing a transcript. If they do not agree on the need for a transcript, the Party desiring a transcript will arrange for the transcript and will bear the full cost. However, should the other Party change its mind prior to or after the close of the arbitration hearing and indicate its desire for a copy, it shall then be responsible for half of the costs of the court reporting services and the transcripts.

(h) PROCEEDINGS

(1) Within ninety (90) calendar days of the selection of an arbitrator, the Parties must schedule the arbitration hearing. The Parties may, by mutual agreement, extend this timeframe. Each Party is obligated to cooperate with the arbitrator in setting a hearing date. If the moving Party does not cooperate, the Arbitrator may dismiss the grievance. If receiving Party does not cooperate, the Arbitrator may schedule a hearing or dismiss the grievance.

(2) Hearings will be held on regular business days (Monday through Friday) between the hours of 9:00 a.m. to 5:30 p.m., with a 30-minute lunch break. By mutual agreement, the Parties may change the hours.

(3) Postponement/Cancellation. The Parties may mutually agree to postpone or cancel an arbitration hearing at any time. Absent mutual agreement, either Party may request that the arbitration be postponed or cancelled for good cause shown.

(4) Either party may file pre-hearing motions on threshold issues within ninety (90) days of the selection of the arbitrator.  In such a case, the moving party will notify the other party and the arbitrator of their intent to file a motion and the arbitrator will establish a briefing schedule if necessary.

(5) The arbitrator will schedule a pre-arbitration conference call no later than ten (10)

days prior to the arbitration hearing. The Parties will attempt to stipulate the issue(s) and undisputed facts to be presented to the arbitrator. By mutual agreement, the Parties may forego the pre-arbitration conference or the hearing and request that the arbitrator render a decision based on the Parties' written submissions.

(6) Prior to the pre-arbitration conference call, or no later than ten (10) days prior to the hearing, if no pre-arbitration conference call is held, the Parties shall submit electronically (delivery receipt requested) its pre-arbitration submission to the arbitrator with a copy served electronically (delivery receipt requested) simultaneously on the opposing Party. The submission shall include:

(A) A complete list of the witnesses whom the Party intends to call at the hearing with a synopsis of each witness' testimony;

(B) A copy of the documentary evidence that the Party intends to offer at the hearing;

(C) Absent a stipulated issue jointly submitted by the Parties, a statement of the issue(s) to be addressed at the hearing; and

(D) Threshold issues of jurisdiction, grievability, or arbitrability, if any.

(E) If either Party desires to file a closing brief, that brief will be due within thirty (30) days of the Parties' receipt of the transcript or the completion of the arbitration hearing – whichever is later.

(7) The arbitrator will be requested to render a decision no later than thirty (30) days after the record is closed unless the Parties mutually agree to extend the time limit. The record will be considered closed upon receipt of briefs, receipt of transcript, or completion of hearing, whichever is later.

(8) Either party may file exceptions to an arbitrator's award with the FLRA in accordance with applicable FLRA regulations, if neither Party timely files exceptions, the arbitrator's award will be final and binding. In adverse action arbitrations, the impacted employee may file an appeal to the Federal Circuit. The Agency may request that the Director of OPM file a petition for judicial review in the Federal Circuit. If an exception or appeal is filed, the arbitrator's award will not be implemented until all appeals are exhausted and a final decision is rendered by the FLRA, appropriate administrative body, or the court of highest authority to which the case has been appealed.

(9) Upon the completion of every arbitration hearing, the Agency will supply the USCIS Council 119 President with a copy of the arbitrator's decision.

(i) EXPEDITED PROCEDURE

Expedited arbitration may be invoked in cases involving demotions, suspensions of more than fourteen (14) days, and removals, or in any other case where the Parties mutually

agree to use these procedures.

(1) The Local Union President, or their designee, shall invoke expedited arbitration within fifteen (15) days of the effective date of the Agency's action. The Union, however, may withdraw its request for expedited arbitration any time before a hearing date is set, and proceed under the regular procedures set forth in this Article.

(2) The arbitrator shall adhere to the following time lines, absent mutual agreement of the Parties:

(A) Hearing. Arbitrators will conduct a hearing within thirty (30) days of selection.

(B) Briefs. Post hearing briefs will be submitted within twenty-one (21) days after completion of the hearing or receipt of the transcript – whichever is later.

(C) Decision. Arbitrators will render a decision within twenty-one (21) days after the record is closed. The record will be considered closed upon receipt of briefs, receipt of transcript, or completion of hearing, whichever is later.

(j)  COSTS

(1) Payment of Costs. Arbitrator fees and expenses of arbitration, if any, shall be borne equally by the Agency and the Union.

(2) Fees to be paid by the Agency will be governed by existing laws, rules, and regulations.

(3) The Agency will pay travel and per diem to attend an arbitration hearing for the following individuals:

(A) Employee grievant(s) who is not located within the commuting area of the hearing site;

(B) An agency-employed designated Union representative whose duty station is within the jurisdiction where the grievance arose; and/or

(C) A witness employed by the Agency who is not located in the local commuting area of the hearing site and is approved by the arbitrator to testify in person at a hearing.

(D) Otherwise, each Party is responsible for their own travel expenses. Travel and per diem paid by the Agency shall not exceed that authorized by government-wide regulations.

(4) Where the Parties mutually agree to postpone or cancel an arbitration hearing, the Parties will equally pay any postponement or cancellation fees due to the arbitrator. Absent mutual agreement, the Party requesting postponement or cancellation shall pay any postponement or cancellation fees due to the arbitrator.

(k) DOCKET REVIEW/SETTLEMENT

Discussion of any cases where arbitration has been requested and pending will be conducted upon advance request. Such discussions may include possible settlements in pending cases or in pending grievance matters. The content of such settlement discussions is confidential. Any statements made during settlement discussions specific to the settlements, and any portions of written materials revealing the contents of such settlement discussions, may not be introduced in proceedings before the arbitrator.

(l) AUTHORITY OF THE ARBITRATOR

(1) The arbitrator shall resolve all threshold issues of jurisdiction, grievability, and arbitrability in accordance with applicable laws, rules and regulations, and this Agreement.

(2) At their discretion, the arbitrator may resolve threshold issues set forth above in paragraph one of this section via pre-hearing motions.

(3) The Arbitrator's decisions shall be final and binding subject to the Parties' right to take exceptions to an award in accordance with law, or the grievant's right, if applicable, to initiate court action.

(4) The arbitrator shall be bound by the terms of this Agreement and shall have no authority to add to, subtract from, alter, amend, or modify any provision of this Agreement.

(5) The arbitrator's authority to resolve the grievance is limited to those issues raised in the grievance. The arbitrator's remedy must be limited to the grievant(s) encompassed by the grievance and must be reasonably related to the violation found and the harm to be remedied.

(6) The arbitrator may expressly retain jurisdiction for the purpose of interpreting and clarifying the award, to consider a timely filed petition for attorney fees, or where exceptions or an appeal is filed, which results in a remand to the parties. For remanded cases, the parties may resubmit the case to the same arbitrator or, by mutual agreement, select a different arbitrator.

(m) LOCATION OF HEARINGS

The arbitration hearing will be held, if possible, on the Agency's premises during the regular day shift of the basic workweek. The arbitration will normally be held within the grievant's commuting area unless the grievant has transferred from the site of the dispute. In such cases, the hearing will be held at the site of the dispute unless both parties mutually agree to hold it in another location.

(n) DUTY STATUS OF PARTICIPANTS

All USCIS bargaining unit employees who are approved participants in the hearing shall be on duty time or official time, if they would otherwise be in a duty status. If a hearing is scheduled on what would otherwise be a participant's day off, the Agency will adjust the employee's schedule so that the employee would be in a duty status.

(o) NO EX PARTE COMMUNICATIONS

There will be no ex parte communications with the arbitrator except to discuss scheduling a hearing in accordance with this Agreement and other administrative matters (e.g., arranging payment of invoices, etc.).

(p) ATTORNEY FEES

(1) Reasonable attorney fees and costs may be awarded in accordance with 5 U.S.C. Section 5596 or other applicable law.

(2) The Union may file a petition for attorney fees within thirty (30) days after an award becomes final and binding if the Union was represented by a licensed attorney. The Union's petition shall be simultaneously served on the Arbitrator and the Agency representative in accordance with this Agreement. The petition must be accompanied by sufficient documentation to enable the arbitrator to determine the reasonableness of the Union's fee request and the amount, if any, to be awarded.

(3) The Agency may file objections to the Union's petition for attorney fees within twenty (20) days of receipt of the Union's request. The objections must be accompanied by supporting documentation and served simultaneously electronically (delivery receipt requested), on the Arbitrator and the Union in accordance with this agreement.

(4) The Arbitrator shall render a decision on the Union's petition for attorney fees within thirty (30) days of receipt of the Agency's objections, or within thirty (30) days of receipt of the initial request if no objections are filed.

# ARTICLE 14 – SERVICE OF NOTICE

(a) PURPOSE

The purpose of this Article is to establish the means and methods associated with the proper service of notices, requests, demands, or documents as presented throughout this Agreement, unless specifically denoted elsewhere in this Agreement.

(b) METHOD OF SERVICE

Service of all notices, requests, demands or documents provided for under this Agreement shall be accomplished by the following methods:

(1) Electronic mail;

(2) Personal service via hand delivery; or

(3) Where the parties mutually agree, certified U.S. Mail or other commercial courier.

Where certified mail is used, a signed return receipt shall be deemed sufficient proof of service. In the case of mail or courier service, electronic confirmation of signature will be deemed adequate proof of service.

Reasonable requests for extension of applicable timelines as a result of the recipient being unavailable due to approved leave or Agency training will be approved. Reasonable requests for extension are no more than the length of the approved leave or Agency training.

(c) TIME LIMITS

In accordance with paragraph (b) of this Article, time limits for the sender are accomplished when the required document is transmitted by electronic mail, personal service, postmarked by the USPS, or electronically tracked by the USPS or commercial courier.

In accordance with paragraph (b) of this Article, time limits for the recipient start when the required documents are served in accordance with paragraph (b) of this Article.

The Parties agree that they will act in good faith and will not attempt to evade the service of documents upon them.

(d) APPROPRIATE RECIPIENTS OF SERVICE

Except as provided elsewhere in this Agreement,

(1) Service of notice at the national level will be made to:

(A) For the Union: the National Council President, or designee(s), and

(B) For the Agency: the Chief, Labor and Employee Relations or designee(s)

(2)  Service of notice below the national level will be made to:

(A) For the Union: the Local President, or designee(s), and

(B) For the Agency: the Director of the District Office, Service Center, Contact Center, Asylum Office or other Agency unit, or designee(s).

(3)  The Parties, at the nation, regional, and local levels, shall notify each other of the names and contact information of those official, and their designee(s), who are authorized to receive service of official documents or of other correspondence for which verification of service is required.

(e)  EMPLOYEE NOTICES

(1)  The Union will be provided copies of any annual notices to bargaining unit employees prior to or upon release to the bargaining unit.

(2)  Joint notices will be discussed, agreed upon and signed by both Parties prior to release to the bargaining unit at either the National or Local level.

(3)  The Notices will be posted on official bulletin boards in locations frequented by BUEs (e.g., break rooms, cafeterias, office buildings), or sent by email (e.g., USCIS Broadcast) to all employees.

(4)  Annual notices will be included as part of the new employee orientation package provided during in-processing of BUEs.

# ARTICLE 15 – DUES WITHHOLDING

(a) DEFINITIONS

   (1) Dues: The regular, periodic amount determined by the Union to be required of the member to maintain good standing in the Union. This amount is certified by the Union on the SF-1187 form and excludes special assessments, back dues, fines, and similar items not considered to be dues.

   (2) SF-1187: "Request and Authorization for Voluntary Allotment of Compensation for Payment of Employee Organization Dues."

   (3) SF-1188:  "Revocation of Voluntary Authorization for Allotment of Compensation for Payment of Employee Organization Dues."

   (4) Payroll Office: Financial Operations Branch, USCIS.

   (5) Servicing Labor and Employee Relations Office:  Human Capital and Training – Labor and Employee Relations Division (or its equivalent).

(b) ELIGIBLE EMPLOYEES

To be eligible to make a voluntary allotment for the payment of Union dues, an employee must:

   (1) Be in the Unit covered by this Agreement;

   (2) Be a member in good standing with the Union;

   (3) Have a regular net salary, after other legal and required deductions, sufficient to cover the amount of the authorized allotment for dues; and

   (4) Request the allotment on the prescribed form (SF-1187), which has been certified by the authorized Union official.

(c) UNION RESPONSIBILITIES

The Union shall:

   (1) Inform and educate its members on the voluntary nature of the dues allotment program, including conditions governing revocation of allotments;

   (2) Purchase and distribute the SF-1187 Form to its members;

   (3) Certify on the SF-1187 Form the amount of dues to be withheld each pay period, and identify the Local to receive the dues deductions;

   (4) Promptly forward completed SF-1187 forms to the appropriate servicing Human Resources Office;

(5)  Furnish written notification to the servicing Human Resources Office concerning the names and titles of Local Union officials authorized to certify the SF-1187 form; and

(6)  Provide the appropriate servicing Human Resources Office with written notification concerning:

(A) Changes in the amount of Union dues;

(B) The name of any employee who has been expelled or ceases to be a member in good standing in the Union within ten (10) days of such determination; and

(C) The name of any employee on check off who transfers from one Local to another; any change in the Local who receives dues deducted from check; and any change in the amount to be deducted occasioned by the transfer to a new Local.

(7)  In Districts where there are more than one Local, each Local in a District shall have the right to process SF-1187s.

(d)  AGENCY RESPONSIBILITES

The Agency shall:

(1)  Screen each Form SF-1187 to ensure that only eligible employees are on the dues withholding listing. The servicing Labor and Employees Relations Office will also screen each promotion action to remove employees who are promoted or transferred out of the unit.

(2)  Receive in the appropriate servicing Labor and Employee Relations Office the SF-1187 form from the Union; certify that the employee is a member of the bargaining unit; identify the appropriate bargaining unit status (BUS) code for the employee; and promptly forward the SF-1187 Form to the Payroll Office for processing.

(3)  Automatically reinstate the dues withholding of a bargaining unit employee returning to a bargaining unit position from a temporary reassignment or a temporary promotion to a position outside the bargaining unit.

(4)  Automatically reinstate the dues withholding of a bargaining unit employee returning to pay status from a non-pay status (for example, leave without pay).

(e)  PROCEDURES

It is agreed that the following procedures will govern the voluntary allotment of dues:

(1)  Withholding of Dues.

(A) Arrange Withholding. Upon receipt of a properly completed SF-1187 Form from the servicing Labor and Employee Relations Office, the Payroll Office shall arrange to withhold the Union dues in accordance with existing pay periods (26

biweekly periods) and procedures under which employees are regularly compensated.

(B) Effective Date. The dues deduction will be effective as soon as possible, but in no case will be later than two (2) full pay periods following receipt of the SF-1187 form by the Payroll Office.

(C) Existing Withholdings. Employees who meet the eligibility requirements for dues withholding (stated in Section (b)) and who have a current dues withholding agreement in effect on the date this Agreement is approved, need not execute a new SF-1187 form to come under the provision of this Agreement, provided that this Agreement does not necessitate any change being made to their current allotment.

(2) Changes in Dues.

(A) Union Certification Required. The amount of dues certified on the original allotment form (SF-1187) will remain unchanged until an authorized Union official provides written certification to the servicing Labor and Employee Relations that the amount of dues has changed. New SF-1187 forms will not be required.

(B) Once per Year. Changes in the amount of the allotment due to changes in the amount of Union dues will not be made more than once every twelve (12) months.

(C) Effective Date. Changes in the amount deducted for Union dues will be effective as soon as possible, but in no case will it be later than two (2) full pay periods following receipt by the Payroll Office of the Union's certification of changes in its dues.

(f) TERMINATION OF ALLOTMENTS

(1) Automatic Termination. Allotments will automatically terminate when any one of the following occurs:

(A) Loss of exclusive recognition by the Union, effective at the beginning of the first full pay period after such loss of recognition;

(B) The dues withholding agreement is terminated;

(C) An employee ceases to be eligible for inclusion in the Union in good standing, effective with the first complete pay period after receipt by the Payroll Office of written notice from the authorized Union official; and

(D) An employee ceases to occupy a bargaining unit position.

(2)   Voluntarily:

(A) Should an employee wish to voluntarily terminate their allotment, the employee will submit the SF-1188, in duplicate, to the servicing Labor and Employee Relations Office. Upon receipt of an SF-1188, the Agency will forward a copy to the Local President, or their designee.  No revocation can occur before the employee's first anniversary following the commencement of Union dues. Thereafter, revocations will be processed in accordance with law, rule, regulation, and Executive Order.

(B) The servicing Labor and Employee Relations Office shall provide the names and local numbers of voluntary terminations to the Council Secretary Treasurer on an annual basis, on or about March 1.

(g)  REMITTANCE OF DUES

(1)   All Locals which indicate composite participation will neither receive checks nor employee listings. However, if the Union code in the employee's master record does not indicate composite participation, the Local will continue to receive a check and listing. A maximum of three (3) composite checks (one from each payroll computation cycle) with supporting summary listings will be forwarded to NST AFGE, 80 F Street, N.W., Washington, D.C. 20001.

(2)   Code Combinations. The expected code combinations to be recorded on the SF-1187 for proper processing are as follows:

(A) 1 — NCISC Council, to be included in composite check to AFGE.

(B) 01 — NCISC Council, to be included in check to Local.

(h)  COST OF WITHHOLDING

The service of withholding the Union dues shall be provided at no cost to the Union by the Agency.

(i)  UNDER PAYMENTS AND OVER PAYMENTS

(1)   Rejections. The Agency does not assume responsibility for the maintenance in good standing in the Union of the employee. Any SF-1187 submitted to the servicing Human   Resources Office that Management does not process will be returned to the Union with the reasons why this was not accepted. The Union reserves the right to discuss the exclusions with Management personnel.

USCIS-NCISC MASTER AGREEMENT 2022

(2)  Administrative Errors. Administrative errors in remittance will be corrected by reductions and corrections in subsequent remittance checks. If the employee organization is not scheduled to receive a remittance check after discovery of the error, the employee organization agrees to promptly refund the amount of erroneous remittance.

# ARTICLE 16 – NATIONAL CONSULTATIONS

(a) PURPOSE

The Agency and the Union are committed to developing and fostering a constructive and cooperative labor-management relationship. The Parties will work together to develop meaningful solutions to workplace problems at the national and local levels.

(b) EXCHANGE OF INFORMATION AND VIEWS

The Parties recognize that the regular exchange of information and discussion of matters of mutual interest will contribute to a positive and effective labor-management relationship. The Agency will provide the Union with the opportunity for briefings and consultation meetings at the national and local levels.

(c) NATIONAL CONSULTATIONS

(1) Representatives of the Agency and the Union shall meet quarterly, at the national level. These consultative meetings shall be conducted at USCIS Headquarters. The purpose of these meetings is to review, discuss, consider, and make recommendations on matters relating to working conditions, employee morale, and the efficiency of the Agency's operations.

(2) National consultations shall be conducted for two (2) days. Union representative attendees, not to exceed eight (8) will be in official time status, where the representatives would otherwise be in a duty status, while traveling to and attending such meetings. The Agency will pay travel and per diem for the eight (8) Union representative attendees consistent with the Federal Travel Regulations.  Unless approved in advance by the Chief of LER (or designee), no compensatory travel time may be accrued or authorized for travel to and from these meetings.

(3) Additional Union representative attendees (not to exceed four (4)) designated by the Council President may attend the consultations, on official time, at the Union's expense.

(4) Additional Union representative observers (not to exceed (40)) designated by the Council President may attend these national consultations virtually on official time drawn from the bank, unless the representative is otherwise on block time, consistent with Article 7 of this Agreement. Union representative observers' settings will be set to mute and chat functions will be disabled.

(5) The virtual meetings will be recorded for future viewing by the Parties.

USCIS-NCISC MASTER AGREEMENT 2022

(d) LOCAL CONSULTATIONS

Agency officials and the Union representatives at the local office level shall meet at least quarterly -- or at such other times as may be mutually agreed to. The purpose of these meetings is to exchange views and information, informally resolve problems, and improve communications, understanding and cooperation between Management and the Union.

(e) MASTER COLLECTIVE BARGAINING AGREEMENT TRAINING

Nothing in this Article shall preclude the Parties from developing and presenting independent training materials and activities at their own expense. Up to two (2) Union representatives per each AFGE Local attending training on the Master Collective Bargaining Agreement will be given up to forty (40) hours of non-chargeable official time for a single training session to occur no later than six (6) months after the effective date of this Agreement, inclusive of travel, unless the representative is otherwise on block time. The Agency's sole expense will be official time.

(f) COUNCIL TRIPS

The Agency will authorize up to five (5) trips for four (4) Union representatives designated by the Council President not to exceed five (5) days per trip, including travel days, per fiscal year, at the Agency's expense. The purpose of these trips shall include, but not be limited to: improving the labor-management relationship within the Agency; assisting local unions in labor- management consultations; assisting local unions with term and mid-term negotiations; or assisting locals with the presentation of grievances or oral and written replies to proposed disciplinary and adverse actions; or to serve as advocates or technical representatives in arbitration cases. The trips must be authorized in advance by and coordinated with the USCIS Chief of Labor and Employee Relations or designee.

Any additional trips beyond the five (5) stated above or any Union representatives above four (4) per trip will be at the Union's expense.

# ARTICLE 17 – NATIONAL TECHNOLOGY COMMITTEE

(a) PURPOSE

    (1) The purpose of this Article is to describe the standard procedures for consultations, pre-decisional involvement, and negotiation over technology issues.

    (2) The Parties agree that some technology may be specific to a local office. In those specific cases, the local parties may mutually agree to establish a local technology committee to address local issues. In such cases, the appropriate local management will serve notice to the designated local union representative of such technology issues pursuant to this Agreement. Otherwise, Management will service notice to the Council President.

    (3) The Agency will notify the Union of the need for new technology, including hardware, software, or any other system to be used by bargaining unit employees pursuant to this Agreement. This notification will include the information as noted in Article 9 of this Agreement.

    (4) The Agency retains the right to determine technology, including the use of automated systems.

    (5) The Agency will notify the Union prior to implementing changes and bargain in accordance with this Agreement, law, rule, regulation, and Executive Order. Bargaining will occur in accordance with this Agreement

    (6) The Agency will consider the effects of new technology when rating an employee. An accommodation period of a reasonable length will be provided where the new technology could have a direct impact on a critical element affecting the employee's rating. The National Technology Committee, or local committees where applicable, will discuss the need for and length of this period.

(b) NATIONAL TECHNOLOGY SYSTEMS JOINT LABOR-MANAGEMENT COMMITTEE (National TS-JLMC)

    (1) Pre-decisional involvement will occur through the TS-JLMC at meetings of the Committee.

    (2) Meetings of the Committee will occur as often as necessary, but no less than monthly.　Virtual meetings are encouraged. However, meetings may occur in person at the discretion of the Committee.

        (A) The Committee may establish more meetings at their discretion.

        (B) The Committee will create a report for each meeting.

            i.    The report will be furnished to the USCIS Director (or their designee) for

distribution to appropriate management officials

    ii.    The report will also be furnished to the Council President

(C) The application of the technology will be evaluated by the Committee to identify systemic problems and positive outcomes associated with it.  This evaluation may be considered as a topic of discussion for the Committee. Recommendations for improvement of the technology and/or its application may be made by the Committee at any time.

(D) The application of the technology will be evaluated by the Committee to identify:

    i.    Systemic issues

    ii.    Work environment

    iii.    Culture

    iv.    Positive and negative outcomes

    v.    Risk management

    vi.    Changes in working conditions

    vii.    Any other relevant concerns

(E) The Committee will develop recommendations on technology for consideration by Management.

    i.    In the event that Management decides to implement or pilot any Committee recommendations, Management will notify the Union at the appropriate level.

(F) The Committee will be composed of six (6) Union representatives and six (6) management representatives.

    i.    The Committee may adjust the number of members needed for the Committee by mutual agreement. The Committee may request additional members to deal with specific technology issues.

    ii.    The Committee will have equal numbers of Union and Management representatives.

(G) The Committee will establish a charter to direct the Committee's work and meetings.

# ARTICLE 18 – SENIORITY

(a) Seniority as defined in Section (b) of this Article shall apply in all instances where seniority is referenced in this Agreement and in all questions of seniority as it relates to bargaining unit employees at the national and local levels, unless otherwise noted in this Agreement, and with the following exceptions:

Under the provisions of this Agreement, the Parties may negotiate seniority provisions in a Local Supplemental Agreement (LSA), Memorandum of Agreement (MOA), or National Supplemental Agreement (NSA) to define seniority for matters that are not covered by this Agreement. In addition, the local parties may define seniority wherever seniority is referenced in this Agreement.  For example, but not limited to:

(1)  Overtime;

(2)  Office Moves;

(3)  Telework;

(4)  Details and TDY Assignments;

(5)  Hours of Work.

Nothing precludes the local parties from defining seniority in terms of turn-taking, selection wheels, and/or similar arrangements.

(b) Seniority will be determined by:

(1)  The length of service with the Agency (USCIS) and/or its predecessor Agency (INS) commencing with the first (1st) day of employment.

(2)  In the event of a tie, the service computation date (SCD) for retirement purposes of the employee.

(3)  In the event of a tie after step two above, the grade and step of the employee with the higher graded employee having greater seniority.

(4)  In the event it is necessary to resolve a tie after step three, the default methodology will be a random event (i.e. coin flip).

(c) Within 60 days of the effective date of this Agreement and on a quarterly basis thereafter (January 1, April 1, July 1, and October 1), the Agency will provide the Union a list of bargaining unit employees with their SCD and entrance on duty (EOD) date with USCIS (and Legacy INS).

# ARTICLE 19 – PROTECTING AGAINST PROHIBITED PERSONNEL PRACTICES

(a) DEFINITIONS

    (1) Prohibited Personnel Practice. For the purpose of this Article, "prohibited personnel practice" means any action described in Section (b).

    (2) Personnel Action.  For the purpose of this Article, "personnel action" means:

        (A) An appointment;

        (B) A promotion;

        (C) An adverse action, disciplinary action or other corrective action;

        (D) A detail, transfer, or reassignment;

        (E) A reinstatement;

        (F) A restoration;

        (G) A reemployment;

        (H) A performance evaluation under Chapter 43 of Title 5 of the United States Code;

        (I) A decision concerning pay, benefits, or awards, or concerning education or training if the education or training may reasonably be expected to lead to an appointment, promotion, performance evaluation, or other action described in this subsection;

        (J) Any other significant change in duties or responsibilities, or working conditions;

        (K) A decision to order psychiatric testing or examination; and

        (L) The implementation or enforcement of any nondisclosure policy, form, or agreement.

(b) PROHIBITED ACTIONS

Any employee of the Agency who has authority to take, direct others to take, recommend, or approve any personnel action, shall not with respect to such authority:

    (1) Discriminate for or against any employee or applicant for employment on the basis of:

        (A) Race, color, religion, sex, or national origin, as prohibited under Section 717 of the Civil Rights Act of 1964 (42 U.S.C. § 2000e-16);

        (B) As prohibited under Sections 12 and 15 of the Age Discrimination in Employment Act of 1967 (29 U.S.C. §§ 631, 633a);

(C) Sex as prohibited under Section 6(d) of the Fair Labor Standards Act of 1938 (29 U.S.C. § 206(d));

(D) Disability or handicapping condition, as prohibited under Section 501 of the Rehabilitation Act of 1973, as amended (29 U.S.C. § 791); or

(E) Marital status or political affiliation, as prohibited under any law, rule, or regulation.

(2) Solicit or consider any recommendation or statement, oral or written, with respect to any individual who requests or is under consideration for any personnel action unless such recommendation or statement is based on the personal knowledge or records of the person furnishing it and consists of:

(A) An evaluation of the work performance, ability, aptitude or generalqualifications of such individual; or

(B) An evaluation of the character, loyalty, or suitability of such individual.

(3) Coerce the political activity of any person (including the providing of any political contribution or service) or take any action against any employee or applicant for employment as a reprisal for the refusal of any person to engage in such political activity.

(4) Deceive or willfully obstruct any person with respect to such person's right to competefor employment.

(5) Influence any person to withdraw from competition for any position for the purpose of improving or injuring the prospects of any other person for employment.

(6) Grant any preference or advantage not authorized by law, rule, or regulation to any employee or applicant for employment (including defining the scope or manner of competition or the requirements for any position) for the purpose of improving or injuring the prospects of any particular person for employment.

(7) Appoint, employ, promote, advance, or advocate for appointment, employment, promotion, or advancement, in or to a civilian position any individual who is a relative (as defined in Title 5 of the United States Code) of such employee if such position is in the agency in which such employee is serving as a public official (as defined in Title 5 of the United States Code) or over which such employee exercises jurisdiction or control as such an official.

(8) Take or fail to take (or threaten to take or fail to take) a personnel action with respect to any employee or applicant for employment because of:

(A) Any disclosure of information by an employee or applicant which the employee or applicant reasonably believes evidences:

    i.    A violation of any law, rule, or regulation; or

    ii.   Gross mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety, if such disclosure is not specifically prohibited by law and if such information is not specifically required by Executive Order to be kept secret in the interest of national defense or the conduct of foreign affairs; or

(B) Special Counsel/Inspector General. Any disclosure to the Special Counsel or to the Inspector General or another employee designated by the head of the Agency to receive such disclosures, of information which the employee or applicant reasonably believes evidences:

    i.   A violation of any law, rule, or regulation; or

    ii.   Gross mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety.

(9) Appeal Reprisal. Take or fail to take, or threaten to take or fail to take, any personnel action against any employee or applicant for employment because of the exercise of any appeal, complaint or grievance right granted by any law, rule, or regulation with regard to remedying a violation of 5 U.S.C. Section 2302 (b)(8) or other than with regard to remedying a violation of 5 U.S.C. Section 2302 (b)(8); testifying for or otherwise lawfully assisting any individual in the exercise of any right referred to in subparagraph (A) (i) or (ii); cooperating with or disclosing information to the Inspector General (or any other component responsible for internal investigation or review) of an agency, or Special Counsel, in accordance with applicable provisions of law; or refusing to obey an order that would require the individual to violate a law, rule, or regulation.

(10) Outside Conduct. Discriminate for or against an employee or applicant for employment on the basis of conduct which does not adversely affect the performance of the employee or applicant or the performance of others, except that nothing in this subsection shall prohibit an agency from taking into account in determining suitability or fitness any conviction of the employee or applicant for any crime under the laws of any State, of the District of Columbia, or of the United States.

(11) Veterans' Preference. Knowingly take, recommend or approve, or fail to take, recommend or approve any personnel action in violation of a veterans' preference requirement.

(12) Violation of Merit System Principles. Take or fail to take any other personnel action if the taking of or failure to take such action violates any law, rule, or regulation implementing, or directly concerning the merit system principles contained in the Civil Service Reform Act of 1978 (5 U.S.C. § 2301).

(13) Implement or enforce any nondisclosure policy, form, or agreement, if such policy, form, or agreement does not contain the following statement:

    (A) These provisions are consistent with and do not supersede, conflict with, or otherwise alter the employee obligations, rights, or liabilities created by existing statute or Executive order relating to: (1) classified information; (2) communications to Congress; (3) the reporting to an Inspector General or Special Counsel of a violation of any law, rule, or regulation, or mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety; or (4) any other whistleblower protection. The definitions, requirements, obligations, rights, sanctions, and liabilities created by controlling Executive Orders and statutory provisions are incorporated into this agreement and are controlling; or

    (B) Prohibits or restricts an employee or applicant for employment from disclosing to Congress, the Special Counsel, the Inspector General of an agency, or any other component responsible for internal investigation or review of any information that relates to any violation of law, rule, regulation, or mismanagement, a gross waste of funds, and abuse of authority, or substantial and specific danger to public health or safety, or any other whistleblower protection.

(c) INFORMATION TO CONGRESS

Nothing in Section (b) above shall be construed to authorize the withholding of information from the Congress or the taking of any personnel action against an employee who discloses information to the Congress.

(d) EEO AFFIRMATIVE ACTION

Nothing in Section (b) above, shall be construed to extinguish or lessen any effort to achieve equal employment opportunity through affirmative action or any right or remedy available to any employee or applicant for employment in the civil service under:

(1) Section 717 of the Civil Rights Act of 1964 (42 U.S.C. § 2000e-16) prohibiting discrimination on the basis of race, color, religion, sex, or national origin;

(2) Sections 12 and 15 of the Age Discrimination in Employment Act of 1967 (29 U.S.C. § 631, 633a), prohibiting discrimination on the basis of age;

(3) Under Section 6(d) of the Fair Labor Standards Act of 1938 (29 U.S.C. § 206(d), prohibiting discrimination on the basis of sex;

(4) Section 501 of the Rehabilitation Act of 1973 (29 U.S.C. § 791), prohibiting discrimination on the basis of disability or handicapping condition; or

(5) The provisions of any law, rule, or regulation prohibiting discrimination on the basis of marital status or political affiliation.

(e)  REDRESS PROCEDURES

(1)  An employee aggrieved under Section (b)(1), above, may raise the matter under a statutory procedure or the grievance and arbitration procedure provided in this Agreement, but not under both.

(2)  An employee shall be deemed to have exercised his or her option under this section at such time as the employee timely initiates an action under the applicable statutory procedure or timely files a written grievance under the provisions of this Agreement, whichever occurs first.

(3)  In the case where an employee elects the negotiated grievance procedure and alleges discrimination as described in Section (b)(1) above (or in 5 U.S.C. § 2302(b)(1))

(A) where the matter could have been appealed to the MSPB, the employee may ask the Board to review any final decision issued under the negotiated grievance procedure.

(B) where the matter could not have been appealed to the MSPB, the employee may ask the EEOC to review any final decision issued under the negotiated grievance procedure unless the sole basis of discrimination alleged was marital status or political affiliation under Section (b)(1)(E).

(4)  Appeals to the Merit Systems Protection Board or the Equal Employment Opportunity Commission shall be filed pursuant to such regulations as the Board, or the commission may prescribe.

(f)  EXCLUSIVE GRIEVANCE PROCEDURE

Except as provided in Section (e), above, an employee may only file his or her complaint under the grievance and arbitration provisions contained in this Agreement.

# ARTICLE 20 – SAFETY AND HEALTH

(a) SAFE AND HEALTHFUL WORKING CONDITIONS

The Agency agrees to provide safe and healthful working conditions taking into account the inherent hazards of the job performed and the environment in accordance with the Occupational Safety and Health Act of 1970, as amended, which states that employers are responsible for providing safe and healthful workplaces for their employees. Other factors to be considered include, but are not limited to, proper heating, air conditioning, ventilation, air quality, lighting, and water quality. The Parties shall be governed by the Safety and Health laws, rules and regulations, including departmental and/or Agency regulations and policies, and this Agreement.

(b) SAFETY AND HEALTH COMMITTEES

Safety and Health Committees consisting of Union and Agency representatives will meet at the National and Local levels. Each office will establish a Safety and Health Committee comprised of equal numbers of Agency and Union representatives. The term Office will include District Offices, Service Centers, the National Benefits Center, the National Records Center, Training Facilities, Regional Offices, Asylum Offices, Telephone Centers, Verification Centers, Field Offices, any other Agency location in which bargaining unit employees perform duties, and Headquarters Office. For all local level committees, to the extent possible, all committee members will be appointed from the local commuting area.

A National Safety and Health Committee will be established. This National Committee will be comprised of members from across the Agency and each of its Directorates. The Union will appoint members from across the Agency as well. The focus of the National Committee will be on health and safety topics which covers the Agency in a general manner and affects large numbers of bargaining unit employees. The National Committee will be composed of five (5) members of Management and five (5) Union appointed representatives. The Committee will meet on a quarterly basis in conjunction with the Quarterly consultations at USCIS Headquarters but may meet more often by mutual agreement. Consultations will be extended to accommodate the meeting of the National Safety and Health Committee. Committee members in physical attendance at Consultations will attend the Committee meeting in person. All other Committee members will attend the Committee meeting virtually. The Union will attempt to schedule the same representative participants for the National Quarterly Consultations and the National Safety and Health Committee.

Upon request, management will provide all travel and per diem expenses to a Union-appointed committee member in accordance with the travel Government wide regulations to attend a required site visit only if there is no Union -appointed committee member

USCIS-NCISC MASTER AGREEMENT 2022

assigned to the facility or within the local commuting area. Where such offices are co-located, the formation of a unified committee is appropriate if mutually agreeable to the Union Local and the responsible management official (i.e., Director or equivalent).

(1) Membership. Each Local Safety and Health Committee shall be composed of at least two representatives of Management and at least two representatives of the Union per Local. The Management representatives shall be designated by the Agency. The Union representatives shall be selected by the Union. Union participants will be on non-chargeable Official Time.

(2) Training. Consistent with 29 CFR 1960.58-59, all committee members shall be provided training commensurate with the scope of their assigned responsibilities. Training may be provided online. If the Agency decides that off-site training is necessary, it will provide travel and per diem expenses as appropriate.

(3) Meetings. The local Safety and Health Committees will meet as often as necessary upon the request of either Party. However, the Committees will meet at least once per quarter. Copies of the minutes of the meeting will be distributed to all bargaining unit employees by the Union.

(4) Purpose of Meetings. Committees will meet to discuss methods for protecting the safety and health of employees, promoting safety and health education, promoting, and implementing the Agency's Safety and Health Programs, conducting inspections of facilities, and recommending deserving employees for safety awards.

(c) Inspections. The Committees will meet at least twice every year to inspect facilities. The inspections will include a review of all working safety conditions in the workplace. Upon request, copies of the inspection report will be distributed to the Committee and to all bargaining unit employees upon request. Additionally, the inspection report will be submitted to the responsible management official to determine what, if any, correction of unsafe and/or unhealthful working conditions or practices observed or reported is necessary. Upon request, a report of any corrections that were made by Management to correct an unsafe and/or unhealthy condition will be distributed to all bargaining unit employees and the Committees.

(1) The Agency will provide safety and health training as needed for employees at no cost to the employees, including specialized job safety training, appropriate to the work performed by the employee. This training will address the Agency's and the office's Occupational Safety and Health Program, with emphasis on the rights and responsibilities of employees.

(2)  The Agency will provide basic and specialized safety and health training for Union Safety and Health Representatives. In accordance with applicable law and regulations, the Agency will provide training for all duties commensurate with the scope of the responsibilities of these representatives.

(3)  The Union will participate in the development of safety and health training through the Safety and Health committees, including curriculum and training materials.

(d)  DUTY TO REPORT UNSAFE CONDITIONS

In the course of performing their normally assigned work, employees are responsible for using safety equipment furnished by the Agency unless the equipment are not operating properly. The Agency is responsible for providing all necessary training on the proper use of all Agency provided equipment. If an unsafe condition is observed, the employee may report it to their supervisor or a member of the Safety and Health Committee.

(1)  Review and Report Unsafe Conditions. The Committee shall meet within seven (7) calendar days of notification that a question has arisen and shall issue its recommendations, in writing, to the responsible management official no later than fourteen (14) calendar days after the meeting. The Committee will also provide, in writing, a response to the employee that raised the safety question or concern.  In the event that the members of the Committee do not agree on the recommendations, any of the members shall have the right to submit a written minority view within fourteen (14) calendar days after the meeting.  The minority view will be distributed to all bargaining unit employees, if the Union deems necessary.

(2)  Decision. The written decision or an interim response shall be rendered within ten (10) calendar days after receipt of the Committee's recommendations and any timely submitted minority views.

(3)  Injury Logs. Copies of the OSHA 300 log maintained by each office will be provided to the local Safety and Health Committees for inquiring into related unsafe conditions. The Parties agree that any confidential or private information contained in the OSHA 300 Log may be redacted prior to submission to the committee.  The location of the OSHA 300 Logs will be posted as determined by the local Safety and Health Committees and the location made known.

(4)  Emergency Safety and Health events-

(A) Following an emergency safety and health event, the Agency will invite the Local Union to after action meetings involving the event. Upon request, the Union President of the local will be given copies of any and all reports.

(e) VEHICLE SAFETY

Agency policy prohibits the use of vehicles not in safe operating condition. The Agency will require a generalized inspection of all vehicles by the operator prior to their use, in order to ensure a safe operating condition. Any vehicle operator must report all vehicle malfunctions or deficiencies to the appropriate Agency Fleet Management point of contact as soon as practicable, normally no later than the end of the tour of duty. The Agency will post contact information on who the Fleet Management point of contact is. This information will be posted in each Agency vehicle.  The Agency will ensure that needed repairs are made.

(f) SPECIAL HAZARDS/IMMINENT RISK

When duties involving special hazards must be performed, the Agency will inform the employees involved concerning the hazards and risks and the proper work methods to be used. When an employee, or the Union, believes that an employee is being required to work under conditions that are unsafe or unhealthy beyond normal hazards inherent in the operation in question, the employee or the union shall refer the matter to their supervisor. This may include situations where staffing levels are not in keeping with the demonstrated levels of risk. The supervisor will make an evaluation of the working conditions and direct that the work either be continued or stopped. If the supervisor directs that the work continues, the employee (or Union official) may, if time permits, immediately escalate the request for review of the matter to the second line supervisor. However, if time does not permit such an escalation, the employee must obey the order of the supervisor unless the employee reasonably believes that obeying the order would expose the employee to a health or safety hazard presenting an imminent risk of death or serious bodily harm.  In a situation where the employee was directed to continue the work, and the employee or Union still believes the employee was exposed to unnecessary safety and health risks, the employee or Union may file a Step II grievance.

(g) LUNCHROOMS/BREAKROOMS

The Agency will provide in each Office a clean and healthful lunchroom/breakroom, to the maximum extent possible, for the consumption of food for all Agency employees.

(h) IMMUNIZATIONS AND VACCINATIONS

Subject to available funds, the Agency will provide, at no expense to the employee, all routine, widespread, publicly used, and workplace appropriate vaccines and immunizations, including but not limited to flu shots, coronavirus vaccines, post-exposure hepatitis B, and post-exposure tetanus.

(i)  TUBERCULOSIS SCREENING

Subject to available funds, the Agency will offer a post-exposure voluntary screening program for Tuberculosis.  Information about receiving this screening will be published in a prominent location for all employees to view. The location of this posting will be published, and notification sent out to all employees on an annual basis.

(j)  SAFE STAFFING

The safety and health of all employees is a foremost concern of the Agency and will be considered at all times.  Ensuring adequate staffing is an essential part of maintaining a safe and healthy workplace. As part of National Consultations with the Union, the Agency will discuss needed staffing levels as requested by the Union for offices and job titles.  Both Parties recognize that numbers types and grades of employees to perform Agency work is a permissive subject of bargaining.  Upon request by the Union, the Agency will bargain with the Union as outlined by the Statute and laws, rules, regulations and Executive orders over the numbers and types and grades of employees needed to perform Agency work.  When overtime assignments are required to ensure safety, such assignments shall be made in accordance with this Agreement.

(k)  ASSISTANCE FOR EMPLOYEES

The Agency will ensure that employees are provided appropriate assistance to evacuate buildings in case of emergencies in accordance with the emergency plans.

(l)  FEDERAL EMPLOYEE HEALTH BENEFITS

The Agency agrees to timely notify employees of, and provide electronic access to, open season instructions, information for choosing a health plan, and biweekly health benefits rates.

(m) PERSONAL SECURITY

When an employee, in the performance of official duties, has been subjected to threats, harassment, or other conduct leading to a reasonable fear for the employee's safety or the safety of his or her family:

(1)  The employee will notify management of the threat as soon as possible and follow up with a written statement outlining the threat, which will be used by management as the basis for conducting a review.

(2)  When management becomes aware that an employee has been subjected to threats or harassment in the performance of official duties, the Agency shall:

(A) Promptly discuss the matter with the employee and authorize the removal of a name plate for a period of up to 120 days while the incident is reviewed.

Management may grant extensions in 30-day increments pending the outcome of the review.

(B) The Agency may take other safety and health measures as appropriate, including, but not limited to, contacting local and Federal law enforcement authorities and/or relocating the employee upon request, if the Agency determines there is a bona fide need to relocate the employee.

(n) PERSONAL PROTECTIVE EQUIPMENT

Personal Protective Equipment (PPE), as required by appropriate OSHA standards to protect employees from hazardous conditions encountered during the performance of their official duties will be provided and replaced as necessary at no cost to employees required to wear specific PPE. The Agency will provide all necessary training for the proper use of such PPE.

(o) ALLEGATIONS OF REPRISAL

The Agency agrees there will be no restraint, interference, coercion, discrimination, or reprisal directed against any employee for filing a report of an unsafe or unhealthful working condition or for participating in Agency Safety and Health Program activities or because of the exercise by an employee on behalf of themselves or others, of any right afforded by Section 19 of the Occupational Safety and Health Act, Executive Order 12196, or 29 CFR 1960.

# ARTICLE 21 – INJURY COMPENSATION

This Article will be applied in accordance with 5 USC 8118 and its implementing regulations.

(a)  WORKPLACE ILLNESS / INJURY

When employees or the Union reports an illness or injury has occurred in the performance of official duties, the employees will be promptly advised as to their right to file for worker's compensation program benefits, which includes but not limited to payment of medical expenses and wage loss. The employees also shall be advised as soon as possible that Continuation of Pay (COP) and/or compensation benefits can be used in lieu of sick or annual leave (CA-7). The Agency will provide appropriate assistance to the employee in filing a compensation claim in accordance with Federal Employees' Compensation Act (FECA).

The Agency agrees that the employee will be allowed to seek prompt emergency medical treatment on a work-related injury. The Agency agrees to maintain adequate and unexpired first aid supplies at each office as noted in the emergency plans. All employees will have reasonable access to these supplies.

(b) INFORMATION AND FORMS

(1)  Upon notification of a workplace injury, the Agency will provide the employee who was injured while in a duty status with the necessary information and forms to file a Worker's Compensation Claim.

(2)  The injured employee shall complete and submit a CA-1, Claim for Traumatic Injury form, to their supervisor. Employees receiving COP will complete the form within ten (10) calendar days of the injury.

(3)  The completion of these forms can be completed on duty time, if possible, or the Agency will, upon request by the employee, provide non-production time to the employee for such completion. Furthermore, leave will be provided for all necessary treatments, medical attention, appointments, etc. related to the workplace injury in accordance with FECA.

(4)  The Agency will make information about Worker's Compensation and forms available on its intranet site and bulletin board in accordance with FECA and OSHA Regulations.

(5)  If an employee requires medical treatment because of a work-related injury, the Agency designated representative will complete the front of Form CA-16 "Authorization for Examination and/or Treatment" as soon as possible or within 4 hours of the request. In an emergency, where there is not time to complete the form, the Agency will authorize medical treatment by telephone and then forward Form

CA-16 to the medical facility within 48 hours. Form CA-16 may not be used to authorize treatment for occupational disease or illness except if the Department of Labor's Office of Worker's Compensation Program authorizes such use in an individual case.

(c)  CONTINUATION OF PAY / LEAVE

(1)  COP is the continuation of an employee's regular pay for up to 45 calendar days when the employee is absent from work due to disability or medical treatment. In accordance with 5 U.S.C. 8118, an employee who suffers a traumatic injury, should be informed of the right to elect COP for absences caused by the traumatic injury as well as advised of their responsibility to submit medical evidence of disability within ten (10) calendar days of making a claim for COP.

(2)  The Agency and Union understand that COP cannot be paid for any period when an employee is on paid leave. A request to elect COP retroactively in lieu of leave must be made within one year of the date the leave was used or the date of written approval of the claim by the Office of Workers' Compensation Programs (OWCP), whichever is later.

(3)  Compensation, based on loss of wages, is payable after COP ends or from the beginning of pay loss. When an employee uses their sick or annual leave to cover an injury-related absence from work, they may elect to receive compensation instead. In order for leave to be reinstated, the employee must refund to the agency the difference between the compensation entitlement and the total amount of leave paid by the agency. The employee may repay, in a lump sum or by any other plan acceptable to the payroll office, the amount collected while on annual or sick leave.

(d)  RESTORED TO DUTY

An employee who suffers a compensable illness or injury and later, within one year after commencement of benefits, recovers from such injury or illness and meets the physical requirements of the position to which he or she is being assigned, will be restored to duty in the former or an equivalent position in accordance with 5 U.S.C. 8151 and 5 CFR 353.301.

(e)  DOCUMENT REVIEW

Employees will be permitted to review documents relating to their claim, which the OWCP has authorized the appropriate USCIS local Worker's Compensation Program Coordinator to make available. Employees may be accompanied by their designated representative if they so desire.

# ARTICLE 22 – EQUAL EMPLOYMENT OPPORTUNITY

(a) STATEMENT OF POLICY

The Agency will provide equal opportunity in employment for all qualified persons and will prohibit discrimination in employment because of race, color, religion, sex, national origin, age, reprisal, disability, status as a parent, genetic information, and sexual orientation, except where required by statute or pursuant to bona fide occupational qualifications. The Agency will also provide religious and disability accommodations in accordance with law and the Agency's reasonable accommodation procedures.

The Agency's Equal Employment Opportunity (EEO) Program will be designed to promote equal employment opportunity in every aspect of the Agency's personnel policy and practice in accordance with applicable law and government-wide rules and regulations.

(b) EEO RESPONSIBILITIES

The Agency will partner with the Union through the joint EEO Committees on all aspects of EEO and this Article.

(1) Manager and Supervisors. Supervisors and managers have a responsibility to maintain a discrimination-free environment consistent with law and Agency policies.

(2) Employees. Employees have a responsibility to conduct themselves in a non-discriminatory manner consistent with law and Agency policies.

(3) The Union and Agency may jointly review procedures through the joint EEO Committee that allow for the redesigning of jobs, where feasible and desirable, and which do not create an undue hardship to achieve the Agency's mission to utilize to the maximum extent possible the present skills of qualified disabled employees. Factors for the Committee to consider include:

(A) Identify which factor, if any, makes a job incompatible with the worker's disability.

(B) If a barrier is identified in a nonessential job function, the barrier is eliminated so that the capabilities of the person may be used to the best advantage; and,

(C) Job restructuring does not alter the essential functions of the job (any changes made are those which enable the person with a disability to perform those essential functions).

(4) Making reasonable accommodations for the religious needs of employees as long as such accommodations can be made without interruption to Agency business.

(5) Commitment to the prevention of workplace harassment and sexual harassment.

(6)   Affirmative Employment Plan(s); and

(7)   Sexual Harassment.

    (A) The Agency will provide a work environment free from sexual harassment.

    (B) Employees will promptly report conduct believed to be sexual harassment to their supervisors or other appropriate management official. Where an allegation of sexual harassment is brought to the attention of Management, the Agency will promptly investigate the allegations.

    (C) Where an employee has brought an allegation of sexual harassment to the attention of management, the Agency will treat the allegations as confidential and reveal no more information concerning the allegation than is necessary to conduct the investigation.

    (D) Any employee who believes that he or she has been subjected to sexual harassment or deprived of a benefit of employment because of sexual harassment may file a claim consistent with Section (c) below.

(c) DISCRIMINATION CLAIM AVENUES

(1)   Any employee who believes that he or she has been discriminated against on the grounds set forth in this Article, may file any one of the following:

    (A) A grievance pursuant to the provisions of this Agreement.

    (B) A formal complaint of discrimination with the Agency as permitted by applicable EEO laws, rules, and regulations. In order to file a formal complaint, an employee must first seek EEO counseling within forty-five (45) days of the alleged discriminatory incident.

    (C) An appeal to the Merit Systems Protection Board (MSPB) where an action is otherwise appealable to the Board and the employee alleges that the basis for the action was discrimination prohibited by race, color, religion, sex, national origin, age, reprisal, or disability.

(2)   Elected Procedure. An employee shall be deemed to have exercised his or her option under this section at such time as the employee timely files either a formal complaint of discrimination, an MSPB appeal, or a grievance in writing in accordance with the provisions of this Agreement.

(3)   Grievance Appeal. The selection of the negotiated grievance procedure contained in this Agreement to process a complaint of discrimination shall in no manner prejudice the right of an aggrieved employee to request the Merit Systems Protection Board to review the final decision in the case of any personnel action that could have been appealed to the Board, or, where applicable, to request the Equal Employment Opportunity Commission to review a final decision in any other matter involving a

complaint of discrimination of the type prohibited by any law administered by the Commission. Appeals to the Merit Systems Protection Board or the Equal Employment Opportunity Commission shall be filed pursuant to such regulations as the Board, or the Commission may prescribe.

(4) Closed Arbitration Hearing. Where a grievance under this Article is advanced to arbitration, the arbitration hearing - at the option and request of the grievant - shall be conducted as a closed hearing.

(5) Agency offices should establish a standard program for interactive reasonable accommodation meetings for each office. The standard program may vary from office to office. The Agency will send notice out to all bargaining unit employees to inform them of the process for their office. The Agency will send separate notice to the Union.

## (d) RIGHT TO REPRESENTATION

At any stage in the processing of an EEO complaint, the employee will have the right to request and receive Union assistance. At the employee's request, the employee may be accompanied, represented, and advised by a Union representative during the established interactive reasonable accommodation meetings.

## (e) USE OF EEO COUNSELORS

(1) The Agency will make known the telephone number and email address of the Agency's EEO Office on its Outlook Email Directory and Intranet site.

(2) Unless the employee agrees to a longer counseling period, the EEO Counselor will conduct a final interview with the aggrieved employee within thirty (30) days of the date that the employee contacted the Agency's EEO office to request counseling.

(3) If the final interview is not concluded within thirty (30) calendar days and the matter has not been previously resolved to the satisfaction of the employee, the Counselor shall at that time inform the aggrieved employee of his or her right to immediately file a formal complaint of discrimination.

(4) The EEO Counselor shall not in any way attempt to restrain an employee from filing an EEO complaint, nor may an EEO Counselor encourage an employee to file an EEO complaint.

(5) The EEO Counselor shall not reveal the identity of an aggrieved employee who has come to him or her for counseling, except when authorized to do so by the aggrieved employee, until a written EEO complaint has been filed.

(6) EEO Counselors shall be free from restraint, interference, coercion, discrimination, or reprisal in connection with the performance of their duties.

(f)  UNION RIGHTS

(1)  If at any stage of the complaint process under procedures covered by this Article, the Employer determines to make changes to resolve the complaint with respect to personnel policies and practices or matters affecting the general working conditions of unit employees, the Union will be afforded reasonable notification. Likewise, where the development and implementation of the Employer's Management Directive 715 Plans and Programs involve changes in personnel policies, practices, or working conditions. The Agency will properly notify the Union and bargain in good faith.

(A) Where the corrective or remedial action to be taken as a result of statutory adjudicatory procedures would conflict with or appear to conflict with the provisions of this Agreement, the Agency shall afford the Union reasonable notification and opportunity to negotiate the impact of the Agency's action effectuating the decision.

(B) The provisions of this Agreement may not serve to prevent implementation of statutory equal employment opportunity decisions (of, i.e., the Merit Systems Protection Board, the Equal Employment Opportunity Commission, or the Federal courts) where the provisions:

   i.   Violate applicable law, order, or regulations in effect at the time this Agreement was approved; or

   ii.  Are themselves discriminatory in their impact on employees; or

   iii. Leave no reasonable alternative for taking required action.

If the employee elects to pursue the complaint under the grievance procedures of this Agreement, and he or she elects to process the grievance without representation, the Union has the right to be present at any meeting between Management and the employee concerning the grievance.  The Agency will provide a copy of the grievance to the Union in accordance with Article 13.  The Union and the Agency shall keep the meeting issues and grievance document strictly confidential on a need-to-know basis.

(g)  ANNUAL REPORT

The Agency will furnish the Council President a copy of the annual 462 Report on EEO complaints and a copy of the MD715, Plans to Identify/Eliminate EEO Barriers on an annual basis. At which time, the Agency will also schedule upon request a briefing for the Council and National EEO Committee to discuss the contents of the Annual Report.

(h) ANNUAL ANNOUNCEMENT

The Agency will issue an annual EEO Policy Statement to the workforce reaffirming its commitment to the principle of equal opportunity and fair treatment for all its employees. The annual announcement will include the contact information for the Office of Equal Inclusion and Opportunity.

(i) EEO ADVISORY COMMITTEES.

(1) The Agency and Union reaffirm their commitment to the principles of EEO, and to that end agree to support a positive program which has as its objective the realization of that commitment.

(2) An EEO Advisory Committee will be established in each office. The following provisions shall apply to EEO committees established under this Article. The term Office will include District Offices, Service Centers, the National Benefits Center, the National Records Center, Training Facilities, Regional Offices, Asylum Offices, Telephone Centers, Verification Centers, Field Offices, any other Agency location in which bargaining unit employees perform duties, and Headquarters Offices. The Committees will be composed of four (4) Management representatives and four (4) Union representatives.

(3) An EEO Advisory Committee will be established nationally. The National Committee will be composed of four (4) Management representatives and four (4) Union representatives.

(4) Local Meetings. Local committees will meet quarterly or as determined by the committee.  Additional meetings may be requested by any Committee member and scheduled by a consensus of the Committee members.  Committee participants not within the local commuting area will participate via telephone, videoconference, or other electronic means, unless their physical presence is necessitated by the duties to be performed.

(5) National Meetings. The National Committee will meet no less than bi-annually. However, the Committee may pilot meeting quarterly to determine the appropriate frequency of Committee meetings. Additional meetings may be requested by any Committee member and scheduled by a consensus of the Committee members.

(6) Duty Hours. All Committee meetings will be during regular duty hours and the Agency will, to the maximum extent possible, makeshift changes to accommodate attendance by Union representatives.

(7) Time, Travel and Per Diem. Because EEO Committees are established as Management Advisory Committees, all Union representatives shall receive non-chargeable official time while attending such meetings for the time they would have otherwise been in a duty status. The cost of travel and per diem for a Union

representative to attend EEO meetings in person will be paid for by the Agency. Any travel required by a Union representative will be on non-chargeable official time, if otherwise in a duty status.

(8) Committee Responsibilities. EEO Committees established under this Article are to be advisory and consultative in nature. The Committee is advisory to the Office of Equal Employment and Inclusion and management. Specifically, they serve as a continuing link of communication on matters of an EEO nature. Operations and functions of EEO Advisory Committees will consist of:

(A) Identify Issues. Identifying and bringing to the attention of management any personnel policy, practice, or procedure which denies quality of opportunity to any group or individual in the categories listed in the Statement of Policy in Article 20.

(B) Exchange Ideas/Proposals. Acting as a forum for an exchange of ideas and action proposals on sensitive issues and matters of concern of an EEO nature.

(C) The EEO Committee will jointly review selection processes and staffing procedures to ensure consistency with governing Federal EEO rules and regulations and make recommendations for corrective actions.

(D) The EEO Committees may recommend the selection of one representative from the committee to serve as an observer on select hiring panels (including interviews and resume review process) in an effort to formulate recommendations to the Agency for compliance with EEO rules and regulations. The selecting official retains the right to agree to an observer in panels.

(E) Each Committee member must sign a confidentiality statement, that will be held by the Management official overseeing the Committee.

(j) EEO Statistics. The Agency agrees to furnish semi-annually to the Council President, or their designee, a copy of the annual 462 Report on EEO complaints and a copy of the MD715 Plans to identify/eliminate EEO barriers. The Agency will also furnish copies of these EEO Reports and Plans to each EEO Committee.

# ARTICLE 23 – EMPLOYEE WELLNESS AND EMPLOYEE ASSISTANCE PROGRAM

The Parties recognize that physical and mental well-being of the workforce is important. In that regard, the Agency will establish and administer physical and mental fitness programs.

Additionally, the Agency will continue to publicize the Employee Assistance Program (EAP) and provide an annual briefing, at the first quarterly national consultation of each fiscal year, to the Union regarding the yearly statistical report and general program effectiveness.

Through this Article, the Agency will enhance workplace flexibilities and work-life programs.

(a) EMPLOYEE ASSISTANCE PROGRAM

    (1) Under the EAP the Agency will provide free, confidential, in-person counseling sessions with EAP-approved service providers for the purpose of assessment and referral, and/or for preliminary attempts to assist employees and their family members in dealing with life's challenges.

    (2) The Agency's EAP will supply each employee six (6) free counseling sessions per issue to help identify and resolve specific issues of concern. Employees should refer to the Agency's EAP intranet site to determine the contracted number of free counseling sessions per issue.

    (3) Employees may consult with a Union representative at any time regarding EAP services.

(b) COUNSELING

    (1) Employees, at their option, may avail themselves of free, confidential telephonic assessment and referral sessions with EAP professionals in lieu of in-person clinical visits. In such cases, the Agency will make appropriate arrangements for administrative leave in accordance with this Article, including travel time to an appropriate site to make such calls. For employees who lack access to confidential telephone facilities at a work site or home location, the Agency will make appropriate arrangements at no expense to the employee.

    (2) The Agency's EAP shall provide the full range of services including, but not limited to: counseling, referral, training, and critical incident response.

(c) LEAVE

    (1) EAP. Every year, employees utilizing EAP will be granted eight (8) hours administrative leave for initial assessment/referral, or contacts with EAP, including

travel time. Once the employee has been referred by EAP to a private provider, sick leave, annual leave, or leave without pay may be used for visits to the private health care provider.

(2) Rehabilitation/Treatment. Employees undergoing a prescribed program of treatment will be granted sick leave upon request for this purpose on the same basis as any other illness which requires absence from work.

(d) CONSIDERATION OF EAP

The fact that an employee is actively pursuing EAP (or any rehabilitation program) or indicates a commitment to enter an established program of rehabilitation, will be given due consideration in considering any appropriate type of administrative action.

(e) CHILD CARE AND ELDER CARE

(1) Through the EAP, the Agency will continue to provide and support various activities in order to meet the ongoing child and elder care needs of employees. These may include, but are not limited to, such things as childcare, elder care, and parenting information, resources, workshops, and counseling.

(2) The Agency recognizes that it may be necessary for employees to contact childcare and elder care providers during duty hours. The Agency will approve requests for employees to use leave and/or flex their time to make such contact with care providers.

(f) NURSING MOTHERS/EXPRESSING ROOMS

The Agency will provide a dedicated, clean, healthy, and private room, other than a bathroom, and flexibility on non-duty time for nursing mothers to express milk. The Agency will provide a chair and refrigerator in the room. The Agency will approve a reasonable break time to express milk for one year after her child's birth each time such employee has need to express breast milk; and a private space, other than a bathroom, that is shielded from view and free from intrusion of others, to express breast milk. The Agency shall provide nursing mothers with a reasonable break time to express breast milk whenever needed throughout the workday. The frequency and duration of time necessary to express breast milk may vary depending on the needs of the nursing mother.

(g) TOBACCO USE CESSATION

(1) The Agency will promote programs for the cessation of tobacco use by employees desiring assistance in this area. To the extent consistent with law, the Agency will also make reasonable efforts to provide educational resources, web sites, activities, and events supporting tobacco cessation.

(h) FITNESS CENTERS

   (1)  The Agency and Union will work through the joint Safety and Health Committee to supply access to fitness centers to all employees. The Agency will work with the Union in an effort to identify which facilities do not have fitness centers on site and work together to develop a plan to either provide onsite activities and fitness center facilities or access to off-site fitness center facilities.

      (A) If modifying, providing, or allowing access to an off-site fitness center, the Local Union will be involved in the process. The decision will give appropriate weight to such factors as health industry recommendations, facility design, maintenance, safety, and return on investment analysis.

   (2)  Where fitness centers are available on site, and available for use by employees, employees will be permitted access to them.

(i) STRETCHING

The Parties encourage employees to do non-strenuous stretching exercises that are socially acceptable and do not interfere with the operations of the office in an office setting to relieve physical stress and/or discomfort. Some of these exercises may be performed by the employees at their workstations during the work time as necessary. The need for this will vary from employee to employee. Participation will be voluntary.

USCIS-NCISC MASTER AGREEMENT 2022

# ARTICLE 24 – ANNUAL LEAVE

(a) POLICY.

The following shall apply to annual leave.

(1) ACCRUAL AND RIGHT TO USE. An employee is entitled to accrue and use annual leave in accordance with Government-wide rules and regulations and this Agreement. Use of accrued annual leave is a right of the employee and not a privilege.

(2) PROCEDURES FOR REQUESTING ANNUAL LEAVE. Except in an emergency situation or in the event of an unanticipated absence, annual leave will be requested in advance utilizing WebTA or its successor. Where WebTA is not available, employees and their supervisors may make mutually acceptable arrangements where verbal or other electronic means approvals are acceptable. In the event that either the employee or their supervisor are unable to access WebTA or its successor to make or approve the leave request, the annual leave request and approval will be implemented in WebTA at a later time.

(3) INCREMENTS OF ANNUAL LEAVE. All absences shall be charged in 15-minute increments. With supervisory approval, employees are allowed to take annual leave in any amount up to their balance of annual leave plus the number of hours the employee has been granted in advanced annual leave.

(4) TIMELY LEAVE DECISIONS. Except for annual leave scheduled in advance as described in Subsection (6) below, the supervisor will normally update WebTA within one business day of the employee's request being submitted via WebTA. Emergency leave requests may require a quicker response.  However, barring operational need, an employee's request submitted for early departure will note the request in the subject line or in other message mediums and be decided within one hour of submission.

(5) USE OF ANNUAL LEAVE IN ASSOCIATION WITH UNION MEMBERSHIP RECRUITMENT. If the Union provides Management with reasonable advance notice of any Union membership recruitment drive, Management agrees to apply a liberal annual leave policy, consistent with work requirements, to allow Union officials and interested employees to attend the Union membership drive.

(6) PROCEDURE TO SCHEDULE IN ADVANCE. Each employee shall be responsible for planning and making a timely request for annual leave. Leave preferences in excess of five days, or that span more than one work week (regardless of duration) shall be submitted as soon as possible, but no later than 45 days in

advance of the scheduled leave.  Employees who do not request leave at least 45 days in advance will be allowed to take leave at a later date, provided it does not interfere with the annual leave which was already scheduled.

(7)  PRIORITY APPROVAL. When all requests for annual leave for a given period cannot be granted, the supervisor shall give consideration to several factors, in this order:

   (A) Seniority: For the purpose of the Article, seniority is defined as the length of service with the Agency and/or its predecessor Agency commencing with the first (1st) day of employment.

   (B) Restored Annual Leave. Must be used in accordance with the provisions of 5 CFR 630.306 et seq.

   (C) Accrued Leave. Amount of leave to the employee's credit.

   (D) Immovable Dates/Events. Activities in the employees' lives that have immovable dates, (for example: employees that have children of school age and cannot benefit from a vacation taken when their children are in school).

   (E) Previous Requests. Whether the employee is able to take leave at desired time during a previous scheduling period.

(8)  NO SEASONAL EXCLUSION. In no case will any particular time of the year or season be excluded from consideration for the granting of annual leave only because it is a particular time or season of the year.

(9)  RELIGIOUS HOLIDAY. An employee may request annual leave for an established religious holiday of their faith which occurs on a regularly scheduled workday of the employee's basic workweek, in accordance with the provisions set forth in this Article and this Agreement.

(10) REASON FOR LEAVE. An employee is not required to specify the reason for a request of annual leave unless the employee is requesting leave under the emergency procedures of this Article.

(11) CANCELED / CHANGED LEAVE. Both the needs of the employee and the Agency will be considered prior to any cancellation of annual leave. An approved annual leave request will be canceled only for valid operational reasons which require the employee not to take leave. Valid operational reasons include such matters as emergent mission requirements which do not lend themselves to normal scheduling, and other events which create an actual necessity for personnel and not reasons which may make canceling leave merely desirable. Whenever possible, the employee whose leave is canceled will be notified at least forty-eight (48) hours in advance. Such notice will be given verbally and in writing.

(12) RESTORATION OF CANCELED LEAVE. Use-or-Lose annual leave that has been canceled for valid operational reasons shall be restored in accordance with the provisions of the governing regulations.

(13) EMERGENCIES AND UNANTICIPATED ANNUAL LEAVE. Use of annual leave for an emergency is applicable when an unforeseen emergency situation arises in a manner such that an employee is unable to give adequate advanced notice of their request for leave. In the event of an emergency situation, or unanticipated absence, at the earliest opportunity, the employee will attempt to first contact their first-line supervisor to notify management of the reason for the absence, the type of leave being requested, the expected duration of the absence and a call back number. If the immediate supervisor is not available, the employee will leave an email and/or voice message at the phone number provided by the first-line supervisor and then attempt to contact another management official to notify them of the emergency, if the other management official is unavailable, then the employee will leave an email and/or voice message. If the Agency does not respond within one hour to the employee prior to the employee needing to take the annual leave, the leave is assumed approved subject to review.  Upon return, the employee will request the appropriate leave upon return using WebTA, its successor system, if an electronic system is unavailable upon return to duty.

If the emergency extends beyond the period for which leave was originally requested, the employee must again notify the employer and request additional leave.

(14) HABITUAL TARDINESS. Habitual tardiness may be attempted to be corrected by counseling prior to any consideration of disciplinary action. Occasional and infrequent tardiness of less than sixty (60) minutes may be excused at the discretion of the supervisor. Depending on the circumstances the time may be charged in multiples of fifteen (15) minutes to, at the election of the employee, annual leave, compensatory leave, or leave without pay. An employee cannot be required to perform work for the period of leave charged against their account.

(15) ADVANCE ANNUAL LEAVE. Following an employee's request, annual leave may be granted and used in advance of accrual, not to exceed the amount that the employee is expected to accrue during the remainder of the same leave year.

# ARTICLE 25 – SICK LEAVE

(a) PURPOSE OF SICK LEAVE. When requested and approved as provided in this Article and in 5 CFR 630.401, or its successor, employees may use sick leave for the following purposes:

(1)   Sick Leave Related to Self.

(A) Medical Appointments. To receive medical, dental, or optical examination or treatment;

(B) Incapacity. When incapacitated for duty by physical or mental illness, injury, pregnancy, or childbirth;

(C) Communicable Disease. When, as determined by health authorities having jurisdiction or by a health care provider, the employee's presence on the job would jeopardize the health of others as consequence of the employee's exposure to a communicable disease.

(b) SICK LEAVE REQUEST PROCEDURES.

(1)   Anticipated and Unanticipated Sick Leave:

(A) Anticipated Sick Leave. An employee may use sick leave for personal medical needs, appointments, or medical attention, bereavement, care of a family member in general, care of a family member with a serious health condition, and adoption related purposes. An employee may also use sick leave for travel to and from attendance at any of the aforementioned purposes.  If the employee knows in advance of their need to use sick leave, the sick leave should be requested as far in advance as possible using WebTA, or successor system, unless WebTA is unavailable. For absences in excess of four (4) consecutive workdays, medical documentation may be required.  If leave use patterns demonstrate possible abuse, the Agency may request appropriate medical documentation.

(B) Unanticipated Sick Leave. If possible, employees are expected to provide notification of illness prior to the start of an assigned shift, but in no event later than one hour after the start of the shift unless the illness or incapacitation precludes such request. In such instances, the employee shall provide notification as soon as possible.

(C) In the event of an emergency situation, or unanticipated absence, at the earliest opportunity, the employee will attempt to first contact their first-line supervisor to notify management of the reason for the absence, the type of leave being requested, the expected duration of the absence and a call back number. If the immediate supervisor is not available, the employee will leave an email and/or

voice message at the phone number provided by the first-line supervisor and then attempt to contact another management official to notify them of the emergency; if the other management official is unavailable, then the employee will leave an email and/or voice message. If the Agency does not respond within one hour to the employee prior to the employee needing to take the sick leave, the leave is assumed approved subject to review.  Upon return to work the employee will request the appropriate leave, using WebTA or its successor system, if an electronic system is unavailable upon return to duty.

(2)  Evidence of Illness

(A) If medical documentation is required due to an absence that is in excess of four (4) consecutive workdays, the employee is expected to provide medical documentation upon return to duty or, in extenuating circumstances, within a maximum of 15 days of the Agency's request. If the employee fails to provide the required evidence within the specified time period, the employee may be denied leave.

(B) Medical documentation, when required, will include information from a health care provider stating the employee has a condition that prevents the employee from performing work, how long the employee will be away from work, the expected date of return, and any information concerning restrictions on resuming work activities or temporary accommodations such as telework, adjustable schedule, more convenient parking, light duties, or as determined in an approved medical accommodation.  The contents of the medical documentation provided to the Agency by the employee and/or the employee's health care provider/practitioner must be appropriate documentation.

(C) The following is a sample of the type of documentation that may be obtained:

This is to inform you that, John Doe is under my care and has a medical condition that will preclude him from working over the next 2 weeks. Mr. Doe is expected to return to work on June 1, 2021. Upon return, Mr. Doe can continue his regular duties.

(3)  PATTERN OF SICK LEAVE ABUSE. Supervisors will counsel employees in accordance with this Agreement whose leave use could be considered inappropriate. In a situation in which an employee has demonstrated an abuse of sick leave, for example, periods of sick leave usage:

(A) Before and/or after holidays;

(B) Before and/or after weekends or regular days off;

(C) After pay days;

(D) Any one specific day;

(E) Absence following overtime worked;

(F) Half days;

(G) Continued pattern of maintaining zero leave balances; or

(H) Excessive absenteeism - use of more sick leave than granted, the employee may be subject to leave restriction.

When leave restriction becomes necessary, the supervisor will provide written notification of the specific procedures for future leave requests and leave use by the employee for a period of one year, or less, if a determination is made by the supervisor that the leave abuse has ceased. At the end of the one-year period, the employee will be notified, in writing, of the reasons if the leave restriction is to continue beyond one year. If the leave restriction is not continued, the employee will be notified of the cancellation of the leave restriction. Records of the leave restriction will be expunged if there is no recurrence of the problem within six (6) months.

(4) OTHER LEAVE FOR ILLNESS. Upon request by the employee, an approved absence which would otherwise be chargeable to sick leave may be charged to annual, credit hours, compensatory time, or time off awards, if the request is made at the time the request for approval of the leave is submitted and such other leave is available.

(5) USE OF SICK LEAVE DURING ANNUAL LEAVE. An employee may request sick leave during a period of annual leave for any of the purposes described above.

(6) ADVANCED SICK LEAVE.

(A) When an employee's sick leave balance has been exhausted, the Agency will approve requests for advanced sick leave in cases of serious disability or ailment of the employee or a family member, bereavement, or for purposes relating to the adoption of a child if:

i.    The application is supported by medical documentation.

Medical documentation, when required, will include information from a health care provider stating the employee or a qualified family member has a condition that prevents the employee from performing work, how long the employee will be away from work, the expected date of return, and any information concerning restrictions on resuming work activities or temporary accommodations such as telework, adjustable schedule, more convenient parking, light duties, or as determined in an approved medical accommodation. Additional information may be requested consistent with privacy and confidentiality laws, rules and regulations including Health Insurance Portability and Accountability Act of 1996 (HIPAA) regulations; and

    ii.    Repayment is reasonably expected; and

    iii.    The absence on account of illness must be for a period of five (5) or more consecutive workdays, but the actual advance may be for any part of the total absence.

(B) Maximum Advance. A supervisor, or their designee, may advance a maximum of 240 hours of sick leave to a full-time employee, up to 104 hours of which may be used for general family care or bereavement purposes, or to care for a family member with a serious health condition. For a part time employee or an employee on an uncommon tour of duty, the amounts must be prorated according to the number of hours in the employee's regularly scheduled workweek. Requests for advanced sick leave should be submitted by employees to their immediate supervisor or designee.

(C) Restrictions on Approval. Advanced sick leave will not be approved under the following circumstances:

    i.    When the employee has filed an application for disability retirement or has indicated there is an intention to resign for disability;

    ii.    When a separation date has been established which would preclude the employee enough leave to repay the advanced sick leave; or

    iii.    When there is evidence that the employee will not return to duty in order to repay the advanced sick leave.

(D) Repayment of Advanced Sick Leave. The total sick leave advanced must be charged against sick leave subsequently earned. In case of separation of any employee who is indebted for advanced sick leave (except in case of death, disability supported by an acceptable medical certificate, retirement for disability, or for active military service with restoration rights) recovery shall be made in accordance with 5 CFR 630.209 or its successor.

(E) Temporary Employees. Temporary employees are not normally eligible for advanced sick leave. In cases where advanced sick leave is approved for a temporary employee, advanced sick leave may not be provided in excess of the amount which they will earn during the period of temporary employment

# ARTICLE 26 – OTHER LEAVE CATEGORIES

(a) ADMINISTRATIVE LEAVE.

   (1)  Definition. Administrative leave is an excused absence from duty administratively authorized without loss of pay and without charge to accrued leave.

   (2)  Voting in Civil Election.

      (A) As a rule, where the polls are not open at least three (3) hours either before or after an employee's scheduled hours of work, the employee will be granted an amount of administrative/excused (Court Leave/Jury Duty) leave to vote in a civil election which will permit the employee to report for work three (3) hours after the polls open or leave work three (3) hours before the polls close, whichever requires the lesser amount of time off.

      (B) Additional Time. Depending upon exceptional circumstance (such as lengthy voting lines or any other issue beyond the employee's control) in an individual case, an employee may be excused for such additional time as may be needed to enable the employee to vote, depending upon the particular circumstances in their individual case, but not to exceed a full day.

      (C) Travel Time. If an employee's voting place is beyond normal commuting distance, the employee may be granted the time necessary to make the trip to the voting place to cast their ballot. Time off in excess of one (1) day shall be charged to annual leave or if annual leave is exhausted, then to leave without pay.

      (D) In-person Registration. For employees who vote in jurisdictions which require registration in person, time off to register will be granted on the same basis as for voting, except that no time shall be granted if registration can be accomplished on a non-workday and the place of registration is within reasonable one (1) day round trip travel distance of the employee's place of residence,

      (E) Costs. All costs incurred for travel in cases described in this Article will be borne by the employee.

   (3)  Blood Drive. An employee donating blood at an officially authorized blood bank or in emergencies to individuals will be granted administrative/excused (Blood Donation) leave for the time necessary to make the blood donation and necessary time for travel and recuperation. The time authorized under this section shall be limited to up to four (4) hours on the day the blood is donated. The employee may request and be approved for an additional (2) hours of this admin/excused leave at the discretion of management.

   (4)  Bone Marrow/Organ Donation. Administrative leave/excused (Bone Marrow or Organ Donation) will be granted for bone marrow or organ donation in accordance

with law and regulation. The time authorized under this section shall be in accordance with what is medically recommended by the employee's health care provider/practitioner and is allowed by laws, rules, regulations, and Executive Orders. This time shall include travel to and from the donation.

(5) Change of Duty Station. Employees effecting changes in a residence in connection with a change in duty station within the Agency will be granted administrative leave of five (5) workdays. The first two (2) days will be provided by the losing activity and the remaining three (3) days will be provided by the gaining activity. The purpose of this leave is to make all arrangements, preparations, and actions relating to preparing for and actually effecting the changes in duty station. An additional one (1) workday of administrative leave will be granted by the gaining activity when the changes in station will not be at government expense.

(6) Court Leave. Employees will be granted court leave to serve as a juror, or as a witness in a judicial proceeding in which the Federal, State, or local government is a party, regardless of shift. An employee is responsible for informing their supervisor as soon as they are excused from jury or witness service but shall not be required to return to work unless a substantial part of the workday remains.

(7) Agency Interviews / Examinations  Employees being interviewed or taking examinations for positions within the Agency will be granted administrative leave for the actual time of the interview or examination.

(b) HOME LEAVE.

(1) Home Leave: A period of approved absence with pay authorized by 5 USC Section 6305 for employees stationed abroad.

(2) Accrual. Home leave shall be accrued, credited, and granted in accordance with applicable laws, rules and regulations, and this Agreement.

(3) Granting. Upon request, home leave will be granted to an employee who has completed an initial tour of overseas duty of at least twenty-four (24) months and who has been approved for an additional assignment overseas of at least twelve (12) months.

(4) Limited Use. Home leave may be used only in the United States, the Commonwealth of Puerto Rico, or a territory or possession of the United States, or at other locations, in accordance with regulations.

(5) Combined with Annual Leave. Home leave may be taken in combination with annual leave.

(6) Management Discretion. The discretion to approve an employee's home leave request will rest with the Headquarters. Home leave will be approved in a fair and objective manner devoid of personal favoritism.

(7)  Home leave is not paid out upon transfer or separation.

(c)  LEAVE WITHOUT PAY.

(1)  Definition. Leave without Pay (LWOP) is a non-pay status and absence from duty which has been requested and approved by the Agency.

(2)  Matter of Right. The following employees are entitled, as a matter of right, to take leave without pay for the following purposes:

(A) Disabled Veteran. A disabled veteran for medical treatment when the employee presents an official statement from a duly constituted medical authority that medical treatment is required. The disabled veteran must give prior notice of the period during which their absence for treatment will occur.

(B) Military Reservist. A military reservist or national guardsman for the period they are required to perform active-duty training if they have exhausted their military leave, or they are not entitled to military leave.

(C) Family Necessity. An employee who requests leave under the Family and Medical Leave Act (FMLA) (5 USC 6381 et seq.) and as set forth in section (e) below will be granted up to 12 weeks of leave without pay during any 12-month period as necessary to manage one or more of the following circumstances: the birth, adoption, or foster care of a child; a serious health condition of the employee that renders the employee unable to perform the essential functions of their position; to care for a spouse, son, daughter, or parent of the employee when that person has a serious health condition. It is understood that the definitions as set forth at 5 CFR Part 630, Subpart L, shall apply to the terms of this subsection to the extent such terms are so defined.

(3)  For Union Purposes: The Agency will approve leave without pay in the following circumstances:

(A) National Union Office. For three (3) years to any employee elected a National Officer of AFGE. Such leave will be extended in three (3) year increments upon request of the National Union Office and will be terminated when the employee leaves the AFGE National Union Office.

(B) Council Convention. Local Officers, duly elected delegates, and National Officers at their option may substitute LWOP for annual leave for the purpose of attending the regularly scheduled Council Convention.

(C) Union Representatives. Upon request of the National President of AFGE, employees who are selected to serve in the capacity of AFGE National Union representative or officer, which requires absence from the job beyond proper uses of official time, will be granted, at the election of the employee, any accrued

leave (except for sick leave), and/or leave without pay for the duration of their term in office. For short absences, not exceeding two (2) weeks of annual leave or LWOP, upon request of the Local President or the Council President, Executive Vice President, or Regional Vice President, the Local Director will approve such absences for a reasonable number of employees consistent with workload requirements.

(4)  Administrative Discretion. Recognizing that LWOP is a matter of administrative discretion and may not be demanded as a right, the Agency may approve requests for LWOP in the following circumstances:

(A) Education. When requested at least sixty (60) days in advance (a response will issue within thirty (30) days of receipt thereof), an employee may be granted up to one (1) year to participate in full-time study at an accredited institution of higher learning when the following conditions are met:

  i.  Related to Position. The proposed course of study is directly related to the employee's position with the Agency and the employee has completed a minimum of five (5) years of service with Agency.

  ii.  Acceptable Performance / Expected Return. The employee has demonstrated an acceptable level of competence through past performance, and it can reasonably be expected that the employee will return to work with the Agency upon completion of the study period. Such LWOP will be automatically terminated without further notice when the employee withdraws or is terminated from the study program.

(B) Injury/Illness. For up to six (6) calendar months (including leave taken under FMLA) when an employee has an illness or injury, that would otherwise be covered with sick leave when the employee's annual and sick leave have been exhausted and there is reasonable assurance that the employee can and will return to work with the Service at the end of the leave period.

(5)  Substitute for Annual Leave. An employee at their option may substitute leave without pay for annual leave in the following situation:

(A) Family Death. For leave granted in conjunction with death in the immediate family,

(B) Religious Holiday. For leave on an established religious holiday which occurs on a regularly scheduled workday of the employee.

(C) Family care as provided under the FMLA and in section (e) below.

(d) VOLUNTARY LEAVE TRANSFER PROGRAM.

An employee who has no leave balance may apply for the Voluntary Leave Transfer Program for the purpose of caring for themselves or a family member in a medical emergency.

(e) LEAVE FOR FAMILY RESPONSIBILITIES.

(1) Family Considerations. The Parties recognize that, consistent with Department and government-wide policies concerning family-friendly working conditions, the Agency encourages its managers, to the maximum extent consistent with efficient and effective mission accomplishment, to grant leave requested by its employees in connection with employee family responsibilities. Such family responsibilities may include childbirth, adoption, caring for an ill or disabled family member, or one with a serious health condition, attending to a family member who is receiving medical, dental, or optical examination or treatment, or in connection with the death of a family member, including attending funerals and making other arrangements around the death of a family member. The Agency will approve or disapprove such requests for leave consistent with law and applicable regulations.

(2) Sick Leave for Family Care. Employees are entitled to use sick leave to enable them to provide care for family members as set forth in 5 CFR 630.201, subject to the limitations set forth therein.

(3) FMLA Leave. Employees are also entitled to use up to 12 weeks of leave without pay ("LWOP") during any 12-month period due to the birth, adoption, or foster care of a child, to care for a spouse, son, daughter, or parent who has a serious health condition, or due to a serious health condition which makes the employee unable to perform the essential functions of his or her position. FMLA leave is in addition to other paid time off available to an employee. However, employees may elect to substitute annual leave and/or sick leave for unpaid leave under the FMLA, where consistent with law and regulations. The leave may be intermittent or may be scheduled so as to result in a reduced work schedule. While on FMLA leave, the employee is entitled to maintain health benefits coverage in accordance with rules and regulations.

(4) Procedure for requesting FMLA Leave. The employee must provide notice of his or her intent to take FMLA leave not less than 30 days before leave is to begin, or as soon as practicable. The Agency may request medical certification for FMLA leave requests, where requested for the purpose of dealing with a serious health condition.

(5) Return to Work/ Continuation of Employment. Upon return from FMLA leave, an employee must be returned to the same position or to an equivalent position with equivalent benefits, pay, status and terms and conditions of employment.

(6) Leave for other Family Purposes. Employees may request annual leave in accordance with the Annual Leave Article of this Agreement for the purposes of participating in events with family members that do not meet the criteria described elsewhere in this article, such as participation in school activities, volunteer work, or attending weddings, sports, and cultural events.

(7) Voluntary Leave Transfer Program. An employee who has no leave balance may apply for leave under the Voluntary Leave Transfer Program, for the purpose of caring for a family member, in accordance with the requirements of the program.

(f) BEREAVEMENT

(1) Purpose. To make arrangements in connection with the death of a family member, attend the funeral of a family member, or for bereavement purposes in conjunction with the death of a family member. Under this section, "family member" is defined as a spouse or parents thereof; children, including adopted children, and spouses thereof; parents; brothers and sisters, and spouses thereof; and/or any individual related by blood or affinity whose close association with the employee is the equivalent of a family relationship as defined in OPM Regulations (5 CFR 630.201).

A full-time employee may not use more than 104 hours of sick leave (or for part-time employees the amount of sick leave the employee normally accrues in a leave year) for this purpose within any leave year;

(2) For leave granted in conjunction with death of a family member as defined in this Article, the employee may request any accrued leave or leave without pay.

(3) Employees may also request advanced leave for this purpose, in accordance with applicable laws, rules, and regulations, using the process set forth in this Agreement.

(g) COMPENSATORY TIME

(1) Regular compensatory time may be used in accordance with law, rule, and regulation (currently 5 CFR 550.114 and 551.531).

(2) Travel compensatory time may be used in accordance with law, rule, and regulation (currently 5 CFR 550, Subpart N).

(3) Compensatory time off (regular or travel) shall be requested and approved in accordance with the procedures for requesting annual leave.

(h) CREDIT HOURS

(1) Where approved by the employee's supervisor, or designee, credit hours may be accrued in accordance with 5 USC 6126.

USCIS-NCISC MASTER AGREEMENT 2022

    (2)   The use of credit hours shall be requested and approved in accordance with the procedures for requesting annual leave.

(i)  Time Off Awards. When an employee is granted a time-off award, the employee must take the awarded time-off within one year of receiving the award.

# ARTICLE 27 – HOURS OF WORK

It is agreed that, except in cases of emergency, or where otherwise authorized by law or applicable government-wide rule or regulation, the Agency will establish work schedules consistent with applicable laws, government-wide rules and regulations, and this Agreement.

(a) DEFINITIONS

    (1) Adverse Agency Impact: The condition for which the Agency may cancel an Alternative Work Schedule (AWS) or exclude some positions or employees from any particular AWS. Adverse agency impact means a reduction of the Agency's productivity, a diminished level of services furnished to the public, or an increase in the cost of Agency operations (other than reasonable administrative cost to process the establishment of an AWS program).

    (2) Alternative Work Schedule (AWS): An umbrella term that refers to both flexible work schedules (FWS) and compressed work schedules (CWS).

    (3) Basic Workweek: Five consecutive days, Monday through Friday, when possible. The two days outside the basic workweek will be consecutive. The occurrence of holidays shall not affect the designation of the basic workweek.

    (4) Basic Work Requirement: The number of hours, excluding overtime hours, that an employee is required to work or to account for by charging leave, credit hours, excused absence, holiday hours, compensatory time off, or time off as an award. For a full-time employee, the basic work requirement is 80 hours per biweekly pay period. For part- time employees the basic work requirement is the number of hours the employee is scheduled to work in a biweekly pay period.

    (5) Biweekly Pay Period: The two-week period for which an employee is scheduled to perform work.

    (6) Core Hours: The time periods during the workday, workweek, or pay period that are within the tour of duty, during which an employee covered by a flexible work schedule is required to be present for work.

    (7) Credit Hours: The hours that an employee elects to work in excess of the employee's basic work requirement under a flexible work schedule.

    (8) Compressed Work Schedule (CWS): In the case of a full-time employee, an 80-hour biweekly basic work requirement that is scheduled by the Agency for less than 10 workdays. In the case of a part-time employee, a biweekly basic work requirement of less than 80 hours that is scheduled by the Agency for less than 10 workdays and that may require the employee to work more than 8 hours in a day.

(9) Flexible Work Schedule (FWS): A work schedule established under 5 U.S.C. § 6122, that provides, in the case of a full-time employee, an 80-hour biweekly basic work requirement within the limits set by the head of the agency that allows an employee to determine their own schedule within the limits set by management; and, in the case of a part-time employee, a biweekly basic work requirement of less than 80 hours that allows an employee to determine their own schedule within the limits set by management.

(10) Flexible Hours: Also referred to as "flexible time bands". Flexible Hours are the times during the workday, workweek, or biweekly pay period within the tour of duty during which an employee covered by an FWS may choose to vary their times of arrival to and departure from the worksite consistent with the duties and requirements of the position. (See 5 U.S.C. § 6122(a)(2)).

(11) Meal Breaks: A lunch or other meal period is an approved period of time in a non-pay and non-work status that interrupts a basic workday or a period of overtime work for the purpose of permitting employees to eat or engage in permitted personal activities.

(12) Mid-Day Flex: A mid-day flex is an unpaid period of time, utilized in 15-minute increments. Mid-day flex is only available to employees on an approved flexible work schedule. Using a mid-day flex must be approved by the employee's supervisor in advance. In most situations with prior approval from the employee's supervisor, an employee may use multiple mid-day flexes in a single day. Mid-day flexes needing additional time without prior approval will be noticed to the supervisor as soon as possible, considered, and may be allowed on a case-by-case basis.

(13) Night Pay Differential: A 10 percent differential paid to an employee for regularly scheduled work performed at night. Night work differential pay must be earned between the hours of 6:00 PM and 6:00 AM.

(14) Overtime Hours: When used with respect to FWS programs, "overtime hours" refers to all hours worked in excess of eight hours in a day or 40 hours in a week officially ordered in advance (i.e., ordered prior to the performance of overtime work). Overtime hours do not include credit hours worked voluntarily by an employee on an FWS. For CWS programs, "overtime hours" refers to all hours of work officially ordered in advance, and which exceed the scheduled hours for a day or for the week that constitute the CWS for full-time employees. For part-time employees, overtime hours are hours worked in excess of the hours scheduled for the day if the hours worked exceed eight or hours worked in excess of the hours scheduled for the week if the hours worked exceed 40.

(15) Part-time Career Employment: Part-time employment of 16 to 32 hours a week (or 32 to 64 hours during a biweekly pay period in the case of an FWS or a CWS).

(16) Shift Work (Off Tour Shift): A tour of duty not fully accomplished between 6:00 AM and 6:00 PM, Monday-Friday (e.g., evenings, and/or nights).

(17) Tour of Duty: Tour of duty refers to an employee's basic workweek, i.e., the days and hours within which the employee is expected to be on duty, e.g., day shift Monday through Friday.

(b) ALTERNATIVE WORK SCHEDULES (AWS)

Bargaining unit employees may be allowed to participate in an AWS program only under the terms provided in this Agreement and any Local agreements derived from this Agreement. The Agency will offer all options under the AWS program to employees, unless the head of the agency determines the AWS schedule has an adverse agency impact. In offering schedules under the Agency's AWS program, USCIS will adhere to all governing laws, rules, and regulations. Existing Local and National agreements regarding alternative work schedules remain in effect but may be re-opened under the terms of this Agreement. The available AWS and procedures for implementing AWS at each specific office are to be negotiated subject to bargaining at the Local level consistent with this Agreement.

The Agency may not establish a work schedule or continue such a schedule if the schedule would result in "Adverse Agency Impact": Adverse Agency Impact includes:

     i.    A reduction in the productivity of the Agency;

    ii.    A diminished level of services furnished to the public by the Agency; or

   iii.    An increase in the cost of Agency operations (other than a reasonable administrative cost relating to the process of establishing an alternative work schedule).

If the DHS Secretary or USCIS Director finds that a particular AWS schedule has an adverse agency impact, as defined in 5 U.S.C. § 6131(b), prompt action may be taken depending upon the adverse impact and the Agency will notify the Union and engage in bargaining around the action which will be taken to discontinue the schedule.

Employees on an AWS may be required to revert to a regular, 40-hour, five-day workweek for the entire pay period due to training, travel, temporary duty, jury duty, or other essential agency requirements.

Employees working AWS who voluntarily elect to work nighttime hours are not entitled to night differential.

On holidays, an employee is normally excused from work and entitled to basic pay for the number of hours of their basic work requirement.

Newly hired or transferred Federal employees must follow a basic workweek schedule for their position for the period of time to facilitate their orientation and training and evaluation.

(1)   The following are examples of flexible work schedules:

(A) Flexitour Schedule - An FWS in which an employee is allowed to select starting and stopping times within the flexible hours of the work schedule. Once approved, the work schedule is fixed until the next selection period. At the employee's request, the supervisor may approve temporary or continuing changes in start and stop times or require use of appropriate leave, as long as there is no adverse Agency impact.

(B) Gliding Schedule - Work schedule in which a full-time employee has a basic work requirement of 8 hours in each workday and 40 hours in each week. The employee may select a starting and stopping time each day and may change starting and stopping times daily within the established basic work schedule.

(C) Maxiflex - Flexible work schedule that contains core hours on fewer than 10 workdays in the biweekly pay period and in which the employee has a basic biweekly work requirement of 80 hours. The employee may vary the number of hours worked on a given workday or the number of hours each week within limits established through bargaining at the Local level.

(D) Variable Day Schedule - Type of flexible work schedule containing core hours on each workday in the week and in which a full-time employee has a basic work requirement of 40 hours in each week of the biweekly pay period, but in which an employee may vary the number of hours worked on a given workday within the week within the limits established through Local bargaining.

(E) Variable Week Schedule- Flexible work schedule containing core hours on each workday in the biweekly pay period and in which a full-time employee has a basic work requirement of 80 hours for the biweekly pay period, but in which an employee may vary the number of hours worked on a given workday or the number of hours each week within the limits established through Local bargaining.

(2)   Credit Hours.

(A) Credit hours will be accrued and used in accordance with this Agreement, law, and government-wide rules and regulations.

(B) When authorized by management, credit hours can be requested by the employee in WebTA, or successor system, and be approved by the employee's supervisor.

(3)  The following are examples of compressed work schedules:

(A) Five Day/Four Day Compressed Plan (5/4-9): The full-time (FT) employee must work eight nine-hour days and one eight-hour day for a total of 80 hours in a biweekly pay period. The part-time (PT) employee must work a nine-day, or fewer, biweekly pay period and nine or fewer hours a day as approved by their supervisor. Non-Scheduled (NS) work indicates the day(s) the employee is not scheduled to work.

(B) Four Day Workweek (4/10): The full-time employee works a 4-day workweek, 10 hours per day, 40 hours per week and 80 hours in a biweekly pay period. The part-time employees must work a 3 or 4-day workweek and may work 10 or fewer hours per workday as approved by their supervisor.

(c)  BREAKS

(1)  Meal Periods.

All meal periods are unpaid.

Meal periods must be a minimum of 30 minutes but may also be scheduled for 45 or 60 minutes as part of an approved work schedule. Employees who take more than 30 minutes for lunch must extend their workday or bi-weekly work period, if the employee is on an FWS, by the same amount of time.

A meal period should be incorporated into any workday that exceeds six (6) regular work hours.

Meal breaks cannot be taken at the beginning (first half-hour) or at the end (last half-hour) of the work shift.

If a non-exempt employee is not excused from job duties for the purpose of taking a meal break, or if the employee is recalled to job duties within the unpaid meal period, the employee is entitled to pay for compensable work. This includes employees required to perform work that is de minimis in nature.

(2)  Unpaid Breaks.

Any breaks taken while in overtime status are unpaid. In most situations with prior approval from the employee's supervisor, an employee may use multiple mid-day flexes in a single day. Mid-day flexes without prior approval may be allowed on a case-by-case basis.

(3)  Paid Breaks.

Employees are authorized one 15-minute period of time to take a rest period or break for each scheduled 4 hours of work.

(d) SHIFT WORK

(1)  When the accomplishment of the USCIS mission requires more than one shift over the course of a workday, the Agency will notify the Union of all such situations and engage with bargaining over the numbers and types of positions that are required to be on duty for more than one shift.  Bargaining will occur in compliance with this Agreement. Management and the Union will discuss the shift work and procedures outlined in this Article. Changes to shift work will be bargained.

(2)  When Management decides to staff a shift on a rotating basis, the following procedures will be used:

(A) Management will determine:

    i.    the qualifications necessary for each position required for an off-tour shift.

    ii.   As each time off-tour shift assignments become necessary, Management will prepare a roster of employees determined to be qualified for each position and will rank affected employees by applying the seniority procedures of this agreement or the locally negotiated seniority provision, if any. Prior to any solicitation of volunteers, the roster will be made available to the Union and all employees placed on the roster. The roster shall be maintained by management for the duration of any off-tour shift assignments. As employees become eligible or ineligible for inclusion on the roster, changes to the roster will be made as appropriate.

    iii.  Seek qualified volunteers from the employees on the roster.

    iv.   If the sufficient numbers of qualified volunteers to satisfy mission requirements are obtained, no further solicitation will be necessary.

    v.    If more than a sufficient number of qualified volunteers to satisfy mission requirements are obtained, selections shall be based on seniority in accordance with the Seniority Article of this Agreement or the locally-negotiated seniority provision, if any.

(B) If there is an insufficient number of qualified volunteers to satisfy mission requirements, selections shall be made in reverse seniority.

(C) After six months of duty on a scheduled off tour shift, an employee may request to rotate to a day shift or a different off-tour shift. The six-month clock restarts at the beginning of each new shift assignment. If such request is made, the employee may be rotated to a regular tour shift.

(D) An employee who completes an off-tour shift and returns to a day shift will not be assigned involuntarily for another off-tour shift for at least six months, provided other equally qualified employees are available. Thereafter, the employee resumes their position on the roster.

(3)   Where mutually agreeable to all employees affected, employees may temporarily trade shifts or tours of duty out of the normal rotation, consistent with the needs of the Agency, and with the approval of the affected employees' supervisors.

(4)   Employees, while serving on federal, state, or local jury duty, shall be considered as being assigned to the normal day shift tour (6:00AM-6:00PM) with Saturdays and Sundays off until the completion of such duties. The change in work schedule shall be for the weeks during which such duties are performed.

(5)   Barring an exigent circumstance, Management will give employees at least two weeks advance written notice before changing tours or shifts.

# ARTICLE 28 – OVERTIME AND COMPENSATORY TIME

(a) GENERAL

Overtime for "non-exempt" employees is governed by the Fair Labor Standards Act (FLSA), government-wide rules and regulations, and this Agreement.

Overtime for "exempt" employees is governed by 5 USC 5542 (Title 5 Overtime), government-wide rules and regulations and this Agreement.

The Agency will assign overtime impartially without bias, favoritism, arbitrariness, or of reasons not relating to merit or mission.

Hours worked on a Holiday above and beyond the prior approved Holiday schedule are considered overtime hours.

For purposes of this Article, the terms "official duty station" and "official worksite" are both defined to mean the location of an employee's position of record where the employee regularly performs their duties.

Employees who are assigned overtime are required to report to the overtime assignment. If assigned employee cannot report to the overtime assignment, the employee must notify the supervisor and may be relieved of the assignment. A phone number with voice mail capacity will be provided by management for employee use in the event that said employee is unable to work voluntary overtime.

(1) The Agency will comply with applicable laws, rules, regulations, and policies in the payment of overtime to employees.

(2) Regular Overtime must be authorized in advance and recorded using the current time and attendance system in place (e.g. WebTA).

(3) All employees in an overtime status will perform the overtime assignment duties to which they are assigned provided such employees are qualified to perform the duties. This Article will be implemented pursuant to applicable laws, government-wide rules and regulations to include the Fair Labor Standards Act (FLSA).

(4) In general, overtime is work that exceeds eight hours in a day or 40 hours in a work week. Special rules apply to employees on alternate work schedules and employees covered by the FLSA.

(5) Work performed while in overtime status will be reported and accounted for by the employee in a manner consistent with office requirements. Hours worked will be tracked using the current time and attendance system in place (e.g. WebTA).

(b) FLSA DETERMINATION

All bargaining unit positions will be determined to be FLSA "exempt" or "non-exempt" at the time the position is classified. When classification actions are performed and results in a change to the FLSA determination, the changed FLSA determination for the affected employees will be made available to the employees and the Union within one week of the classification decision.

When overtime work is performed, personnel will be compensated for overtime hours worked in accordance with the provisions of the FLSA, other applicable statutes, government-wide regulations, and provisions of this Agreement. When a given work situation is covered by the FLSA and another statutory procedure, the employee will receive the more favorable treatment.

(1)    Supervisors will not assign overtime or withhold overtime work to employees as a reward or penalty, but solely in accordance with the Agency's need. There are no overtime earnings limitations (caps) for FLSA non-exempt employees. FLSA exempt employees are subject to earning limitations set forth in 5 CFR 550.105-107.

(2)    Overtime pay for FLSA non-exempt employees is equal to one and one-half times the employee's hourly rate of pay.

(3)    Overtime pay for FLSA exempt employees is equal to one and one-half times the employee's hourly rate of pay, up to GS-10 step 1. However, if the employee's rate of pay exceeds the minimum applicable rate for a GS-10, Step 1, including any applicable locality- based comparability payment, or any applicable special rate of pay, the overtime rate is the greater of:

(A) 1 1/2 times the applicable minimum hourly rate of basic pay for GS – 10; or

(B) The employee's hourly rate of basic pay.

(c) REGULAR OVERTIME

Any overtime work scheduled in advance of the administrative workweek as part of an employee's regularly scheduled workweek is considered regular overtime. An employee shall be compensated for overtime in quarter of an hour increments. At the employee's request, compensatory time may be approved in lieu of overtime for both FLSA exempt and non-exempt employees.

(d) IRREGULAR OR OCCASIONAL

Overtime work that was not scheduled in advance of the administrative workweek and made a part of an employee's regularly scheduled workweek is considered irregular or occasional overtime.

Irregular or occasional overtime work is paid in the same manner as regular overtime

work, except that, at the employee's option and upon management approval, the employee may receive compensatory time off in lieu of overtime premium pay in accordance with this Article. A quarter of an hour shall be the largest fraction of an hour used for crediting irregular or occasional overtime work. When irregular or occasional overtime work is performed in other than the full fraction, odd minutes shall be rounded up or down to the nearest full quarter fraction of an hour. Overtime worked for seven (7) minutes or less will be rounded down, and overtime worked for more than seven (7) minutes will be rounded up.

(e) CALL BACK

Call-back overtime is a form of irregular or occasional overtime work performed by an employee on a day when work was not scheduled for the employee or for which he is required to return to his place of employment after having already concluded his tour of duty and departed the work site. In all callback situations, the employee will be paid a minimum of two (2) hours of overtime, as provided for by government-wide regulation. This applies whether the employee is released, or other work has been assigned.

(f) DISTRIBUTION

When management offers overtime opportunities, it will first seek qualified volunteers. Employees within an organizational unit who are qualified will be offered overtime in accordance with the Seniority Article of this Agreement or applicable local agreements on seniority. If the number of volunteers exceeds the number of overtime opportunities, the opportunities will be filled by seniority pursuant to the Seniority article of this Agreement or applicable local agreements on seniority. In the absence of sufficient qualified volunteers for overtime work, mandatory overtime assignments will be made to qualified employees in reverse seniority pursuant to the Seniority article of this Agreement or applicable local agreements on seniority. Employees will be afforded the opportunity to swap overtime assignments when the need arises with management approval.

(g) VOLUNTARY & MANDATORY OVERTIME

(1) Management will notify the Local Union when overtime is available.

(2) Management will bargain with the Union in determining eligibility and qualification criteria for overtime and include it in the solicitation for overtime volunteers as required by law, government-wide regulation, Executive Orders, and the Collective Bargaining Agreement.

(3) Overtime assignments will be distributed in accordance with this Agreement.

(4)  A qualified employee means one that possesses the knowledge, skills, and abilities necessary to perform a particular assignment.

(5)  An eligible employee for voluntary overtime means one that is able to perform the duties needed for the overtime.

(6)  The Agency has the right to determine the necessity for mandatory overtime. The Agency will notify the Union of the determination. The Agency will bargain as required by law, government-wide regulation, Executive Orders, and the Collective Bargaining Agreement.

(7)   Mandatory overtime may be assigned in reverse seniority or in accordance with any applicable collectively bargained agreements on seniority.

(h) NOTICE

The Agency will notify the Union, normally in writing, all qualified employees, as early as practicable, of all available overtime including overtime on days outside of the basic workweek (i.e. weekends, holidays). Employees on leave will be notified upon their return to work. If overtime is available on a weekend, or a federal holiday, the Agency will notify qualified employees at least three (3) business days in advance.

(i) LEAVE

Leave usage or balance will not be a factor in offering employees overtime. However, employees in a leave status will not be assigned overtime until they return to duty. Overtime in conjunction with paid leave in the same pay period is permitted. Hours of leave without pay (LWOP) must be made up at the employee's current rate of pay on an hour for hour or day for day basis in the same day or week, respectively, as the LWOP was taken before any hours can be counted towards overtime for that day or week.

(j) MILITARY LEAVE AND COURT LEAVE

Employees on Military Leave under 5 USC 6323(a) or Court Leave under 5 USC 6322 taken at a time at which the employee would otherwise be required to perform regularly scheduled overtime, will be compensated at the overtime rate of pay.

(k) PRE AND POST SHIFT ACTIVITIES

Pre and post shift activities must be approved in advance. Employees who are directed to perform preparatory or concluding activities per daily tour of duty that are related to the principal activities of the position of an employee, are compensated in fifteen (15) minute increments for the purposes of this Article.

(l)  COMPENSATORY TIME IN LIEU OF OVERTIME PAY

Compensatory time is time off from work that may be granted to an employee, at the employee's request, in lieu of payment for overtime. Compensatory time earned is equal to the amount of time spent in overtime work, e.g., one hour and fifteen minutes of overtime work yields one hour and fifteen minutes of compensatory time. The following pertain to such compensation for overtime work:

(1)  FLSA Non-Exempt Employees:

The Agency will normally provide overtime pay for all overtime work performed by non-exempt employees. At the employee's request, the Agency may grant compensatory time off for overtime work performed, but non-exempt employees may not be required to accept compensatory time off in lieu of payment for overtime work performed. The Agency will consider employee requests for compensatory time off in lieu of overtime pay.

(2)  FLSA Exempt Employees

(A) Employees whose rate of pay does not exceed the maximum rate for GS-10 (GS-10, Step 10) may request to receive compensatory time off in lieu of overtime pay for irregular or occasional overtime. Such requests will normally be granted, subject to mission requirements.

(B) The Agency may require that employees whose rate of pay exceeds the maximum rate for GS-10 (GS-10, Step 10) be compensated for irregular or occasional overtime with compensatory time in lieu of overtime pay.

(C) The Agency shall announce three (3) day in advance of offering overtime whether compensatory time will also be available in lieu of overtime pay, at the employee's option.

(m) USE OF COMPENSATORY TIME

(1)  Compensatory time earned by FLSA non-exempt employees will be used within twenty- six (26) pay periods from the date it was accrued. All compensatory time not scheduled and used by the employee within twenty-six (26) pay periods from the date it was accrued will be converted to overtime pay, computed using the employee's rate of pay as of when the compensatory time was earned.

(2)  If accrued comp time for FLSA exempt employees is not used within 26 pay periods after it is earned, or the employee separates from federal service, the comp time is subject to forfeiture. The exception is that comp time when unused due to an exigency of the service beyond the employee's control. Comp time earned by FLSA non-exempt employees is not subject to forfeiture.

(3)  Travel comp time is forfeited if not used by the end of the 26th pay period after the pay period in which it was earned. Management will notify the employee by email at least thirty (30) days prior to the expiration of their travel comp time.

(4)  Employees who fail to use their compensatory time by the end of the 26th pay period after it was earned due to an exigency of the Agency beyond the employees' control may have their time limit extended for using such compensatory time off for travel up to an additional 26 pay periods if approved by the Agency.

(n) TIME SPENT IN TRAVEL FOR FLSA NON-EXEMPT EMPLOYEES

Time spent in travel will be considered hours of work, and thus compensable, if:

(1)  The employee is required to travel during regular working hours;

(2)  The employee is required to drive a vehicle or perform other work while traveling;

(3)  The employee is required to travel as a passenger on a one-day assignment away from the official duty station; or

(4)  The employee is required to travel as a passenger on an overnight assignment away from the official duty station during hours on nonworking days that correspond to the employee's regular working hours.

(o) TIME SPENT IN TRAVEL FOR FLSA EXEMPT EMPLOYEES

Time spent on official travel during non-working hours (i.e., hours outside the scheduled tour of duty for leave purposes) is considered travel comp time. If travel occurs during regularly scheduled overtime, such travel may be deemed compensable hours of work if any condition set forth in 5 C.F.R. 550.112 (g)(2) is satisfied.

(p) COMPENSATORY TIME FOR TRAVEL

The Agency will credit an employee, on an hour-for-hour basis, with compensatory time off for time in a travel status if

(1)  The employee is required to travel away from the official worksite; and

(2)  The travel time is not otherwise compensable hours of work.

(A) Time in a travel status includes the time an employee actually spends traveling between the official worksite and a temporary worksite, or between two temporary worksites, and the usual waiting time that precedes or interrupts such travel. Time spent at a temporary worksite between arrival and departure is not time in a travel status. Bona fide meal periods during actual travel time or waiting time are not creditable as time in a travel status. A delay between actual

periods of continuous travel that includes overnight lodging during which the employee is free to rest, sleep, or otherwise use the time for their own purposes, is not creditable as time in a travel status.

(B) If an employee is required to travel directly between their home and a temporary duty station outside the limits of the employee's official duty station, the travel time is creditable as time in a travel status if otherwise qualifying under the regulations. However, the agency must deduct from such travel hours the time that employee would have spent in normal home-to-work or work-to-home commuting even if outside regular working hours.

(C) Only travel from home to the temporary duty station on the first day and travel from the temporary duty station to home on the last day must be considered as creditable in the case of an employee who is on a multiple-day travel assignment and who chooses not to use temporary lodging at the temporary duty station, but to return home at night or on a weekend. Travel to and from home on other days is not creditable travel time unless the authorized management official determines that credit should be given based on the net savings to the Agency from reduced lodging costs, considering the value of lost labor time attributable to compensatory time off. For cost comparison purposes, the dollar value of an hour of compensatory time off for travel equals the employee's hourly adjusted rate of pay.

(D) In the case of an employee who is offered one mode of transportation, and who is permitted to use an alternative mode of transportation, or who travels at a time or by a route other than that selected by the Agency, the Agency must determine the estimated amount of time in a travel status the employee would have had if the employee had used the mode of transportation offered by the Agency or traveled at the time or by the route selected by the Agency.

(q) EFFECT ON PERFORMANCE

The participation or non-participation of an employee in overtime work, where such work is voluntary, will not in any manner reflect adversely on the employee's appraisal. All employees in an overtime status are expected to successfully perform the assigned work of the position to which assigned.

(r) COLLATERAL DUTIES

Performing collateral duties, such as Union representation, will have no effect on an employee's ability to participate in overtime.

# ARTICLE 29 – TELEWORK

(a) GENERAL

(1) The Parties agree that telework is an important and critical business model to USCIS that should be utilized to the maximum extent possible.

(2) Telework is a voluntary program that is authorized when an employee's officially assigned duties can be performed at an alternate location and the criteria specified in this Article can be met. The purpose of this Article is to ensure that eligible employees may participate in telework, if the employee so chooses, to the maximum extent possible without diminishing the employee's performance or mission accomplishment. Participation in a telework arrangement is not an employee right.

(3) The Parties recognize that core and episodic/situational telework arrangements benefit employees and the Agency by, among other things, providing for Continuity of Operations (COOP). Teleworkers may be called upon to telework during times of COOP and are responsible for being familiar with Agency and workgroup COOP plans and individual expectations during COOP events.

(4) Teleworkers may not provide dependent care for children and/or other family members during work hours while participating in a telework arrangement; teleworkers must make other arrangements for dependent care. This provision shall not be interpreted to mean that such family members may not be present in the teleworker's alternative work site during times of telework.

(5) Telework and work schedule flexibilities can provide employees with the flexibility to manage their work-life balance. Managers and supervisors should consider individual employee needs while ensuring that telework does not diminish Agency operations.

(6) USCIS employees who telework continue to be bound by DHS and USCIS standards of conduct and policies while working at the alternative worksite and/or using government furnished equipment. Teleworkers shall be treated the same as those working at the traditional worksite for all work-related purposes.

(7) The use of electronic communications technologies and systems may be required to promote effective communication when an employee is on duty. The specific uses of such electronic communication technologies and systems must be bargained with the Union prior to implementation of the use of the electronic communication technology and/or systems as required by laws, government wide-rules and regulations, and Executive Orders.

(8) Employees with a disability who are not eligible or approved for telework under the Telework Program may be entitled to telework as a form of reasonable

accommodation under USCIS MD 3090-1 and may apply for telework under those separate procedures.

(b) POSITION ELIGIBILITY

The Agency will determine which positions are suitable for telework. The Agency will review these determinations on a recurring basis to ensure that positions are included in the telework program to the maximum extent possible, and will communicate any determination changes to affected employees, the Council, and the Local Union(s) of the affected employees. Agency telework position eligibility decisions are made by the actual duties and tasks performed by the position. The appropriate Agency Approving Official or designee is responsible for determining "Position-related" eligibility. The Agency will identify the Agency Approving Official(s), in advance, to the Union. The Parties recognize that some positions are not eligible for telework. These positions involve tasks that are not suitable to be performed away from the traditional work site, including, but not limited to, tasks that:

(1) require the employee to have daily face-to-face contact with colleagues, clients, or the general public in order to perform their job effectively, which cannot otherwise be achieved via electronic methods and means; and/or

(2) require daily access to classified information;

(3) are part of trainee positions.

The Agency may, at any time, determine or re-determine whether job duties or positions are suitable for telework.

The Union may, at any time, request the Agency to review a position for determination on telework eligibility. In such cases, the Agency will have 21 calendar days to review the position and make a determination. The Agency's determination will be in writing. In the event there is no response from the Agency or a negative determination for telework which includes a written determination with specific business reasons for the denial, or where the Union disagrees with the Agency's determination, the Union may file a Step II or National Grievance, whichever is appropriate.

(c) EMPLOYEE ELIGIBILITY

An employee must meet the following eligibility requirements:

(1) The employee is in a position that has been designated as suitable for telework;

(2) The employee has signed a written telework agreement;

(3) The employee has completed all mandatory telework training;

(4) The Telework Enhancement Act of 2010 specifies two categories of Federal employees who cannot telework/remote work under this guidance:

(A) An employee who has been officially disciplined for being absent without permission for more than five (5) workdays in any calendar year. "Official discipline" is disciplinary action that results in the placement of a document in an employee's official personnel file (OPF); or

(B) If the employee has been officially disciplined for violations of subpart G of the Standards of Ethical Conduct for viewing, downloading, or exchanging pornography, including child pornography, on a Federal Government computer or while performing official Federal Government duties (5 U.S.C. 6502(a)(2)(B)).

(C) These bars on participation would remain in effect as long as the document stays in the employee's OPF.

(d)  TYPES OF TELEWORK

Telework is defined as core or episodic/situational, as described below. The number of days of telework is based upon workload requirements, ability to maintain effective communications in the workplace, implementation of new work processes, and accomplishment of the mission of the Agency. The Agency has the sole discretion to determine the number of days per week a teleworker is approved to work.

(1)  Core Telework. The employee teleworks on a routine, regular, and recurring basis.

(2)  Episodic or Situational Telework. The employee teleworks on an occasional, non-routine, irregular basis. Episodic or /situational telework for COOP and emergency response purposes will be executed in accordance with applicable laws, rules, regulations, and collectively bargained procedures.

(e)  SCHEDULED IN-OFFICE DAYS

(1)  All telework approved employees must have a minimum of two (2) regularly scheduled in-office days at the Agency worksite where they are assigned (as reflected on the approved G-1129 or successor form) per two-week pay period.

(2)  Employees without a business or administrative need to report to the Agency worksite may request unscheduled telework for their scheduled in-office day, subject to management approval.

(3)  For employees who have an operational or administrative need to report to the Agency worksite on their scheduled in-office day (i.e., exchange physical immigration files or meet with supervisor), after all operational and administrative requirements are met, supervisors may approve unscheduled telework for the remainder of the employee's scheduled workday to be completed at the employees approved alternate worksite. With management approval, employees may start their scheduled in-office day at their alternate worksite, schedule a time to report to the

Agency worksite to complete all operational and administrative requirements, and return to their alternate worksite to complete their scheduled workday.

(4) All travel to and from the Agency worksite, for voluntary employee requested unscheduled telework, will not be duty time. Employees may use multiple flex periods to cover travel time.

(f)  TELEWORK APPLICATIONS AND AGREEMENTS

An eligible employee's request to telework for a specific period of time will be approved to the maximum extent possible, as long as approval does not diminish employee performance or agency operations.

(1)  Application.

In order to participate in any type of telework as described above, an employee must submit a telework application. Employees may apply for telework at any time.

Employees must include Form G-1129A or successor form, Employee Certification of Safety for the Telework Program, with their telework application.

(2)  Decision.

Within fourteen (14) calendar days of receipt of the telework application, the employee's immediate supervisor, or designee, will provide a written decision to the employee by completing Section C of the G-1129 Telework Application. The supervisor or designee will maintain the signed and approved original Agreement and provide a copy to the employee.

If an application is denied, the reason for denial will be clearly documented in writing on the Form G-1129 and a copy will be provided to the employee.

(3)  Denials Due to Agency Constraints.

When it is not possible for Management to approve all telework requests due to a lack of government furnished equipment, employees will be ranked in accordance with the Seniority Article of this Agreement or the applicable local agreement for Seniority.

(4)  Expiration.

Individual telework agreements will expire one calendar year after the date specified in Section C of the Form G-1129, Telework Application.

(g) GOVERNMENT FURNISHED EQUIPMENT (GFE)

In addition to office supplies routinely used at the traditional worksite, the Agency will provide all necessary GFE, as determined by the Agency, to accomplish work assignments.

Supervisors will approve Administrative Time for employees to resolve issues related to GFE such as training, installation, configuration, and repair services.

(h) COSTS

Except for providing and maintaining GFE, the Agency will not be responsible for operating costs (such as telephone line usage fees, internet installation or connection fees, and monthly service charges), maintenance, or any other costs incurred by the employee as a result of the employee's voluntary participation in the telework program.

(i) ALTERNATIVE WORKSITE

(1) Minimum Requirements.

Employees must have a designated workspace or workstation for performance of their work. Employees are responsible for ensuring that the alternative worksite:

(A) Has internet access; and

(B) Has a designated location in which Sensitive But Unclassified (SBU) materials must be stored under lock and key, when not in use. Examples of sufficient access control measures include a locked room, desk drawer, safe, and/or file cabinet.

These requirements may be waived at the discretion of the Supervisor/Manager depending on the specific nature of the work to be performed at the alternative worksite.

(2) Handling Sensitive Materials.

(A) Teleworkers must comply with the Privacy Act of 1974 (the "Privacy Act"), codified in 5 U.S.C. § 552a, by ensuring that sensitive data are not disclosed to anyone except those who are authorized access to such information and have a need-to-know in order to perform their duties. Employees must demonstrate that the appropriate administrative, technical, and physical safeguards are available at their telework locations to ensure the security and confidentiality of records protected by the Privacy Act.

(B) Files, materials, and equipment shall be handled in accordance with the Agency policies for safeguarding property and sensitive information. If an employee transports files to the alternative worksite, before leaving the traditional worksite, the employee must update the RAILS System (or its equivalent) to reflect that the files are located at the employee's alternative worksite.

(C) Employees may not remove classified data from the traditional worksites to alternative worksite locations.

(j)  REPORTING TO THE TRADITIONAL WORKSITE

Employees who telework must be available to work at the traditional worksite on telework days, if necessitated by work requirements. Requests by employees to change scheduled telework days in a particular week or bi-weekly pay period may, to the greatest extent possible, be accommodated by the supervisor consistent with mission requirements.

(1)  Employer Request.

Employees may be required to report to their traditional worksite for scheduled trainings, conferences, meetings, or to perform work on a short-term basis that cannot otherwise be performed at the alternative worksite or accomplished via telephone or other reasonable alternative methods. When requested, employees who telework must be available to report to the traditional worksite on telework. Supervisors will make every effort to provide at least 24 hours' notice in such cases.

Separate from an emergency file recall, when advance notice of 24 hours or more is not possible, employees will be provided a reasonable amount of time, to include time to make arrangements and travel, to report to the traditional worksite. Employees should make every reasonable effort to report as soon as possible. The employee will provide the Agency with an expected amount of time needed to report to the office. The normal commute time for such employees will be taken into consideration in the event they are required to report to the traditional worksite on short notice. In cases in which employees are called into the traditional worksite without 24 hours' notice, employees will be afforded the opportunity to start their regular workday from their alternate worksite before being granted duty time to travel to the traditional worksite in conjunction with service needs and consistent with management's rights.

(2)  Employee Request.

Requests by the employee to work at the traditional worksite on scheduled telework days may be accommodated by the supervisor consistent with mission requirements and workspace availability. A permanent change in the telework arrangement must be reflected in the form of a new telework agreement.

(3)  Work Interruption.

Before participating in the telework program, all employees and their immediate supervisors will identify tasks that could be completed at the alternative worksite when there is a temporary limitation related to working at the alternate worksite, such as a local power failure, that impacts an employee's ability to complete work on an assigned project. Employees will promptly inform supervisors whenever problems such as equipment failure, power outages, and telecommunications

difficulties adversely affect their ability to work at the alternative worksite. In such cases, the employee may be required to report to the traditional worksite or, if requested by the employee and approved by the supervisor, may take appropriate leave.

(k)  SUSPENSION OR TERMINATION OF TELEWORK AGREEMENT

(1)  Procedures.

(A) Supervisors or managers may suspend or terminate a telework agreement for the reasons specified below. Unless legitimate business reasons dictate otherwise, the supervisor or manager will provide written notice to the employee at least fourteen (14) calendar days before suspension or termination of a telework agreement. The written notice of suspension or termination will inform the employee when they may re-apply for, or resume telework.

(B) Outside of an emergent situation, an employee may terminate a telework agreement for any reason by giving written notice to their supervisor at least fourteen (14) calendar days in advance. In such cases, the employee may be assigned a temporary workspace at the traditional worksite until such time as permanent workspace becomes available.

(C) Regardless of which party initiates termination, the reason for termination will be documented in Part 2 of the Form G-1129, Telework Agreement.

(2)  Reasons.

Managers or supervisors may suspend or terminate participation in telework for the following reasons:

(A) The employee no longer meets the eligibility requirements;

(B) The employee has breached the telework agreement;

(C) The telework arrangement diminishes Agency operations;

(D) On three or more occasions in a twelve (12) month period, the employee fails to contact a manager or supervisor within two (2) hours of the manager's or supervisor's request by email and phone. The responding party must attempt to make contact by phone (text message) or email. However, if contact is made by phone and the party is not reached, the individual initiating contact must leave a voicemail or text message indicating the date and time of the call. Employees are expected to be as available at the alternate worksite as they are at the traditional worksite.

(E) Reassignment causes a change of work such that the duties cannot reasonably be performed at the alternate worksite. If the reassignment of job duties is permanent, then the telework agreement must be terminated. If the reassignment

is temporary, the supervisor or manager may suspend participation in telework for the duration of the project or assignment. Upon completion of the temporary assignment, the employee may resume telework under the original agreement without submitting a new application, provided that the agreement has not expired. The supervisor or manager will determine whether a telework agreement is terminated or suspended as a result of reassignment on a case-by-case basis.

(F) The alternate worksite did not pass a site inspection.

    i.    When an alternate worksite fails to pass a site inspection, a supervisor will notify the employee of the failure to pass the site inspection and provide the employee and the employee's Local Union upon request with a copy of the inspection results and specific reason for the failure of the inspection upon request. At the same time, the supervisor will notify the employee of the intent to suspend or terminate the telework agreement fourteen (14) calendar days from the date of the notification.

    ii.    Employee rebuttals will be submitted to their immediate supervisor for consideration no later than seven (7) calendar days after issuance of the negative site inspection report. Employees may ask a Union representative for assistance in preparing a rebuttal. Employee rebuttals may include a statement or that the reason for failure to pass a site inspection has been fully remediated, and/or the violation(s) was determined to be unfounded. The supervisor has discretion to extend the rebuttal period for good cause.

    iii.    The supervisor will make a final determination no later than seven (7) calendar days after receipt of any rebuttal received or, if no rebuttal received, within fourteen (14) calendar days of the initial notice of failed inspection.

    iv.    If the reason the alternate worksite did not pass a site inspection poses an immediate threat to the employee's safety or reveals a failure to comply with privacy protection requirements, the employee may be required to return to the traditional worksite even during the rebuttal period. The employee must be given a reasonable period of time to make necessary arrangements.

(l)  EARLY DISMISSALS AND OFFICE CLOSURE

Telework allows a greater number of Federal employees to work during emergency situations and allows the Federal Government to maximize operational efficiency to the extent practicable without compromising the safety of its employees and the general

public during heavy snow accumulation, significant road closures due to various events, and other emergency situations.

(1) Emergency Closure of Traditional Worksite.

If the traditional worksite closes due to an emergency (such as inclement weather, pandemic health crisis, and man-made or natural disasters) a telework-ready-employee (an employee with an approved telework agreement and the work and equipment necessary to perform duties) is required to telework, consistent with Agency policy.

If the traditional worksite is subject to early dismissal due to an emergency, employees who are on scheduled telework during that timeframe who are able to perform their assigned work at the alternate worksite, are expected to continue working or request appropriate leave, unless instructed otherwise by the designated Supervisor/Manager.

(2) Non-Emergency.

When the office announces an early dismissal of employees for non-emergency conditions, employees who are scheduled to telework during that same time will be excused from work.

## (m) ALTERNATIVE WORKSITE INSPECTIONS

Employees are responsible for allowing for inspections of the alternate worksite, if required by the organization to which they are assigned. Virtual inspections are encouraged.

Standards for home (alternative work site) inspections:

(1) The inspections will be conducted by Management officials only.

(2) At the request of the employee under inspection, a Union representative will be allowed to attend the inspection.

(3) Management will provide reasonable advance notice to employees of not less than two (2) hours.

(4) The focus of the inspection will be limited to only the designated work area including the designated lockable work storage area(s).

(5) Upon request, the employee will be provided a copy of the completed site inspection check list or report. The check list or report will include only information that is germane to the compliance inspection.

(n) SHARED WORKSPACE

Telework participants may be required to share workspace at the traditional worksite with other staff members or be assigned to varying workstations on the days they work at the traditional worksite. These shared workspace arrangements will be subject to Local bargaining upon request of the Local Union.

(o) LOCAL SUPPLEMENTAL BARGAINING

The Parties agree that telework may be implemented throughout the Agency consistent with the terms of this Agreement. By mutual agreement or where otherwise required by law, the Parties will negotiate additional telework procedures consistent with this Agreement.

# ARTICLE 30 – REMOTE WORK

(a) DEFINITION

Remote Work is a work arrangement in which the employee works at an approved duty station (for example, the employee's residence), reflected as the official duty station on the employee's SF-50.  There is no expectation for the employee to regularly report to a USCIS worksite.

(1) Local Remote Work is an arrangement in which an employee performs assigned duties at their official worksite, on a full-time basis, within the local commuting area (generally, 50 miles or less), and is not required to report to a USCIS worksite at least 2 days each pay period.  For this arrangement, the official worksite, generally the employee's residence, is reflected on the SF-50. Additionally, the employee must complete a Form G-1551 Remote Work (Local or Long-Distance) Request, provide their Telework Training Certificate, and complete both the G-1129A, Alternate Worksite Safety Certification and G-1129, Telework & Remote Work Application and Agreement. The employee must complete any successor documents to the ones cited in this definition.

(2) Long-Distance Remote Work is an arrangement in which an employee performs assigned duties at their official worksite, on a full-time basis, outside the local commuting area (generally, 51 miles or more), and is not required to report to a USCIS worksite at least two (2) days each pay period.  For this arrangement, the official worksite, generally the employee's residence, is reflected on the SF-50. Additionally, the employee must complete a Form G-1551 Remote Work (Local or Long-Distance) Request, provide their Telework Training Certificate and complete both the G-1129A, Alternate Worksite Safety Certification, and G-1129, Telework & Remote Work Application and Agreement. The employee must complete any successor documents to the one's cited in this definition.

(b)  Employees are eligible for participation in the Remote Work program as outlined in the Remote Work Guidance and consistent with the provisions of this Agreement  Changes to the Remote Work Guidance will be bargained with the Union in accordance with laws, government-wide rules and regulations, Executive orders, and this Agreement.

(c) As part of Quarterly Consultations, Management and the Union will meet to discuss the successes and failures of the remote work program.

(d) Employees on an approved remote work agreement will be allowed to work alternative work schedules in accordance with eligibility requirements and consistent with the provisions of this Agreement unless the schedule creates an adverse Agency impact.

(e) In the event of technical difficulties, employees will notify their supervisor who will determine appropriate steps to remedy the technical issue. The Supervisor will assign alternative work, and/or approve non-production time as appropriate.

(f) Employees, at their discretion, may terminate their remote work agreement at any time. Within a reasonable time frame, Management will make suitable work space available for returning remote workers, consistent with applicable Agency standards.

(g) The Agency will not retaliate in any way against an employee who chooses to terminate their remote work agreement.

(h) Employees on a remote work agreement may enter USCIS worksites during normal business hours with prior notification to their supervisor.  Coordination with the USCIS worksites to gain access may be necessary.

(i) Before participating in the remote work program, all employees and their immediate supervisors will identify tasks that could be completed at the remote worksite when there is a limitation related to working at the remote worksite, such as a local power failure or computer system outage, that impacts an employee's ability to complete work on an assigned project.  If at any time a USCIS supervisor does not provide alternate work, non-production time will be approved upon notification to the supervisor of the unavailability of work for the employee to perform.

(j) Employees will promptly inform supervisors whenever problems such as equipment or program failures, power outages, and telecommunications difficulties adversely affect their ability to work at the remote worksite. In such cases, the employee may be required to report to a USCIS worksite.  However, if requested by the employee and approved by the supervisor, the employee may take appropriate leave.

   (1) Management will approve or deny remote-work applications consistent with criteria set forth in the applicable USCIS remote-work guidance. The criteria for eligibility in the remote work guidance will be communicated in writing to employees prior to application.

   (2) In such cases where an employee is required to report to a USCIS facility, the Agency will follow the travel regulations.

(k) If a remote work application is denied, the reason for denial will be for a legitimate business reason and documented on the remote work application or an electronically generated notice sent to the employee.

(l) An employee's participation in remote work will not impact eligibility for overtime consistent with this Agreement.

(m) The Agency will pay all approved costs consistent with laws, rules, regulations, and agency policy, to include travel costs to an agency location for meetings and training.

(n) Within twenty (20) business days, Management will respond, in writing, to a bargaining unit employee who applies for remote work.

(o) Nothing will prevent an employee from requesting additional training while they are working remotely.

(p) Nothing will prevent the Agency from delivering all necessary (all required) training(s) to an employee, and/or, group of employees, while working remotely.

(q) The Agency will follow the Remote Work Guidance on any termination of a remote work agreement. As such, the Agency will not terminate a remote work agreement without a legitimate business reason. Changes to the Remote Work Guidance will be bargained with the Union in accordance with laws, government-wide rules and regulations, Executive orders, and this Agreement.

(r) Unless legitimate business reasons or operational needs dictate otherwise, after the Agency terminates an employee's long distance remote work agreement, the employee must report to a USCIS worksite in no less than 60 calendar days. For local remote work an employee must report to a USCIS worksite in no less than fourteen (14) calendar days.

(s) The Agency will publish information about the remote work program and changes to the program on USCIS Connect where it may be accessed by all employees. In the event of an update to information about the remote work program, the Agency will send out an electronic notification, as soon as possible, to all employees about the updates to the program.

(t) If the Agency decides to conduct home inspections for remote workers, the Agency will conduct remote worksite inspections consistent with the provisions of this Agreement.

(u) In addition to office supplies routinely used at the traditional worksite, the Agency will provide remote workers all necessary government-furnished equipment (GFE), as determined by the Agency to accomplish work assignments. Supervisors will approve appropriate non-production time for employees to resolve issues related to GFE.

# ARTICLE 31 – EMPLOYEE AWARDS AND RECOGNITION

(a) BACKGROUND AND PURPOSE

Recognition of employees through monetary and non-monetary awards reflects the Parties' efforts to promote continuous improvement in Agency performance. The employee recognition program provides a positive indication of the Parties' commitment to providing quality public service. The employee recognition program, as described in this Article, has the following characteristics:

(1) It is an incentive program; that is, employee recognition is based on achievement and improvement. Achievements are linked to the Agency mission of providing high quality care and service to applicants and the public. The program is intended to motivate employees to strive for excellence. Strong emphasis is placed on recognition of efforts to improve service to applicants and the public.

(2) It recognizes the accomplishments of employees both as individuals and as members of groups or teams. Because of the interrelationship of work performed by employees, enhanced Agency performance is sought through teamwork, not through competition among individuals. This program is based on the concept that individual employees who, through personal efforts and accomplishments support the goals of their teams, work units and, thus, the Agency deserve recognition. It is also based on the concept that groups or teams which improve Agency performance deserve recognition. It recognizes that management, the Union, and employees have important roles in identifying and recognizing employees deserving of awards and praise. The intent of this program is to promote a positive work environment and to link awards to employee contributions that enhance Agency performance.

(3) Further, it is the intent of this program to ensure that employees will be appropriately rewarded regardless of changes in the Agency's organizational structure, work processes, or work initiatives.

(b) POLICY

(1) Limitations on awards are pursuant to law, government-wide rule and regulations, and Executive orders.

(2) When employees are considered for awards, the relative significance and impact of their contributions will be considered in determining which type of award would constitute appropriate recognition and, for monetary awards, in determining the amount of money to be granted. Funding availability must also be considered in the granting of monetary awards.

(3) Awards will be processed in a timely and expeditious manner.

(4)  The Agency will provide an award recipient with written documentation that clearly articulates the specific reason(s) that the employee received the award.  The Agency will provide to the Union, on an annual basis, an awards spreadsheet for bargaining unit award recipients. The information will include the following:

(A) The award recipient's series and grade

(B) The award recipient's position

(C) The award recipient's office location

(D) The type and amount of award granted

(E) Upon request and in the case of a performance award, the associated PPA score.

Upon a specific request by the Union pursuant to 5 USC Section 7114(b)(4) and this Agreement, the information on award justifications will be provided.

(c)  TYPES OF AWARDS

Awards which employees may be eligible to receive include but are not limited to:

(1)  Special Act Award

(2)  On-the-Spot Awards

(3)  Time-off Award

(4)  Performance Awards

(5)  Non-monetary Honorary Awards

(d)  MONETARY AWARDS

(1)  Special Act Awards. The Special Act award recognizes individuals or groups for major accomplishments or contributions which have promoted the mission of the organization. Award amounts should be linked to the significance and impact of the accomplishment or contribution. A Special Act award may be made to an individual employee or to a group. A group may consist of individuals from a single organization or multiple components/offices/units.

(2)  On-the-Spot Awards. This is a special act or service award given to an employee for noteworthy contributions or accomplishments in the public interest relate to the recipient's official employment. The distinction between a special act award and an on-the-spot award rests in the relative significance of the contribution or accomplishment.

(e)  TIME-OFF AWARDS

Time-off awards may be granted to an individual or group of employees for contributions that benefit the Immigration and Citizenship Service. These awards may be granted for contributions such as, but not limited to the following:

(1)  A significant contribution involving completion of a difficult project or assignment of importance to the mission of the Agency;

(2)  The completion of a specific assignment or project in advance of an established deadline and with favorable results;

(3)  Displaying unusual initiative, innovation, or creativity in completing a project or improving the operation of a program or service;

(4)  Displaying unusual courtesy or responsiveness to the public which clearly demonstrates performance beyond the call of duty, and which produces positive results for the Agency, and;

(5)  Exemplary work by an employee as a canvasser for special campaigns or programs such as the Combined Federal Campaign, US Savings Bonds, or blood donor program. (An award for such an effort may not exceed one (1) workday per activity).

(6)  Supervisors are encouraged to offer non-monetary awards for significant contribution.

(f)  PERFORMANCE AWARDS

(1)  All awards recommended will be subject to review and approval in accordance with 5 CFR 451. The Agency and Union agree that if the procedures relating to the method of recommending or approving performance awards changes from current practice, the Agency will notify the Union and engage in bargaining over the change.

(2)  The performance award can be issued as either a time-off award or a monetary award pursuant to the performance-based award guidance, at the election of the employee. For changes from this current guidance and practice, the Agency will notify the Union and negotiate the changes in accordance with laws, government-wide regulations, Executive Orders, and this Agreement.

(3)  The following current scale per the guidance for determining awards based upon the level of the annual performance rating will be as follows:

(A) Achieved Excellence – up to 3% of the employee's annual salary or equivalent leave

(B) Exceeds Expectations – up to 2% of the employee's annual salary or equivalent leave

(C) Achieved Expectations – up to 0.5% of the employee's annual salary or
equivalent leave

(g) AWARD NOMINATION PROCEDURES

(1) Management officials are encouraged to identify individual employees who they
believe should be recognized for high quality accomplishments or contributions by
completing the Awards nomination form G-1109.

(2) The nominations should include a description of the accomplishments or
contributions of the nominee(s) and an explanation of their significance. There is an
option to select the specific award category in the nomination form.  Information
provided in the nominations will be considered in determining appropriate
recognition.

(h) QUALITY STEP INCREASE

(1) "Quality Step Increase" means an increase in an employee's rate of basic pay from
one step of the grade of his or her position to the next higher step of the grade in
accordance with Section 5336 of Title 5, United States Code.

(2) The purpose of quality step increases is to recognize outstanding performance by
granting faster than normal step increases.

(3) To be considered for a quality step increase, an employee's current rating of record
must be at the "achieved excellence" level and the employee must not have received
a quality step increase within the preceding 52 consecutive calendar weeks.
Achieving excellence is not the sole consideration for granting the quality step
increase.

(4) A determination by management to grant a quality step increase should be made as
soon as practicable after a rating of record is approved.

(5) A quality step increase shall be effective on the first (1st) day of the first (1st) pay
period following the approval date.

# ARTICLE 32 – DETAILS AND TEMPORARY DUTY STATIONS

Management has the right to set the eligibility and qualification criteria for any detail assignment. The Agency will follow the procedures, requirements, and rights outlined in this Article when filling details and temporary duty assignments to bargaining unit positions within USCIS.

Details to non-bargaining unit positions and detail opportunities outside of USCIS are not governed by the terms of this Article.

This Article does not preclude employees from applying for or being selected to details and temporary assignments outside the scope of physical locality or jurisdiction of the Agency.

The procedures, requirements, and rights outlined in this Article do not apply to positions where temporary changes in duty station, the temporary change in location of the performance of core duties, or rotations are part of a bargaining unit employee's regularly assigned duties (e.g. refugee officers, asylum officers, international rotational assignments, and international operation headquarters officers with the International Adjudication Support Branch). Rather, the procedures for such positions are appropriate subject matter for local bargaining.

(a) DEFINITIONS

For the purposes of this Article, the following definitions apply:

(1) Temporary Assignment: The change of an employee from one position or duty station for a fixed or limited duration of time, upon the expiration of which the employee is expected to return to the original position or duty station. A temporary assignment may be in the form of either a temporary promotion or a detail.

(2) Detail: Temporary assignment of an employee to a different position or duty station without change of pay, regardless of grade, for a specified period, with the employee returning to their assigned position at the end of the detail.

(3) Rotation: The recurring assignment of employees to different work locations or positions. This does not include rotations that are part of an employee's regular duties such as within International Operations and Refugee Affairs Division.

(4) Day: Means a calendar day, unless otherwise specified.

(b) PROCEDURES TO ASSIGN

(1) The Agency shall exercise this authority:

(A) In accordance with applicable law, appropriate regulations, and this Agreement; By giving as much advance notice as possible to employees selected for detail.

(B) When the Agency determines there is a need for a temporary assignment or a detail, the Agency will inform the Union of the determination, normally in writing and as soon as possible.

(C) The Agency will engage in bargaining with the Union as required by law, government-wide regulation, Executive Orders, and the Collective Bargaining Agreement

(2) Absent a particularized need for specific skills or qualifications the Agency shall utilize volunteers before requiring employees to participate on details involuntarily unless the Agency determines that there is a need for a specific volunteer to continue to perform their regular duties.

(3) The following procedures shall apply when offering temporary assignments, noncompetitive details, or rotations of forty- five (45) consecutive workdays or more:

(A) The Agency will notify the Local Union in writing and as soon as possible, of the need.

(B) Except for emergent situations, the Agency will consult, engage, and attempt to resolve any potential concerns with the Union prior to sending out any solicitation for volunteers. Follow-up consultation on emergent situations will occur as soon as possible.

(C) The Agency will canvass the qualified employees to determine if anyone wishes to be detailed. Selection will be made based upon the selection criteria from the pool of qualified volunteers.

(D) If more employees volunteer than vacancies exist, the Agency will select from the most qualified volunteers.  Seniority will be the selection criteria from among equally qualified volunteers.

(E) If there are fewer qualified volunteers than vacancies, additional vacancies may be filled by assigning the least senior qualified employee(s).

(F) If there are no volunteers, then the least senior employee(s) may be selected from among equally qualified employees.

(G) Absent local agreement on seniority, Seniority shall be defined by this Agreement.

(4) Among equally qualified candidates, management will select employees for details of less than forty-five (45) workdays on a fair and equitable basis.

(5) The procedures in this Section shall apply except in the following circumstances:

(A) When management can demonstrate in writing that there is an operational emergency or that the position to which an employee must be detailed requires unique skills and abilities that are not possessed by any other qualified employee;

(B) When a bona fide medical or operational emergency precludes the detail of a particular employee;

(C) When the Agency makes a detail to accommodate as part of a reasonable accommodation request.

(D) When the Agency assigns an employee to a noncompetitive detail or temporary work assignment pending the outcome of an investigation or proposed disciplinary or adverse action.

(E) Details and temporary assignments of less than forty-five (45) work days.

(c) TEMPORARY PROMOTIONS

Temporary Promotions and details to higher graded positions will be handled in accordance with the Agency Merit Promotion and Internal Placement Plan and the related Articles of this Agreement.

(d) RECORD OF DETAIL

The Parties recognize that details to other positions and activities are necessary and integral part of mission accomplishment. Details for thirty (30) calendar days or more will be documented with a copy to the employee and their Official Personnel Folder.

(e) PROHIBITIONS

(1) Details will not be made on the basis of personal favoritism.

(2) The Agency will not temporarily assign or detail an employee solely for harassment purposes or reprisal.

(f) LOWER GRADED DUTIES

Should the requirements of the Agency necessitate an employee being detailed to a lower graded position or to perform lower graded work, this will in no way adversely affect the employee's salary, classification, or job standing.

(g) TIME LIMIT

Except for training courses, and details outside the United States, details away from the employee's normal duty station will not exceed ninety (90) calendar days, unless the employee volunteers for a longer period or the Agency determines that there is a valid operational need for an employee to continue on the detail.

(h) UNION REPRESENTATIVES

The Agency will make every effort to avoid placing a Union Representative on a detail that would prevent that official from performing their representational functions, unless the Union Representative volunteers for the detail.

(i) ROTATION PROCEDURES

The Agency will use the selection criteria outlined in this Article when assigning rotations of forty-five (45) consecutive work days or more to members of the bargaining unit. (See the Hours of Work article of this Agreement for procedures addressing rotations on shift work).

# ARTICLE 33 - FACILITY STANDARDS AND UNION OFFICES

(a) Bargaining unit employees will be provided a workstation when working in the office. The workstation will be provided with a lockable space for limited personal items and be furnished to meet proper office ergonomics. Alternative work space options will be available to employees such as private meeting rooms or collaborative work spaces if these are deemed necessary to accomplish duties.

(b) Break rooms, Lactation space, Smoking areas, Restrooms, Parking and Physical security will be provided in accordance with DHS, USCIS and GSA standards, as applicable. Additionally, lighting, cleanliness, temperature, humidity, and ventilation standards will be upheld through USCIS-GSA leases in accordance with federal facility standards.

(c) Notice of proposed changes to Facility Standards and Union Office Spaces will be provided to the Union as soon as possible. Changes to Facility Standards and Union Office Spaces will be bargained and implemented in accordance with laws, government-wide regulations, Executive Orders, and this Agreement.

(d) This Article also may implement the following policies and guidance or their successor documents by reference:

    (1) Executive Order 13589, Promoting Efficient Spending, November 9, 2011.

    (2) OMB Memorandum M-12-12 Promoting Efficient Spending to Support Agency Operations, May 11, 2012.

    (3) Instruction 119-02-003, DHS Workspace Standards, September 30, 2014.

    (4) DHS Workplace Standard Clarification for USCIS Space Requirements. May 12, 2015.

    (5) OMB Management Procedures Memorandum No. 2015-01, Implementation of OMB Memorandum M-12-12 Section 3: Reduce the Footprint, March 25, 2015.

(e) Workplace standards, workspace environment, and Office Equipment will be negotiated at the local level in accordance with this Agreement.

(f) National and Local Union Office spaces and access will be negotiated as a separate MOA or LSA in accordance with the respective needs of the Parties.

(g) Parking will be negotiated as a separate MOA or LSA in accordance with the respective needs of the Parties.

(h) Collaborative Approach to Planning and Design

    (1) The Agency will provide the National Council with a list of approved renovation and new facility projects as part of National Consultations.

    (2) The Agency and the Union will engage in Pre-decisional Involvement (PDI) at the appropriate level (National or Local) with regard to renovation projects and new facilities.

    (3) The Agency will also notify the Union of any change(s) to the designs subsequent to their finalization and prior to implementation of the design change(s).

    (4) The Agency will provide the Union with the opportunity to review, collaborate, and comment on furniture and office (i.e. carpet, Cherrywood furnishings, and paint) selection finishes in accordance with USCIS Blanket Purchase Agreements (BPA) and USCIS FAC guidance.

    (5) Collaborative workspace may be requested and will be provided where required based on DHS workspace standards.

(i) Workspace Assignments

    (1) From the available space, employees will select dedicated workspaces in accordance with this Agreement.

    (2) Where an employee does not have a dedicated workspace, workspace selection will be pursuant to the locally negotiated office selection procedures.

(j) Local Bargaining

    (1) The issue of shared workspace assignments is a subject appropriate for local bargaining.

    (2) The Union also reserves the right to request to bargain over the impact and implementation of renovations or construction of any and all new facilities that are not specifically covered by this Agreement.

# ARTICLE 34 – PARKING AND TRANSPORTATION

(a) The Parties agree that parking is a substantive subject most appropriate for Local Supplemental bargaining to the extent not covered by this Agreement. The Parties agree that secure, adequate, and accessible parking for employees helps better serve customer needs and should be a consideration in local arrangements.

(b) The Agency agrees that if they relocate an office or should circumstances prompt changes in lease agreements, the Agency will notify the local Union and place the issue on the agenda of the Quarterly National Consultations and/or Local Labor Management forums, whichever is most appropriate. Parking space(s) for the local Union and Management is a subject for local bargaining. The Parties recognize that pursuant to law and government-wide regulations, certain parking spaces are exempted from bargaining (i.e. handicap spaces, etc.)

(c) SECURITY

In Agency owned (or leased) parking facilities, the Agency will provide a safe and secure parking area for its employees. Subjects for discussion include, but are not limited to the following:

(1) Lighting - Adequate lighting in all parking areas.

(2) Security Service - For employee safety, the Agency will provide escort service, when available and if requested, to parking areas under Agency jurisdiction, traffic control, and general facility security.

(3) Inspections - Inspections of grounds including facility and parking areas are to be regularly scheduled.

(4) Pedestrian Crosswalks - Crosswalk areas from parking area to facility will be clearly marked.

(5) Signage - Clearly understandable and unobstructed signs (traffic, pedestrian, etc.) consistent with both General Services Administration (GSA) standards and guidelines and safety traffic engineering principles are to be provided.

(6) Problem Reporting - Local procedures will be negotiated for problem reporting, e.g., car lights left on, lights out on parking lots, damaged or obstructed signs, etc.

(d) COMMUTE OPTIONS

(1) The Parties agree to explore alternative commuting options and to encourage their use.

(2) The Agency will make appropriate arrangements for employees to advertise ride-sharing opportunities, if available.

(3) The issue of the availability of public transportation to the facility, with special emphasis on accommodating mobility impaired employees, is an issue best addressed by the Health and Safety Committee as detailed in this Agreement.

(e) TRANSIT SUBSIDIES

(1) Transit subsidies are designed to encourage eligible employees to use mass transportation in commuting to reduce air pollution, noise, and traffic congestion in metropolitan areas.

(2) Eligible employees will be provided with transit subsidies as outlined by law, government-wide regulations, and the Agreement. The Agency will notify the Union over any changes to the Transit Subsidy Policy and Program and place the issue on the agenda of the Quarterly National Consultations and/or National Labor Management forum, whichever is most appropriate.

(f) LOCAL BARGAINING

The Parties will bargain any further parking and/or transit related matters at the Local levels.

# ARTICLE 35 – WORKSTATION ASSIGNMENTS

This Article applies in all instances where one or more employees are required to move. Nothing in this Article affects the rights of individual employees with respect to reasonable accommodations. This Article does not cover or apply to moves to different facilities, which would give rise to a duty to bargain in accordance with this Agreement, Article 9. Prior to the office move, the Agency will provide reasonable advance notice (no less than fifteen (15) days) to the affected employees and the Union. The time frame for notice may be adjusted for exigent reasons.

(a) Where the requirements of the move are not specifically covered by the terms of this Article, the Agency will provide the Union notice and an opportunity to bargain to the extent required by law, rule, regulation, and this Agreement.

(b) Employees who currently have standing desks will have the option to have similar desks at their new workstations, including telework stations, subject to space and configuration constraints. Prior to the move, employees may request the setting of the desk top surfaces in the new cubicle to any available height.

(c) Impacted employees will be allowed to select their workstations among the available choices within the operational unit of the facility. The order of workstation selection will be on the basis of the criteria set forth in the Seniority Article of this Agreement and any applicable local agreement regarding seniority.

(d) Employees will be provided up to four (4) hours to pack, and up to an additional four (4) hours to unpack. If necessary, employees may request additional time. All reasonable requests for additional time will be granted.

(e) Employees will be allowed to reasonably dress down (e.g. jeans or other clothing appropriate to the activity) on their packing and move-in days in accordance with this Agreement.

(f) The Agency will provide all necessary packing and moving supplies.

(g) The employees who are moving will not be required to move furniture or equipment. Management will arrange for these items to be moved and will ensure IT equipment is installed and operational prior to the employee occupying the new workspace. Management is not responsible for moving any items of remote workers.

(h) Employees are responsible for packing and moving their personal possessions.

USCIS-NCISC MASTER AGREEMENT 2022

(i) If a workstation is not ready for occupancy as scheduled and the current workstation is unavailable, the employee will be provided alternate, temporary space to meet their work requirements. If the employee is currently on a Telework or Remote Agreement, the affected employee, with management approval, may be allowed to telework in accordance with this Agreement.

# ARTICLE 36 – HARDSHIP TRANSFERS

(a) PURPOSE

This Article sets forth the procedures to be followed when, as a result of a personal hardship, an employee requests a transfer to a new duty station within USCIS. A hardship transfer may result in the employee moving into a new position.

Remote Work is strongly encouraged, where applicable.

(b) DEFINITIONS

(1) Hardship: A permanent, personal, non-work-related situation that is significantly difficult for the employee and outside of the employee's control that necessitates the employee to relocate to the designated location, for example:

(A) Serious health of employee or employee's family member that requires a permanent transfer;

(B) Involuntary transfer of the employee's family member;

(C) Care of disabled or elderly relatives; or

(D) Child custody.

(E) Hardships are not situations created by the employee (e.g. an employee voluntarily applies and accepts a position in a different geographic location and moves to that location without their family).

(2) Family Member: Under this section, "family member" is defined as a spouse or parents thereof; sons and daughters, and spouses, thereof; parents and spouses thereof; brothers and sisters and spouses thereof; grandparents and grandchildren, and spouses thereof; domestic partner and parents thereof, including domestic partners of any individual in paragraphs (2) through (5) of this definition; Any individual related by blood or affinity whose close association with the employee is the equivalent of a family relationship as defined in OPM regulations (5 CFR 630.201).

(3) Hardship Transfer: A voluntary reassignment or change to lower grade at the employee's request and expense intended to help alleviate or minimize a hardship by placing the employee in a position at the same or lower grade level and promotion potential in a different geographic area within USCIS.

(c) ELIGIBILITY AND GUIDELINES

Remote work may be a more appropriate alternative to a hardship transfer on a case-by-case basis. Employees are encouraged to discuss the Remote Work Program with their supervisors prior to applying for a hardship transfer. Employees are also encouraged to

discuss potential hardship transfers and remote work applications with their Union representatives. The eligibility and procedures for applying for remote work is covered under the Remote Work Article of this Agreement.

Hardship transfer requests will be carefully considered and reviewed on a case-by-case basis. Approval will be based on the existence of a qualifying hardship, operational needs of the agency and available positions, for which the employee is qualified, in the requested geographic location(s). There is no guarantee the request will be approved, and nothing in this Article shall be construed as an entitlement to a transfer. All relocation costs associated with transfers granted under this provision are the responsibility of the employee. Should an employee receive a hardship transfer to a new duty station, the employee's salary will be adjusted in accordance with the applicable locality rate, if any.

(d) PROCEDURES

(1) An employee seeking a hardship transfer shall submit their request in writing to the Office of Human Capital and Training (HCT) via email to USCISHardshipRequest@uscis.dhs.gov and include the following:

(A) A cover letter or memorandum that provides the following information:

    i.    Employee's hardship;

    ii.    Requested geographic location(s) – no more than five (5) in order of preference

    iii.    How the transfer will help to alleviate the employee's hardship;

    iv.    Employee's availability date for transfer; and

    v.    The names, titles, office addresses, and office telephone numbers of the employee's first and second-level supervisors;

(B) An updated resume;

(C) A copy of the employee's most recent Standard Form (SF) 50, Notification of Personnel Action, to include name, job title, series, grade, step, total salary, name, and location of employment. If the SF-50 provided does not contain sufficient information, it is the employee's responsibility to furnish one that includes the necessary information. The appropriate SF-50 can be downloaded from the employee's electronic Official Personnel Folder (eOPF);

(D) A copy of the employee's most recent rating of record; and

(E) Any other pertinent, current, and verifiable documentation supporting the request.

(2) An employee, at their discretion, may provide a copy of their request for a hardship transfer to a Union representative.

USCIS-NCISC MASTER AGREEMENT 2022

(3)  Upon receipt of the employee's hardship transfer request, HCT will review the request to ensure all required documentation is included.

(4)  HCT will refer the request to the appropriate management officials for consideration.

(5)  Management will inform the employee that acceptance of the hardship transfer may involve a different and/or lower graded position.

(6)  The Agency will review and provide the employee a written response to the request within 30 calendar days of receiving either a complete and sufficient request or any Agency-requested supplemental information. The Agency may utilize an additional 14 calendar day period if needed. The written response will indicate whether the request has been granted or denied. If approved and not taken the employee can reapply after one (1) year or a new position for which the employee qualifies in the desired geographic area becomes available. This one-time priority consideration decision will be made by the employee within seven (7) calendar days of the offer. If denied, the written response will indicate specific reasons for denial. Following a denial, an employee may re-apply after 45 calendar days.

(7)  Under this Article, the Agency may consider a request for an expedited transfer when the employee establishes that the transfer is necessary due to a sudden life-threatening event.

# ARTICLE 37 – STANDARDS OF DRESS AND APPEARANCE

(a) DRESS AND APPEARANCE

(1) Employees will maintain an appearance, consistent with norms prevailing in the local community, when in the traditional workplace. Local community standards will be subject to Local bargaining. Employees shall be attired in a manner appropriate for their position and the duties being performed. This provision shall not preclude employees from participating in casual dress days such as "casual Fridays" or where bona fide reasons exist warranting deviation from the guidelines, e.g., medical, religious or for special occasions or projects; including but not limited to, holidays, CFC and assignments requiring unusual or differing dress (office moves, etc.).

(2) Except for pre-approved exceptional circumstances as described above, the following is deemed unacceptable manner of dress for all USCIS employees while in duty status:

(A) Ripped clothing:

(B) Athletic or workout clothes;

(C) Beach wear;

(D) Clothing that contains obscene language and/or obscene graphics; and

(E) Offensive or disruptive attire.

(b) LOCAL BARGAINING

Local bargaining may address additional dress code policies that are not specifically covered by this Article.

# ARTICLE 38 – POSITION CLASSIFICATION AND POSITION DESCRIPTIONS

Position classification is a process through which Federal jobs (i.e., positions) are assigned a pay plan, occupational series, title, and grade based on consistent application of position classification standards.

(a) POSITION DESCRIPTIONS

    (1) Position descriptions (PDs) will accurately state the major duties and responsibilities of the position. The Agency will make available to every bargaining unit employee of the Agency a copy of the employee's PD. The employee will be encouraged to discuss any changes or inaccuracies with the supervisor, who will also continually review their employees' duties.

    (2) The Agency will maintain a complete and up-to-date library of PDs of all classified positions in the bargaining unit and will make that library available on the Agency's intranet site to employees and their Agency-employed Union representatives.

(b) REQUEST FOR POSITION REVIEW (CLASSIFICATION APPEALS)

    (1) A classification appeal is a written request by an employee for their agency, or OPM, to review the classification of the employee's position. The Agency will identify where employees can file their appeals.    Issues which may be appealed include: the pay plan, occupational series, grade, and official position title. An employee may not appeal the content or accuracy of an official PD, the adequacy of a classification standard, the classification of other employees' PDs, and/or the classification of a position to which they are temporarily detailed or temporarily promoted Each PD will be reviewed and updated by the Agency as often as necessary, but no less than every five (5) years

    (2) An employee who has a question concerning their position classification or job description should discuss the matter with the employee's supervisor. If the employee and the employee's supervisor cannot come to a resolution, the employee may submit a classification appeal to the Human Resources Operation Center (HROC).  The supervisor will inform the employee and the Union of whom the HROC point of contact is.

    (3) An employee may request in writing to cancel their appeal to the Agency at any time during the appeal process prior to the Agency's issuance of the appeal decision.

(c) POSITION REVIEWS

The Agency's Classification Section will acknowledge receipt of the request in writing and will provide the employee and the employee's supervisor. Upon request,

Management will provide the Council President and/or the Local President presiding over the jurisdiction of the employee with the results of the position review.

(1)   Position reviews may be conducted in-person or remotely. Classifiers may make visits or telephone calls to position locations during the classification appeal process.

(d) UNION REPRESENTATION

When the employee designates the Union as the employee's representative in a classification appeal, the representative may discuss the classification appeal with the classifier prior to the beginning of a position review. Sufficient time shall be allowed prior to the beginning of the position review for the designated representative and the classifier to arrange a mutually agreeable meeting date to discuss the classification appeal. The classifier will provide a copy of the appeal decision to the employee and the Union representative.

(e) EFFECT OF OTHER DUTIES AS ASSIGNED

Where lower graded duties not addressed in the employee's PD are assigned to an employee on a continuing basis to meet the needs of the Agency, these other duties assigned will be appropriately considered in the employee's performance appraisal.

# ARTICLE 39 – CAREER LADDER PROMOTIONS AND WITHIN-GRADE INCREASES

(a) PROMOTIONS

Career ladder promotions shall be processed in a timely manner once an employee has met the criteria for promotion eligibility. Once the criteria are met, the promotion will be made effective at the beginning of the following pay period. If the determination is delayed, and the determination is that the employee met the criteria on the date of eligibility, the promotion will be retroactive unless prohibited by law. Promotions will be processed retroactively if a delay occurs after the supervisor's determination.

If a determination is made that the employee did not meet the criteria for the career ladder promotion, the supervisor must provide, within five (5) business days, the employee with written notice of specific reasons for the determination.

(b) WITHIN GRADE INCREASE (WIGI)

A WIGI shall be effective on the first day of the first pay period following the completion of any required waiting period except when the supervisor makes a determination that the employee is not performing at an acceptable level of competence (ALOC). A WIGI may also be delayed when the employee has not served 90 days in the performance standards, or the employee was reduced in grade because of poor performance in the new position.

If a WIGI is delayed and the employee is subsequently found to be performing at the ALOC, the increase will be granted retroactively to the beginning of the pay period following the completion of the waiting period.

Denial of a WIGI is not to be used as a punitive measure or for an act of misconduct in lieu of appropriate disciplinary actions.

(c) DENIAL OF WIGI

WIGI determinations will be made in accordance with applicable regulations. If, at the end of the required waiting period, the employee's performance is not at an acceptable level of competence for the purpose of approving the WIGI, the employee will receive a written notice offering the following information:

(1) A statement that the employee has the right to request, in writing, a reconsideration of the negative determination, provided the request is made within 15 calendar days of the employee's receipt of the negative determination;

(2) The name and title of the reconsideration official to whom the employee may submit a request; and

USCIS-NCISC MASTER AGREEMENT 2022

(3)  A statement that the employee may have a Union representative in presenting a request to the reconsideration official.

A decision on reconsideration will be made within 30 calendar days from the date of the written request for reconsideration. If the reconsideration official determines that the employee has met the acceptable level of competence, the WIGI will be effective as of the first day of the first pay period after that determination.

If the decision on reconsideration is to withhold the WIGI, the decision letter will advise the employee of applicable appeal rights, including the right to file an appeal to the Merit Systems Protection Board (MSPB).

After a WIGI has been withheld, the Agency may grant the WIGI at any time after it determines that the employee has demonstrated sustained performance at an acceptable level of competence. In such cases, the WIGI will become effective the first day of the first pay period after the acceptable determination is made. Performance at or above the achieved expectations level for 90 consecutive days is sufficiently sustained performance to warrant the granting of a WIGI.

# ARTICLE 40 – OUTSIDE EMPLOYMENT AND ACTIVITIES

(a) PERMISSION

Employees may engage in outside employment, including self-employment, with or without compensation only with the written permission of the Agency. Such employment must not result in or create the appearance of a conflict of interest with official duties or raise questions of an employee's impartiality as they perform those duties.

(b) REQUEST

Employees desiring to engage in outside employment, including self-employment, shall request permission in writing using Form G-843, Outside Employment or Business Request, and obtain written authorization from the Agency prior to commencement of any outside employment.

(c) VOLUNTARY WORK

Employees can engage in voluntary work, except that an employee must obtain written approval from their chain of command with concurrence from the Agency's Ethics Office before engaging in voluntary work involving a subject matter, policy or program that is in the area of responsibility of the Agency or any other court, department, or agency of the Federal Government.

(d) TIMEFRAMES

An employee's request must be submitted to the Agency at least fourteen (14) calendar days prior to the proposed commencement of the outside employment or business activity. This time period is one (1) calendar day in those cases where an employee has received a furlough notice. Newly hired employees must report outside employment or business activity on their entrance on duty date with the Agency and may request to continue the employment.

(e) APPROVAL

The Agency will respond to the employee, approving or denying the request, as soon as possible but not later than ten (10) calendar days, after receipt of the request. If there is no response within ten (10) calendar days from receipt, the employee may begin in the outside employment or self-employment, provided it does not result in or create the appearance of a conflict of interest with official duties or raise questions of the employee's impartiality as he or she performs those duties. However, employees who have received less than ten (10) calendar days advance notice of a furlough without pay may assume their requests have been approved if they have not received a response within three (3) calendar days from the Agency's receipt of their request. When the

USCIS-NCISC MASTER AGREEMENT 2022

Agency denies a request, the employee will be advised of the reason in writing. An approval to engage in outside employment (whether expressed or implied) may be withdrawn at any time, provided the Agency has a valid basis, as described above, for ordering the employee to cease his or her outside employment.

## ARTICLE 41 – RETIREMENT

(a) RETIREMENT TRAINING AND COUNSELING

(1) The Union may recommend professional pre-retirement training programs (FERS and CSRS) to the Agency. On an annual basis, the Agency will provide pre-retirement seminars or equivalent information (e. g., web conference, video conference and/or online training) to employees who are within five (5) years of retirement eligibility. The Agency will attempt to provide pre-retirement seminars in each physical location in which bargaining unit employees are present. Employees who are not near retirement but would like to attend pre-retirement seminars to obtain information, will be allowed based on availability.

(2) The Agency will provide a retirement counseling program, describing benefits and eligibility, to be made available on an as-needed basis, in which all employees in the unit nearing eligibility for retirement may voluntarily participate. Employees nearing eligibility for retirement who have questions concerning retirement benefits will, upon request, receive a written response. Employees within one (1) year of their first retirement eligibility may request and receive their retirement estimate.

(b) DISABILITY AND DEFERRED ANNUITY

Each employee who separates employment (except by retirement) will be informed by the Agency of the possibility of applying for a discontinued service annuity and eligibility for deferred annuity at sixty-two (62), provided the employee has at least five (5) years of civilian service and leaves their money on deposit with the Office of Personnel Management. Upon the employee's request, the Agency will inform an employee of the employee's right to file an application for disability retirement provided the employee meets the length of service required for disability retirement (5 years for those under the CSRS or CSRS Offset System and 18 months for those under the FERS or FERS-RAE system).

(c) WITHDRAWAL

An employee's decision to resign or retire (if eligible for optional retirement) shall be made freely and in accordance with prevailing government-wide regulations. An employee may request to withdraw a retirement application at any time prior to its effective date., and the Agency's determination to accept or reject such a request must be made in accordance with 5 C.F.R. 715.202 and applicable legal precedent.

(d) DEFINITIONS

(1) Phased Retirement - allows full-time employees to work part-time schedules while beginning to draw retirement benefits. Civil Service Retirement System (CSRS) - a

defined benefit, contributory retirement system in which employees share in the expense of the annuities to which they become entitled.

(2) Federal Employees Retirement System (FERS) - a retirement plan that provides benefits from three different sources: a Basic Benefit Plan, Social Security, and the Thrift Savings Plan (TSP).

# ARTICLE 42 – PERFORMANCE MANAGEMENT SYSTEM

(a) INTRODUCTION

    (1) This Article sets forth procedures and appropriate arrangements for administering the Agency's Performance Management Program. The Performance Management Program is designed to support accomplishment of organizational goals by promoting and sustaining a high-performance culture through issuance of employee performance work plans that are aligned with organizational priorities, results-focused, and communicate clear and attainable expectations. As such, the rating official will:

        (A) Plan work and communicate expectations;

        (B) Monitor performance and provide assistance to improve performance;

        (C) Develop the capacity to successfully perform through training, developmental opportunities, and work assignments;

        (D) Periodically rate performance in a summary fashion; and

        (E) Reward good performance.

(b) DEFINITIONS

The following terms used in this Article shall be interpreted consistent with the Office of Personnel Management guidance and government-wide regulations:

    (1) Appraisal: The act or process of reviewing an employee's performance against the stated performance standards.

    (2) Appraisal Period: The established period of time that an employee's performance will be reviewed and assessed, resulting in a rating of record.

    (3) Core Competency: The observable behaviors, skills, knowledge, and abilities required by a position that have been validated by the Department and apply broadly to all or many jobs within the Agency. Each core competency is a critical element in an employee's performance plan.

    (4) Critical Element: A work assignment or responsibility contributing towards accomplishing organizational goals and objectives, generally described in the unacceptable performance on the element would result in a determination that form of a performance goal or core competency, of such importance, that unacceptable performance on the element would result in a determination that the employee's overall performance is unacceptable. All performance goals and core competencies are critical and will be directly related to the employee's assigned position description and grade level; and communicated to the employee at the beginning of

the rating period or whenever elements or expectations change during the rating period.

(5)  Interim Evaluation: A written narrative assessment of performance that does not result in a summary rating.

(6)  Interim Rating: An appraisal of performance that results in a summary rating completed at times other than at the end of the appraisal cycle.

(7)  Performance: The actual results versus the desired results, as compared to the expectations described in the performance plan. It is the employee's accomplishment of assigned work and responsibilities.

(8)  Performance Goals: Specific goals assigned to an employee by the employee's supervisor that describe the results to be achieved. Performance goals are documented in the performance plan.

(9)  Performance Standard: A statement of the performance threshold(s), requirement(s), or expectation(s) at a particular level of performance including, but not limited to, quality, timeliness, and manner of performance.

   (A) Any implementation of quantitative performance numbers or metrics used to evaluate employees' performance will be bargained with the Union in accordance with laws, rules, and regulations.

(10) Progress Review: A formal documented discussion between the employee and the Rating Official about the employee's progress compared to performance expectations outlined in the performance plan. The required mid-cycle review is a type of progress review.

(11) Quality Step Increase: An increase in an employee's rate of basic pay from one step of the grade of his or her position to the next higher step of the grade in accordance with 5 USC §5336. The term "quality step increase" is used in 5 USC §5336.

(12) Ratings Calculator: An approved USCIS form that is used to calculate the overall summary rating that will provide both a numerical rating and a summary rating level.

(13) Rating of Record: An appraisal that is prepared at the end of the appraisal period, covering an employee's performance of assigned duties against performance expectations over the applicable period, which includes the assignment of a summary rating.

(14) Summary Rating: The performance rating level that describes an employee's overall performance during the appraisal period and is a weighted calculation derived mathematically from an employee's performance on both performance goals and core competencies.

USCIS-NCISC MASTER AGREEMENT 2022

(c) CORE COMPETENCIES AND PERFORMANCE GOALS

(1) All Core Competencies and Performance Goals will be in writing and related to the employee's assigned work. The competencies will be communicated to the employee when the employee enters a position or when the employee has new competencies.

(2) In no instance will the employee be rated on performance goals and core competencies not specified in the performance plan under which the employee will be rated.

(3) To the extent required by law, the Agency will provide the Union with notice and an opportunity to bargain prior to making any changes to performance standards.

(4) Upon request, copies of competencies will be provided to the Union, at both the Council and Local levels. When the Agency changes any employee's competency, the Union will be afforded notice and an opportunity to bargain regarding negotiable matters related to the change.

(d) PERFORMANCE PLAN

(1) Normally, the performance plan will be issued to the employee within thirty (30) days of:

(A) The beginning of a new appraisal period;

(B) The employee entering on duty in or transferring to a new, permanent position; or

(C) The Agency changing a performance plan that has already been issued.

(2) When issuing a new performance plan, the rating official will:

(A) Meet with the employee to discuss the employee's job duties and responsibilities.

(B) Explain how the job duties and responsibilities contained in the performance plan relate to the Agency's mission.

(C) Explain the expected performance necessary to achieve an acceptable level of performance under each core competency and performance goal.

(D) Sign and date the finalized performance plan.

(E) Provide the employee with a copy of the signed performance plan.

(3) When issued a new performance plan, the employee will:

(A) Meet with the supervisor to discuss the employee's job duties and responsibilities.

(B) Review the performance plan and seek clarification as needed.

(C) Sign and date the finalized performance plan to acknowledge that the discussion occurred, and that the employee received a copy of the performance plan. If the

employee declines to sign, the effective date of the plan is the date the Rating Official attempted to obtain the employee's signature. Employees are still held accountable for performance even if they don't sign the PPA.

(e) PROGRESS REVIEW

(1) Rating officials will give employees a written progress review at least once during the appraisal period, normally at the approximate midpoint of the appraisal period.

Additional progress reviews may be made at any time during the appraisal period.

(2) A progress review is required if the rating official believes the employee is not performing successfully in any critical element.

(3) Throughout the appraisal period, employees are encouraged to contribute, discuss, and communicate their ideas regarding the competencies, goals, and standards in their performance plan.

(4) Discussions should be candid dialogues between the supervisor or rating official and the employee to assess performance.

(f) INTERIM RATINGS

An interim rating may be issued whenever an employee completes a detail or temporary promotion of 90 or more days;

(1) Moves to a new position; or

(2) Is reassigned to a new supervisor.

(3) Is promoted (including Career Ladder Promotions). The Supervisor will place the employee on a new PPA and discuss their performance expectations.

Copies of the interim ratings will be given to the employee. Upon request of the employee, the supervisor will meet with the employee to discuss the interim rating.

(g) PERFORMANCE RATING

(1) Each employee's performance will be judged solely against the employee's performance standards.

(2) In no event will an employee be rated if the employee has not been covered by a performance plan for at least 90 calendar days.

(3) When completing a performance rating, the Agency will consider and may make allowances for factors beyond the employee's control that affected performance during the appraisal period.

(4) The employee is strongly encouraged, but not required, to provide the rating official with a written self-assessment prior to the issuance of the performance rating. If an

employee chooses to do a self-assessment, the employee may use up to two (2) hours of duty time to do so. The self-assessment will be attached to the rating of record. Employee self-assessments submitted in a timely manner shall be given consideration in developing the performance rating for that employee. The self-assessment is completely voluntary. If an employee chooses not to complete a self-assessment, they will inform their supervisor of their choice and there will not be any reference to the self-assessment in the PPA.

(5) Time spent performing Union representational functions will not be taken into consideration (nor will it be held against the representative) when evaluating performance. Union representatives who spend 100% of the appraisal period on official time will not receive a rating for the appraisal period. Union Representatives will be rated for only that time that they devote to their official Agency duties provided they are covered by performance plans for at least the minimum 90-day requirement, referenced above in (g)(2).

(6) A written performance rating will normally be issued within 30 days after the end of each appraisal period.

(7) Performance ratings will be reviewed and approved by both the rating and reviewing official prior to the rating being provided to the employee.

(8) When a copy of the rating is given to the employee, the rating official will discuss it with the employee and respond to any questions the employee may have.

(9) The employee will be given the opportunity to sign the performance rating to indicate that the discussion occurred, and that the employee received a copy of the rating. It does not constitute agreement with the rating.

(h) DETERMINATION OF UNACCEPTABLE PERFORMANCE DURING THE RATING PERIOD.

(1) If, at any time during the appraisal period, the rating official concludes that an employee's work is unsuccessful in any critical element, the rating official will meet with the employee to:

(A) Inform the employee of performance deficiencies in the particular critical element, which may lead to an unsuccessful performance rating;

(B) Recommend specific ways for the employee to correct the performance deficiencies;

(C) Inform the employee of the potential consequences of an unsuccessful performance rating;

(2) Any such meeting will be memorialized in writing, with a copy provided to the employee.

USCIS-NCISC MASTER AGREEMENT 2022

(A) Failure to comply with any of the provisions in this section will not preclude management from rating an employee unsuccessful.

(i)  USES OF RATINGS OF RECORD

Possible uses of performance ratings include but are not limited to:

(1)  Eligibility for Within-Grade Increases (WIGI). To determine whether an employee has achieved the acceptable level of competence to be entitled to the appropriate within- grade increase.

(2)  Award, Promotions, and Personnel Actions. In consideration for appropriate awards, including quality step increases, promotions, and other personnel actions.

(3)  Reductions in Force (RIF)- In making RIF determinations in accordance with applicable laws, rules, regulations, and the RIF Article of this Agreement.

(4)  The most recent rating of record may be used in evaluating candidates under the Merit Promotion Article of this Agreement.

# ARTICLE 43 – DEVELOPMENT AND TRAINING

(a) GENERAL PROVISIONS

The Agency and the Union agree that the training and development of employees is essential and necessary in carrying out the mission of the Agency. The Agency is responsible for ensuring that all employees receive the training necessary for the successful performance of their assigned duties.

(b) NON-DISCRIMINATION

The Parties agree that nomination and/or selection of employees to participate in training and career development programs and courses shall be non-discriminatory and made without regard to sex, race, color, gender identity, genetic information, religion, age, marital status, ethnic group, disability, sexual orientation, parental status, and Union membership or activity, and shall be in accordance with equal employment opportunity guidelines, and consistent with other applicable laws.

(c) TRAINING – JOB RELATED

(1) The Agency will notify the Union on changes to mandatory training and, at the request of the Union, consult on training needs.

(2) The Agency will train bargaining unit employees on new equipment, technology changes, and procedures needed to perform the duties of their job. For employees who are subject to production and timeliness standards, the training time will be excluded from the production or timeliness standard.

(3) The National Council (if the training issues involve more than one Local) will have input into the training needs of employees which are expected to cover the training issues.

   (A) In the event the training issue involves only one Local, the Local Union will input into the training needs of the affected employees.

(4) The Agency will pay for any approved Agency-required training necessary for the successful performance of the employees' assigned duties.

(5) When training is required as part of a career ladder plan, the Agency is responsible for ensuring that training is provided.

(6) Employees may initiate discussions regarding individual training needs. Such discussions may be directly linked to an Individual Development Plan (IDP).

(7) At the conclusion of formal, long-term training sessions, employees will be offered the opportunity to evaluate the training based on a survey prepared by the Agency.

(d) CAREER DEVELOPMENT

Employees will be encouraged to establish an Individual Development Plan (IDP).

(1)  The Agency agrees, in the first quarter of the calendar year, to provide information and assistance to all employees for the purpose of establishing IDPs on a voluntary basis.

(A) Employees may initiate IDPs on a voluntary basis through their supervisor. Their supervisor will review the completed IDP with the employee to assure conformance with organizational needs and individual career goals. Within seven (7) calendar days, employees will be notified by their supervisor, in writing, of the decision to approve or deny the employee's IDP or the need for modification of the IDP. In the event of a needed modification to the IDP, the employee will re-submit the IDP request to their supervisor. If modification was required, the supervisor will render a decision to approve or deny the employee's IDP within seven (7) calendar days of the re-submission. Employees will be given reasonable amount of duty time as agreed upon by the supervisor for the completion of an application for an IDP.

(2)  IDP information will be available to employees on an Agency website.

(3)  Approval of an IDP does not guarantee future approval of training requests included on the IDP.

(e) TRAINING AND PROFESSIONAL DEVELOPMENT PROGRAMS

The Parties are committed to an ongoing professional development program that ensures that USCIS employees are empowered and motivated to grow and develop their careers.

(1)  The Agency will provide information via the intranet concerning USCIS-sponsored training and professional development programs.

(2)  Where the Agency nominates employees for training, nominations will be made based on the potential use of the training in the employee's current position. Nominating and approving officials will apply such criteria in a fair and equitable manner.

(3)  When an employee is nominated for training, the employee may submit a copy of the IDP, if any, to be attached to the nomination.

(4)  The Council President, or designee, will be provided, in the first week of January and the first week of July, a spreadsheet of all applications for professional development programs of bargaining unit employees. The spreadsheet will contain: duty title, grade, duty station, and the total amount of funds dispensed for the fiscal year.

(f) MENTORING

The Parties agree that establishing mentoring programs is a best practice for the Agency. The Agency may establish mentoring programs in accordance with the following terms:

(1) Technical Skills Mentoring is defined as providing appropriate on the job assistance to employees new to particular jobs.

(2) Mentors should be highly motivated, knowledgeable employees with good interpersonal skills. Mentors will be trained on good mentoring practices.

(3) Management will make every reasonable effort to allow interested, qualified employees to volunteer to be mentors.

(4) An employee will, at the employee's discretion, be allowed to withdraw from mentoring at any time.

(5) Management recognizes that mentoring will consume a portion of the mentor's time. The mentor's other workloads will be adjusted accordingly.

(6) Management recognizes the importance of continuity and will make every reasonable effort to ensure that the mentoring process is completed without interruption.

(7) Trainees who believe they need additional assistance or training at the conclusion of their mentoring period may make a request for management's consideration.

(g) TRAINING EXPENSES

When training is approved, the Agency will pay authorized expenses to include tuition, required textbooks, and other expenses as appropriate, and may pay travel costs, subject to travel regulations and fiscal considerations.

(h) ADVISORY COMMITTEE

The Union and the Agency will establish an advisory committee to submit recommendations concerning employee training needs and programs. The committee will consist of no more than six (6) members– three (3) from the Union and three (3) from the Agency. The committee will meet annually and in person at Agency expense.  Virtual meetings are encouraged. The committee may meet in conjunction with an agency Consultation/Forum meeting as outlined in this Agreement at the discretion of the committee. If additional meetings are needed, they will occur via remote conferencing, no more than on a quarterly basis.

# ARTICLE 44 – COUNSELING FOR CONDUCT AND PERFORMANCE

Counseling is not a disciplinary action. It shall be conducted in a professional manner and used to encourage an employee's improvement in areas of conduct and performance. When appropriate, the Agency will counsel employees on conduct and/or performance.

(a) PRIVACY AND NOTICE

Both written and oral counseling will be conducted in private and will place the employee on notice of the deficient conduct or performance. The supervisor will notify the employee in advance if more than one management official is to attend the counseling session. The employee will also be informed of the potential consequence if the conduct or performance issue persists.

(b) UNION REPRESENTATION

If requested by the employee, employees are entitled to have a Union representative present at scheduled misconduct counseling meetings. This employee entitlement will not unnecessarily delay the scheduled misconduct counseling meeting.

(c) WRITTEN COUNSELING

(1) Not all counseling will be in writing. When counseling is confirmed in writing (whether electronic or paper), the employee will be given a copy. The counseling letter will include, if appropriate, references to prior related oral counseling.

(2) Counseling letters for misconduct will be retained in the supervisor's file for a period not to exceed one year. The employee may request the counseling letter to be removed earlier than one year and such removal is at the discretion of the supervisor. The supervisor will issue a written decision to the employee on the request within seven (7) calendar days.

(3) Counseling letters for performance will be retained for the duration of the rating period for which they are issued. If the performance appraisal for that year incorporates information from the counseling record in the narrative section, or the counseling is incorporated into a performance improvement plan notice, it may be retained for a longer period.

# ARTICLE 45 – ACTIONS BASED ON UNACCEPTABLE PERFORMANCE

(a) COVERAGE

  (1)  Actions covered by this Article include the reduction in grade and removal for unacceptable performance under 5 U.S.C. 4303, of employees in bargaining unit positions at the time the action was initiated.

  (2)  This Article does not apply to the reduction in grade and removal of an employee in the competitive service who is serving a probationary or trial period under an initial appointment.

  (3)  The reduction in grade or removal of an employee in the competitive service serving in an appointment that requires no probationary or trial period who has not completed one (1) year of current continuous employment in the same or similar position under other than a temporary appointment limited to one (1) year or less;

  (4)  The reduction in grade or removal of an employee in the excepted service who has not completed one (1) year of current continuous employment in the same or similar positions;

  (5)  No bargaining unit employee will be subject to removal or reduction in grade based on unacceptable performance unless that employee's performance fails to meet established performance standards in one or more critical elements of the employee's position.

(b) PERFORMANCE IMPROVEMENT PLAN

Before a performance-based action is taken against an employee, the employee will be given an opportunity to improve their performance through training and mentoring opportunities. The employee will receive a written Performance Improvement Plan (PIP), which will:

  (1)  Identify each element in which the employee is performing at an unacceptable level and provide specific examples of the performance deficiencies for each element and/or standard for which performance has been determined to be unacceptable;

  (2)  Specifically explain the performance requirement(s) and standard(s) that must be attained in order to demonstrate acceptable performance for each element to successfully complete the PIP;

  (3)  Offer detailed assistance designed to improve the employee's performance;

  (4)  Inform the employee that failure to attain and sustain an acceptable level of performance in the deficient critical element may result in a reduction in grade or removal;

(5) Indicate the length of the PIP to include the beginning and ending date. (Unless otherwise indicated in a collective bargaining agreement, the supervisor shall afford a reasonable opportunity, but not less than 90 calendar days.) The length of the PIP period may depend on the position of the employee, the nature of work, and the deficiencies involved;

(6) Identify how the employee's work will be monitored;

(7) Establish a time, place, and degree of frequency for meetings to be held with the supervisor and the employee to discuss the employee's progress;  and

(8) For the first week of the PIP, the supervisor and employee will meet upon issuance of the PIP and at least once more within the first seven (7) calendar days after the first meeting. Thereafter, meetings will be structured in accordance with the PIP. Meetings may occur more frequently than mentioned in the PIP on an "as needed" basis.

(9) Identify who will be available (e.g. the supervisor, or another individual) to provide proper assistance, if needed (e.g. answer questions, provide guidance).

(10) The employee has the right to Union representation, upon the employee's request, at the meeting in which a PIP is initiated and when the PIP is closed out to the employee.

(c) PROCEDURES FOR TAKING A PERFORMANCE BASED ACTION

An employee whose reduction in grade or removal is proposed under this Article shall be provided with at least thirty (30) days advance written notice, which will:

(1) Be based on specific instances of unacceptable performance that occurred within a one (1) year period ending on the date of the notice of proposed action;

(2) Identify the specific instances of unacceptable performance by the employee on which the proposed action is based;

(3) Identify each element of the employee's position involved in each instance of unacceptable performance;

(4) Include all supporting evidence that the proposing official relied upon in proposing the action;

(5) Inform the employee of the right to provide a written and oral answer, which may include affidavits and/or other documentary evidence in support of the answer within ten (10) calendar days, which may be extended for a reasonable time upon request, from receipt of the proposed action, and identify the Agency official to whom the answer must be presented;

(6)  Inform the employee of the right to be represented by the Union or an attorney or other person of their choosing in responding to the proposed action;

(7)  Provide the employee with a reasonable amount of duty time, up to a minimum of eight (8) hours, to review the material on which the action is based and to prepare an answer orally and/or in writing; and

(8)  Inform the employee that the Agency will provide a written decision with specific reasons for the action taken within thirty (30) days after the expiration date of the notice period.

(d)  FINAL DECISION

The final decision regarding a proposed action based on unacceptable performance will fully set forth the basis of the decision and the effective date of the action to be taken, if any. In most cases, the proposing and deciding official will not be the same person. If a performance-based action is sustained, the decision letter will advise the employee of the applicable appeal rights, including the right to appeal the decision to the Merit Systems Protection Board in accordance with applicable law or file a Step II grievance under the grievance procedures provided in this Agreement. Under no circumstances may an employee appeal an action under this Article to both the MSPB and the grievance procedures in this Agreement.

The employee will have the same time limits and procedures as outlined in this Agreement.

# ARTICLE 46 – INVESTIGATIONS

(a) SCOPE

   (1) This Article does not apply to investigations conducted by the Office of the Inspector General.

   (2) Nothing in this article shall require the Agency to disclose its investigative techniques in the course of any investigation conducted in accordance with this article.

   (3) All interviews will be conducted in a fair and impartial manner and all participants in the interview will conduct themselves in a respectful manner.

   (4) Once the investigation is completed, and the LER Division review and the roundtable is complete, the Agency will charge the employee or inform the employee that the investigation resulted in "no action" within a reasonable amount of time.

(b) RIGHT TO REPRESENTATION

   (1) As the exclusive representative, the Union will be given the opportunity to be present at any examination of an employee in the bargaining unit by a representative of the Agency in connection with an investigation if:

     (A) the employee reasonably believes the examination may result in disciplinary action against them.

     (B) The employee requests representation.

   (2) The Agency will annually inform, in writing, its employees of their right to Union representation under 5 USC 7114(a)(2)(B) by posting notice of such rights on bulletin boards and through email and other appropriate means to all employees.

   (3) Union representatives can be compelled to provide information if the Union representative obtained the information to be provided in any non-representative capacity.

(c) INTERVIEWS

   (1) Consistent with 5 U.S.C. 7114(a)(2)(B), employees have the right to be represented by the local Union while being questioned in a formal investigation or while being required to provide a written or sworn statement. Before such questioning begins or a statement is given, the employee will be informed in writing of the reason(s) they are being questioned or asked to provide a statement.

(A) During the interview, the employee, or their Union representative, upon request, will be allowed to take short break and/or caucus, provided it does not interfere with the integrity of the investigation.

(B) Before beginning any interview or requiring a statement from an employee, the Agency will, upon request, make available to employees the most current version of any published procedures for conducting interviews relevant to employee interviews.

(2) In any interview where the employee is not the subject of a criminal investigation, or when an employee has been advised of their rights:

(A) The employee must disclose any information known to them concerning the matter being investigated;

(B) The employee must answer the investigator's questions truthfully. An employee or the Union may object to a question in which they believe the Agency has no official interest. However, a response must be provided at the investigator's request;

(C) The employee's failure or refusal to answer such questions may result in disciplinary or adverse action;

(D) The employee may discuss the matters raised in the interview with the Union but not with other employees until the investigation is completed; and

(E) When an employee refuses to answer a question, in accordance with this section, the Agency representative (investigator) will inform the employee of the employee's obligation to answer.

(3) The Parties may not disrupt an investigation by transforming the interview into an adversarial proceeding.

(4) The Union may not question or cross-examine the interviewee on the record or speak on behalf of the interviewee in response to questions posed by the investigating agent. This shall not preclude the Union representative from seeking clarification to ensure the employee fully understands the questions posed by the investigator.

(5) At the conclusion of an audio recorded investigative interview, the Agency will notify employees that they have the opportunity to submit a written statement, to request an additional oral interview, and to submit additional evidence related to the substance of the investigation. While there is no deadline to do so, employees are encouraged to submit additional information and statements as soon as possible subsequent to the interview. Employees will be provided a reasonable amount of administrative time to submit additional information.

USCIS-NCISC MASTER AGREEMENT 2022

(6)  The content of any audio recording of an investigative interview will not be altered subsequent to the interview.

(d)  DISCLOSURE

(1)  Supervisors, employees, and local Union representatives will abide by the requirements of any non-disclosure instructions they receive from investigators.

(2)  The Agency will abide by all applicable laws, rules, and regulations regarding the handling and disclosure of the audio recording and will ensure it is disclosed only on a need-to-know basis.

(3)  Upon request, the employee, and their Union representative (if the employee is represented by the Union) will receive a copy of the audio recording and/or transcript.

(4)  Where an employee is asked to certify the correctness of a transcript of a prior investigative interview or to supplement their testimony, the employee will be afforded, the opportunity to review any recording of the prior interview.

(e)  PROVISION OF COPIES OF INVESTIGATIVE MATERIALS TO EMPLOYEE

In accordance with this Agreement:

(1)  An employee shall receive a complete copy of all evidence used to support the Agency proposed action. This may include, but is not limited to, copies of all tapes, testimony, transcripts, recommendations, findings, and photographs.

(2)  The Agency will provide a written explanation of any denial of any additional information requested in a timely manner.

(f)  EMPLOYEE WEINGARTEN RIGHTS

(1)  In conducting investigations under the auspices of the Office of Investigations (or successor), the Agency, in taking a sworn statement from the employee based on allegations which could result in disciplinary action against the employee, will provide sufficient advance written notice to the subject of the interview to allow the employee time to secure Union representation. The Union will make reasonable efforts to minimize delay in providing representation. Upon request, a reasonable extension of time will be granted when the Union cannot be present. Where the employee requests Union representation, the Union will also be informed of where and when the interview will take place.

(2)  When an employee receives a Notice to Appear for an investigative interview, the notice shall advise the employee of their right to Union representation prior to the commencement of questioning. This notice shall be signed by the employee and returned to the investigating agent.

(A) If the employee exercises their option to have Union representation present, the employee will have a reasonable period of time to secure Union representation.

(B) The arrangements made to accommodate Union representation in this Article may not cause an unnecessary delay prompting an obstruction of the Agency's investigation.

(C) Where a representative of the Agency denies an employee the opportunity to be represented by the Union during an interview, the employee will, upon request, be provided with the reason for the denial in writing.

(D) Interviews that continue beyond the employee's regular duty hours shall constitute hours of work and be compensated for by the Agency.

(g) WITNESS INTERVIEWS

Where, prior to or during an interview, a representative of the Agency denies an employee- witness's request for Union representation pursuant to 5 USC 7114(a)(2)(B), the employee- witness will, upon request, be provided with the reason for the denial in writing.

An employee who is directed to give testimony against another employee and who refuses to do so may be subject to discipline. Therefore, during any subsequent interview regarding the employee's refusal, the employee will be entitled to Union representation upon request because they may be the subject of an investigation.

(h) INVESTIGATION RESULTING IN NO ACTION

At the conclusion of an investigation governed by this Article, when the Agency closes the investigation without action, a "no action" notice will be provided to the employee informing them of that decision.

(i) RIGHT TO AN ATTORNEY

Nothing in this Agreement interferes with an employee's right to seek the assistance of an attorney for representation.

(j) TRAVEL FOR INTERVIEW

When an employee is required to travel for the purpose of participation in an investigative interview or any hearing appeal process, the Agency will pay the travel and per diem for the employee.

(k) PERIODIC BACKGROUND REINVESTIGATIONS

The following procedures are applicable to bargaining unit employees undergoing Periodic Re- Investigation (PRI):

USCIS-NCISC MASTER AGREEMENT 2022

(1)  Upon notification of the investigation from OSI, the employee may be given a
     reasonable amount of administrative time to complete the periodic reinvestigation
     forms. It is understood that some employees may need more time than others to
     complete the forms. Employees will not be expected to complete the form on
     accrued leave or personal time. Employees may be granted sufficient administrative
     leave to collect data necessary to complete the forms. All time must be arranged with
     the employee's supervisor in advance.

(2)  Administrative time may not necessarily be taken consecutively. It may need to be
     scheduled an hour or two at a time, based on workload and staffing requirements.

(3)  If the investigator requires the employee to provide specific documents, the
     employee may, upon request, be granted administrative leave to obtain the
     documents.

(4)  Upon request, employees will receive assistance from the USCIS Office of Human
     Capital and Training to enable them to access and use the electronic Official
     Personnel File (eOPF) to assist them in completing the PRI.

(5)  Copies of the certification of investigation will be inserted into the employees' eOPF
     and the Agency will take necessary steps to notify the employee of the completion of
     PRI simultaneous to the entry in the eOPF.

# ARTICLE 47 – DISCIPLINARY AND ADVERSE ACTIONS BASED ON MISCONDUCT

(a) PURPOSE

   (1) The objective of discipline is to promote the efficiency of the service.

   (2) The Agency will administer disciplinary and adverse action procedures and determine appropriate penalties to all employees in a fair and equitable manner, taking into account the relevant factors associated with each case.

   (3) In most cases, the proposing and deciding official will not be the same person.

   (4) Disciplinary and adverse actions shall be taken only for just cause.

(b) DEFINITIONS

   (1) Adverse Actions. Removals, suspensions for more than fourteen (14) days, reductions in grade or pay for conduct reasons, and furloughs of thirty (30) days or less for non- conduct reasons. Adverse actions based on 5 USC Chapter 43 are specifically covered in the Actions Based Upon Unacceptable Performance article of this Agreement.

   (2) Disciplinary Actions. Letters of reprimands and suspensions of fourteen (14) days or less.

   (3) Day. A calendar day, unless otherwise specified. If a due date falls on a Saturday, Sunday, or Federal Holiday, then the due date will be the next business day (Monday through Friday).

   (4) Furlough. The placing of an employee in a temporary status without duties and pay because of lack of work or other non-disciplinary cause.

   (5) Harmful Error. Error by the Agency in the application of its procedures that is likely to have caused the Agency to reach a conclusion different from the one it would have reached in the absence or cure of the error. The burden is upon the employee to show that the error was harmful, i.e., that it caused substantial harm or prejudice to their rights.

(c) PRELIMINARY PROCEDURES

Prior to issuing a written reprimand or proposal for disciplinary or adverse action, the Agency will make an effort to discover whether the employee did in fact engage in the alleged misconduct. This effort, at a minimum, will include the following:

   (1) The Agency gathering supporting evidence and documentation as appropriate;

(2)  Notifying the employee of any proposed disciplinary or adverse action within a reasonable amount of time after the alleged offense has been committed and, if appropriate, investigated;

(3)  Honoring the Union's right to attend any examination of a bargaining unit employee by a representative of the Agency in connection with an investigation if the employee reasonably believes that the examination/interview may result in disciplinary action against the employee, and the employee requests representation; and

(4)  Informing employees, at the start of any investigative interview concerning alleged misconduct, the purpose for the interview.

(d)  DISCIPLINARY ACTION PROCEDURES

A disciplinary or adverse action proposal will include a notation, on both the employee's original copy and the Agency's receipt copy, of the number of pages that are enclosed which compose the material which was relied on to support the reasons in that proposal.

(1)  Oral Counseling. When it is confirmed in writing and a copy furnished to the employee, oral counseling may be used as evidence in a disciplinary action.

(2)  Letters of Reprimand:

(A) A letter of reprimand may be issued without formal advance notice or proposal;

(B) The letter will inform the employee of the conduct for which the employee is being reprimanded;

(C) The letter will inform the employee of the right to file a grievance over the reprimand under the negotiated grievance procedure, and the right to Union representation;

(D) The letter will remain in the employee's electronic Official Personnel Folder (e-OPF) for a period not to exceed two (2) years. If the employee requests to have the letter removed earlier, their supervisor has the discretion to remove the letter. If the employee leaves the Agency, the reprimand will be removed from the e-OPF;

(E) When a letter of reprimand is issued, the employee will be informed that they have the right, within fourteen (14) calendar days, to prepare and submit a concise statement of disagreement. The Agency will consider the statement and, if appropriate, modify or withdraw the letter of reprimand. If the letter of reprimand is not withdrawn, the statement of disagreement will be filed with the letter of reprimand on the temporary side of the e-OPF. The employee does not waive their right to grieve the reprimand in accordance with this Agreement.

(3)  Short-Term Suspensions. An employee against whom a suspension for fourteen (14) days or less is proposed is entitled to:

(A) An advance written notice of at least thirty (30) days stating the specific reasons for the proposed action;

(B) A complete copy of all evidence relied upon in support of the proposal. Such evidence shall be provided at the time the proposal is served;

(C) A minimum of fourteen (14) calendar days after receipt of the notice and the evidence relied upon to support the proposed action, to respond orally and/or in writing, and to furnish affidavits and other documentary evidence in support of the response to the deciding official;

(D) Be represented by a Union representative, an attorney, or other representative; and

(E) Upon request, a reasonable amount of duty time to prepare and present a response to the proposal.

(F) Consideration of the employee's response, if any, and a written decision letter that informs the employee of the right to file a grievance in accordance with this Agreement.

(e)  ADVERSE ACTION PROCEDURES

When taking any adverse action, the following procedures will apply:

(1)  Provide the employee with advance written notice of a minimum of thirty (30) days stating the specific reasons for the proposed action, unless there is reasonable cause to believe the employee has committed a crime for which a sentence of imprisonment may be imposed. For these situations, the employee shall only be provided advance written notice of seven (7) days.

(2)  Provide the employee with a complete copy of the evidence relied upon by the proposing official. Such evidence shall be provided at the time the proposal is served.

(3)  Inform the employee of the right to respond orally and in writing and to furnish affidavits and other documentary evidence in support of the response and that written replies and requests for oral replies must be submitted to the deciding official within fourteen (14) calendar days of receipt of the proposal and supporting evidence.

(4)  Inform the employee of the right to be represented by a Union representative, an attorney, or other representative.

(5)  Upon request, provide the employee with a reasonable amount of duty time to prepare and present a response to the proposal.

(6)   After considering the employee's response, issue a decision letter. The decision letter will set forth the employee's appeal rights, including the right to file a grievance in accordance with this Agreement.

(f)   NEW OR AMENDED CHARGES

If the Agency wishes to amend or add additional charges to a proposed disciplinary or adverse action, the Agency will rescind the original proposal and issue a new one which starts the clock anew thus restarting the procedures for disciplinary or adverse actions.

(g)   EXTENSION OF TIME LIMITS

Upon a timely request, the Agency may, on a case-by-case basis, grant a reasonable request for an extension of time to file a written and/or oral reply.

(h)   HARMFUL ERROR

The Parties recognize that disciplinary and adverse actions are time-consuming. Any assertion that too much time elapsed between the alleged offense and issuance of either the proposed notice or decision on a disciplinary or adverse action must be supported by proof of harmful error.

(i)   RECORD OF UNWARRANTED ALLEGATION OR DISCIPLINE

(1)   No record of an allegation of misconduct determined to be unfounded will be placed in the employee's e-OPF.

(2)   Any disciplinary or adverse actions and all copies thereof that are later found to have been unwarranted shall be removed from the e-OPF and destroyed within five (5) business days once the finding that the action was unwarranted becomes final and binding.

(j)   UNION REPRESENTATION

When the Union is designated as the representative in a disciplinary or adverse action and the employee has furnished a proper written designation to the Agency in accordance with this Agreement;

(1)   The Agency will provide a copy of any subsequent correspondence to the employee concerning that action directly to the Union.

(2)   In circumstances where the oral reply is transcribed by a transcription service, the Agency will ensure a copy of the oral reply transcript is simultaneously provided to the designated Union representative and the Agency;

(3)  If the Union questions the accuracy of the oral reply transcript, a copy of the Agency's audio recording will be furnished to the Union upon request as soon as possible;

(4)  Specifically, regarding decision letters, once an employee has been served a decision letter, a copy will be electronically provided to the designated Union representative.

(5)  Any hand delivered notice, including a disciplinary and/or adverse action proposal or decision letter, will be given to an employee in such a manner as to preserve the employee's privacy to the greatest extent possible; and

(6)  If the employee elects not to be represented by the Union, correspondence will be addressed only to the employee and the employee's representative, if any.

(k)  ADMINISTRATIVE HEARING TRAVEL

When an employee is required to travel for the purpose of participation in an administrative hearing concerning a matter covered by this Article, the Agency will pay travel and per diem, consistent with government-wide rules and regulations.

(l)  NOTICE OF PROPOSED ACTION

An original and one (1) copy of all proposed notices of disciplinary actions and adverse actions shall be furnished to the affected employee.

(m) LAST CHANCE AGREEMENTS

Last Chance Agreements refer to situations in which the Agency agrees to forgo or mitigate taking a disciplinary or adverse action against an employee in exchange for the employee agreeing to set terms, including conforming to certain conduct expectations for a set period of time. The understanding is that if the employee does not meet their obligation under the agreement, then the Agency is free to reinstate the disciplinary or adverse action. The employee will not be compelled to waive their right to grieve or appeal an alleged breach of a Last Chance Agreement.

(n)  ALTERNATIVE TO FORMAL DISCIPLINE

Alternative forms of discipline in lieu of formal discipline may be appropriate in some circumstances and of benefit to both the employee and the Agency. Alternative discipline is an option only in cases in which non-alternative disciplinary action would result in an official reprimand or a suspension of fourteen (14) days or less. However, if used, all provisions of this agreement must be followed, such as, but not limited to, notice periods, complete copies of evidence considered by the proposing official, etc. The objectives of alternative discipline may include, but are not limited to:

USCIS-NCISC MASTER AGREEMENT 2022

(1) Improving communications and interpersonal working relationships between supervisors and employees;

(2) Correcting behavioral problems;

(3) Reducing the costs and delays inherent in traditional disciplinary actions; and

(4) Decreasing the contentiousness between the Parties.

# ARTICLE 48 – MERIT PROMOTION AND REASSIGNMENT FOR BARGAINING UNIT POSITIONS

Merit Promotion and Reassignment principles and procedures for bargaining unit employees are governed by Agency policies (USCIS Management Directive 255-001 (MD 255-001) or its successor). In those instances, in which this Agreement is in conflict with MD 255-001 or its successor, the terms of this Agreement will take precedence.

(a) PURPOSE

The purpose of this Article is to communicate the Agency's obligation to follow merit promotion principles outlined in law, government-wide rules and regulations, and Agency policies. The Agency will:

(1) Ensure that merit system principles are applied without regard to race, color, religion, sex (including pregnancy and gender identity), national origin, political affiliation, sexual orientation, marital status, disability, genetic information, age, membership in an employee organization, retaliation, parental status, military service, Union affiliation, or other non-merit factor; and shall be based solely on job-related criteria;

(2) Provide employees the opportunity for career growth through promotion and internal placement opportunities; and

(3) Inform employees of available positions.

(b) TEMPORARY PROMOTIONS

(1) Bargaining unit employees will not be detailed or temporarily promoted to higher grade positions for more than a cumulative total of 120 calendar days during any 12-month period without the use of competitive procedures, unless the higher grade or higher promotion potential was previously held on a permanent basis in the competitive service (or in another merit system with which OPM has an interchange agreement) from which the employee was separated or demoted for other than performance or conduct reasons.

(2) Temporary promotions of more than 120 calendar days for qualified and eligible bargaining unit employees will become effective upon their entry on duty.

(c) PRIORITY CONSIDERATION BEFORE USING COMPETITIVE PROCEDURES

(1) Involuntarily Demoted Employees. Employees who are involuntarily demoted in the Agency without personal cause or who are in grade retention status are entitled to consideration for re-promotion before using competitive procedures. This applies to positions at the employee's grade held immediately prior to demotion or at any intervening grades that are to be filled under competitive procedures. The right to

this consideration does not apply to a position with promotion potential higher than that of the position held at the time of demotion.

(2) For Employees Not Given Proper Consideration.

    (A) Employees are entitled to priority consideration when, as determined by the Human Resources Operation Center (HROC), a regulatory, program, or procedural violation from a previous merit promotion action has occurred. The HROC will notify the candidate that they missed consideration for a position for which the candidate applied. The candidate, per such notification, must let the HROC know which locations and grade levels (equivalent or lower to those the candidate missed consideration) the candidate is interested in for priority consideration. The HROC will refer the candidate to the selecting official prior to posting job opportunity announcements for vacant positions. The number of priority considerations is equal to the number of missed considerations. Priority consideration requires the selecting official to give serious consideration to the affected candidate. If non-selected, the record must explain the reasons for non-selection. Priority consideration does not guarantee selection.

    (B) Notification. The employee shall be notified in writing of their non-selection under this section. The Agency recognizes the need to make notification as early as practicable.

(d) SCOPE OF COMPETITION

In determining the area of consideration for a vacancy announcement, the Agency will consider the Federal Equal Opportunity Recruitment Program (FEORP), a recruiting initiative established by the Civil Service Reform Act and administered by OPM. The program is designed to eliminate under representation of minorities and women in the federal service. The area of consideration will be sufficiently broad to ensure the availability of high-quality candidates, taking into account the nature and level of the positions covered. Area of consideration determinations must be made prior to announcing the position(s), documented in the promotion file, and clearly specified in the vacancy announcement.

(e) VACANCY ANNOUNCEMENTS

(1) The Agency will post a link to its vacancy announcements on the Agency's internal website. The Agency will also utilize daily broadcast emails to all employees to advertise vacancy announcements. Announcements shall be posted for at least ten (10) calendar days before the closing date, or until the date when the designated Applicant Cap is reached, whichever occurs first.

(2) Vacancy announcements, at a minimum, will include the following information:

(A) The name of the Agency and the announcement number;

(B) Opening and closing dates;

(C) Statement of nondiscrimination;

(D) Position title(s), series, pay plan, and grade(s);

(E) Number of anticipated vacancies to be filled;

(F) Area of Consideration;

(G) Test requirements, if any;

(H) Promotion potential/full performance level of position;

(I) Minimum qualification and eligibility requirements, including any selective placement factors, knowledge, skills, abilities, competencies, or other factors that will be evaluated (e.g., experience and/or education, training, time-in-grade, etc.);

(J) How to apply, including the name and telephone number of the HROC point of contact for additional information relating to the announcement; and

(K) Any other information as may be required by MD 255-001 and successor management directives.

(3) If a vacancy announcement has been posted and any information is later found to be in error or subsequently changed (i.e. area of consideration, duty station, grade, full performance level), or if there is a change in the factors by which the candidates will be evaluated, the announcement must be re-posted, citing the change and whether or not the original applicants need to re-apply in order to be considered.

(f) EMPLOYEE APPLICATIONS

(1) Submitting an Application. To be considered for a vacancy, an employee must submit their resume, responses to the assessment questionnaire, and supporting documents, as required by the announcement. USCIS does not accept applications by mail.

(2) Electronic Application. The Agency will provide bargaining unit employees access to Agency computers during working hours to complete automated applications under this Article.

(3) Time Limits. The application deadline for a posted vacancy will be 11:59 PM Eastern Standard Time on the closing date reflected in the vacancy announcement.

(4) Absence during Posting Period. Exceptions may be granted to employees who are unable to apply to an announcement by the closing date due to unique circumstances, such as extended military service. In these situations, the employee may be allowed

to apply and receive consideration after the closing date of an announcement, provided no selection has been made.

(5) Multiple Applications. When an employee applies for more than one announcement, full consideration will be given for each vacancy applied for, regardless of selection to one or more vacancies.

(g) SELECTION PROCEDURES

(1) Selecting officials will comply with all laws, rules, and regulations to prevent prohibited personnel practices on selections.

(2) Selecting officials will fill vacancies from among properly ranked and certified candidates, regardless of whether fewer vacancies are filled than initially identified.

(3) Release and Notification of Applicants.

The Human Resources Operation Center will work with program officials to establish mutually agreeable release dates based on mission and program requirements. Normally, an employee will be released no later than one (1) complete pay period for promotions, following the selection.

When local workforce and program conditions permit, an employee will be released no later than two (2) complete pay periods for reassignments, following the selection. When an employee is nearing the end of a waiting period for a within-grade increase, consideration should be given to releasing the employee at the beginning of a pay period on or after the effective date of the within- grade increase, not to exceed four (4) pay periods, provided such an action would benefit the employee.

(h) EMPLOYEE INFORMATION

(1) At a minimum, applicants will be notified of application receipt and the final status of their application. To the extent possible, the announcement status will be made available to applicants. An applicant may request and receive the title, organization, and geographic location of the person(s) who was selected for the position. In addition, an applicant may request, and receive, information regarding their qualifications relative to the rating and ranking criteria and the name of the selecting official. In order to receive this information, an applicant must submit a Freedom of Information Act (FOIA) request. An applicant may not receive the weights of the assessment questionnaire.

(2) Acknowledging that it is a best practice, selecting officials, or their designees, are strongly encouraged to reach out to bargaining unit candidates who were interviewed, but not selected, to offer feedback regarding their non-selection. Additionally, the non-selected candidate may request this information from the

USCIS-NCISC MASTER AGREEMENT 2022

selecting official (or their designee).  The Agency agrees to offer, on a regular basis, informational sessions and/or training designed to educate employees on hiring and selections processes.

(3)  The following information may NOT be released regarding a selection:

    (A) Confidential examining materials (e.g., answer keys, rating schedules and crediting plans, rating sheets, test booklets, etc.);

    (B) Any information that may intrude upon the privacy of other individuals; and

    (C) Any other materials that would compromise the objectivity or fairness of the examination and evaluation process.

# ARTICLE 49 – FITNESS FOR DUTY EXAMINATION

(a) FITNESS FOR DUTY EXAMINATION

   (1) The Agency may direct an employee to undergo a fitness for duty examination only under those conditions authorized by applicable government-wide regulations (currently 5 CFR 339.301).

   (2) The Agency may offer an employee a medical examination to make an informed management decision regarding an employee's continued ability to perform their job. Nothing in the Article shall compel an employee to accept an offer of medical examination.

   (3) Any medical examination directed pursuant to Section (a)(1) of this Article shall be at no cost to the employee and performed on duty time at no charge to leave.

(b) RIGHT TO UNION REPRESENTATION

Employees will be advised of their rights to have a Union representative at any time allowed, or not prohibited, by applicable rules and regulations. Employees may also be represented by an attorney or any other person of their choice, where permitted by law and allowed by this Agreement.

# ARTICLE 50 – LIMITED AND LIGHT DUTY

(a) This Article is intended to address non-workplace injuries and illnesses that require temporary modifications of an employee's work assignment.

(b) An employee may request limited or light duty through the employee's first line supervisor. A request for limited or light duty shall be made in writing and be supported by medical documentation.

(c) The medical documentation will include certification from the treating physician of the employee's limitation or injury, will outline the employee's work restrictions, and state the expected duration of the restriction.

(d) The Agency will provide a response to the employee's request as soon as possible. Where the Agency denies the request, the denial will be in writing.

(e) When approved, the employee will be assigned limited or light duty work consistent with the work restrictions. The Parties understand that this provision does not obligate the Agency to create limited or light duty work. Limited or light duty work will only be assigned temporarily to qualified employees to the extent that it is available and necessary.

(f) The Agency may temporarily assign same or lower-graded work to an employee, including work outside of the employee's branch or work site, without loss of pay or benefits (consistent with regulations), to accommodate the employee's medically necessary restrictions. The continuation of this temporary accommodation will periodically be reviewed by management, as needed.

(g) RIGHT TO UNION REPRESENTATION

Union representatives are permitted to assist the employee in requesting limited or light duty. Employees, at their discretion, will be allowed a Union representative at any meeting involving the limited or light duty request.

# ARTICLE 51 – PERSONNEL RECORDS

(a) OFFICIAL RECORDS AND FILES

No personnel record may be collected, maintained, or retained except in accordance with law; government-wide rules and regulations; OPM, Department and Agency Policy and Guidance; and this Agreement. Official personnel records will be secure and confidential and shall be known or viewed by individuals only with a legitimate need to know for the performance of their duties. Employees will be notified of the purpose of their eOPF and its location.

(b) ACCESS TO RECORDS

(1) The Agency will comply with all applicable disclosure provisions of the Freedom of Information Act (FOIA), the Privacy Act, and 5 USC 7114(b)(4), with regard to any and all employee records, whether electronic or paper, maintained by the Agency.

(2) Access to personnel records of the employee by the employee and/or their designated representative will be granted when requested if such records are maintained on the facility where the employee is located. If the records are not so maintained, the appropriate administrative office will not unnecessarily delay initiating action to obtain the records from their location and make them available to the employee and/or their designated representative.

(3) Employees and/or their designated representative(s) will be provided a reasonable amount of duty time, on a case-by-case basis, to examine records personally identified to the employee. Employees, or their designated representative(s) may receive, upon request, at no cost, copies of personally identified records which have not been previously furnished. Additional copies will be provided; however, there may be a charge for these copies.

(c) COPY OF DOCUMENTS AND RIGHT TO RESPOND

Each employee, their Union representative, or any other personal representative, as allowed by this Agreement, designated in writing will, upon request, and in accordance with the provisions of the Freedom of Information Act, the Privacy Act, and 5 USC 7114(b)(4), be given a copy of any document contained in the employee's eOPF or Employee Performance Folder (EPF) with the exception of records restricted by law or regulations.

(d) OFFICIAL PERSONNEL FOLDERS

Official Personnel Folders (OPF) will be maintained in accordance with applicable laws and regulations. Only information authorized by law or regulation will be maintained in the OPF.

(1) All official personnel records will be maintained in an electronic OPF (eOPF) system. Under the eOPF system, employees may access their personnel records at any time through a secure internet site. An employee may request in writing a copy of their record through the Agency's Human Resources Office.

(2) Regarding eOPF Review, employees will routinely check their forms in eOPF for accuracy. If an error is found employees will follow instructions under section three (3) below.

(3) Corrections to an eOPF. If an employee believes that information contained in the eOPF is incorrect, the employee should contact the Human Resources Office in writing and include:

(A) Enough information to identify the record (employee name and social security number, the name and date of the record).

(B) Explanation of what is believed to be wrong with the record including any evidence supporting the position.

(C) Description of how the employee believes the record should be corrected.

(4) Upon confirmation of any errors the Agency has up to thirty (30) days to correct errors when possible and to the extent the records are within Agency's control.

(5) Derogatory Material. No derogatory material of any nature which might reflect adversely upon the employee's character or career will be placed in the employee's permanent or temporary part of the eOPF or EPF without the employee's knowledge.

(e) SUPERVISORY NOTES

(1) Recognizing that supervisory notes are subject to be released via a FOIA request, if supervisors choose to keep notes on employees, the notes or files must be kept secure and kept confidential to be released on a need-to-know basis.

(2) Employees have the right to review information in the supervisory drop file unless the disclosure of such information is prohibited by law, government-wide rule or regulation, and this Agreement. Supervisory notes used to take disciplinary action will be disclosed in accordance with law, government-wide regulations, and this Agreement.

(f) RETENTION OF RECORDS

All records contained in the eOPF shall be maintained and/or purged in accordance with 5 CFR 293.106, 5 CFR 432.107 and any other applicable record retention regulations.

USCIS-NCISC MASTER AGREEMENT 2022

(g) EMPLOYEE NOTIFICATION

(1) The employee will be notified when documents are added to the employee's eOPF. This is done through the automated eOPF notification system.

(2) Upon expiration of the adverse material, the Agency will expeditiously remove it from the eOPF.

(h) REQUEST TO RECONSTRUCT PERSONNEL FOLDER

In the event of the loss or destruction of the employee's eOPF or OPF, the file will be reconstructed pursuant to Office of Personnel Management procedures.

# ARTICLE 52 – CONTRACTING OUT

(a) DUTY TO BARGAIN

    (1) The Agency's right to contract out work and functions currently performed by bargaining unit employees is non-negotiable. The Union's right to negotiate the impact of the Agency's decision is covered by this Agreement and 5 U.S.C. 7106 and 7114.

    (2) The Agency agrees to comply with this Agreement and all applicable laws, rules, and regulations concerning contracting out. To the extent required by law, contracts may not be used for the performance of inherently governmental functions.

(b) BRIEFINGS

    (1) In accordance with this Agreement, the Agency will inform the Union in writing as early as practical, but normally no less than 30 days in advance, regarding any final decision to contract out work and/or functions of bargaining unit employees.

    (2) Management will brief Union representatives of the affected employees concerning any decisions to contract out work and/or functions currently performed by bargaining unit employees, consistent with the provisions of this Agreement.

(c) SITE VISITS

The Agency will notify the Union, normally at least two (2) weeks in advance or as soon as practicable, if a site visit is going to be conducted for potential Bidders seeking contracts for work performed by bargaining unit employees. A Union Representative may attend such a site visit.

# ARTICLE 53 – HOLIDAYS AND RELIGIOUS OBSERVANCES

(a) HOLIDAYS

The following days are treated as holidays for the purpose of pay and leave of Agency employees:

(1)  New Year's Day - January 1;

(2)  Martin Luther King's Birthday – 3rd Monday in January;

(3)  Washington's Birthday/Presidents' Day – 3rd Monday in February;

(4)  Memorial Day - Last Monday in May;

(5)  Juneteenth National Independence Day - June 19th;

(6)  Independence Day - July 4th;

(7)  Labor Day – 1st Monday in September;

(8)  Columbus Day – 2nd Monday in October;

(9)  Veterans Day - November 11th;

(10)  Thanksgiving Day – 4th Thursday in November;

(11) Christmas Day - December 25th;

(12)  Inauguration Day - January 20th quadrennial (in the Washington, D.C. metropolitan area only, per 5 USC 6103 (c));

(13) Any other day designated as a holiday by Federal Statute or Executive Order.

(b) HOLIDAYS FALLING ON A WEEKEND

(1)  Federal Statute. For employees working a Monday through Friday workweek, holidays falling on a weekend will be celebrated as defined by Federal Statute.

(2)  Sunday. When a holiday falls on a Sunday or an employee's day off in lieu of Sunday, the employee is excused from work on the next workday of their basic workweek. Holiday pay is authorized for the next workday if the employee is not excused on that day.

(3)  Saturday. When a holiday falls on Saturday or an employee's day off in lieu of Saturday, the employee is excused from work on the previous day of their basic workweek. Holiday pay is authorized for the previous workday if the employee is not excused from duty on that day.

USCIS-NCISC MASTER AGREEMENT 2022

(c) HOLIDAYS WORKED

The handling of compensation for hours worked during a holiday as listed above is covered in this Agreement.

(d) RELIGIOUS HOLIDAYS

Employees who wish to attend or participate in the observance of the established religious holidays of their faith (e.g., Good Friday, Yom Kippur, Ramadan, Diwali) may be granted leave in accordance with provisions set forth in this Agreement.

(e) COMPENSATORY TIME FOR RELIGIOUS OBSERVANCES

(1) An employee whose personal religious beliefs require the abstention from work during certain periods of the workday or work week, may elect to work compensatory overtime for time lost for meeting those religious requirements.

(2) To the extent that such modifications in work schedules do not interfere with the efficient accomplishment of the Agency's mission, the Agency will afford the employee the opportunity to work compensatory time and will grant compensatory time off to an employee requesting such time off for religious observances.

(3) Leave Procedures. Where an employee is granted leave for religious observance, the employee may perform compensatory overtime work before or after the compensatory time off. Time off taken in advance must be repaid by an equal amount of compensatory overtime work within six (6) pay periods following the pay period in which the employee was absent; otherwise, the time off will be charged to annual leave or leave without pay, as appropriate. When compensatory overtime work is performed in advance, the time off for religious observance must be taken within thirteen (13) pay periods of the pay period in which it was earned; otherwise, it will be forfeited. Compensatory time will be credited to an employee on an hour-to-hour basis or authorized fractions thereof (15 minutes).

(f) STATE AND LOCAL HOLIDAYS

State and local holidays will normally be treated as regular workdays if they fall within an employee's basic workweek. However, the Agency may release employees on administrative leave for a state or local holiday when the employees of the Agency office, installation, or post of duty are actually prevented from working by one of the following circumstances:

(1) Building Closures. The building or office in which the employees work is physically closed; or building services essential to proper performance of work are not operating.

(2) Local Transportation. Local transportation services are discontinued or interrupted to the point where employees are prevented from reporting to their work location.

(3)  Related Duties. The duties of the employees consist largely or entirely of dealing directly with employees or industrial establishments or local government offices and all such establishments are closed in observance of the holiday, and there are no other duties (consistent with their normal duties) to which the employees can be assigned on the holiday.

# ARTICLE 54 – PROBATIONARY EMPLOYEES

(a) PROBATIONARY PERIODS

All probationary periods will be established in accordance with applicable Federal laws. Probationary periods will also be governed by government-wide rules and regulations. Prior federal service qualifies towards the probationary period to the extent consistent with applicable law and regulation.

(b) PERFORMANCE STANDARDS AND REVIEW

Probationary employees will be advised in writing of the applicable critical elements and performance standard at the beginning of the employee's probationary period. The employee's supervisor will explain both the terms and conditions of the probationer's status as well as the requirements of each probationer's position and answer any questions the employee may have. The supervisor will review the performance of the probationary employee and provide counseling regarding any performance deficiencies. If the employee is not performing satisfactorily, the employee will be so advised by the supervisor. The supervisor will counsel the employee in a timely manner on how to correct the unsatisfactory performance.

(c) NON-RETENTION AND RIGHT TO RESIGN

(1) When terminating a probationary employee, the Agency will do so in a respectful manner.

(2) Nothing will prohibit an employee serving a probationary period from resigning prior to an Agency-initiated termination.

(d) UNION RIGHTS

The Union may represent probationary employees in connection with any matter relating to the employment of the probationary employee in accordance with this Agreement.

# ARTICLE 55 – REDUCTION IN FORCE, TRANSFER OF FUNCTION, REORGANIZATION, AND FURLOUGH

(a) WORKFORCE ADJUSTMENTS

The Agency and the Union jointly recognize that occasions may arise where adjustments of the work force may be necessary either by reduction-in-force, transfer of function, or reorganization, and that lapses in appropriations or other circumstances may result in a furlough of bargaining unit employees.

(b) DEFINITIONS

(1) Reduction-in-Force. A reduction-in-force means the release of employees from their competitive level by separation, demotion, furlough for more than thirty (30) days, or reassignment requiring displacement; when lack of work or shortage of funds, reorganization, insufficient personnel ceiling, reclassification due to change in duties, or the need to replace a person exercising reemployment or restoration rights requires the Agency to release the employee.

(2) Transfer of Function. Transfer of function means the transfer of the performance of a continuing function from one competitive area and its addition to one or more other competitive areas, except when the function is virtually identical to functions already being performed in the other competitive areas affected; or the movement of the competitive area in which the function is performed to another commuting area.

(3) Reorganization. For the purpose of this Article, reorganization means the planned elimination, addition, or redistribution of functions or duties in an organization that results in an employee's release from a competitive level by separation, furlough for more than thirty (30) days, demotion, or reassignment.

(4) Furlough. The placement of an employee in a temporary non-duty, non-pay status due to an emergency situation, lack of work or funds, or other non- disciplinary reasons.

(A) Emergency Furlough. A furlough due to unforeseeable circumstances, such as equipment breakdown, act of God, or sudden emergencies requiring the immediate curtailment of activities. Consistent with 5 CFR 752.404, advance written notice to employees is not necessary.

(B) Lapse in Appropriation Furlough. A furlough is necessary when an agency no longer has the necessary appropriated funds to operate and must shut down those activities which are not excepted pursuant to the Anti-deficiency Act. Consistent with 5 CFR 752.404, advance written notice to employees will be provided if sufficient time allows.

(c) APPLICABLE LAWS

All reductions-in-force, transfer of function, reorganizations, and furloughs will be carried out in compliance with applicable laws, and any alleged failure to comply with such laws and regulations will be processed in accordance with the Grievance Procedure Article of this Agreement, or for cases appealable to the MSPB, in accordance with its rules.

(d) UNION NOTIFICATION

Except in the case of furloughs due to unforeseeable circumstances beyond the control of the Agency, prior to official notification of employees, the Union will receive ten (10) days advance notice of any pending reduction-in-force, transfer of function, or reorganization. This notice, in writing, will include the reasons for the reduction-in-force, transfer of function or reorganization, the approximate number and types of positions affected, the approximate date of the action, and an invitation to the Union to a meeting conducted by the Agency to explain the reduction-in-force, transfer of function, or reorganization procedures, and answer relevant questions.

(e) REDUCTION IN FORCE

(1) Notice to Employees. The Agency agrees to provide affected employees as much advance notice of reduction-in-force as is administratively possible but in no case will such notice be less than sixty (60) calendar days. All such notices shall contain the information required by Office of Personnel Management (OPM) regulations.

(2) Retention Registers. Employees receiving a reduction-in-force notice have the right to review retention lists pertaining to all positions for which they are qualified. This includes the retention register for their competitive level and those for other positions for which they are qualified, down to and including those in the same or equivalent grade as the position offered by the Agency.

If separation occurs, this includes all positions equal to or below the grade level of their current positions. Affected employees shall have the right to the assistance of the Union when reviewing such lists of records. As such, the Union will be given redacted copies of the final retention registers impacting bargaining unit employees at the same time such registers are going to be utilized in the RIF process and issued to the affected employees.

(3) Offers of Employment. Affected employees shall have a minimum of five (5) calendar days in which to accept or reject, in writing, an offer of another position. Failure of employees to respond, in writing, to the offer within the time limits will be considered a rejection of the offer. If the offer to the new assignment is accepted, training as determined by the Agency will be given to the employee to enable the employee to successfully perform the duties of the new position.

ARTICLE 55 – REDUCTION IN FORCE, TRANSFER OF FUNCTION,
REORGANIZATION, AND FURLOUGH                                          193

(4)  Minimize Adverse Action. The Agency will attempt to minimize actions that adversely affect employees which often follow a reduction-in-force by using, to the extent possible, attrition to accomplish reductions. In the event career or career-conditional employees are separated by reduction-in-force, the Agency will refer these names to the Department of Homeland Security for inclusion on the appropriate reemployment priority list in accordance with governing regulations.

(5)  Employees will be given preference for reemployment consistent with governing regulations. The Agency will provide affected employees information regarding employment possibilities with other government agencies, retirement, severance pay, and other benefits available to them.

(f)  TRANSFER OF FUNCTION

(1)  Notice to Employees. The Agency will inform employees of plans for the transfer of function and the governing regulation after a decision has been made.

(2)  Written Notice. The Agency will notify each affected employee of the proposed plan, in writing, so that the employee will be able to consider the action and give a reasonable answer. Where the transfer of function is to another commuting area, the employee shall have no less than thirty (30) calendar days to accept or reject the position offered.

(3)  Placement Assistance. The Agency will assist and counsel affected employees in seeking placement opportunities with other Federal agencies or elsewhere in the community.

(4)  Retirement and Severance. The Agency will counsel employees on individual rights relating to such matters as retirement and severance pay.

(5)  Transfer of Function to Another Agency. In the event of a transfer of function of Agency activity to another government entity, the Agency will solicit the cooperation of the gaining agency in explaining the ramifications of such a change to the Union.

(g)  FURLOUGH

(1)  Notice to Employees. If time permits before a furlough is enacted, advance written notice will be given to affected employees. In the event that advance written notice is not possible, then employees will be notified via public announcements or written notice will be mailed to the affected employee's address of record promptly after the furlough becomes effective.

(2)  Health Coverage. Consistent with the provisions promulgated by OPM and 5 CFR 890.303, full employer contributions to health benefits under the Federal Employees Health Benefit (FEHB) program continues for employees affected by a furlough.

USCIS-NCISC MASTER AGREEMENT 2022

Any employee contributions missed due to a furlough will be made up when the employee returns to work.

(3) Life Insurance. Consistent with the provisions promulgated by OPM and 5 CFR 870.601, employees' coverage of life insurance benefits under the Federal Employees Group Life Insurance (FEGLI) program continues for employees affected by a furlough, up to twelve (12) consecutive months in a non-pay status.

(4) Performance Ratings. Rating officials will make appropriate adjustments when evaluating employees' performance to compensate for employee absences during a furlough.

(5) Work Adjustments. Supervisors will take into account the due dates of work products that became due while the furlough was on-going and make appropriate allowances.

(6) Employee Status. While in furlough status, affected employees may not be subject to supervisory orders or other work-related instructions to carry out in compliance with the Anti-deficiency Act. Employees will remain vigilant regarding public announcements pertaining to the continuation or termination of the furlough.

(7) Employee Assistance. Furloughed employees may contact the Employee Assistance Program (EAP) for assistance, e.g. counseling and coaching, to include covered legal and financial consultations.

USCIS-NCISC MASTER AGREEMENT 2022

# ARTICLE 56 – EFFECTIVE DATE AND DURATION

(a) EFFECTIVE DATE

This Agreement shall take effect on October, 1, 2022.

(b) DURATION

This Agreement shall remain in full force and effect for four (4) years from its effective date.

(c) RENEGOTIATION

If either Party desires to renegotiate any terms of this Agreement, it will furnish written notice to the other Party, not more than one hundred and twenty (120) or less than ninety (90) days prior to the expiration date of the Agreement or the extension of the Agreement, whichever is later.

In the event such notice is given by either Party, the Parties will begin negotiating ground rules for the new negotiations within sixty (60) days from the date of receipt of notice. If negotiations are not completed by the anniversary date, the Agreement will be automatically extended until a new agreement is negotiated.

(d) AMENDMENTS AND MODIFICATIONS

This Agreement may only be amended or modified upon written, mutual agreement of the Parties.

USCIS-NCISC MASTER AGREEMENT 2022

**SIGNATURE PAGE**

The parties have reached a meeting of the minds on all proposals. U.S. Citizenship and Immigration Services and the National Citizenship and Immigration Services Council, American Federation of Government Employees, have completed bargaining on the Collective Bargaining Agreement. This execution represents the completion of bargaining, Union ratification, and Agency head review. Pursuant to the Duration Article herein, the parties agree that the CBA is effective on Saturday, October 1, 2022.

FOR THE UNION:                    FOR THE AGENCY:

Kenneth Palinkas                  Michael Stein
Chief Negotiator, Council Designee    Chief Negotiator
National Citizenship and Immigration    U.S. Citizenship & Immigration
Services Council 119, AFGE, AFL-CIO    Services

USCIS-NCISC MASTER AGREEMENT 2022

# COLLECTIVE BARGAINING AGREEMENT NEGOTIATION PARTICIPANTS

|                UNION                |              MANAGEMENT              |
| :---------------------------------: | :---------------------------------: |
|         **CHIEF NEGOTIATOR**        |         **CHIEF NEGOTIATOR**         |
|           Kenneth Palinkas          |            Michael Stein            |
|     **ADDITIONAL PARTICIPANTS**     |     **ADDITIONAL PARTICIPANTS**     |
|          Maria Isabel Barnes        |         Jeanne Marie Corrado        |
|            James Bonnette           |           Michael Detorie           |
|            Dortha Boswell           |             John Dymond             |
|          Caroline D'Angelo          |              Lori Gill              |
|             Neil Freeman            |            Judith Homich            |
|             Nicole Guess            |       Douglas (Mark) Livingston     |
|             Adam Holly              |            Sabrina Mahone           |
|            Ruark Hotopp             |            Steven Martin            |
|            William Keale            |           Jennifer Rellis           |
|           Gillian Kosinski          |             Naushad Reza            |
|          George Lapastora           |          Thomas Schuurmans          |
|            Angela Lopez             |            John Thompson            |
|             Connie Lopez            |                                     |
|            Shari Merlano            |                                     |
|          Brenda Neuerburg           |                                     |
|           Michael Overman           |                                     |
|            Robert Pfeifer           |                                     |
|           Jensy Rodriguez           |                                     |
|            Efrain Rosario           |                                     |
|             Monica Rose             |                                     |
|         Leticia Russi-Shareno       |                                     |
|            Rose Saraceno            |                                     |
|        David Schraffenberger        |                                     |
|             Edward Smith            |                                     |
|           Danielle Spooner          |                                     |
|           Stephanie Thomas          |                                     |
|            Gary Thurman             |                                     |
|             Kathy Torrey            |                                     |
|              Lisa Wells             |                                     |
|            Jonathan White           |                                     |

## ENDORSEMENT PAGE

The Director of the U.S. Citizenship and Immigration Services and the National President of the American Federation of Government Employees hereby acknowledge and endorse this Master Agreement, with an effective date of October 1, 2022.

FOR THE UNION:                                   FOR THE AGENCY:

Everett Kelley                                   Ur Jaddou
National President                               Director
American Federation of                           U.S. Citizenship and
Government Employees                             Immigration Services