LEON DAYAN (State Bar No. 153162)
ABIGAIL V. CARTER*
RAMYA RAVINDRAN*
LANE M. SHADGETT*
J. ALEXANDER ROWELL*
**BREDHOFF & KAISER P.L.L.C.**
805 Fifteenth Street NW, Suite 1000
Washington, DC 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
ldayan@bredhoff.com
acarter@bredhoff.com
rravindran@bredhoff.com
lshadgett@bredhoff.com
arowell@bredhoff.com
*Application *pro hac vice* forthcoming

Daniel Feinberg, SBN 135983
Catha Worthman, SBN 230399
Anne Weis, SBN 336480
**FEINBERG, JACKSON, WORTHMAN
& WASOW, LLP**
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel. (510) 269-7998
Fax (510) 269-7994
dan@feinbergjackson.com
catha@feinbergjackson.com
anne@feinbergjackson.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No.: 3:25-cv-03070-JD <br><br><br> **DECLARATION OF THOMAS ANDREW HUDDLESTON** |

Declaration of Thomas Andrew Huddleston, No. 3:25-cv-03070-JD

### DECLARATION OF THOMAS ANDREW HUDDLESTON

I, Thomas Andrew Huddleston, declare as follows:

1.      I am over 18 years of age and competent to give this declaration.  This declaration is based on my personal knowledge, information, and belief.

2.      I am the Director of Communications for the American Federation of Government Employees, AFL-CIO ("AFGE"), a labor organization and unincorporated association that represents approximately 800,000 federal civilian employees through its affiliated councils and locals in every state in the United States.  I have been the Director of Communications since 2019.  In my role as Director of Communications, I am responsible for overseeing and directing AFGE's press and public relations strategy.

3.      Since the inauguration, AFGE has been a high-profile and vocal opponent of President Trump's administration and the administration's actions harming federal workers.  To date, AFGE has filed nine legal cases challenging the administration's actions.  That litigation has received nationwide press attention, and administration officials have publicly responded to and attacked the litigation.  Although the lawsuits are in their beginning stages, AFGE and its union allies have achieved early success though temporary restraining orders and preliminary injunctions halting some of the administration's actions.

4.      AFGE has also engaged in extensive public speech regarding the administration's policies affecting federal workers.  AFGE's leadership has been quoted extensively in press articles and on national television, voicing AFGE's disapproval of the administration's actions, emphasizing AFGE's commitment to opposing those policies, and calling on others to join them.

5.      A true and correct copy of the March 3, 2025, article published by AFGE titled, "What AFGE Is Doing: A Recap of AFGE's Major Actions Against Trump's Attacks on Civil Service," which is available at and was downloaded from AFGE's publicly available website at the following link, https://www.afge.org/article/what-afge-is-doing-a-recap-of-afges-major-actions-against-trumps-attacks-on-civil-service-2/, is attached hereto as **Exhibit 1.**  This article

was issued from my department and I was responsible for assigning the work and editing the article.

**Lawsuit Against Elimination of Civil Service Protections**

6.    On January 20, 2025, President Trump signed an executive order titled "Restoring Accountability To Policy-Influencing Positions Within the Federal Workforce,"[1] which reinstates an executive order from President Trump's first term stripping civil service employment protections from a wide swath of federal workers, including many AFGE members.

7.    On January 29, 2025, AFGE filed suit alongside the American Federation of State, County and Municipal Employees ("AFSCME") against Defendants Donald Trump, Charles Ezell, Acting Director of the Office of Personnel Management ("OPM"), and OPM, challenging the executive order as unlawful.  *See AFGE v. Trump*, Compl., 1:25-cv-00264 (D.D.C. Jan. 29, 2025).

8.    AFGE released a public statement announcing the lawsuit: "AFGE is filing suit with our partner union today to protect the integrity of the American people's government. Together, we can stop the efforts to fire hundreds of thousands of experienced, hard-working Americans who have dedicated their careers to serving their country and prevent these career civil servants from being replaced with unqualified political flunkies loyal to the president, but not the law or Constitution."[2]

9.    The national media has covered AFGE's lawsuit, including the union's allegations that the administration's "scheme seeks to put politics over professionalism, contrary to the laws and values that have defined our career civil service for more than a century."[3]

**Lawsuit to Prevent DOGE From Accessing Sensitive Agency Data (Treasury Department)**

---

[1] *See* www.whitehouse.gov/presidential-actions/2025/01/restoring-accountability-to-policy-influencing-positions-within-the-federal-workforce/.

[2] https://www.afge.org/publication/public-service-unions-file-lawsuit-challenging-trump-administration-efforts-to-politicize-the-civil-service/

[3] *See* https://www.newsweek.com/donald-trump-unions-public-input-2024476; *see also* https://www.reuters.com/world/us/trumps-plan-ease-firing-federal-workers-challenged-by-union-2025-01-29/

10.     In late January, it came to light that Elon Musk and the "Department of Government Efficiency" temporary organization ("DOGE") were seeking access to sensitive data held by the Department of Treasury.[4]

11.     On February 3, 2025, AFGE filed suit alongside Alliance for Retired Americans and Service Employees International Union ("SEIU") against Defendants Secretary of Treasury, Department of Treasury, and Bureau of the Fiscal Service.  *See Alliance for Retired Americans v. Bessent*, Case No. 1:25-cv-313 (D.D.C. Feb. 3, 2025).  The suit challenges the defendants' disclosure of personal and financial information contained in Defendants' records to Elon Musk and other members of the "Department of Government Efficiency" ("DOGE").

12.     When the lawsuit was filed, AFGE issued a statement condemning the disclosure: "It is disgraceful that the Trump administration has allowed unelected billionaires and their lackeys unfettered access to the personal and financial information of Americans. Together, we can stop this violation of American citizens' privacy."[5]

13.     The D.C. District Court issued a partial temporary restraining order restricting DOGE access to the data.  The order was later lifted and litigation is ongoing.

14.     The national media has covered AFGE's lawsuit, including the union's allegations that Treasury Secretary Bessent "took punitive measures against officials who sought to protect that information from improper access and allowed DOGE full access to the data,"[6] and "[t]he scale of the intrusion into individuals' privacy is massive and unprecedented."[7]

**Lawsuit Against "Fork in the Road" Directive**

---

[4] *See* www.finance.senate.gov/chairmans-news/wyden-demands-answers-following-report-of-musk-personnel-seeking-access-to-highly-sensitive-us-treasury-payments-system

[5] https://www.afge.org/publication/advocacy-group-unions-sue-treasury-department-over-illegal-doge-data-access/; see also https://www.citizen.org/news/advocacy-group-unions-sue-treasury-department-over-illegal-doge-data-access/

[6] https://www.axios.com/2025/02/04/treasury-sued-doge-sensitive-information-musk-trump

[7] https://www.politico.com/news/2025/02/03/unions-sue-block-musk-treasury-payment-00202243

Declaration of Thomas Andrew Huddleston                                                      3

15.    On January 28, 2025, OPM sent an email to nearly all federal workers with the subject line "Fork in the road."[8]  The email offered deferred resignation to AFGE members and other federal employees, in an apparent effort to shrink the size of the federal workforce.

16.    On February 4, 2025, AFGE filed suit alongside AFSCME and the National Association of Government Employees ("NAGE") against Defendants Charles Ezell, in his official capacity, and OPM, alleging that the "fork" directive is unlawful.  *See AFGE v. Ezell*, Case No. 1:25-cv-10276 (D. Mass. Feb. 04, 2025).

17.    The day the lawsuit was filed, AFGE issued a public statement condemning the "fork" directive: "AFGE is bringing this suit with our partners today to protect the integrity of the government and prevent union members from being tricked into resigning from the federal service," said AFGE National President Everett Kelley. "Federal employees shouldn't be misled by slick talk from unelected billionaires and their lackeys.  Despite claims made to the contrary, this deferred resignation scheme is unfunded, unlawful, and comes with no guarantees. We won't stand by and let our members become the victims of this con."[9]

18.     On February 6, 2025 the District Court of Massachusetts issued a temporary restraining order blocking the deferred resignation deadline.  That same day, OPM issued a memo to the heads of all federal agencies directing them to submit a list of all federal employees "who received less than a 'fully successful' performance rating in the past three years" and to identify the terms of any applicable collective bargaining agreement that would "impede ... the agency's ability to swiftly separate low-performing employees."[10]

19.    Following the February 6, 2025 temporary restraining order, AFGE issued a public statement: "'We are pleased the court temporarily paused this deadline while arguments are heard about the legality of the deferred resignation program,' Everett Kelley, president of

---

[8] *See* www.opm.gov/fork/original-email-to-employees/
[9] https://www.afge.org/publication/trump-administration-fork-directive-ultimatum-unlawful-as-written-unions-urge-court-to-find/
[10] chcoc.gov/sites/default/files/OPM%20Memo%20Request%20for%20Agency%20Performance%20Management%20Data%202-6-2025%20FINAL.pdf.

American Federation of Government Employees, the largest union of federal workers in the country, said in a statement. 'We continue to believe this program violates the law, and we will continue to aggressively defend our members' rights.'"[11]

20.    Dozens of nationwide news outlets covered the court win with many reporting on AFGE's statements.[12]

21.    Later in February, AFGE and its allies organized a series of demonstrations drawing federal workers and their allies to the Capitol and OPM's offices in Washington, D.C., where they protested the "fork in the road" directive and other administration efforts to dramatically and arbitrarily reduce the federal workforce. The Washington Post covered the protests and AFGE's lawsuit.[13]

22.    On February 12, the court issued an order permitting the deferred resignation initiative to go forward.  AFGE President Kelley issued a public statement confirming AFGE's commitment to opposing the directive: "Importantly, this decision did not address the underlying lawfulness of the program. We continue to maintain it is illegal to force American citizens who have dedicated their careers to public service to make a decision, in a few short days, without adequate information, about whether to uproot their families and leave their careers for what amounts to an unfunded IOU from Elon Musk."[14]

---

[11] https://www.afge.org/publication/judge-blocks-implementation-of-trumps-deferred-resignation-offer/

[12] https://www.npr.org/2025/02/05/nx-s1-5286341/federal-employees-trump-deadline; https://www.cnn.com/2025/02/06/politics/federal-worker-resignation-deadline-trump/index.html; *see also* https://www.nbclosangeles.com/news/national-international/judge-extends-freeze-on-trumps-plan-to-get-millions-of-federal-workers-to-resign/3629310/; https://www.govexec.com/workforce/2025/02/judge-extends-pause-deferred-resignation-deadline/402890/; https://www.cbsnews.com/news/judge-temporarily-blocks-implementation-deferred-resignation-program; https://www.washingtonpost.com/dc-md-va/2025/02/06/deferred-resignationan-program-deadline/; https://www.nytimes.com/2025/02/10/us/politics/trump-judge-deferred-resignation-program.html; https://www.newsweek.com/judge-temporarily-halts-donald-trumps-plan-push-out-federal-workers-2027443.

[13] https://www.washingtonpost.com/dc-md-va/2025/02/11/federal-workers-rally-cuts-buyouts/

[14] https://www.afge.org/publication/afge-responds-to-fork-ruling-denying-preliminary-injunction-on-procedural-grounds/

Declaration of Thomas Andrew Huddleston                                                    5

23.     President Kelley has appeared multiple times on national television to criticize the "fork in the road" directive. *See* MSNBC Chris Jansing Reports: '*If you take the fork, you're destined to get the knife': Union Pres. calls Trump buyouts a 'sham'* (Feb. 6, 2025) ("I don't think that [the fork in the road directive] is valid. I called it a sham from the beginning, and the evidence is showing that that's really what's going on here.");[15] CNN News Central with Boris Sanchez: *2M Federal Workers Face Choice on Whether to Resign* (Feb 7, 2025) ("I think that DOGE is completely illegal. … I have never seen such chaotic situations in my lifetime and it's simply because you have people that don't understand the federal system trying to regulate the federal system.");[16] CNBC Squawk Box: *AFGE President: Federal employees are being 'hoodwinked' and 'fooled' by Trump admin's buyout offer* (Feb 7, 2025);[17] MSNBC The Weekend: *Labor Unions Push Back Against Federal Worker Firings* (Feb 22, 2025).[18]

**Lawsuit to Prevent DOGE From Accessing Sensitive Agency Data (Labor, Health and Human Services, CFPB)**

24.     On February 5, 2025, AFGE brought a lawsuit seeking to protect the confidential information of federal workers housed at the Department of Labor, Department of Health and Human Services, and the Consumer Financial Protection Bureau from being disclosed improperly to DOGE.  AFGE filed suit alongside other unions and nonprofit organizations against Defendants Department of Labor, Department of Health and Human Services, Consumer Financial Protection Bureau, DOGE, and their acting leadership.  *See AFL-CIO v. Department of Labor*, Case No. 1:25-cv-00339-JDB (D.D.C. Feb. 5, 2025).

25.     This lawsuit has been widely covered by the national media, including coverage of the union's allegations that "DOGE's behavior repeats itself across virtually every agency it

---

[15] https://www.msnbc.com/chris-jansing-reports/watch/-if-you-take-the-fork-you-re-destined-to-get-the-knife-union-pres-calls-trump-buyouts-a-sham-231306309679
[16] https://app.criticalmention.com/app/#clip/view/2ede80c1-88d0-4046-9b5f-b7f4b6f4a62d?token=95b20931-091a-4801-a8e5-340838dc13e0
[17] https://www.cnbc.com/video/2025/02/07/afge-president-federal-employees-are-being-hoodwinked-and-fooled-by-trump-admins-buyout-offer.html
[18] https://app.criticalmention.com/app/#/report/aa1d2e9d-ab5f-49c9-a17b-1fe890dd1395

Declaration of Thomas Andrew Huddleston                                              6

enters: swooping in with new DOGE staff, demanding access to sensitive systems, taking employment action against employees who resist their unlawful commands, and then beginning to re-work the agencies at their will."[19]

26.    On March 10, 2025, the Court granted the union plaintiffs expedited pre-preliminary injunction discovery into DOGE.

**Lawsuit to Prevent Dismantling of USAID**

27.    Starting on January 20, 2025, and continuing thereafter, the Trump administration has taken a series of actions to abruptly halt and then close down the United States Agency for International Development ("USAID").[20]

28.    On February 6, 2025, AFGE filed a lawsuit along with the American Foreign Service Association against Defendants Donald Trump, Department of State, U.S. Agency for International Development, Treasury Department, and the Secretaries of State and Treasury.  *See American Foreign Service Association v. Trump*, Case No. 1:25-cv-352 (D.D.C. Feb. 6, 2025). The lawsuit challenges actions by President Trump and the administration to dismantle USAID.

29.    In news articles, AFGE condemned the administration's actions: "The men and women of USAID deserve a government that values and understands their contributions, not one that leaves them high and dry and unable to pursue their important work after a hostile takeover," said Everett Kelley, AFGE National President. "We will stand up for our members and all

---

[19] https://www.politico.com/news/2025/02/05/labor-department-lawsuit-doge-00202644; see also https://news.bloomberglaw.com/daily-labor-report/union-coalition-sues-to-block-doge-labor-department-data-access; https://thehill.com/business/5128870-afl-cio-lawsuit-against-elon-musk; https://www.courthousenews.com/unions-sue-doge-labor-department-to-block-access-to-worker-and-musk-competitor-data/; https://www.democracydocket.com/news-alerts/federal-unions-sue-doge-over-department-of-labor-data-access/; https://www.reuters.com/world/us/union-asks-judge-block-elon-musks-doge-labor-dept-systems-2025-02-05/; https://www.law360.com/employment-authority/labor/articles/2293771/musk-can-t-access-dol-data-labor-groups-say; https://apnews.com/article/social-security-trump-administration-acfdd0d7a53b7e5a1b5105baa456c5d0
[20] *See* https://www.federalregister.gov/documents/2025/01/30/2025-02091/reevaluating-and-realigning-united-states-foreign-aid

USAID workers who deliver aid across the globe and contribute to a safer, healthier world for all Americans."[21]

30.     The D.C. District Court initially granted a temporary restraining order against the defendants.  After the court denied a preliminary injunction, AFGE issued a public statement confirming its commitment to challenging the dismantling of USAID: "Today's ruling is a setback but we remain committed to our USAID members and the valuable work they do. We will continue to fight the administration's illegal efforts to dismantle USAID," said AFGE President Everett Kelley.[22]

31.     The lawsuit has received national media attention, including coverage of AFGE's statements.[23]

**Lawsuit to Prevent DOGE From Accessing Sensitive Agency Data (OPM)**

32.     On February 11, 2025, AFGE filed a lawsuit seeking to halt the disclosure of federal employees' personal data in OPM files to DOGE.  AFGE filed suit alongside the Association of Administrative Law Judges, International Federation of Professional and Technical Engineers, and current and former federal employees against OPM, Charles Ezell, DOGE, Elon Musk, and other administration defendants.  *See AFGE v. OPM*, Case No. 1:25-cv-01237 (S.D.N.Y. Feb. 11, 2025).  The lawsuit has been reported in the press.[24]

**Lawsuit Seeking Reinstatement of Terminated Probationary Employees**

33.     On February 13, 2025, OPM directed federal agencies to fire essentially all employees still on probation.[25]

---

[21] https://www.insidernj.com/government-employee-unions-sue-trump-administration-for-shutting-down-usaid/

[22] https://www.afge.org/article/afge-allies-vow-to-continue-fight-to-save-usaid/

[23] https://www.politico.com/news/2025/02/21/judge-approval-mass-recall-usaid-overseas-workers-trump-administration-00205575; https://www.scrippsnews.com/politics/president-trumps-first-100-days/labor-groups-sue-over-the-dismantling-of-usaid

[24] https://www.upi.com/Top_News/US/2025/02/12/new-DOGE-lawsuit/3611739343070/

[25] *See* https://federalnewsnetwork.com/workforce/2025/02/opm-fires-probationary-employees-after-deferred-resignation-deadline/.

34.    AFGE's National President Kelley publicly condemned the firing as unlawful: "This administration has abused the probationary period to conduct a politically driven mass firing spree, targeting employees not because of performance, but because they were hired before Trump took office. … AFGE will fight these firings every step of the way. We will stand with every impacted employee, pursue every legal challenge available, and hold this administration accountable for its reckless actions. Federal employees are not disposable, and we will not allow the government to treat them as such."[26]

35.    On February 20, 2025, AFGE filed suit alongside AFSCME, United Nurses Associations of California/Union of Health Care Professionals, the State of Washington, and nonprofit organizations against Defendants OPM and Charles Ezell, challenging OPM's order. *See AFGE v. Office of Personnel Management*, Second Amended Compl., 3:25-cv-01780-WHA (N.D. Cal. March 11, 2025).

36.    The Northern District of California issued a temporary restraining order and then a preliminary injunction directing OPM to rescind its order and ordering the agencies to put terminated employees back to work.  AFGE's statements about the victory were reported in the nationwide press.  To the BBC, President Kelley "called the ruling a victory for Americans who were 'illegally fired' from their jobs by an agency with 'no authority to do so."[27]  In USA Today, President Kelly called the decision "an important initial victory" for the people who were recently fired: "These are rank-and-file workers who joined the federal government to make a difference in their communities, only to be suddenly terminated due to this administration's disdain for federal employees and desire to privatize their work," he said.[28]

---

[26] https://www.afge.org/publication/afge-president-everett-kelley-condemns-trump-administrations-mass-firing-of-federal-employees/
[27] https://www.bbc.com/news/articles/clydd7zeye7o
[28] https://www.usatoday.com/story/news/politics/2025/02/27/judge-blocks-trump-administration-firing-probationary-employees/80754368007/; *see also* https://www.afge.org/publication/federal-court-finds-firing-of-probationary-federal-employees-illegal/;
https://www.afge.org/publication/federal-court-orders-reinstatement-of-fired-probationary-federal-employees/

Declaration of Thomas Andrew Huddleston                                                    9

37.     On March 14, 2025, after Judge William Alsup issued a preliminary injunction granting the unions' request to reinstate unlawfully fired probationary workers, President Trump's advisor, Elon Musk, retweeted a photo of Judge Alsup, stating that unless "the absolute worst judges get impeached, we don't have real democracy in America."[29]

38.     On March 16, 2025, Fortune Magazine observed that "[u]nions have played a major role in legal challenges to the mass firing of federal workers."[30]

39.     On March 17, 2025, President Trump described the unions' lawsuit and Judge Alsup's decision as "absolutely ridiculous . . . a very dangerous thing for our country." Referring to the reinstated union members, President Trump said without support "these are people in many cases they don't show up for work . . . a judge want us to pay 'em even if they don't know if they exist . . . and I don't know if that's going to be happening."[31]

40.     Dozens of press outlets covered the lawsuit and AFGE's public statements.[32]

**Lawsuit Challenging Termination of TSA Officers' Union Contract**

41.     On March 7, 2025, the Department of Homeland Security announced it was ending collective bargaining for the Transportation Security Administration's ("TSA")

---

[29] See https://x.com/elonmusk/status/1900399743517548571

[30] *See* https://fortune.com/2025/03/16/union-leader-lee-saunders-afscme-federal-worker-layoffs-trump-elon-musk

[31] https://www.foxnews.com/politics/dangerous-order-liberal-judge-rehire-federal-workers-should-go-scotus-trump-says.

[32] *See, e.g.*, https://apnews.com/article/federal-employees-firing-lawsuit-trump-probation-unions-4a9384c21e408df85ca17dfac5b9dc93; https://thehill.com/regulation/court-battles/5160886-federal-employee-unions-lawsuit-elon-musk/; https://www.eenews.net/articles/unions-sue-over-probationary-employee-terminations/; https://www.reuters.com/legal/labor-groups-sue-trump-administration-over-mass-firings-probationary-employees-2025-02-20/; https://www.cbsnews.com/news/judge-rules-mass-firings-federal-probationary-employees-likely-illegal/; https://www.nbcnews.com/news/amp/rcna194131; https://www.axios.com/2025/02/28/trump-federal-employees-firing-court-judge; https://www.salon.com/2025/02/28/does-not-have-any-authority-whatsoever-rules-admins-mass-firings-likely-illegal/; https://www.bizjournals.com/sanfrancisco/news/2025/03/13/government-agencies-trump-judge-william-alsup-sf.html; https://abcnews.go.com/Politics/judge-order-fired-probationary-federal-employees-reinstated/story?id=119759494

Transportation Security Officers[33]

42.    AFGE issued a public statement condemning the termination: "Our union has been out in front challenging this administration's unlawful actions targeting federal workers, both in the legal courts and in the court of public opinion. Now our TSA officers are paying the price with this clearly retaliatory action. Let's be clear: this is the beginning, not the end, of the fight for Americans' fundamental rights to join a union. AFGE will not rest until the basic dignity and rights of the workers at TSA are acknowledged by the government once again." President Kelley said: "I call on all patriotic and freedom-loving Americans to contact your elected officials and demand they take action immediately to stop these attacks."[34]

43.    On March 13, 2025, AFGE and AFGE Local 1121, alongside the Communications Workers of America and Association of Flight Attendants, filed suit against Defendants Kristi Noem, Department of Homeland Security, Adam Stahl, and the Transportation Security Administration challenging the termination.  *See AFGE v. Noem*, Case No. 2:25-v-00451 (W.D. Wash. Mar. 13, 2025).  The lawsuit challenges the Department of Homeland Security's attempt to rescind its collective bargaining agreement between AFGE and TSA, which covers 47,000 TSA employees.

44.    The same day as the lawsuit, AFGE issued a public statement opposing the cancellation of the TSA contract: "This attack on our members is not just an attack on AFGE or transportation security officers. It's an assault on the rights of every American worker … Tearing up a legally negotiated union contract is unconstitutional, retaliatory, and will make the TSA experience worse for American travelers."[35]

45.    The national media reported on AFGE's lawsuit and AFGE's statements.  For instance, Politico reported on President Kelley's statement that the cancellation "is merely a

---

[33] https://www.dhs.gov/news/2025/03/07/dhs-ends-collective-bargaining-tsas-transportation-security-officers-enhancing
[34] https://www.afge.org/publication/eliminating-tsa-officers-union-is-clear-retaliation-afge-says/
[35] https://www.afge.org/publication/unions-file-lawsuit-against-dhs-to-stop-the-illegal-termination-of-transportation-security-officers-collective-bargaining-agreement/

pretext for attacking the rights of regular working Americans across the country because they happen to belong to a union."[36] The New York Times and Reuters reported on the lawsuit's allegations that "This retaliatory action is in accord with a broader Trump administration policy of terminating contracts in retaliation for protected speech."[37]

**Lawsuit to Prevent Dismantling of Voice of America**

46.    On March 14, 2025, President Trump issued an executive order eliminating, among six other agencies, the U.S. Agency for Global Media, which operates Voice of America.[38]

47.    The next day, AFGE President Kelley issued a statement condemning the elimination of Voice of America: "Voice of America was founded to spread the truth and fight propaganda from lawless authoritarian regimes—so it's no surprise that the Trump administration is trying to dismantle it. This blatant political takeover isn't just an attack on our members' jobs—it's an assault on press freedom, journalistic integrity, and democracy the world over."[39]

48.    On March 21, 2025, AFGE filed suit alongside AFSCME, the American Foreign Service Association, NewsGuild-CWA, Reporters without Borders, and individual journalists against the U.S. Agency for Global Media and its senior leaders. *See Widakuswara v. Lake*, 1:25-cv-02390-JPO (S.D.N.Y. March 21, 2025). The suit challenges the Trump administration's decision to abruptly shutter Voice of America, lock out journalists, cancel grants, and end its broadcasts.

---

[36] https://www.politico.com/news/2025/03/07/trump-tsa-screener-union-void-00217623#:~:text=%E2%80%9CThey%20gave%20as%20a%20justification,%E2%80%9D

[37] https://www.reuters.com/world/us/trump-administration-sued-ending-union-bargaining-tsa-officers-2025-03-13/; *see also* https://www.nytimes.com/2025/03/13/us/politics/federal-workers-union-lawsuit-tsa.html

[38] https://www.whitehouse.gov/presidential-actions/2025/03/continuing-the-reduction-of-the-federal-bureaucracy/

[39] https://www.afge.org/publication/journalists-federal-workers-and-unions-file-lawsuit-to-challenge-closure-of-us-agency-for-global-media/

49.    When the court issued a temporary restraining order prohibiting the government from dismantling the international broadcasting network or terminating employees that have been placed on administrative leave, AFGE publicly praised the injunction as "a decisive victory for press freedom and a sharp rebuke to an administration that has shown utter disregard for the principles that define our democracy."[40]

50.    National media outlets reported on AFGE's lawsuit to keep Voice of America open and on AFGE's statements.[41]

**Other Public Criticism and Speech Activity in Opposition to the Administration**

51.    AFGE's public criticisms of the Trump Administration have not been limited to the subjects of its lawsuits. AFGE has been among the administration's most consistent and outspoken critics.  AFGE's criticisms have been widely reported in the nationwide press.

52.    In January 2025, President Kelley appeared on national television criticizing President Trump's cuts to federal DEI programs.  *See* MSNBC The ReidOut: *Trump doesn't know what DEI is—so his attacks will hurt veterans, labor leader says* (Jan. 22, 2025);[42] MSNBC PoliticsNation: *AFGE President Everett Kelley: 'This president told us this is exactly what he was going to do'* (Jan. 26, 2025).[43] ABC News: *Government employee union president reacts to Trump's new DEI directives* (Jan. 23. 2025).[44]

---

[40] https://www.reuters.com/business/media-telecom/us-judge-temporarily-blocks-trump-firing-voice-america-staff-2025-03-28/#:~:text=,an%20attorney%20for%20the%20plaintiffs

[41] *See, e.g.*, https://www.washingtonpost.com/politics/2025/03/22/voice-america-lawsuit-trump-kari-lake/; https://www.npr.org/2025/03/21/nx-s1-5336351/voice-of-america-trump-lawsuit-kari-lake-voa; https://www.reuters.com/legal/voice-america-employees-sue-trump-administration-over-shuttered-us-funded-news-2025-03-21/; https://apnews.com/article/voice-america-free-press-trump-lawsuit-lake-6c88792addbfd651d1d06b8705fd8e10; https://www.theglobeandmail.com/world/article-voice-of-america-employees-sue-trump-administration-over-shuttered-us/ https://www.theglobeandmail.com/world/article-voice-of-america-employees-sue-trump-administration-over-shuttered-us/

[42] https://www.msnbc.com/the-reidout/watch/trump-asks-federal-agencies-to-submit-plan-by-jan-31-for-dismissing-workers-in-dei-roles-230030917632

[43] https://www.msnbc.com/politicsnation/watch/-this-president-told-us-this-is-exactly-what-he-was-going-to-do-says-afge-president-230309445755

[44] https://abcnews.go.com/US/video/government-employee-union-president-reacts-trumps-new-dei-118049920

53.    On February 19, 2025, AFGE issued a statement condemning the Trump Administration's efforts to dismantle the Social Security Administration:  "The American people deserve better than broken promises and a hostile takeover of Social Security by unaccountable billionaires …. We need to protect Social Security from this scheme—not just for today's seniors, but for future generations."[45]

54.    In late February 2025, the national press reported AFGE's criticism of the Musk email asking federal employees to respond to the question "What did you do last week?" with five bullet points or face dismissal.[46]  AFGE President Kelley wrote a letter informing OPM Acting Director Ezell: "The email fails to identify any legal authority permitting OPM to demand the requested information. OPM's actions conflict with laws delegating the authority for the management of federal employees to their respective agencies and do not comport with OPM's own regulations and guidance."[47]  In the press, President Kelley condemned Musk's request for federal employees to account for the work they did in the past week or face dismissal as "cruel and disrespectful."[48]

55.    On March 5, 2025, AFGE issued a statement condemning the administration's plans to slash 83,000 VA positions: "Until Elon Musk and Donald Trump came on the scene, America never turned its back on our veterans and their families. Their reckless plan to wipe out the VA's ability to deliver on America's promise to veterans will backfire on millions of veterans and their families who risked their lives in service for our country."[49]  On March 26, AFGE members staged a public protest outside Brooklyn VA Medical Center, where President Kelley addressed the crowd: "We gather here at Brooklyn VA Medical Center not just as

---

[45] https://www.afge.org/publication/afge-president-everett-kelley-criticizes-trump-administration-and-elon-musk-over-efforts-to-dismantle-ssa/
[46] https://www.npr.org/2025/02/23/nx-s1-5306366/musk-federal-worker-email-confusion
[47] https://www.afge.org/globalassets/documents/2025-docs/np-kelley-letter-to-ezell.pdf
[48] https://www.npr.org/2025/02/23/nx-s1-5306366/musk-federal-worker-email-confusion
[49] https://www.afge.org/publication/afge-president-everett-kelley-outraged-over-veterans-affairs-plan-to-fire-83000-additional-employees/

Declaration of Thomas Andrew Huddleston                                                14

individuals but as a united front against the relentless attack on our veterans and the dedicated workers who serve them."[50]

56.     On March 18, 2025, AFGE President Kelley wrote an op-ed in Newsweek, in which he argued that "Elon Musk and his Department of Government Efficiency (DOGE) have been on the job for less than two months, but the early results are nothing short of disastrous. These include a series of airplane safety incidents, cancelled appointments at the VA, long lines outside national parks, and abandoned medical research. Through it all, there is an overriding sense that the world's richest man is using his power over President Donald Trump to steal from the public coffers and enrich himself. … To create a more efficient and effective federal government, the first thing we should do is fire Elon Musk and close his DOGE."[51]

57.     On March 20, 2025, AFGE warned that "Trump's Directive to Abolish Education Department Will Destroy Education in America," adding that "The Department of Education plays a crucial role supporting our students and their families at schools and universities in every community across this nation, and President Trump's directive to eliminate this small but mighty agency would destroy our education system and devastate future generations of students."[52]

58.     AFGE has organized, or helped its affiliates organize, several public protests in response to actions by the Trump administration.[53]

**The Trump Administration's Public Responses**

59.     In a February 12, 2025 post on Truth Social, President Trump responded to lawsuits brought by unions and their allies by claiming "Billions of Dollars of FRAUD, WASTE,

---

[50] https://www.brooklynpaper.com/brooklyn-va-rally-trump-cuts/
[51] https://www.newsweek.com/poor-performing-probationary-employee-elon-musk-must-go-opinion-2046116
[52] https://www.afge.org/publication/trumps-directive-to-abolish-education-department-will-destroy-education-in-america-union-says/
[53] https://www.freep.com/story/news/politics/2025/03/01/fired-federal-workers-michigan-protest-trump-musk/80831297007/; https://www.wrtv.com/news/local-news/officers-are-upset-tsa-workers-rally-at-indy-airport-to-restore-union-protections; https://www.stlpr.org/economy-business/2025-03-08/federal-labor-union-rally-florissant-doge-job-terminations; https://coloradosun.com/2025/03/27/denver-epa-protest-american-federation-of-government-employees-trump/

and ABUSE" and complaining that "certain activists and highly political judges want us to slow down, or stop."[54]

60.    On February 16, 2025, President Trump posted on Truth Social an article titled "Dems and Judges Shredding Article II Are A Threat To Democracy," which criticized a coalition of "blue states, labor unions, and non-profit organizations [that] have descended on federal courts up and down the East Coast seeking to halt President Donald Trump's agenda."

61.    After Musk reposted a tweet on March 13, 2025, that stated, "Stalin, Mao and Hitler didn't murder millions of people. Their public sector workers did," AFGE President Kelley defended public employees: "The implication that the American citizens working at your local VA hospital or Social Security office are worse than Hitler, Stalin, or Mao – history's most despicable masterminds of genocide and mass murderer – is totally disconnected from reality. … That this baseless accusation comes from the single most influential person in our government should alarm every citizen."  Other national news outlets covered Musk's tweet.[55]

62.    In a March 28, 2025, interview with Fox News, Musk responded to a question about the success of unions and other plaintiffs securing TROs and preliminary injunctions by blaming the "very far left bias" of the D.C. Circuit Court and suggesting that those benefiting from the rulings must be personal friends with the judges who have issued rulings adverse to the government. Musk concluded, "it sounds like corruption to me."[56]

63.    On March 29, 2025, the New York Times reported on the March 27, 2025 Executive Order "Exclusions from Federal Labor Management Relations Programs.[57]  **A White House spokesperson quoted in the article confirmed: "The goal [of the order] is to stop**

---

[54] https://www.thetimes.com/us/american-politics/article/donald-trump-lashes-out-truth-social-elon-musk-083qpsld8.
[55] *See, e.g.*, https://www.nytimes.com/2025/03/14/technology/elon-musk-x-post-hitler-stalin-mao.html; https://www.usatoday.com/story/news/politics/2025/03/14/elon-musk-hitler-federal-workers/82402023007/; https://www.msn.com/en-in/news/world/elon-musk-resharing-post-saying-hitler-didn-t-murder-millions-sparks-controversy/ar-AA1AUXCY;
[56] *See* https://www.newsweek.com/elon-musk-doge-team-give-update-social-security-fox-news-interview-2051814.
[57] https://www.nytimes.com/2025/03/29/us/politics/federal-worker-unions-doge.html

Declaration of Thomas Andrew Huddleston                                                16

**employees in certain security-related agencies from unionizing in ways that disrupt the president's agenda."**

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed April 3, 2025, in Washington, D.C.

Thomas Andrew Huddleston

# EXHIBIT 1

Share          Tweet          Email          Share          Print

Home (https://www.afge.org/) > AFGE Stories (https://www.afge.org/articles/) > What
AFGE Is Doing: A Recap of AFGE's Major Actions Against Trump's Attacks on Civil
Service (https://www.afge.org/article/what-afge-is-doing-a-recap-of-afges-major-
actions-against-trumps-attacks-on-civil-service-2/)



# What AFGE Is Doing: A Recap of AFGE's Major Actions Against Trump's Attacks on Civil Service

*March 03, 2025*

**Categories:** **The Insider (https://www.afge.org/articles/?Category=84)**

It's been only six weeks since President Trump took office, but the damage to our government and
the U.S.'s standing in the world has been massive. AFGE and our members, however, are fighting back.
Here's a quick recap of the major actions we have taken:

1. **Probationary employees:** We filed a **lawsuit (/article/afge-files-lawsuit-against-opm-for-illegal-
   mass-firings-of-probationary-employees/)** against the administration for its illegal mass firings
   of probationary employees. A federal judge on Feb. 27 **ruled (/publication/federal-court-finds-**

firing-of-probationary-federal-employees-illegal/) that the mass firings were unlawful, saying OPM has no authority to fire employees employed by other agencies.

2. **USAID bill:** We worked with members of Congress to introduce a bill, **H.R. 1196 (https://www.congress.gov/bill/119th-congress/house-bill/1196)**, to prohibit the use of federal funds to eliminate the U.S. Agency for International Development (USAID). The agency was one of the first and biggest targets of the Trump administration, which has proceeded to **end (https://www.reuters.com/world/us/usaid-workers-say-goodbye-headquarters-trump-drastically-cuts-foreign-aid-2025-02-27/)** more than 90% of its foreign aid contracts. AFGE and allies are pursuing the next step of a **lawsuit (/article/afge-allies-vow-to-continue-fight-to-save-usaid/)** that seeks to stop the administration's illegal attempt to shut down USAID. The recent decision by a judge to allow the Trump administration to put employees on leave was not on the merit of the case but rather jurisdiction – that the case should be heard in federal labor court. In addition to the lawsuit, we're also working with Local 1534 which represents USAID employees, to file grievances over its violations of the labor-management contract and appeals to the Merit Systems Protection Board (MSPB) for unlawful terminations of employees. To keep our members informed of the current situation including lawsuits that affect them, AFGE created a new website for USAID employees at **www.afge.org/usaid (/take-action/campaigns/we-are-afge-strong/usaid-strong/)**. The website also provides resources such as ways they can fight back the attack on their agency, Executive Action Toolkit, RIF FAQ, Probationary FAQ, education resources, and more.

3. **Musk's emails:** Elon Musk's Office of Personnel Management (OPM) **backtracked (https://www.govexec.com/workforce/2025/02/opm-says-musk-demand-feds-report-accomplishments-voluntary/403221/?oref=ge-mini-feed)** on its email requiring federal workers to list five things they did the past week or risk termination after AFGE **threatened (/publication/afge-president-everett-kelley-response-to-elon-musks-demand-for-federal-workers-justify-their-jobs-or-resign/)** to challenge any unlawful terminations of our members. AFGE issued a statement and provided **guidance (/take-action/campaigns/we-are-afge-strong/executive-action-toolkit/guidance-opm-email/)** to members on the issue right after Musk sent the email that caused confusion and stress among the federal workforce. Musk sent another email the following week. AFGE reiterated our stance.

4. **Legally binding contracts:** For years, AFGE has prepared our locals to protect members in the event a future president tried to politicize the federal workforce. Our council and local leaders have put in place several safeguards against the politicization of the workforce and the work our members do in negotiated, legally-binding contracts. The AFGE EPA Council 238, for example, **signed (https://afge238.org/news/press-release-afge-council-238-reaches-new-contract-with-the-epa/)** a contract last year with a provision protecting scientific integrity.

5. **Grievances:** We're working with councils and locals in drafting local and national grievances against actions that violated our contracts.

6. **Fighting back:** AFGE's councils and locals have been working hard to protect members from illegal efforts to shut down their agencies and cut staff. Trump's attacks are unprecedented, but we are not taking it lying down. The AFGE council representing Social Security Administration (SSA) employees, for example, was largely successful in shielding the workers from Trump's

early attacks and is now working to fight Trump's **plan (https://prospect.org/health/social-security-administration-could-cut-half-its-workforce/)** to cut staff by 50%.

7. **Schedule F:** We filed a **lawsuit (/publication/public-service-unions-file-lawsuit-challenging-trump-administration-efforts-to-politicize-the-civil-service/)** against the administration for its efforts to politicize the civil service through Schedule F, now renamed Schedule Career/Policy.

8. **DOGE:** We filed a **lawsuit (/publication/advocacy-group-unions-sue-treasury-department-over-illegal-doge-data-access/)** against the administration for sharing confidential data with the so-called Department of Government Efficiency (DOGE) run by Elon Musk. As a result, a judge partially **blocked (/article/judge-partially-blocks-doge-data-access-in-response-to-lawsuit-by-afge-allies/)** DOGE's access to the Treasury Department's payment systems.

9. **DOGE:** We filed a **lawsuit (/article/afge-allies-file-suit-against-trump-omb-over-doge/)** against the administration for violating a law requiring that an advisory committee such as the Department of Government Efficiency (DOGE) be fairly balanced in its membership and points of view.

10. **DOGE:** We filed a **lawsuit (https://www.asppa-net.org/news/2025/2/doge-puts-dol-in-its-sights-labor-groups-push-back/)** against the administration for violating the Privacy Act and Administrative Procedures Act when DOGE tried to access sensitive data at the Department of Labor and dismantle and restructure federal agencies unilaterally. A judge Feb. 27 **ordered (https://www.nbcnews.com/politics/doge/judge-orders-doge-employee-testify-lawsuit-trump-administration-rcna194145)** DOGE to testify.

11. **Fork directive:** We filed a **lawsuit (/publication/trump-administration-fork-directive-ultimatum-unlawful-as-written-unions-urge-court-to-find/)** against the administration for removing career public service workers and replacing them with partisan loyalists through the Fork Directive. A judge **paused (/article/judge-blocks-implementation-of-fork-directive-as-requested-by-afge-allies/)** the deadline for the deferred resignation program as a result. Even though the judge eventually refused to further pause the deadline, we were able to delay the deadline to allow members to make a decision. The case is still ongoing as the judge did not rule on the underlying lawfulness of the program but procedural grounds, arguing the union had no direct stake.

12. **Executive Action toolkit:** AFGE released a **toolkit (/take-action/campaigns/we-are-afge-strong/executive-action-toolkit/)** for members and locals to use in response to Trump's anti-worker executive orders. The toolkit includes guidance and templates and will be updated regularly.

13. **Online clearing house:** AFGE and allies have launched an online clearing house to share best practices and provide assistance to federal workers in understanding and exercising their rights. **Civil Service Strong (https://www.civilservicestrong.org/)** provides information about employee rights, legal representation, whistleblowing, and more. It explains the process to file a discrimination complaint through the Equal Employment Opportunity Commission and the role of the Merit Systems Protection Board in protecting the civil service from political interference and upholding merit principles. The resource center will soon launch a centralized

hub for individuals facing harassment by private individuals, or fearing firing, reassignment, or retaliation.

14. **Town halls:** We held and participated in internal and external national, local, council, and district town halls with AFGE members, supporters, and elected officials discussing how AFGE is fighting and sharing best practices on how others can support our fight.

15. **Public responses:** AFGE continues to educate the public about the impact of these anti-worker policies on federal employees and the American people who rely on them to provide the services they have paid for and deserve. AFGE leaders have been giving interviews to the media and have been quoted extensively on the danger of these policies.

16. **Legislative efforts and rallies:** AFGE has been educating members of Congress on the real-world impact of Trump's anti-worker directives on federal workers and the American people they serve in the hopes that they will work to nullify them through legislation. After Election Day, we began tracking statements and policy positions related to the federal workforce issued by President-elect Trump, congressional leaders, and think tanks supporting the incoming administration and gaming out the potential scope and impact of changes that the Trump administration and the 119th Congress could seek to make to the federal workforce. We expect the next 18 months to pose the gravest threat to the nonpartisan, merit-based civil service system since the system was established in 1883 and revised in the 1978 Civil Service Reform Act. We have also been working closely with our allies on Capitol Hill, in both the Republican and Democratic parties, to protect federal workers' jobs, pay, and benefits.

**Join us and fight back!**

**Joining AFGE (https://join.afge.org/)** is easy. It takes only a few minutes!

## Recent AFGE News:

### *AFGE Will Challenge Trump's Illegal Directive Outlawing Federal Unions (/link/2b5e1ab4282142278520fa5a20eef88f.aspx)*

4/3/25, 2:45 PM
Case 3:25-cv-03070-JD   Document 15-18   Filed 04/07/25   Page 24 of 26
What AFGE Is Doing: A Recap of AFGE's Major Actions Against Trump's Attacks on Civil Service

March 31, 2025



(/link/2b5e1ab4282142278520fa5a20eef88f.aspx)

AFGE will challenge the Trump administration for illegally attempting to strip over one million federal workers of collective bargaining rights and rip up union contracts.

**Read More (/link/2b5e1ab4282142278520fa5a20eef88f.aspx)**

---

## *Chaos and Corruption Weekly Digest: Week 10 (/link/638f6319f5e5459aa2b411b5f4b5e3bc.aspx)*

March 31, 2025



(/link/638f6319f5e5459aa2b411b5f4b5e3bc.aspx)

Week 10 saw Trump's biggest attack on the labor movement in history: his illegal attempt to outlaw federal unions and end union contracts.

**Read More (/link/638f6319f5e5459aa2b411b5f4b5e3bc.aspx)**

---

### *GOP Lawmakers Push Through Legislation That Would Let Trump Abolish Any Agency without Congressional Oversight (/link/46a4f41a0f1e459ba6328171a7fd328b.aspx)*

*March 31, 2025*



(/link/46a4f41a0f1e459ba6328171a7fd328b.aspx)

President Trump has many willing partners in Congress, and it was evident on March 25 when Republican members of the House Oversight and Government Reform Committee marked up four anti-federal worker bills.

**Read More (/link/46a4f41a0f1e459ba6328171a7fd328b.aspx)**