Leon Dayan, SBN 153162
Abigail V. Carter*
Ramya Ravindran*
Lane M. Shadgett*
J. Alexander Rowell*
**BREDHOFF & KAISER P.L.L.C.**
805 Fifteenth Street NW, Suite 1000
Washington, D.C. 20005
Tel. (202) 842-2600
Fax (202) 842-1888
ldayan@bredhoff.com
acarter@bredhoff.com
rravindran@bredhoff.com
lshadgett@bredhoff.com
arowell@bredhoff.com
*Application *pro hac vice* pending

Daniel Feinberg, SBN 135983
Catha Worthman, SBN 230399
Anne Weis, SBN 336480
**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel. (510) 269-7998
Fax (510) 269-7994
dan@feinbergjackson.com
catha@feinbergjackson.com
anne@feinbergjackson.com

*Attorneys for Plaintiffs* (Additional Counsel not listed)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*, | Case No. 3:25-cv-03070-JD |
| Plaintiffs, | **DECLARATION OF KANG JIN KIM** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | |
| Defendants. | |

Declaration of Kang Jin Kim
Case No. 3:25-cv-03070-JD

# DECLARATION OF KANG JIN KIM

I, Kang Jin Kim, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the Senior Steward of the San Francisco Passport Agency, a part of Local 1998 of the National Federation of Federal Employees ("NFFE"). NFFE is a national labor organization and unincorporated membership organization headquartered in Washington, D.C.

3. NFFE Local 1998 represents approximately 1,606 employees working at Passport Services, a division of the State Department's Bureau of Consular Affairs at the Department of State. We represent passport specialists whose duties include verifying and processing millions of U.S. passport applications each year for American citizens.

4. NFFE Local 1998 represents approximately 125 employees in California, including approximately 52 employees in the Northern District of California, 25 of whom are dues-paying members. They are employed at the San Francisco Passport Agency, determining the citizenship and identity of applicants for U.S. Passports.

5. NFFE members pay dues voluntarily as federal employees.

6. NFFE's operations are solely funded by members, who almost exclusively pay dues through Agency dues witholding. NFFE will be financially harmed if the Executive Order is implemented because it will immediately lose dues revenue from members who are covered by the Executive Order. NFFE currently does not have a mechanism to maintain membership of union members who leave federal service.

7. NFFE's ability to carry out its mission will be severely curtailed if union members do not pay dues to NFFE through Agency dues-withholding. Without this dues revenue,

Declaration of Kang Jin Kim                                                                                   1
Case No. 3:25-cv-03070-JD

NFFE would not have the ability to maintain its current staff, who help with training union leaders, assisting with grievances, negotiating collective bargaining agreements, advocating for employees on Capitol Hill, and filing litigation on behalf of the employees we represent.

8. On Monday, March 31, 2025, at 6:42 PM, Bradley Phillips, Deputy Labor Management Negotiator for Passport Services within the Department of State, emailed as follows:

> a. "On Thursday, March 27, 2025, the President issued an Executive Order (EO), entitled 'Exclusions from Federal Labor-Management Relations Programs'. In compliance with the EO, effective immediately, the Department hereby terminates the Collective Agreement with NFFE Local 1998 and will no longer recognize NFFE as an exclusively recognized labor organization.
>
> b. The Department will cease all further payroll dues allotments immediately. Additionally, all recurring meetings between NFFE and the Department, both at the local and national levels, are cancelled. Official time for all officials and stewards will end at close of business today. All employees will be expected to return to their regular positions at that time.
>
> NFFE must also remove all material from and vacate Department-provided office space by COB April 4."

9. A grievance I filed in March, 2025, concerning a San Francisco employee's extended probationary period has been affected by President Trump's Executive Order; Management now maintains there is no requirement that it respond to the grievance. One employee who contributed their circumstances to the grievance has suddenly had their probationary period extended. That retaliatory action can no longer be appealed through the

Declaration of Kang Jin Kim                                                                                     2
Case No. 3:25-cv-03070-JD

filing of a grievance, since the Agency no longer recognizes Local 1998 as the employees' exclusive representative.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed April 3, 2025, in San Francisco, CA

*/s/ Kang Jin Kim*
Kang Jin Kim

Declaration of Kang Jin Kim
Case No. 3:25-cv-03070-JD

3