Leon Dayan, SBN 153162
Abigail V. Carter*
Ramya Ravindran*
Lane M. Shadgett*
J. Alexander Rowell*
**BREDHOFF & KAISER P.L.L.C.**
805 Fifteenth Street NW, Suite 1000
Washington, D.C. 20005
Tel. (202) 842-2600
Fax (202) 842-1888
ldayan@bredhoff.com
acarter@bredhoff.com
rravindran@bredhoff.com
lshadgett@bredhoff.com
arowell@bredhoff.com
*Application *pro hac vice* pending

Daniel Feinberg, SBN 135983
Catha Worthman, SBN 230399
Anne Weis, SBN 336480
**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel. (510) 269-7998
Fax (510) 269-7994
dan@feinbergjackson.com
catha@feinbergjackson.com
anne@feinbergjackson.com

*Attorneys for Plaintiffs* (Additional Counsel not listed)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-03070-JD<br><br>**DECLARATION OF COREY LANHAM** |

Declaration of Corey Lanham
Case No. 3:25-cv-03070-JD

# DECLARATION OF COREY LANHAM

I, Corey Lanham, declare as follows:

1. I have knowledge of the facts set forth herein and, if called as a witness to testify to these facts, could competently do so.

2. I am the National Bargaining Director for California Nurses Association/National Nurses Organizing Committee/National Nurses United ("NNOC/NNU" or "Union"). I have worked at NNOC/NNU since 2003. I first worked as an organizer and then as a labor representative. In 2017, I became NNOC/NNU's Mid-Atlantic Director, and in this position my duties included supervising of labor representatives responsible for the Union's collective bargaining relationship with the Department of Veterans Affairs ("VA"). In 2022, I became NNOC/NNU's National Collective Bargaining Director and remain in this position today. In this position, I have ultimate responsibility for the Union's collective bargaining relationship with the VA.

3. Joseph Henry is NNOC/NNU's Assistant Collective Bargaining Director for the VA Division. I am Mr. Henry's direct supervisor. As Mr. Henry's supervisor, I regularly receive reports from him, provide direction to him, review correspondence and other documents, and make decisions concerning matters affecting RNs employed at the VA. Mr. Henry works in NNOC/NNU's headquarters located in Oakland, California.

4. NNOC/NNU is a labor organization and nonprofit corporation headquartered at 155 Grand Ave., Oakland, California 94612. NNOC/NNU represents approximately 140,000 RNs, including 90,000 registered nurses ("RNs") employed in California.

5. NNOC/NNU's mission is to improve RNs' workplace standards through collective bargaining and to reform our national healthcare system so that all patients have access to safe and high-quality care, regardless of ability to pay.

6. NNOC/NNU bargains and enforces contracts with healthcare employers that include health and safety standards, adequate staffing, fair and equitable policies and procedures, sustainable wages, and protections for RNs as patient advocates. NNOC/NNU also provides expertise on nursing practice and industrial health and safety. NNOC/NNU advocates for preserving and improving our public health infrastructure.

7. NNOC/NNU represents a bargaining unit of approximately 16,000 registered nurses ("RNs") employed at the VA. These RNs work at 23 different VA facilities across 13 states. Approximately 1000 RNs employed at the San Diego VA are part of this bargaining unit. RNs with remote work arrangements are also in NNOC/NNU's bargaining unit. This includes nurses who live and work in Alameda, Marin, and Santa Clara counties in California.

8. NNOC/NNU and the VA are parties to a collective bargaining agreement covering these RNs. It has a term of May 26, 2023 through May 26, 2026.

9. VA RNs represented by NNOC/NNU provide care to our nation's Veterans, through a broad range of services, including but not limited to inpatient and outpatient services, care at and away from the bedside, working in units ranging from critical care units to in-home services, and also providing patient education. The RNs in NNOC/NNU's bargaining unit are civilians.

10. NNOC/NNU has vocally opposed Trump's agenda by supporting the right to medical care for transgender patients and the right of patients to receive care in hospitals without threat of deportation. NNOC/NNU has been vocally opposed to gutting public health infrastructure, including the termination of federal health workers, cuts to Medicaid, and the confirmations of Robert F. Kennedy, Jr. and Mehmet Oz to critical health policy positions.

11. NNOC/NNU has organized rallies of RNs to protest staffing cuts in the VA as well as cuts to Medicaid and Medicare, and has organized meetings with members of Congress on these issues.

12. NNOC/NNU has filed approximately 18 grievances against the VA since January 20, 2025. These include grievances over retaliation for union activity, discrimination, and unilateral changes to working conditions, This includes two national grievances filed over key Trump administration priorities: the cancelation of alternate workplace agreements and the "5 bullet points" memo.

13. On or about January 21, 2025, Trump issued a Presidential Memo on "Return to In-Person Work." On January 24, 2025, Acting VA Secretary Collins issued a memo providing that the VA's telework policy would be revised and that all VA employees would be required to work

2

Declaration of Corey Lanham
Case No. 3:25-cv-03070-JD

1 at an agency worksite. The VA subsequently issued a bulletin on Return to In-Person Work, setting forth timelines for terminating remote work agreements. Approximately 1,700 VA RNs represented by NNOC/NNU have entered into alternate workplace agreements. They primarily field calls from veterans who are seeking medical treatment and who do not live near a VA hospital. On or about March 20, NNU/NNOC Assistant Director Joseph Henry, who works in our Oakland, California office, filed a national grievance on this issue.

14. NNOC/NNU and the VA were scheduled to bargain over the return to in-person work issue on April 2, 2025. Prior to bargaining, Agency Lead Ryan Fulcher emailed Joseph Henry to cancel this bargaining session without explanation.

15. On February 22, 2025, RNs employed by the VA received an email from hr@opm.gov with the subject line "What did you do?" The body of the email said "Please reply to this email with approx. 5 bullets of what you accomplished last week and cc your manager. Please do not sent any classified information, links, or attachments. Deadline is Monday at 11:50EST." That same day, Elon Musk Tweeted that "Failure to respond" to the email "will be taken as a resignation." On February 28, 2025, OPM sent another email to VA RNs with the subject line "What did you do last week? Part II," with similar instructions to the February 22 email, but with the addition "Going forward, please complete the above talk each week." NNOC/NNU members found the emails insulting and dehumanizing. RNs spend their days providing direct patient care at the bedside of veterans. RNs chart all of their patient care in real time, in addition to providing timely reports to supervisors, so the idea that they are required report their work tasks to an anonymous email address under threat of termination is especially insulting. On or about March 21, 2025, NNOC/NNU Assistant Director Joseph Henry, who works in our Oakland, California office, filed a national grievance on this issue.

16. The Trump Administration has already demonstrated its hostility toward VA RNs who engage in concerted activity. In February 2025, approximately 20 RNs employed at the Hines VA Medical Center in Chicago, IL, delivered a petition to their supervisor to raise concerns over staffing and other safety concerns at the hospital. In an unprecedented move, several days after the petition was delivered, at least six RNs were issued criminal citations and are being

prosecuted in federal court. The VA has never before responded to NNOC/NNU members' concerted activity by having them criminally prosecuted.

17. On March 27, 2025, I learned of an Executive Order entitled "Exclusions from Federal Labor Management Relations Programs," that purported to exclude hundreds of thousands of workers, including VA employees, from collective bargaining protections ("Exclusion Order"). I learned of the Executive Order through an article in the online political news magazine "The Hill." NNOC/NNU did not receive any prior notice of the Executive Order before it was issued. NNOC/NNU was not given an opportunity to rebut the national security assertion prior to the Executive Order being implemented.

18. On February 13, 2025, the Atlanta Regional Director of the Federal Labor Relations Authority ("FLRA") Brent Hudspeth scheduled a hearing in a pending representation case filed by NNOC/NNU. NNOC promptly began preparing for the hearing. On March 28, 2025, Re gional Director Hudspeth sent a letter providing: "On March 27, 2025, President Donald J. Trump issued an Executive Order, Exclusions from Federal Labor-Management Relations Programs. As the Federal Labor Relations Authority examines the impact of the Order, YOU ARE HEREBY notified that I am postponing this hearing indefinitely." A true and correct copy of that letter is attached hereto as Exhibit A.

19. NNOC/NNU's members who work in VA hospitals have been very alarmed by the Exclusion Order, and responding to RNs concerns has taken considerable union resources since the order issued. This includes fielding questions from RNs about the Exclusion Order, developing a plan to advocate for the best possible outcome for members employed by the VA, and organizing, producing materials to communicate the Union's position on the Exclusion Order, and organizing a rally in opposition to the Exclusion Order. The staff and resources used in these efforts would otherwise be used to improve RNs' workplace standards, and promote safe conditions for nurses and their patients.

20. VA RNs do not provide care to active duty service members or perform any other service connected to national security. More than 48% of the patient population within the VA system have service-related disabilities. Nearly half (46.3%) of the patients in the VA system are

over the age of 65 and 84% are over the age of 45. This information is available in the National Healthcare Quality and Disparities Report: Chartbook on Healthcare for Veterans, available at: https://www.ncbi.nlm.nih.gov/books/NBK578553/.

I declare under penalty of perjury under the laws of the Maryland that the foregoing is true and correct.

Executed on April 3, 2025, at Rockville, Maryland.

_____
Corey Lanham

# EXHIBIT A

## UNITED STATES OF AMERICA
## BEFORE THE FEDERAL LABOR RELATIONS AUTHORITY
## ATLANTA REGION

Department of Veterans Affairs
Tuscaloosa Veterans Affairs Medical Center
Tuscaloosa, Alabama
    (Agency)

Case No. AT-RP-25-0008

and

California Nurses Association/
National Nurses Organizing Committee,
National Nurses United, AFL-CIO
    (Labor Organization/Petitioner)

## ORDER POSTPONING HEARING INDEFINATELY

On February 13, 2025, I issued a Notice of Hearing in the above-captioned case. The hearing is scheduled for Tuesday, April 8, 2025 via Microsoft Teams. On March 27, 2025, President Donald J. Trump issued an Executive Order, Exclusions from Federal Labor-Management Relations Programs. As the Federal Labor Relations Authority examines the impact of the Order, YOU ARE HEREBY notified that I am postponing this hearing indefinitely.

Dated March 28, 2025            Federal Labor Relations Authority

                                         */Brent S. Hudspeth/*
                                         Brent S. Hudspeth
                                         Regional Director, Atlanta Region

Service Sheet

## SERVICE SHEET

I certify that on March 28, 2025, I served the parties listed below a copy of the **Order Postponing Hearing Indefinitely,** issued by Brent S. Hudspeth, Regional Director, by email.

Karen S. Rodgers, Esquire
Human Resource Specialist (Emp Rel/Lab/Rel)
VA Southeast Network (VISN 7)
3700 Crestwood Parkway, Suite 220
Duluth, GA 30096
Karen.rodgers2@va.gov

Jesse G. Pooler Jr.
Supervisory Employee and Labor Relations Specialist
VA Southeast Network (VISN 7)
3700 Crestwood Parkway, Suite 210
Duluth, Georgia 30096
Jesse.Pooler@va.gov

David Willhoite, Legal Counsel
California Nurses Association/National Nurses Organizing Committee
National Nurses United, AFL-CIO
155 Grand Avenue
Oakland, CA 94612
dwillhoite@calnurses.org

Charlotte A. Dye, Deputy General Counsel
Office of the General Counsel
Federal Labor Relations Authority
1400 K Street, Third Floor
Washington, D.C. 20424-0001



MELISSA HARDY
Digitally signed by MELISSA HARDY
Date: 2025.03.28 15:55:35 -04'00'