LEON DAYAN (State Bar No. 153162)
ABIGAIL V. CARTER*
RAMYA RAVINDRAN*
LANE M. SHADGETT*
J. ALEXANDER ROWELL*
**BREDHOFF & KAISER P.L.L.C.**
805 Fifteenth Street NW, Suite 1000
Washington, DC 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
ldayan@bredhoff.com
acarter@bredhoff.com
rravindran@bredhoff.com
lshadgett@bredhoff.com
arowell@bredhoff.com
*Application *pro hac vice* forthcoming

Daniel Feinberg, SBN 135983
Catha Worthman, SBN 230399
Anne Weis, SBN 336480
**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel. (510) 269-7998
Fax (510) 269-7994
dan@feinbergjackson.com
catha@feinbergjackson.com
anne@feinbergjackson.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No.: 3:25-cv-03070-JD<br><br>**DECLARATION OF MARIE OWENS POWELL** |

Declaration of Marie Owens Powell, No. 3:25-cv-03070-JD

# DECLARATION OF MARIE OWENS POWELL

I, Marie Owens Powell, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I worked for the Environmental Protection Agency ("EPA") for more than 33 years. I retired on March 8, 2025, from my position as an Underground Storage Tank Inspector. In my role, I assessed compliance with the underground storage tank regulations to ensure appropriate equipment and procedures were in place to prevent or immediately detect releases to the environment.

3. I am the President of the American Federation of Government Employees Council 238. I am also a member of American Federation of Government Employees ("AFGE") Local 3631, Philadelphia, PA. I have been a member of AFGE for over twenty years, and Local 3631 has been in place for well over 30 years. EPA employees in Local 3631 protect human health and the environment in the states of Delaware, Maryland, Pennsylvania, Virginia, West Virginia, and the District of Columbia by stopping polluters from polluting, reviewing permits for the regulated communities, responding to environmental disasters and cleaning up the air, water and soil. Neither I nor anybody I have worked with does anything national security related.

4. Council 238 represents a bargaining unit of more than 8,400 civil servants who work for the Environmental Protection Agency. There are thirteen Locals in Council 238 across the country. These employees include attorneys, inspectors, On Scene Coordinators, Remedial Project managers, Toxicologists, Chemists, Public Affairs Specialists, and Permit Writers. These bargaining unit members work across the country in regional offices, laboratories, field offices and headquarters. These employees protect human health and the environment through:

- Monitoring of air and water quality;
- Remediation of contaminated lands;
- Conducting original research to evaluate impacts of human activity on human health and the environment;
- Drafting environmental regulations;
- Enforcing environmental statutes and regulations;
- Overseeing State-delegated programs;
- Managing grants and projects; and
- Conducting legal review of proposed regulations and enforcement actions.

On its face, the March 27, 2025 Executive Order titled "Exclusions from Federal Labor Management Relations Programs" ("Executive Order") appears to cover all of the workers in Council 238's bargaining unit.

  5. Council 238's mission is to advocate for and promote the interests of bargaining unit members in their federal employment, including working for a safe and fair workplace for all members. As the exclusive bargaining representative of these workers, the Union provides many services to all bargaining unit members. Core functions of the Union include collective bargaining with the agency to obtain a fair and reasonable collective bargaining agreement ("CBA"); filing and negotiating grievances against the agency to enforce the terms and conditions of the CBA; pursuing arbitrations on behalf of workers to enforce the CBA; representing employees in EEO matters, including reasonable accommodations, communicating to elected representatives, and providing other support, guidance, and resources to bargaining unit employees.

Declaration of Marie Owens Powell                                                 2

6. The Union also files unfair labor practice charges; bargains with EPA when the agency issues new policies during the life of the CBA; represents employees in EEO matters, including reasonable accommodation, harassment and prohibited employment practice matters; provides training for members; communicates to elected representatives; renders assistance to employees with employment records issues, such as clarifying veteran's preference standing, and works closely with management to resolve employee problems.

7. The Executive Order will have an immediate adverse effect on the Union's ability to provide these services to unit members and to accomplish its mission. The Executive Order will also have an immediate adverse impact on workers in the bargaining unit.

8. If the Union is no longer the exclusive bargaining representative of the unit, the Union cannot enforce the CBA against the agency. The CBA, which is effective from June 2024 to June 2028, provides important rights and protections to workers. For instance, the CBA:

   a. Sets terms and conditions for working hours, overtime, sick leave, holidays, and paid time off for workers in the unit.

   b. Imposes safety and health requirements to ensure the welfare of workers in their place of employment.

   c. Establishes protections for workers regarding reduction-in-force ("RIF") actions and procedures.

   d. Imposes procedures for and limitations on disciplinary and adverse actions against workers.

   e. Provides for an Employee Assistance Program for individuals who have problems associated with alcohol, drug, marital, family, legal, financial, stress, attendance, and other personal concerns.

   f. Establishes grievance and arbitration procedures for employees and the Union to resolve disputes with the agency over employment matters.

   g. Provides for official time and office space, which allows bargaining unit employees to perform union representation activities during certain amounts of time the employee otherwise would be in a duty status, without loss of pay or charge to annual leave, and on agency property.

   h. Protects the scientific integrity of employees.

Without the Union to represent them and enforce the CBA, the workers will not have the benefit of those rights and protections going forward. I understand that the agency is directed to rescind the CBA under the Executive Order.

9. In particular, losing the scientific integrity article of the CBA will allow the Agency to retaliate against scientists whose findings differ from the political aims of the President. A core value of EPA—that policy follows the science and not vice versa—is under threat.

10. As a result of the Executive Order, pending grievances and arbitrations to vindicate workers' rights, including under the CBA, will be left unresolved. The matters currently being discussed as part of the grievance procedure include:

- Several overarching grievances regarding telework and return-to-work requirements, including a grievance to allow for military spouse exemptions to the return to office requirements.
- Several grievances over the termination of employees who were miscategorized as probationary and the agency's retroactively reclassifying probationary employees.

Declaration of Marie Owens Powell                                        4

- More than 1,100 individual employee grievances filed related to telework or remote work requirements.

11. The Union's activities are funded through members' voluntary dues, many of which are paid through payroll deduction from their pay. Council 238 will not be able to continue to provide the current level of representation, support, and guidance to our bargaining unit employees if payroll dues deductions are stopped under the Executive Order.

12. Official time is essential to the Union's ability to represent our employees. If Union Officials are not granted official time, they will be forced to meet with employees, draft grievances, EEO complaints, or other essential documents during non-working hours, such as in the evenings and on weekends. Employees will be deprived of any representation in the workplace, and union officials will be unable to work with managers to informally resolve workplace issues.

13. The Executive Order is chilling workers' speech and activity. Because the Order targets federal unions and their employees, current EPA employees are afraid to raise concerns about management, misconduct, or working conditions through the Union. Many employees have expressed fear of filing grievances because they are afraid that doing so puts a target on their back and they will be terminated or put on administrative leave. I also know firsthand that current employees are afraid to criticize the administration or talk about politics, even on personal social media accounts. They are afraid that their work emails and social media use are being monitored.

14. Council 238 has made numerous public statements that are critical of the Administration. Those statements can be found here: https://afge238.org/news/. Council 238 recently held a solidarity walk which showed support for the agency's work and federal

Declaration of Marie Owens Powell                                                                 5

employees at several work locations during lunch. I was told that Administrator Zeldin was angry about the solidarity walk and wanted to audit all employee timecards for the day the solidarity walk took place. After the Executive Order aimed at federal unions, I worry that Council 238 and union EPA employees will be retaliated against for such statements and demonstrations going forward.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed April 1, 2025, in Cape May Court House, NJ.

*Marie Owens Powell*

Marie Owens Powell