1  Leon Dayan, SBN 153162
   Abigail V. Carter*
2  Ramya Ravindran*
   Lane M. Shadgett*
3  J. Alexander Rowell*
4  **BREDHOFF & KAISER P.L.L.C.**
   805 Fifteenth Street NW, Suite 1000
5  Washington, D.C. 20005
   Tel. (202) 842-2600
6  Fax (202) 842-1888
   ldayan@bredhoff.com
7  acarter@bredhoff.com
   rravindran@bredhoff.com
8  lshadgett@bredhoff.com
   arowell@bredhoff.com
9  *Application *pro hac vice* pending
10
   Daniel Feinberg, SBN 135983
11 Catha Worthman, SBN 230399
   Anne Weis, SBN 336480
12 **FEINBERG, JACKSON, WORTHMAN
   & WASOW, LLP**
13 2030 Addison Street, Suite 500
14 Berkeley, CA 94704
   Tel. (510) 269-7998
15 Fax (510) 269-7994
   dan@feinbergjackson.com
16 catha@feinbergjackson.com
   anne@feinbergjackson.com
17
18 *Attorneys for Plaintiffs* (Additional Counsel not listed)

19              **UNITED STATES DISTRICT COURT**

20            **NORTHERN DISTRICT OF CALIFORNIA**

21                 **SAN FRANCISCO DIVISION**

22
   AMERICAN FEDERATION OF                    Case No. 3:25-cv-03070-JD
23 GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,

24          Plaintiffs,                       **DECLARATION OF CHRISTINA
                                              RADZAI**
25      v.

26 DONALD J. TRUMP, in his official capacity as
27 President of the United States, *et al.*,

28          Defendants.

   Declaration of Christina Radzai
   Case No. 3:25-cv-03070-JD

## DECLARATION OF CHRISTINA RADZAI

I, Christina Radzai, declare as follows:

1.    I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2.    I am the Chief Steward of Local 2021 of the National Federation of Federal Employees ("NFFE"). NFFE is a national labor organization and unincorporated membership organization. Local 2021 is headquartered in North Chili, New York.

3.    NFFE Local 2021 represents approximately 112 employees working at the APHIS Animal Care within the Department of Agriculture. We encompass two areas within that division: A) Animal Welfare Operations, which does animal welfare inspections at facilities that use animals for commercial purposes, such as breeders, zoos and research facilities; and B) Horse Protection, which looks for signs of soring (applying painful substances to horses to exaggerate their gait). These activities have no relation to national security.

4.    NFFE Local 2021 represents approximately nine employees in the State of California, approximately half of whom pay dues and four of which are employed in the San Francisco/San Jose area.

5.    NFFE Local 2021 has filed grievances over Agency misapplication of return to work, overtime, and back pay. The local has also conducted impact and implementation bargaining (e.g. bird regulations and lateral transfers).

6.    NFFE represents our federal sector members through negotiating collective bargaining agreements and assisting employees with enforcing them. We assert contractual and statutory rights on behalf of our federal sector members by filing grievances, unfair labor

Declaration of Christina Radzai                                                                                      1
Case No. 3:25-cv-03070-JD

practice charges, or other complaints through our negotiated grievance procedure or with various federal agencies, including the Merit Systems Protection Board, the Office of Special Counsel, and the Federal Labor Relations Authority. NFFE files litigation on employees' behalf in the courts. We also advocate on Capitol Hill and in the media on issues of importance to federal workers and to veterans.

7.      NFFE's operations, including our Local's, are solely funded by members who almost exclusively pay dues through Agency dues witholding.  NFFE Local 2021 will be financially harmed if the Executive Order is implemented because it will immediately lose dues revenue from members who are covered by the Executive Order.  NFFE Local 2021 currently does not have a mechanism to maintain membership of union members who leave federal service.

8.      NFFE's and our Local's ability to carry out its mission will be severely curtailed if union members do not pay dues to NFFE through Agency dues witholding.  For example, NFFE would not have the ability to maintain its current staff, who help with training union leaders, assisting with grievances, negotiating collective bargaining agreements, advocating for employees on Capitol Hill, and filing litigation on behalf of the employees we represent.

9.      NFFE members pay dues voluntarily as federal employees.

10.     We have heard from members who are concerned about NFFE losing strength and bargaining power because of the threat of diminished membership and smaller bargaining units.  The Executive Order stands to reduce NFFE's size and capacity, thereby curbing our abilities to advocate for positive change for federal workers.

11. On April 1, 2025, APHIS Administrator Mike Watson sent the following email to the
    Local 2021 bargaining unit:

Declaration of Christina Radzai                                                                  2
Case No. 3:25-cv-03070-JD

"SUBJECT: Notice of Exclusion from the Federal Service Labor-Management Relations Statute (FSLMRS) and Accompanying Actions

On March 27, 2025, President Trump signed an executive order (EO) entitled Exclusions from Federal Labor-Management Relations Programs (Exclusions). This order invoked the President's authority under 5 U.S.C § 7103(b)(1) and 22 U.S.C. § 4103(b) to exempt agencies and agency subdivisions from the provisions of the Federal Service Labor-Management Relations Statute and the Foreign Service Labor-Management Relations Statute (individually and collectively, the FSLMRS). By operation of 5 U.S.C. § 7103(b) and Exclusions, Animal and Plant Health Inspection Service (APHIS) is no longer subject to the collective-bargaining requirements of chapter 71 of part III, subpart F of title 5 (5 U.S.C. §§ 7101-7135).

Based on the EO and as of the date of this notice, APHIS no longer recognizes the National Federation of Federal Employees (NFFE), Local 2021 as the exclusive representative for employees referenced in the Federal Labor Relations Authority (FLRA) certification dated April 14, 2021. As a result, the following actions are being taken:

A. The collective bargaining agreement (CBA) between APHIS, Animal Care and NFFE, Local 2021, dated August 26, 2024, and any other negotiated agreements between these parties are no longer in effect. Agency, Departmental, and governmentwide policies will govern employment-related matters for all APHIS employees.

B. Official time pursuant to 5 U.S.C. 7103 et seq. will no longer be granted to or recorded by employees who previously served as NFFE, Local 2021 union

Declaration of Christina Radzai
Case No. 3:25-cv-03070-JD

3

representatives under the CBA or other negotiated agreements. Effective Monday, March 31, 2025, all such employees not in an approved leave status are to report to work and perform duties consistent with their respective position of record or other documented assignment, i.e., detail, temporary promotion, etc.

C. Union dues that were being withheld from employees' pay and transmitted to NFFE, Local 2021 will be stopped in pay period 5.

D. Appropriate personnel actions will be processed to change the bargaining unit status code on SF-50s and position descriptions to 8888, as APHIS employees are excluded from coverage under the FSLMRS.

E. APHIS, Animal Care will no longer participate in ongoing and pending proceedings regarding grievances or arbitrations under former negotiated grievance procedures, or any other matters under the FSLMRS."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed April 3, 2025, in Paxinos Pennsylvania

Christina Radzai

Christina Radzai

Declaration of Christina Radzai
Case No. 3:25-cv-03070-JD

4