LEON DAYAN (State Bar No. 153162)
ABIGAIL V. CARTER*
RAMYA RAVINDRAN*
LANE M. SHADGETT*
J. ALEXANDER ROWELL*
**BREDHOFF & KAISER P.L.L.C.**
805 Fifteenth Street NW, Suite 1000
Washington, DC 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
ldayan@bredhoff.com
acarter@bredhoff.com
rravindran@bredhoff.com
lshadgett@bredhoff.com
arowell@bredhoff.com
*Application *pro hac vice* forthcoming

Daniel Feinberg, SBN 135983
Catha Worthman, SBN 230399
Anne Weis, SBN 336480
**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel. (510) 269-7998
Fax (510) 269-7994
dan@feinbergjackson.com
catha@feinbergjackson.com
anne@feinbergjackson.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No.: 3:25-cv-03070-JD <br><br> **DECLARATION OF MARLENE RUDDY** |

Declaration of Marlene Ruddy, No. 3:25-cv-03070-JD

# DECLARATION OF MARLENE RUDDY

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a civilian licensed Registered Nurse ("RN") at the Department of Defense ("DOD") Naval Medical Center in San Diego, California. The Naval Medical Center is a military hospital. I am represented by the United Nurses Association of California/United Health Care Professionals, AFSCME, AFL-CIO (UNAC/UHCP). UNAC/UHCP is a labor organization and an unincorporated association headquartered at 955 Overland Ct., Suite 150, San Dimas, California 91773. UNAC/UHCP represents employees of the VA who are employed at Pettis Memorial Hospital in Loma Linda, California, and employees of DOD who are employed at the Naval Medical Center San Diego.

3. I am President of Balboa Registered Nurses Association (BRNA), an affiliate of UNAC/UHCP. UNAC/UHCP is an affiliate union of AFSCME and its members are members of AFSCME. BRNA represents approximately 401 Registered Nurses at the Naval Medical Center. UNAC/UHCP is an affiliate union of AFSCME and its members are members of AFSCME. UNAC/UHCP represents approximately 401 Registered Nurses at the Naval Medical Center. I am a dues-paying member of the union and it represents me.

4. I have been working at the Naval Medical Center for 25 years. Our members provide support, medical care, and treatment to active-duty service members of all branches, beneficiaries, and their family members.

5. The President's March 27, 2025, executive order ("EO") *Exclusions from Federal Labor-Management Relations Programs* will have an immediate harmful effect on UNAC/UHCP and its members by making it impossible for the Union to accomplish its mission to represent and advocate for all members of the bargaining unit while ensuring fairness in the workplace.

6. The Executive Order excludes my bargaining unit from collective bargaining rights under the Federal Service Labor-Management Relations Statute (FSLMRS) because I work for a

Declaration of Marlene Ruddy                                                                                                            1

hospital that is part of the DOD. I was completely surprised to hear that. Neither I nor anyone I work with does anything National security related. My day-to-day tasks include assessing patient needs, coordinating care plans, scheduling patient appointments, and developing and managing a client centered case management plan—all of which are just about providing quality patient care, not about national security at all.

**Harm to UNAC, and its Members**

7. Having UNAC/UHCP represent the bargaining unit at the military hospital provides staff the support they need from bullying, workplace harassment, unfair treatment, retaliation, and so much more from active-duty and civilian leadership. Losing our union will have significant consequences for staff here at our military treatment facility. The ability to bargain collectively is a main difference that sets our civilian, direct patient care health care worker members apart from active duty in the chain of command.

8. If our collective bargaining rights are stripped under the Federal Service Labor-Management Relations Statute ("FSLMRS"), bargaining unit members will lose their bargaining power with management. Employees will no longer have a unified voice to negotiate working conditions, possibly leading to management setting policies without worker input. This means we will also lose job protections that have been negotiated by the union, such as safeguards against unfair termination or layoffs, making employees more vulnerable to at-will employment policies.

9. Without the CBA, employees may have fewer options for addressing grievances and will be afraid to raise any workplace concerns about their terms and conditions of employment in the absence of the CBA's grievance process. Employees will have to rely on HR to address grievances, which is aligned with employer interests and does not have the duty of fair representation to employees like our union does. The workers will lose their best resource for protecting themselves at work. With no grievance process, there is little incentive for supervisors to work collaborative with direct patient care nursing staff to address health care issues and concerns. The lack of a CBA may also make it more difficult to fill already hard to fill RN positions due to market competition with other health care facilities which are mostly union here

Declaration of Marlene Ruddy                                                                                                     2

in California.

10. Without the fair rules of the workplace that are included in the CBA, promotions, raises, or discipline will be more subjective, increasing the risk of favoritism or discrimination. The hospital will be able to alter policies on breaks, shifts, or workloads without seeking employee input and without negotiating with the union.

11. As President of BRNA, I have seen firsthand how the union has advocated on behalf of many members by using the grievance process. The grievance process allows for issues to be addressed at the informal level first, which allows for labor and management to collaborate and reach understanding without escalation. I have also seen the union help members file Equal Employment Opportunity ("EEO") grievances regarding being discriminated against in the workplace, and help those members and be fairly represented in the process. Without the Union, I am afraid—and I know my fellow nurses will also be afraid—to raise concerns about management, misconduct, or working conditions due to retaliation from leadership.

12. If UNAC/UCHP can no longer receive dues through payroll deduction under the Executive Order, this will impede the Union's ability to advocate and provide its representational services to the union's members and the entire bargaining unit.

13. The Executive Order is also having a chilling effect on workers' speech and activity at the hospital. Bargaining unit employees are already afraid to raise concerns about management, misconduct, or working conditions due to the fear of retaliation and the absence of collective bargaining rights. Because we know that the EO creates a process for possibly exempting certain workers at DOD from the EO's ban on collective bargaining, we are scared that if we speak up, we will not get that exemption. And even if we do get the exemption and get our collective bargaining rights back, the fact that we lost them and then had to get them back makes clear to us now that we could lose them at any time even though we are health care workers, and so that will make it scary for us to speak up in the future too.

I declare under penalty of perjury under the laws of the United States of America that the

Declaration of Marlene Ruddy                                                                                                  3

foregoing is true and correct. Executed this 3rd day of April 2025 in California.

*[Signature: Marlene Ruddy]*

Marlene Ruddy

Declaration of Marlene Ruddy                                                                                          4