LEON DAYAN (State Bar No. 153162)
ABIGAIL V. CARTER*
RAMYA RAVINDRAN*
LANE M. SHADGETT*
J. ALEXANDER ROWELL*
**BREDHOFF & KAISER P.L.L.C.**
805 Fifteenth Street NW, Suite 1000
Washington, DC 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
ldayan@bredhoff.com
acarter@bredhoff.com
rravindran@bredhoff.com
lshadgett@bredhoff.com
arowell@bredhoff.com
*Application *pro hac vice* forthcoming

Daniel Feinberg, SBN 135983
Catha Worthman, SBN 230399
Anne Weis, SBN 336480
**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel. (510) 269-7998
Fax (510) 269-7994
dan@feinbergjackson.com
catha@feinbergjackson.com
anne@feinbergjackson.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No.: 3:25-cv-03070-JD <br><br> **DECLARATION OF JAMES WHITE** |

Declaration of James White
Case No. 3:25-cv-03070-JD

|   |   |
|---|---|
| 1 | **DECLARATION OF JAMES M. WHITE SR.** |
| 2 | I, James M. White Sr., declare as follows: |
| 3 | 1.   I am over 18 years of age and competent to give this declaration. This declaration |
| 4 | is based on my personal knowledge, information, and belief. |
| 5 | 2.   I am a housekeeping aide at the Baltimore VA Medical Center, where I have |
| 6 | worked for about five years. |
| 7 | 3.   I am the President of the American Federation of Government Employees Local |
| 8 | 424 ("Local 424" or the "Union"). Prior to that, I was Local 424's First Vice President. My job |
| 9 | as President of Local 424 is to listen to the workers in my unit, advocate for their needs, and |
| 10 | work with agency management to resolve problems formally and informally. |
| 11 | 4.   Local 424 represents approximately 3,600 civil servants at eight hospitals, clinics, |
| 12 | and community-based vet centers who work for VA Maryland Health Care, a component of the |
| 13 | Department of Veterans Affairs. These employees include essentially all positions other than |
| 14 | registered nurses and management at VA Maryland Health Care, including physicians, surgeons, |
| 15 | police officers, licensed practical nurses, social workers, health technicians, certified nursing |
| 16 | assistants, pharmacists, maintenance and supply staff, housekeepers, cooks, and many others. |
| 17 | The March 27, 2025 Executive Order titled "Exclusions from Federal Labor Management |
| 18 | Relations Programs" ("Executive Order") appears to cover all of the workers in Local 424's |
| 19 | bargaining unit other than police officers and firefighters. The members of Local 424 are |
| 20 | dedicated to meeting the social service and health care needs of our veterans and I'm not aware |
| 21 | of any employees in the bargaining unit who have any responsibilities related to national |
| 22 | security. |
| 23 | 5.   Local 424's mission is to advocate for and promote the interests of bargaining |
| 24 | unit members and work collaboratively with VA Maryland Health Care management to ensure |
| 25 | we are providing quality care to veterans. As the exclusive bargaining representative of |
| 26 | bargaining unit workers, the Union provides many services to all bargaining unit members. Core |
| 27 | functions of the Union include collective bargaining with the agency to obtain a fair and |
| 28 | Declaration of James M. White Sr.                                                                                                          1<br>Case No. 3:25-cv-03070-JD |

reasonable master collective bargaining agreement ("MCBA"); negotiating mid-term changes to conditions of employment; filing and negotiating grievances to enforce the terms and conditions of the MCBA; pursuing arbitrations on behalf of workers to enforce the MCBA; submitting unfair labor practice charges when worker rights are violated; and generally providing voice, support, and resources to all VA Maryland Health Care employees.

6. The Executive Order is having immediate harmful effects on bargaining unit employees and the Union's ability to provide services to members and accomplish its mission.

7. The National VA Council MCBA, which covers Local 424, is effective as of August 2023 and provides important rights and protections to our members. Among other things, the MCBA: (a) establishes reasonable working hours, overtime, sick leave, holidays, and paid time; (b) gives the Union the right to participate in safety inspections and imposes health and safety requirements to ensure the wellbeing of both workers and patients; (c) creates protections for workers regarding reductions-in-force, discipline, reassignment, relocation, and other changes to the conditions of employment; and (d) establishes grievance and arbitration procedures for employees and the Union to resolve disputes with the agency over employment matters. If the agency unilaterally terminates the MCBA pursuant to the Executive Order, Local 424 will not be able to enforce these essential protections.

8. Local 424 has three arbitrations in process and multiple pending grievances and unfair labor practice charges to vindicate workers' rights under the MCBA. On Friday, March 28—just one day after the Executive Order was issued—agency management indicated that due to the Executive Order it would indefinitely pause resolution of at least one grievance until further guidance is received. As a result of the Executive Order, these pending grievances, arbitrations, and unfair labor practice charges will be left unresolved, providing no recourse for workers whose employment rights have been violated.

9. The Union's activities are funded through voluntary dues paid by approximately 1,100 members. The vast majority of members pay their dues through voluntary payroll deduction from their pay. If AFGE can no longer receive dues through payroll deduction under

Declaration of James M. White Sr.  2
Case No. 3:25-cv-03070-JD

1  the Executive Order, that will make it significantly more difficult for the Union to continue to

2  function and to provide the services and protection to unit members listed above.

3      10.    The MCBA also provides for official time and office space, which allows bargaining unit employees like me to represent my coworkers during business hours and on agency premises. My fellow Local 424 officers and I use official time to hear from and advocate for workers at distant VA Maryland Health Care sites, investigate and file grievances, represent workers in arbitration and unfair labor practice proceedings, work with management to efficiently resolve disputes over workplace issues, ensure safe working conditions, and negotiate contracts and mid-term adjustments to working conditions. Eliminating official time for Union representatives will hamstring our ability to perform fundamental functions of representing members in their daily workplace lives.

      11.    I have been talking with members of Local 424 almost daily since the Executive Order was issued and it is having a chilling effect. Workers at VA Maryland Health Care facilities are afraid—they're afraid of retaliation, of losing fair processes for discipline and workplace changes, and of losing our ability to advocate for and speak up about the needs of workers. I see the fear in the faces of young civil servants who have long careers ahead of them. And I know firsthand that if the Union can't represent them and can't enforce the MCBA, workers will be afraid to raise concerns over workplace conditions with the agency.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed April 2, 2025, in Baltimore, Maryland.



James M. White Sr.

Declaration of James M. White Sr.                                                                      3
Case No. 3:25-cv-03070-JD