LEON DAYAN (State Bar No. 153162)
ABIGAIL V. CARTER*
RAMYA RAVINDRAN*
LANE M. SHADGETT*
J. ALEXANDER ROWELL*
**BREDHOFF & KAISER P.L.L.C.**
805 Fifteenth Street NW, Suite 1000
Washington, DC 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
ldayan@bredhoff.com
acarter@bredhoff.com
rravindran@bredhoff.com
lshadgett@bredhoff.com
arowell@bredhoff.com
*Application *pro hac vice* forthcoming

Daniel Feinberg, SBN 135983
Catha Worthman, SBN 230399
Anne Weis, SBN 336480
**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel. (510) 269-7998
Fax (510) 269-7994
dan@feinbergjackson.com
catha@feinbergjackson.com
anne@feinbergjackson.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No.: 3:25-cv-03070-JD <br><br> **DECLARATION OF CORRIE WILLSON** |

Declaration of Corrie Wilson
Case No. 3:25-cv-03070-JD

# DECLARATION OF CORRIE WILLSON

I, Corrie Willson, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a Program Officer at the United States Agency for International Development ("USAID"). I have worked at USAID since 2017 and have worked in my current role for two years. In this role, I provide technical assistance to support a hub dedicated to advancing research, innovation, and science to achieve international development goals.

3. I am a member of the American Federation of Government Employees Local 1534 ("Local 1534" or the "Union").

4. Local 1534 represents approximately 800 civil servants who work for USAID. The March 27, 2025 Executive Order titled "Exclusions from Federal Labor Management Relations Programs" ("Executive Order") appears to cover all of the USAID workers in Local 1534's bargaining unit. I was surprised by this, as my work is explicitly "sector and geographic agnostic" and is neither related nor critical to national security.

5. Local 1534's mission is to advocate for and promote the interests of bargaining unit members in their federal employment, including working for a safe and fair workplace for all members. As the exclusive bargaining representative of these workers, the Union provides many services to all bargaining unit members. Core functions of the Union include collective bargaining with the agency to obtain a fair and reasonable collective bargaining agreement ("CBA"); filing and negotiating grievances against the agency to enforce the terms and conditions of the CBA; pursuing arbitrations on behalf of workers to enforce the CBA; and providing other support, guidance, and resources to bargaining unit employees. I rely on the Union to gain a clearer understanding of my rights as an employee. Without the Union, I would be left to navigate complex legal matters and workplace rights on my own.

6. The Executive Order will have an immediate adverse effect on the Union's ability to provide these services to unit members and to accomplish its mission.

7. If the Union is no longer the exclusive bargaining representative of the unit, the Union cannot enforce the CBA against USAID. The CBA provides important rights and protections to workers. For instance, the CBA:

   a. Sets terms and conditions for working hours, overtime, sick leave, holidays, and paid time off for workers in the unit.
   b. Imposes safety and health requirements to ensure the welfare of workers in their place of employment.
   c. Establishes protections for workers regarding reduction-in-force ("RIF") actions and procedures.
   d. Imposes procedures for and limitations on disciplinary and adverse actions against workers.
   e. Provides for an Employee Assistance Program for individuals who have problems associated with alcohol, drug, marital, family, legal, financial, stress, attendance, and other personal concerns.
   f. Establishes grievance and arbitration procedures for employees and the Union to resolve disputes with the agency over employment matters.
   g. Provides for official time, which allows bargaining unit employees to perform union representation activities during certain amounts of time the employee otherwise would be in duty status, without loss of pay or charge to annual leave, and on agency property.

Without the Union to represent us and enforce the CBA, the workers will not have the benefit of those rights and protections going forward. I understand that USAID is also likely to rescind the CBA under the Executive Order.

8. As a result of the Executive Order, pending grievances and arbitrations to vindicate workers' rights, including under the CBA, will be left unresolved. I am aware of two institutional grievances filed by Local 1534, one concerning the termination of probationary employees and one concerning USAID's intent to subject workers to a reduction in force.

Declaration of Corrie Willson                                                                              2
Case No. 3:25-cv-03070-JD

9. The Union's staff and activities are funded through members' voluntary dues. If the Union can no longer receive dues under the Executive Order, that will make it significantly more difficult for the Union to continue to function or provide any of its services or protection to the members listed above.

10. The Executive Order is chilling workers' speech and activity. I am afraid to raise concerns about management or to criticize this Presidential Administration, even on my personal devices and accounts. I know firsthand that without the protections of the CBA and the Union, workers will be even more fearful to raise concerns over workplace conditions with USAID. Additionally, because this Executive Order targets federal unions and their employees, I am reluctant to criticize the administration or voice political views the administration may not approve of, for fear of further retaliation. I understand from my interactions with other federal employees that many of them feel the same way.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed April 1, 2025, in Arlington, Virginia.

Corrie Willson

Declaration of Corrie Willson                                                                                          3
Case No. 3:25-cv-03070-JD