Leon Dayan, SBN 153162
Abigail V. Carter*
Ramya Ravindran*
Lane M. Shadgett*
J. Alexander Rowell*
**BREDHOFF & KAISER P.L.L.C.**
805 Fifteenth Street NW, Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
ldayan@bredhoff.com
acarter@bredhoff.com
rravindran@bredhoff.com
lshadgett@bredhoff.com
arowell@bredhoff.com
*Application *pro hac vice* pending

Daniel Feinberg, SBN 135983
Catha Worthman, SBN 230399
Anne Weis, SBN 336480
**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel. (510) 269-7998
Fax (510) 269-7994
dan@feinbergjackson.com
catha@feinbergjackson.com
anne@feinbergjackson.com

*Attorneys for Plaintiffs* (Additional Counsel not listed)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**DISTRICT OF SAN FRANCISCO**

| | |
|---|---|
| NATIONAL NURSES ORGANIZING COMMITTEE/NATIONAL NURSES UNITED, *et al.*,<br><br>            Plaintiffs,<br><br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>            Defendants. | Case No. No. 3:25-cv-03070-JD<br><br>**DECLARATION OF ANNE WEIS IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER** |

**DECLARATION OF ANNE WEIS**

I, Anne Weis, declare as follows:

1. I am a member in good standing of the State Bar of California and the bar of this Court. I represent all of the Plaintiffs in this action. I make this declaration pursuant to Local Rule 65-1(a)(5) regarding notice of this TRO motion.

2. Plaintiffs filed this action the evening of April 3, 2025. The following day, April 4, in order to provide notice of this action to the Defendants, Plaintiffs served a copy of the filed complaint through a process server to Patrick D. Robbins, Acting U.S. Attorney for the Northern District of California. On Sunday, April 6, 2025, I served the Motion for a Temporary Restraining Order and all supporting documents by email on Patrick Robbins, Acting U.S. Attorney for the Northern District of California, and Pamela Johann, Chief of the Civil Division of the U.S. Attorney's office for the Northern District of California. I obtained Mr. Robbins' and Ms. Johann's email addresses from the State Bar of California website.

3. In that email I also informed Mr. Robbins and Ms. Johann that Plaintiffs would be filing an administrative motion for additional pages for their Memorandum in support of the TRO Motion. I asked if Defendants would stipulate to Plaintiffs' administrative motion for additional pages but, as of this filing, have not received a response.

4. On Monday, April 7, 2025 my firm engaged a process server to hand-deliver the Motion for a Temporary Restraining Order, a copy of the Complaint, and all supporting documents to Patrick Robbins, Acting U.S. Attorney for the Northern District of California, at the Office for the Northern District of California in San Francisco. Copies of the same have also been sent via certified mail to the Civil Process Clerk for the Office of the U.S. Attorney for the Northern District of California.

I declare under penalty of perjury under the laws of the United states that the foregoing is true and correct. Executed on April 7, 2025 in San Francisco, CA.

Respectfully submitted,

DATED: April 7, 2025         */s/Anne Weis*
                             Anne Weis