Leon Dayan, SBN 153162
Abigail V. Carter*
Ramya Ravindran*
Lane M. Shadgett*
J. Alexander Rowell*
**BREDHOFF & KAISER P.L.L.C.**
805 Fifteenth Street NW, Suite 1000
Washington, D.C. 20005
Tel. (202) 842-2600
Fax (202) 842-1888
ldayan@bredhoff.com
acarter@bredhoff.com
rravindran@bredhoff.com
lshadgett@bredhoff.com
arowell@bredhoff.com
*Application *pro hac vice* pending

Daniel Feinberg, SBN 135983
Catha Worthman, SBN 230399
Anne Weis, SBN 336480
**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel. (510) 269-7998
Fax (510) 269-7994
dan@feinbergjackson.com
catha@feinbergjackson.com
anne@feinbergjackson.com

*Attorneys for Plaintiffs* (Additional Counsel not listed)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-03070-JD<br><br>**PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITATION FOR MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

Plaintiffs American Federation of Government Employees, AFL-CIO, *et al.*, hereby respectfully submit this Motion for Administrative Relief, pursuant to Civil Local Rule 7-11, to exceed the 15-page limit set forth in this Court's Standing Order for Civil Cases for Plaintiffs' Memorandum in Support of *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause, which is being filed today. Plaintiffs recognize that a request of this type is disfavored, but due to the extraordinary circumstances of this case and the nature of the relief sought, Plaintiffs respectfully request an additional twenty-four (24) pages for their memorandum. Plaintiffs have been unable to reach counsel for Defendants to determine if they will stipulate to the requested relief.

In support of their request, Plaintiffs provide the following showing of good cause.

1.  Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order involves constitutional and statutory claims in a case of national importance involving an Executive Order issued the night of March 27, 2025, as well as extensive evidence of irreparable harm, the standing of six different plaintiff organizations, and other factual and equitable issues.

2.  Plaintiffs have been diligent in drafting their motion and supporting papers in conformity with the format and content mandated by the Court and have attempted to shorten the length of the brief as much as possible. Plaintiffs have also been working as swiftly as possible to present these issues to the Court due to the far-reaching, and for some Plaintiffs existential, effects of the Executive Order. Plaintiffs require an additional twenty-four (24) pages in order to fully address the complex factual and legal background for the Court, particularly given the rapidly developing factual circumstances.

3.  It was not possible to reach Defendants to seek their consent to this motion. The Complaint was filed on the evening of April 3, 2025. In order to provide notice of this action to the Defendants, Plaintiffs served a copy of the filed complaint through a process server to the U.S. Attorney's Office on April 4, 2025. On April 6, 2025 Plaintiffs' counsel notified Patrick Robbins, Acting U.S. Attorney for the Northern District of California, and Pamela Johnson, Chief of the Civil Division of the U.S. Attorney's office for the Northern District of California, by email of Plaintiffs' intention to file their motion for temporary restraining order and to seek leave to file

excess pages. Declaration of Anne Weis in Support of Plaintiffs' Application for Temporary Restraining Order ¶¶ 2-3. None of the U.S. Department of Justice attorneys contacted have responded as of the filing of this Motion. *Id.* ¶ 3. Thus, a stipulation to the present motion could not be obtained from opposing counsel. *Id*.

On the basis of the foregoing showing of good cause, Plaintiffs respectfully request this Court to permit them to file the accompanying Memorandum in support of the *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause.

Respectfully submitted,

DATED: April 7, 2025

<u>/s/ Leon Dayan</u>
Leon Dayan (SBN 153162)
Abigail V. Carter*
Ramya Ravindran*
Lane M. Shadgett*
J. Alexander Rowell*
BREDHOFF & KAISER P.L.L.C.
805 Fifteenth Street NW, Suite 1000
Washington, D.C. 20005
Tel: (202) 842-2600
Fax: (202) 842-1888
ldayan@bredhoff.com
acarter@bredhoff.com
rravindran@bredhoff.com
lshadgett@bredhoff.com
arowell@bredhoff.com
**Pro hac vice* application pending

Daniel Feinberg, SBN 135983
Catha Worthman, SBN 230399
Anne Weis, SBN 336480
FEINBERG, JACKSON, WORTHMAN
& WASOW, LLP
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel. (510) 269-7998
Fax (510) 269-7994
dan@feinbergjackson.com
catha@feinbergjackson.com
anne@feinbergjackson.com

*Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO; American Federation of State, County and Municipal Employees, AFL-CIO; National Nurses Organizing Committee/National Nurses United; Service*

*Employees International Union, AFL-CIO; National Association of Government Employees, Inc.; National Federation of Federal Employees, IAM, AFL-CIO*

Rushab B. Sanghvi (SBN 302809)
Andres M. Grajales*
American Federation of Government Employees, AFL-CIO
80 F Street NW
Washington, D.C. 20001
Tel: (202) 639-6426
SanghR@afge.org
Grajaa@afge.org
*Application *pro hac vice* forthcoming

*Counsel for Plaintiff American Federation of Government Employees (AFGE)*

Teague P. Paterson (SBN 226659)
Matthew S. Blumin*
American Federation of State, County, and Municipal Employees, AFL-CIO
1625 L Street NW
Washington, D.C. 20036
Tel: (202) 775-5900
Fax: (202) 452-0556
tpaterson@afscme.org
mblumin@afscme.org
**Pro hac vice* application pending*

*Counsel for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Nicole Daro (SBN 276948)
National Nurses United
155 Grand Ave.
Oakland, CA 94612
Tel: (510) 207-8291
ndaro@calnurses.org

*Counsel for Plaintiff NNOC/NNU*

Steven K. Ury (SBN 199499)
Service Employees International Union, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036

Tel: (202) 730-7428
steven.ury@seiu.org

*Counsel for Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

Sarah E. Suszczyk*
National Association of
Government Employees, Inc.
159 Thomas Burgin Parkway
Quincy, MA 02169
Tel: (617) 376-7239
ssuszczyk@nage.org
**Pro hac vice* application pending*

*Counsel For Plaintiff National Association of Government Employees (NAGE)*

Yvette M. Piacsek*
General Counsel
National Federation of Federal Employees, IAM, AFL-CIO
1225 New York Avenue NW, Suite 450
Washington, D.C. 20005
Tel: (202) 216-4428
ypiacsek@nffe.org
**Pro hac vice* application pending*

*Counsel for Plaintiff National Federation of Federal Employees, IAM, AFL-CIO (NFFE)*