AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.<br><br>*Plaintiff(s)*<br><br>v.<br><br>DONALD J. TRUMP, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:25-cv-03070-JD |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Please see attached list of Defendants.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leon Dayan
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth St NW, Suite 1000
Washington, DC 20005
ldayan@bredhoff.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARK B. BUSBY*
*CLERK OF COURT*

Date: 04/07/2025

*Signature of Clerk or Deputy Clerk*

**List of Defendants**

DONALD J. TRUMP,
in his official capacity as President of the United States
1600 Pennsylvania Avenue NW
Washington, DC 20500,

U.S. OFFICE OF PERSONNEL MANAGEMENT,
1900 E Street NW
Washington, DC 20415,

CHARLES EZELL,
in his official capacity as Acting Director of the
U.S. Office of Personnel Management,
1900 E Street NW
Washington, DC 20415,

U.S. DEPARTMENT OF STATE,
2201 C Street NW
Washington, DC 20541,

U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT,
1300 Pennsylvania Avenue NW
Washington, DC 20004,

MARCO RUBIO,
in his official capacities as U.S. Secretary of State
and Acting Administrator for the U.S. Agency for
International Development,
2201 C Street NW
Washington, DC 20541,

U.S. DEPARTMENT OF DEFENSE,
1400 Defense Pentagon
Washington, DC 20301,

PETER HEGSETH,
in his official capacity as U.S. Secretary of Defense,
1000 Defense Pentagon
Washington, DC 20301-1000,

U.S. DEPARTMENT OF THE TREASURY,
1500 Pennsylvania Avenue NW
Washington, DC 20220,

SCOTT BESSENT,
in his official capacity as U.S. Secretary of the Treasury,
1500 Pennsylvania Avenue NW
Washington, DC 20220,

U.S. DEPARTMENT OF VETERAN AFFAIRS,
810 Vermont Avenue NW
Washington, DC 20420,

DOUG COLLINS,
in his official capacity as U.S. Secretary of Veteran Affairs,
810 Vermont Avenue NW
Washington, DC 20420,

U.S. DEPARTMENT OF JUSTICE,
950 Pennsylvania Avenue NW
Washington, DC 20530,

PAMELA BONDI,
in her official capacity as U.S. Attorney General,
950 Pennsylvania Avenue NW
Washington, DC 20530,

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,
200 Independence Avenue SW
Washington, DC 20201,

ROBERT F. KENNEDY JR.,
in his official capacity as Secretary of Health and Human Services,
200 Independence Avenue SW
Washington, DC 20201,

U.S. DEPARTMENT OF HOMELAND SECURITY,
2707 Martin Luther King Jr Avenue SE
Washington, DC 20528,

KRISTI NOEM,
in her official capacity as Secretary of Homeland Security,
2707 Martin Luther King Jr Avenue, SE
Washington, DC 20528,

U.S. DEPARTMENT OF THE INTERIOR,
1849 C Street NW
Washington, DC 20240,

DOUG BURGUM,
in his official capacity as Secretary of the Interior,
1849 C Street NW
Washington, DC 20240,

U.S. DEPARTMENT OF ENERGY,
1000 Independence Avenue SW
Washington, DC 20585,

CHRIS WRIGHT,
in his official capacity as Secretary of Energy,
1000 Independence Avenue SW
Washington, DC 20585,

U.S. DEPARTMENT OF AGRICULTURE,
1400 Independence Avenue SW
Washington, DC 20250,

BROOKE ROLLINS,
in her official capacity as Secretary of Agriculture,
1400 Independence Avenue SW
Washington, DC 20250,

U.S. ENVIRONMENTAL PROTECTION
AGENCY,
1200 Pennsylvania Avenue NW,
Washington, DC 20460,

LEE ZELDIN,
in his official capacity as Administrator of the U.S.
Environmental Protection Agency,
1200 Pennsylvania Avenue NW
Washington, DC 20460,

U.S. NATIONAL SCIENCE FOUNDATION,
2415 Eisenhower Avenue
Alexandria, VA 22314,

DR. SETHURAMAN PANCHANATHAN,
in his official capacity as Director of the U.S.
National Science Foundation,

2415 Eisenhower Avenue
Alexandria, VA 22314,

U.S. INTERNATIONAL TRADE COMMISSION,
500 E Street SW
Washington, DC 20436,

AMY A. KARPEL,
in her official capacity as Chair of the U.S.
International Trade Commission,
500 E Street SW
Washington, DC 20436,

U.S. GENERAL SERVICES ADMINISTRATION,
1800 F Street NW
Washington, DC 20405,

STEPHEN EHIKIAN,
in his official capacity as Acting Administrator of
the General Services Administration,
1800 F Street NW
Washington, DC 20405,

U.S. SOCIAL SECURITY ADMINISTRATION,
6401 Security Blvd.
Baltimore, MD 21235,

LELAND DUDEK,
in his official capacity as Acting Commissioner of
the Social Security Administration,
6401 Security Blvd.
Baltimore, MD 21235,

U.S. DEPARTMENT OF LABOR,
200 Constitution Ave NW
Washington, DC 20210,

LORI CHAVEZ-DEREMER,
in her official capacity as Secretary of Labor,
200 Constitution Ave NW
Washington, DC 20210,

U.S. DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT,
451 7th Street SW
Washington, DC 20410,

SCOTT TURNER,
in his official capacity as Secretary of the U.S.
Department of Housing and Urban Development,
451 7th Street SW
Washington, DC 20410,

U.S. DEPARTMENT OF TRANSPORTATION,
1200 New Jersey Avenue SE
Washington, DC 20590,

SEAN DUFFY,
in his official capacity as Secretary of
Transportation ,
1200 New Jersey Avenue SE
Washington, DC 20590,

U.S. DEPARTMENT OF EDUCATION,
400 Maryland Avenue SW
Washington, DC 20202

LINDA MCMAHON,
in her official capacity as Secretary of Education
400 Maryland Avenue SW
Washington, DC 20202

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-03070-JD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: