UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, et al.,<br><br>        Defendants. | Case No. 25-cv-03070-JD<br><br>**ORDER** |

Plaintiffs' after-the-fact request for extra pages, Dkt. No. 16, is granted on this one occasion. All parties are advised that requests to expand page limits must be filed well before deadlines, or they will be denied.

For plaintiffs' application for a temporary restraining order, Dkt. No. 15, Federal Rule of Civil Procedure 65(b)(1) permits the Court to issue a TRO on an ex parte basis only if "specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition." Fed. R. Civ. P. 65(b)(1)(A). Plaintiffs did not make such a showing. Pointing to alleged chilling effects on their speech that "cannot be remedied at the end of this litigation," Dkt. No. 15-1 at 37, does not establish the immediacy required for a TRO to be issued at this nascent stage, before the other side has even been served with the summons.

The Court will treat plaintiffs' motion for a TRO, Dkt. No. 15, as a motion for a preliminary injunction, which will be handled on an expedited basis. The government may file an opposition brief by April 25, 2025, and plaintiffs may file a reply by May 7, 2025. The Court will set a hearing as warranted.

Plaintiffs are directed to provide notice of this order to defendants by emailing their counsel, and to file a proof of service on the ECF docket by 6:00 p.m. California time on the date of this order.

**IT IS SO ORDERED.**

Dated: April 8, 2025

JAMES DONATO
United States District Judge

2