YAAKOV M. ROTH
   Acting Assistant Attorney General
JACQUELINE COLEMAN SNEAD
   Assistant Branch Director
LYDIA JINES
JEREMY MAURITZEN
   Trial Attorneys
LISA ZEIDNER MARCUS
   Senior Counsel
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L St., NW, Twelfth Floor
Washington, DC 20530

*Counsel for Defendants* (Additional Counsel not listed)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 3:25-CV-03070-JD<br><br>**STIPULATION AND PROPOSED ORDER TO EXCEED PAGE LIMITATIONS OF DEFENDANTS' OPPOSITION TO PLAINTIFFS'** ***EX PARTE*** **MOTION FOR PRELIMINARY INJUNCTION AND ORDER TO SHOW CAUSE AND PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. James Donato |

Pursuant to Civil Local Rules 6-2 and 7-12, and subject to the Court's approval, the parties stipulate as follows:

(1)    Plaintiffs filed their Complaint on April 3, 2025, ECF No. 1. On April 7, 2025, Plaintiffs filed their *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause (Motion), ECF No. 15. Plaintiffs also filed a Motion for Administrative Relief to Exceed Page Limitation for Memorandum in Support of *Ex Parte* Motion for Temporary Restraining Order

and Order to Show Cause (Administrative Motion), ECF No. 16. The Court entered an Order granting Plaintiffs' Administrative Motion and directing Defendants to respond to Plaintiffs' Motion by April 25, 2025, and Plaintiffs to reply by May 7, 2025, ECF No. 28.

(2)    Plaintiffs' memorandum is nearly 40 pages in length and contains seven arguments, including constitutional, *ultra vires*, and jurisdictional arguments. Defendants' opposition will need to address each of these arguments, as well as address each of the preliminary injunction factors. Plaintiffs will need to address Defendants' arguments in reply. Additional pages are needed to do so adequately.

(3)    Furthermore, there are over twenty Defendants in this case, including numerous agencies and agency subdivisions, increasing the allegations to which Defendants need to respond in their brief.

THEREFORE, the Parties propose and stipulate to the following:

(a) Defendants will receive an additional fifteen (15) pages—for a total of thirty (30) pages—for their memorandum of points and authorities in support of Defendants' Opposition to Plaintiffs' *Ex Parte* Motion for Preliminary Injunction and Order to Show Cause;

(b) Plaintiffs will receive an additional (5) pages—for a total of fifteen (15) pages—for their reply memorandum in support of their Motion for Preliminary Injunction.

**IT IS SO STIPULATED.**

Dated: April 24, 2025

*Stipulated and Agreed by:*

*/s/ Ramya Ravindran*
Leon Dayan (SBN 153162)
Abigail V. Carter*
Ramya Ravindran*
Lane M. Shadgett*
J. Alexander Rowell*
BREDHOFF & KAISER P.L.L.C.
805 Fifteenth Street NW, Suite 1000
Washington, D.C. 20005

YAAKOV M. ROTH
Acting Assistant Attorney General
EMILY M. HALL
SARAH E. WELCH
Counsel to the Assistant Attorney General
Civil Division

ERIC HAMILTON
Deputy Assistant Attorney General

| | | |
|---|---|---|
| 1 | Tel: (202) 842-2600 | Civil Division, Federal Programs Branch |
| | Fax: (202) 842-1888 | |
| 2 | ldayan@bredhoff.com | ALEXANDER K. HAAS |
| | acarter@bredhoff.com | Director |
| 3 | rravindran@bredhoff.com | Civil Division, Federal Programs Branch |
| | lshadgett@bredhoff.com | |
| 4 | arowell@bredhoff.com | JACQUELINE COLEMAN SNEAD |
| | *Pro hac vice* | Assistant Branch Director |
| 5 | | Civil Division, Federal Programs Branch |
| | Daniel Feinberg, SBN 135983 | |
| 6 | Catha Worthman, SBN 230399 |   */s/ Lydia J. Jines* |
| | Anne Weis, SBN 336480 | LYDIA JINES (MD Bar No. 2205230001) |
| 7 | FEINBERG, JACKSON, WORTHMAN | JEREMY MAURITZEN |
| | & WASOW, LLP | Trial Attorneys |
| 8 | 2030 Addison Street, Suite 500 | LISA ZEIDNER MARCUS |
| | Berkeley, CA 94704 | Senior Counsel |
| 9 | Tel. (510) 269-7998 | U.S. Department of Justice, Civil Division |
| | Fax (510) 269-7994 | Federal Programs Branch |
| 10 | dan@feinbergjackson.com | 1100 L St., NW, Twelfth Floor |
| | catha@feinbergjackson.com | Washington, DC 20530 |
| 11 | anne@feinbergjackson.com | Tel: (202) 353-5652 |
| | | Fax: (202) 616-8470 |
| 12 | *Attorneys for Plaintiffs American Federation of* | Email: Lydia.Jines@usdoj.gov |
| | *Government Employees, AFL-CIO; American* | |
| 13 | *Federation of State, County and Municipal* | *Counsel for Defendants* |
| | *Employees, AFL-CIO; National Nurses* | |
| 14 | *Organizing Committee/National Nurses United;* | |
| | *Service Employees International Union, AFL-* | |
| 15 | *CIO; National Association of Government* | |
| | *Employees, Inc.; National Federation of* | |
| 16 | *Federal Employees, IAM, AFL-CIO* | |
| 17 | Rushab B. Sanghvi (SBN 302809) | |
| | Andres M. Grajales* | |
| 18 | American Federation of Government | |
| | Employees, AFL-CIO | |
| 19 | 80 F Street NW | |
| | Washington, D.C. 20001 | |
| 20 | Tel: (202) 639-6426 | |
| | SanghR@afge.org | |
| 21 | Grajaa@afge.org | |
| | *Pro hac vice* | |
| 22 | | |
| | *Counsel for Plaintiff American Federation* | |
| 23 | *of Government Employees (AFGE)* | |
| 24 | Teague P. Paterson (SBN 226659) | |
| | Matthew S. Blumin* | |
| 25 | American Federation of State, County, and | |
| | Municipal Employees, AFL-CIO | |
| 26 | 1625 L Street NW | |
| | Washington, D.C. 20036 | |
| 27 | Tel: (202) 775-5900 | |
| | Fax: (202) 452-0556 | |

STIPULATED MOTION TO EXCEED PAGE LIMIT - 3 -
3:25-cv-03070-JD

tpaterson@afscme.org
mblumin@afscme.org
*Pro hac vice*

*Counsel for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Nicole Daro (SBN 276948)
National Nurses United
155 Grand Ave.
Oakland, CA 94612
Tel: (510) 207-8291
ndaro@calnurses.org

*Counsel for Plaintiff NNOC/NNU*

Steven K. Ury (SBN 199499)
Service Employees International Union, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

*Counsel for Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

Sarah E. Suszczyk*
National Association of
Government Employees, Inc.
159 Thomas Burgin Parkway
Quincy, MA 02169
Tel: (617) 376-7239
ssuszczyk@nage.org
*Pro hac vice*

*Counsel For Plaintiff National Association of Government Employees (NAGE)*

Yvette M. Piacsek*
General Counsel
National Federation of Federal Employees, IAM, AFL-CIO
1225 New York Avenue NW, Suite 450
Washington, D.C. 20005
Tel: (202) 216-4428
ypiacsek@nffe.org
*Pro hac vice*

*Counsel for Plaintiff National Federation of Federal Employees, IAM, AFL-CIO (NFFE)*

**ECF ATTESTATION**

In accordance with Civil Local Rule 5(i)(3), I, Lydia J. Jines, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.