YAAKOV M. ROTH
    Acting Assistant Attorney General
EMILY M. HALL
SARAH E. WELCH
    Counsel to the Assistant Attorney General, Civil Division
ERIC HAMILTON
    Deputy Assistant Attorney General
ALEXANDER K. HAAS
    Director
JACQUELINE COLEMAN SNEAD
    Assistant Branch Director
LISA ZEIDNER MARCUS
    Senior Counsel
LYDIA JINES (MD Bar No. 2205230001)
JEREMY MAURITZEN
    Trial Attorneys
    U.S. Department of Justice, Civil Division
    Federal Programs Branch
    1100 L St., NW, Twelfth Floor
    Washington, DC 20530
    Tel: (202) 353-5652
    Fax: (202) 616-8470
    Email: Lydia.Jines@usdoj.gov

Counsel for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-03070-JD <br><br> **[PROPOSED] ORDER** |

Upon consideration of Plaintiffs' *Ex Parte* Motion for Preliminary Injunction and Order to Show Cause, Defendants' Opposition to *Ex Parte* Plaintiffs' Motion for Preliminary Injunction and Order to Show Cause, and the complete record, it is hereby ORDERED that the Motion is DENIED.

SO ORDERED.

[PROPOSED] ORDER
3:25-cv-03070-JD

1

2  DATED: _____        _____

3                                       HON. JAMES DONATO
                                        U.S. DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28