1  Leon Dayan, SBN 153162
2  Abigail V. Carter*
   Ramya Ravindran*
3  Lane M. Shadgett*
   J. Alexander Rowell*
4  **BREDHOFF & KAISER P.L.L.C.**
   805 Fifteenth Street NW, Suite 1000
5  Washington, D.C. 20005
   Tel. (202) 842-2600
6  Fax (202) 842-1888
   ldayan@bredhoff.com
7  acarter@bredhoff.com
   rravindran@bredhoff.com
8  lshadgett@bredhoff.com
9  arowell@bredhoff.com
   *Pro hac vice
10
11 Daniel Feinberg, SBN 135983
   Catha Worthman, SBN 230399
12 Anne Weis, SBN 336480
   **FEINBERG, JACKSON, WORTHMAN**
13 **& WASOW, LLP**
   2030 Addison Street, Suite 500
14 Berkeley, CA 94704
   Tel. (510) 269-7998
15 Fax (510) 269-7994
   dan@feinbergjackson.com
16 catha@feinbergjackson.com
17 anne@feinbergjackson.com

18 *Attorneys for Plaintiffs* (Additional Counsel not listed)

19            **UNITED STATES DISTRICT COURT**

20            **NORTHERN DISTRICT OF CALIFORNIA**

21                **SAN FRANCISCO DIVISION**

22

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*, | Case No.: 3:25-cv-03070-JD |
| Plaintiffs, | **DECLARATION OF MICHELE MALONE** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | |
| Defendants. | |

Declaration of Michele Malone, No. 3:25-cv-03070-JD

# DECLARATION OF MICHELE MALONE

I, Michele Malone, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am employed by the United States Department of Veterans Affairs ("VA") and have 36 years of government service at the Clement J. Zablocki Veterans Administration Medical Center ("Zablocki VAMC") in Milwaukee, Wisconsin.

3. I am the Local President of the American Federation of Government Employees, AFL-CIO ("AFGE"), Local 0003 ("AFGE Local 0003"). I have served as Local President since September 2023. I previously served as Executive Vice President for approximately 4 years, Vice President for approximately 6 years, and Secretary for approximately 2 years.

4. The VA Milwaukee Healthcare System is comprised of multiple inpatient and outpatient facilities, including the main hospital at the Zablocki VAMC, two "vet centers" which perform readjustment counseling services, and six health care clinics.

5. AFGE Local 0003 represents bargaining unit employees at the Zablocki VAMC as well as VA facilities including Milo C. Huempfner VA Outpatient Clinic, Cleveland VA Clinic, Union Grove VA Clinic, and the John H. Bradley VA Outpatient Clinic.

6. AFGE Local 0003 represents approximately 3,000 bargaining unit employees in dozens of occupations, including both professional and nonprofessional employees. Bargaining unit positions at the Zablocki VAMC represented by AFGE Local 0003 include, but are not limited to, certified nursing assistants, licensed practical nurses, medical support assistants, program support assistants, social workers, psychologists, occupational therapists, dieticians, health technicians, medical instrument technicians, medical records technicians, transportation clerks, pharmacists, and pharmacy technicians.

7. AFGE Local 0003 also represents physicians, physician assistants, nurse practitioners, registered nurses, and other health care professionals at the Milo C. Huempfner VA Outpatient Clinic, Cleveland VA Clinic, Union Grove VA Clinic, and the John H. Bradley VA Outpatient Clinic.

Declaration of Michele Malone, No. 3:25-cv-03070-JD

8. The Wisconsin Federation of Nurses and Health Professionals ("WFNHP"), American Federation of Teachers, AFL-CIO, Local 5000 ("WFNHP Local 5000") represents approximately 1,000 registered nurses at the Zablocki VAMC.

9. Zablocki VAMC employees fall under the same organizational structure and report to the same executive leadership team, consisting of an executive director, chief of staff, and other senior executives, regardless of whether they are represented by WFNHP Local 5000 or AFGE Local 0003.

10. Zablocki VAMC employees are subject to the same training requirements, security protocol, and building access restrictions. All-employee events, such as "town halls," are often convened to discuss changes in operations, leadership, and other working conditions. All employees are invited and expected to attend these events, if able, regardless of whether they are represented by WFNHP Local 5000 or AFGE Local 0003.

11. The effective delivery of care at the Zablocki VAMC depends on mutual respect and coordinated workflow across all roles and departments. Each position contributes to the care and well-being of veterans, and teamwork is essential to ensure safe and efficient operations.

12. The Zablocki VAMC is an integrated health care system that relies heavily on multi-disciplinary, cross-functional teams that provide direct and indirect care to veterans and their families and caregivers. This requires constant, ongoing communication and coordination within and between departments and service lines. Many of the employees represented by WFNHP Local 5000 work alongside employees represented by AFGE Local 0003 in the same team, department, or service line, where they report to the same supervisors and collaborate to provide care and services to veterans.

13. Providing high quality care and ensuring effective hospital administration requires employees to work together, hand in hand, to achieve our shared goal of delivering the best possible care and services that VA can offer. This means working as a team and staying in constant communication with one another in a fast-paced, rapidly evolving clinical environment.

14. In the Emergency Department (ED), patients are first triaged by registered nurses represented by WFNHP Local 5000 when they first arrive. In coordination with physicians,

Declaration of Michele Malone, No. 3:25-cv-03070-JD

assignments are then delegated by registered nurses to medical support assistants represented by AFGE Local 0003 to schedule chest x-rays, electrocardiograms, and other testing. The actual testing is then conducted by radiology technicians and health technicians represented by AFGE Local 0003. Test results are then shared and discussed among the entire care team. This is just one example of the many instances of cross-unit collaboration that occur daily at Zablocki VAMC.

15. In the Zablocki VAMC's Community Living Center (CLC), which is a VA nursing home specializing in geriatric and extended care, veterans reside full-time at the VA. Registered nurses represented by WFNHP Local 5000 perform routine checks for bedsores, skin irritation, pain management, and other needs. Assignments, such as changing linens and clothing, or cleaning veterans, are often delegated to certified nursing assistants and health technicians represented by AFGE Local 0003. Occupational therapists and recreation therapists represented by AFGE Local 0003 also assist veterans with their daily routines and wellness needs, which are overseen by registered nurses.

16. In the Hematology/Oncology Department, physicians enter medical orders tailored to the needs of each patient. For example, radiation and chemotherapy are scheduled by medical support assistants or program support assistants represented by AFGE Local 0003. Certified nursing assistants represented by AFGE Local 0003 prepare veterans for procedures and treatment, which are then administered and overseen by registered nurses represented by WFNHP Local 5000.

17. In the Eye Clinic, veterans often report for visual testing, diagnosis, or adjustment of equipment, such as eyeglasses. Registered nurses represented by WFNHP Local 5000 conduct certain tests ordered by physicians, but the certified nursing assistants and health technicians represented by AFGE Local 0003 must first ensure that patient rooms are cleaned and stocked with necessary equipment and instruments. Testing is often conducted in the presence of both registered nurses represented by WFNHP Local 5000 and certified nursing assistants or health technicians represented by AFGE Local 0003.

18. In the Orthopedic Department, veterans are first escorted to an area where certified nursing assistants represented by AFGE Local 0003 take routine measurements and vital signs,

Declaration of Michele Malone, No. 3:25-cv-03070-JD

such as height, weight, blood pressure, and temperature. They also briefly interview patients to ensure accuracy of current medication lists and the general purpose of the visit so that the veteran's care can be smoothly transitioned to registered nurses represented by WFNHP Local 5000 and physicians. This ensures continuity of care during the veteran's appointment. Following the appointment and depending on the orders submitted by the treating physician, the veteran is then escorted to the front office where medical support assistants represented by AFGE Local 0003 schedule follow-up visits, testing, or additional procedures. For example, a physician often orders additional x-rays to rule out fractures. Medical support assistants must coordinate and schedule these procedures to be performed by radiology technicians represented by AFGE Local 0003. Employees in the Orthopedic Department fall under the same supervisory structure and work alongside one another to accomplish department objectives.

19. I am aware that Executive Order 14251, dated March 27, 2025 and titled "Exclusions from Federal Labor-Management Relations Programs" (Exclusion Order), sought to exclude employees of the U.S. Department of Veterans Affairs from coverage under the Federal Service Labor-Management Relations Statute, 5 U.S.C. Chapter 71.

20. It is my understanding that in a notice published in the Federal Register, dated April 17, 2025, and titled "Order Suspending the Application of Section 1-402 or 1-404 of Executive Order 12171," Secretary Doug Collins suspended the application of the Exclusion Order to registered nurses represented by WFNHP Local 5000 of the Zablocki VAMC.

21. However, registered nurses represented by AFGE Local 0003 at surrounding VA clinics that are part of the VA Milwaukee Healthcare System, including Milo C. Huempfner VA Outpatient Clinic, Cleveland VA Clinic, Union Grove VA Clinic, and the John H. Bradley VA Outpatient Clinic, remain covered by the Exclusion Order.

22. AFGE bargaining unit employees of the Zablocki VAMC and surrounding VA clinics remain covered by the Exclusion Order.

23. As a result, payroll deduction for voluntary union dues have stopped for AFGE members of the Zablocki VAMC and surrounding VA clinics. However, payroll deduction for voluntary union dues continues for members of WFNHP Local 5000.

Declaration of Michele Malone, No. 3:25-cv-03070-JD

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 6th day of May 2025, in Minneapolis, MN.

*Michele Malone*

Michele Malone