Leon Dayan, SBN 153162
Abigail V. Carter*
Ramya Ravindran*
Lane M. Shadgett*
J. Alexander Rowell*
**BREDHOFF & KAISER P.L.L.C.**
805 Fifteenth Street NW, Suite 1000
Washington, D.C. 20005
Tel. (202) 842-2600
Fax (202) 842-1888
ldayan@bredhoff.com
acarter@bredhoff.com
rravindran@bredhoff.com
lshadgett@bredhoff.com
arowell@bredhoff.com
**Pro hac vice*

Daniel Feinberg, SBN 135983
Catha Worthman, SBN 230399
Anne Weis, SBN 336480
**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel. (510) 269-7998
Fax (510) 269-7994
dan@feinbergjackson.com
catha@feinbergjackson.com
anne@feinbergjackson.com

*Attorneys for Plaintiffs* (Additional Counsel not listed)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No.: 3:25-cv-03070-JD<br><br>**SUPPLEMENTAL DECLARATION OF MICAH NIEMEIER-WALSH** |

# SUPPLEMENTAL DECLARATION OF MICAH NIEMEIER-WALSH

I, Micah Niemeier-Walsh, declare as follows:

1. I am over the age of 18 and have personal knowledge of the facts in this declaration.

2. I am an Industrial Hygienist at the National Institute for Occupational Safety & Health ("NIOSH"), in the Department of Health and Human Services. I am also the Vice President of the American Federation of Government Employees Local 3840 ("Local 3840" or the "Union").

3. Local 3840 represents a bargaining unit of 215 civil servants who work for NIOSH.

4. On April 1, 2025, the agency announced a wide-scale reductions-in-force ("RIF") that would reduce the overall number of employees at NIOSH by 93%.

5. On May 2, 2025, HHS provided the bargaining unit employees notice that almost all employees were placed on administrative leave and that our official termination date would be July 2, 2025. Approximately 97% of the bargaining unit represented by AFGE Local 3840 has received a RIF notice.

6. NIOSH's RIF has been done without regard for the collective bargaining agreement ("CBA") between Local 3840 and the Centers for Disease, Control and Prevention, National Institute for Occupational Safety and Health. For example, the CBA provides that the agency must provide a reason for the proposed RIF and that the Union must be given an opportunity to negotiate over the impact and implementation of a RIF, as well as that the agency must create a retention list in the event employees are returned to work in the future. None of the rights provided by the CBA were afforded to employees by NIOSH. The Union demanded bargaining over the impact and implementation of the RIF and submitted an information request, both of which the agency ignored. The Union also filed a grievance outlining the ways in which the RIF was done in violation of the CBA, but the agency has failed to respond to the grievance.

1  I declare under penalty of perjury that the foregoing is true and correct.

2

3

4

5  Executed: May 7, 2025

6

7
    _____
8              Micah Niemeier-Walsh

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28