Leon Dayan, SBN 153162
Abigail V. Carter*
Ramya Ravindran*
Lane M. Shadgett*
J. Alexander Rowell*
**BREDHOFF & KAISER P.L.L.C.**
805 Fifteenth Street NW, Suite 1000
Washington, D.C. 20005
Tel. (202) 842-2600
Fax (202) 842-1888
ldayan@bredhoff.com
acarter@bredhoff.com
rravindran@bredhoff.com
lshadgett@bredhoff.com
arowell@bredhoff.com
*Pro hac vice*

Daniel Feinberg, SBN 135983
Catha Worthman, SBN 230399
Anne Weis, SBN 336480
**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel. (510) 269-7998
Fax (510) 269-7994
dan@feinbergjackson.com
catha@feinbergjackson.com
anne@feinbergjackson.com

*Attorneys for Plaintiffs* (Additional Counsel not listed)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No.: 3:25-cv-03070-JD <br><br> **SUPPLEMENTAL DECLARATION OF LEE SUTTON** |

Supplemental Declaration of Lee Sutton, No. 3:25-cv-03070-JD

## SUPPLEMENTAL DECLARATION OF LEE SUTTON

I, Lee Sutton, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the Federal Director of the National Association of Government Employees, Inc., also known as the National Association of Government Employees, SEIU Local 5000 ("NAGE"). NAGE, a national labor organization, is incorporated in the state of Delaware. NAGE is also an affiliate of the Service Employees International Union, SOC, CLC. NAGE's national headquarters is located at 159 Thomas Burgin Parkway, Quincy, Massachusetts, 02169. I have served as Federal Director since November 2017. Professionally, I am known as Lee Blackmon.

3. NAGE represents approximately 62,400 civilian employees working in Excluded Agencies, including DOD, VA, and EPA, across the United States.

4. Voluntary dues through payroll deduction are the financial backbone of the NAGE federal sector labor union, enabling it to effectively advocate for members' rights and working conditions. Unlike private sector unions, federal sector unions cannot require membership or mandatory dues. Unions like NAGE are obligated to provide fair representation to employees in the bargaining unit, as outlined in the applicable collective bargaining agreement, regardless of their dues-paying status.

5. NAGE services for its members, including the support staff that provide services to members, are funded through dues. Since March 27, 2025, the Department of Defense, Veterans Affairs, and Environmental Protection Agency have ceased collecting member dues through automatic payroll deduction for employees covered by the Exclusion Executive Order. These cuts to dues, if sustained, will result in the loss of approximately $4 million dollars in annual receipts. Eventually, these losses will likely result in reductions in services and staff.

Supplemental Declaration of Lee Sutton, No. 3:25-cv-03070-JD                                                     1

6. Since March 27, 2025, the Department of Veterans Affairs has delayed or failed to respond to NAGE grievances, requests for information, and demands to bargain and has asserted it is unilaterally placing at least one matter in abeyance as a result of the Executive Order.

7. A NAGE Local Unit serving over 1,500 Air Force bargaining employees, was informed by the applicable personnel office that they will not follow the collective bargaining agreement because the Executive Orders prevents them from responding to all union matters.

8. Another NAGE Local Unit serving over 800 Air Force bargaining unit employees, was informed on May 5, 2025, by the Labor Relations Officer, that in the next day or so, it will receive notice from the agency further implementing the Executive Order. The notice "will affect official time, Weingarten [rights] and formal discussions, info[rmation] requests, [and] grievances," as well as government provided space and equipment provided for the purpose representational functions of the union.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed May 6, 2025, in Clinton, Maryland.

*/s/ Lee Sutton*

Lee Sutton

Supplemental Declaration of Lee Sutton, No. 3:25-cv-03070-JD                                                                 2