YAAKOV M. ROTH
   Acting Assistant Attorney General
JACQUELINE COLEMAN SNEAD
   Assistant Branch Director
LYDIA JINES
JEREMY MAURITZEN
   Trial Attorneys
LISA ZEIDNER MARCUS
   Senior Counsel
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L St., NW, Twelfth Floor
Washington, DC 20530

*Counsel for Defendants* (Additional Counsel not listed)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 3:25-CV-03070-JD <br><br> **STIPULATION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(a)** <br><br> Judge: Hon. James Donato |

The parties, through their undersigned attorneys, hereby stipulate and agree pursuant to Civ. L.R. 6-1(a) to enlarge by 31 days the time for Defendants to respond to the complaint, such that Defendants' response shall be due July 11, 2025.

Dated: June 9, 2025

*Stipulated and Agreed by:*

| | |
|---|---|
| */s/ Ramya Ravindran* <br> Leon Dayan (SBN 153162) <br> Abigail V. Carter* | YAAKOV M. ROTH <br> Acting Assistant Attorney General |

1  Ramya Ravindran*
   Lane M. Shadgett*
2  J. Alexander Rowell*
   BREDHOFF & KAISER P.L.L.C.
3  805 Fifteenth Street NW, Suite 1000
   Washington, D.C. 20005
4  Tel: (202) 842-2600
   Fax: (202) 842-1888
5  ldayan@bredhoff.com
   acarter@bredhoff.com
6  rravindran@bredhoff.com
   lshadgett@bredhoff.com
7  arowell@bredhoff.com
   *Pro hac vice
8
   Daniel Feinberg, SBN 135983
9  Catha Worthman, SBN 230399
   Anne Weis, SBN 336480
10 FEINBERG, JACKSON, WORTHMAN
   & WASOW, LLP
11 2030 Addison Street, Suite 500
   Berkeley, CA 94704
12 Tel. (510) 269-7998
   Fax (510) 269-7994
13 dan@feinbergjackson.com
   catha@feinbergjackson.com
14 anne@feinbergjackson.com

15 *Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO; American*
16 *Federation of State, County and Municipal Employees, AFL-CIO; National Nurses*
17 *Organizing Committee/National Nurses United; Service Employees International Union, AFL-*
18 *CIO; National Association of Government Employees, Inc.; National Federation of*
19 *Federal Employees, IAM, AFL-CIO*

20 Rushab B. Sanghvi (SBN 302809)
   Andres M. Grajales*
21 American Federation of Government
   Employees, AFL-CIO
22 80 F Street NW
   Washington, D.C. 20001
23 Tel: (202) 639-6426
   SanghR@afge.org
24 Grajaa@afge.org
   *Pro hac vice
25
   *Counsel for Plaintiff American Federation*
26 *of Government Employees (AFGE)*

27 Teague P. Paterson (SBN 226659)
   Matthew S. Blumin*
28

EMILY M. HALL
Counsel to the Assistant Attorney General
Civil Division

ERIC HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

ALEXANDER K. HAAS
Director
Civil Division, Federal Programs Branch

JACQUELINE COLEMAN SNEAD
Assistant Branch Director
Civil Division, Federal Programs Branch

  /s/ Lydia J. Jines
LYDIA JINES (MD Bar No. 2205230001)
JEREMY MAURITZEN
Trial Attorneys
LISA ZEIDNER MARCUS
Senior Counsel
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L St., NW, Twelfth Floor
Washington, DC 20530
Tel: (202) 353-5652
Fax: (202) 616-8470
Email: Lydia.Jines@usdoj.gov

*Counsel for Defendants*

1  American Federation of State, County, and
   Municipal Employees, AFL-CIO
2  1625 L Street NW
   Washington, D.C. 20036
3  Tel: (202) 775-5900
   Fax: (202) 452-0556
4  tpaterson@afscme.org
   mblumin@afscme.org
5  *Pro hac vice

6  *Counsel for Plaintiff American Federation of
   State County and Municipal Employees, AFL-*
7  *CIO (AFSCME)*

8  Nicole Daro (SBN 276948)
   National Nurses United
9  155 Grand Ave.
   Oakland, CA 94612
10 Tel: (510) 207-8291
   ndaro@calnurses.org
11
   *Counsel for Plaintiff NNOC/NNU*
12
   Steven K. Ury (SBN 199499)
13 Service Employees International Union, AFL-
   CIO
14 1800 Massachusetts Ave., N.W.
   Washington, D.C. 20036
15 Tel: (202) 730-7428
   steven.ury@seiu.org
16
   *Counsel for Plaintiff Service Employees*
17 *International Union, AFL-CIO (SEIU)*

18 Sarah E. Suszczyk*
   National Association of
19 Government Employees, Inc.
   159 Thomas Burgin Parkway
20 Quincy, MA 02169
   Tel: (617) 376-7239
21 ssuszczyk@nage.org
   *Pro hac vice
22
   *Counsel For Plaintiff National Association*
23 *of Government Employees (NAGE)*

24 Yvette M. Piacsek*
   General Counsel
25 National Federation of Federal Employees,
   IAM, AFL-CIO
26 1225 New York Avenue NW, Suite 450
   Washington, D.C. 20005
27 Tel: (202) 216-4428
   ypiacsek@nffe.org
28

*Pro hac vice*

*Counsel for Plaintiff National Federation of Federal Employees, IAM, AFL-CIO (NFFE)*

## **CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the undersigned hereby attests that I have conferred with counsel for Plaintiffs regarding this filing, and that I have obtained the concurrence of each signatory hereto in the filing of this document.

*/s/ Lydia J. Jines*
Lydia J. Jines