Leon Dayan (State Bar No. 153162)
Abigail V. Carter*
Ramya Ravindran*
Lane M. Shadgett*
J. Alexander Rowell*
**BREDHOFF & KAISER P.L.L.C.**
805 Fifteenth Street NW, Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
ldayan@bredhoff.com
acarter@bredhoff.com
rravindran@bredhoff.com
lshadgett@bredhoff.com
arowell@bredhoff.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs* (Additional Counsel on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-03070-JD<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION**<br><br>Judge: Hon. James Donato<br><br>**Noticed Hearing**<br>Date: June 18, 2025<br>Time: 10:00 a.m.<br>Location: Courtroom 11, 19th Floor |

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs provide this Statement of Recent Decision informing the Court of a recent judicial opinion issued after the filing of Plaintiffs' Reply Brief in Support of their Motion for Preliminary Injunction, ECF No. 47.

On June 2, 2025, the United States District Court for the Western District of Washington issued an Order Granting Motion for Preliminary Injunction in *AFGE v. Noem*, No. 2:25-cv-00451-MJP, __ F. Supp. 3d. __, 2025 WL 1557270 (W.D. Wash. June 2, 2025), granting plaintiffs preliminary relief on claims, including a First Amendment retaliation claim, regarding the Transportation Security Administration's recission of a collective bargaining agreement. A copy

1  of this decision is attached.

2                                                                  Respectfully submitted,

3                                                                  /s/ Ramya Ravindran
                                                                    Leon Dayan (SBN 153162)
4                                                                  Abigail V. Carter*
                                                                    Ramya Ravindran*
5                                                                  Lane M. Shadgett*
                                                                    J. Alexander Rowell*
6                                                                  BREDHOFF & KAISER P.L.L.C.
                                                                    805 Fifteenth Street NW, Suite 1000
7                                                                  Washington, D.C. 20005
                                                                    Tel: (202) 842-2600
8                                                                  Fax: (202) 842-1888
                                                                    ldayan@bredhoff.com
9                                                                  acarter@bredhoff.com
                                                                    rravindran@bredhoff.com
10                                                                 lshadgett@bredhoff.com
                                                                    arowell@bredhoff.com
11                                                                 *Pro hac vice

12                                                                 Daniel Feinberg (SBN 135983)
                                                                    Catha Worthman (SBN 230399)
13                                                                 FEINBERG, JACKSON, WORTHMAN
                                                                    & WASOW, LLP
14                                                                 2030 Addison Street, Suite 500
                                                                    Berkeley, CA 94704
15                                                                 Tel. (510) 269-7998
                                                                    Fax (510) 269-7994
16                                                                 dan@feinbergjackson.com
                                                                    catha@feinbergjackson.com
17
                                                                    *Counsel for Plaintiffs*
18
                                                                    Rushab B. Sanghvi (SBN 302809)
19                                                                 Andres M. Grajales*
                                                                    American Federation of Government
20                                                                 Employees, AFL-CIO
                                                                    80 F Street NW
21                                                                 Washington, D.C. 20001
                                                                    Tel: (202) 639-6426
22                                                                 SanghR@afge.org
                                                                    Grajaa@afge.org
23                                                                 *Pro hac vice

24                                                                 *Counsel for Plaintiff American Federation
                                                                    of Government Employees (AFGE)*
25
                                                                    Teague P. Paterson (SBN 226659)
26                                                                 Matthew S. Blumin*
                                                                    American Federation of State, County, and
27                                                                 Municipal Employees, AFL-CIO
                                                                    1625 L Street NW
28                                                                 Washington, D.C. 20036

Plaintiffs' Statement of Recent Decision, Case No. 3:25-cv-03070-JD                                    2

Tel: (202) 775-5900
Fax: (202) 452-0556
tpaterson@afscme.org
mblumin@afscme.org
*Pro hac vice*

*Counsel for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Nicole Daro (SBN 276948)
National Nurses United
155 Grand Ave.
Oakland, CA 94612
Tel: (510) 207-8291
ndaro@calnurses.org

*Counsel for Plaintiff NNOC/NNU*

Steven K. Ury (SBN 199499)
Service Employees International Union, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

*Counsel for Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

Sarah E. Suszczyk*
National Association of
Government Employees, Inc.
159 Thomas Burgin Parkway
Quincy, MA 02169
Tel: (617) 376-7239
ssuszczyk@nage.org
*Pro hac vice*

*Counsel For Plaintiff National Association of Government Employees (NAGE)*

Yvette M. Piacsek*
General Counsel
National Federation of Federal Employees, IAM, AFL-CIO
1225 New York Avenue NW, Suite 450
Washington, D.C. 20005
Tel: (202) 216-4428
ypiacsek@nffe.org
*Pro hac vice*

*Counsel for Plaintiff National Federation of Federal Employees, IAM, AFL-CIO (NFFE)*