UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FRANK BIEDERMAN; et al., | No. 25-3063 |
| Plaintiffs - Petitioners, | D.C. No. 23-cv-06640 |
| v. | Northern District of California, San Francisco |
| FCA US, LLC and CUMMINS, INC., | ORDER |
| Defendants - Respondents. | |

Before: WARDLAW and JOHNSTONE, Circuit Judges.

The petition for permission to appeal is granted. *See* 28 U.S.C. § 1292(b).

Within 14 days, petitioners must comply with Federal Rule of Appellate Procedure 5(d)(1).