# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date: June 18, 2025                                             Judge:  Hon. James Donato

Time:  45 Minutes

Case No.      **3:25-cv-03070-JD**
Case Name     **American Federation Of Government Employees, AFL-CIO et al v. Trump et al**

Attorney(s) for Plaintiff(s):     Ramya Ravindran/Abigail Carter/J. Alexander Rowell/ Catha Worthman
Attorney(s) for Defendant(s):    Tyler Becker/Jeremy Mauritzen

Deputy Clerk:  Lisa R. Clark                              Court Reporter:  Ana Dub

### PROCEEDINGS

Preliminary injunction hearing -- Held

### NOTES AND ORDERS

Plaintiffs' application for a preliminary injunction, Dkt. No. 15, is taken under submission.  The Court will issue a written order.