BRETT A. SHUMATE
   Assistant Attorney General
YAAKOV M. ROTH
   Principal Deputy Assistant Attorney General
EMILY M. HALL
TYLER J. BECKER
   Counsel to the Assistant Attorney General, Civil Division
ERIC HAMILTON
   Deputy Assistant Attorney General
ALEXANDER K. HAAS
   Director
JACQUELINE COLEMAN SNEAD
   Assistant Branch Director
LISA ZEIDNER MARCUS
   Senior Counsel
LYDIA JINES (MD Bar No. 2205230001)
JEREMY MAURITZEN
   Trial Attorneys
   U.S. Department of Justice, Civil Division
   Federal Programs Branch
   1100 L St., NW, Twelfth Floor
   Washington, DC 20530
   Tel: (202) 353-5652
   Fax: (202) 616-8470
   Email: Lydia.Jines@usdoj.gov

Counsel for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-03070-JD<br><br>**Defendants' Administrative Motion for Leave to File Statement of Recent Decisions After Hearing Date**<br><br>Judge: Hon. James Donato |

Pursuant to Civil Local Rules 7-3(d) and 7-11, Defendants respectfully move for leave to file the attached Statement of Recent Decisions informing the Court of two recent judicial opinions. Civil Local Rule 7-3(d) allows a Statement of Recent Decision to be filed without leave of court "[b]efore the hearing date," Civil L.R. 7-3(d)(2); any additional papers require Court approval to file, *id.* 7-3(d).

1  Because these judicial opinions were issued on or after June 18, 2025—the day this Court held the
2  hearing on Plaintiffs' Ex Parte Motion for Preliminary Injunction—Defendants now seek this Court's
3  approval to file a Statement of Recent Decisions attaching the decisions.
4      In accordance with Civil Local Rule 7-11(a), this motion is supported by the Declaration of
5  Lydia Jines and a proposed order, which are filed herewith.  Pursuant to Civil Local Rule and 7-11(b), if
6  Plaintiffs choose to oppose this request, Plaintiffs have four days to do so.  Good cause supports this
7  motion because the Statement of Recent Decisions and attached judicial opinions relate to issues
8  currently before this Court and, specifically, the pending Ex Parte Motion for Preliminary Injunction
9  filed by Plaintiffs.
10     For the foregoing reasons, Defendants respectfully request that this motion be granted and that
11 the Court allow the attached Statement of Recent Decision to be filed.

13 DATED: June 24, 2025                  Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
EMILY M. HALL
TYLER J. BECKER
Counsel to the Assistant Attorney General
Civil Division

ERIC HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

ALEXANDER K. HAAS
Director
Civil Division, Federal Programs Branch

JACQUELINE COLEMAN SNEAD
Assistant Branch Director
Civil Division, Federal Programs Branch

 /s/ Lydia J. Jines
LYDIA JINES (MD Bar No. 2205230001)
JEREMY MAURITZEN
Trial Attorneys
LISA ZEIDNER MARCUS
Senior Counsel
U.S. Department of Justice, Civil Division

Defendants' Administrative Motion for Leave to File Statement of Recent Decision After Hearing Date
3:25-CV-03070-JD

Federal Programs Branch
1100 L St., NW, Twelfth Floor
Washington, DC 20530
Tel: (202) 353-5652
Fax: (202) 616-8470
Email: Lydia.Jines@usdoj.gov

*Counsel for Defendants*

Defendants' Administrative Motion for Leave to File Statement of Recent Decision After Hearing Date
3:25-CV-03070-JD