BRETT A. SHUMATE
    Assistant Attorney General
YAAKOV M. ROTH
    Principal Deputy Assistant Attorney General
EMILY M. HALL
TYLER J. BECKER
    Counsel to the Assistant Attorney General, Civil Division
ERIC HAMILTON
    Deputy Assistant Attorney General
ALEXANDER K. HAAS
    Director
JACQUELINE COLEMAN SNEAD
    Assistant Branch Director
LISA ZEIDNER MARCUS
    Senior Counsel
LYDIA JINES (MD Bar No. 2205230001)
JEREMY MAURITZEN
SYED AHMAD
    Trial Attorneys
    U.S. Department of Justice, Civil Division
    Federal Programs Branch
    1100 L St., NW, Twelfth Floor
    Washington, DC 20530
    Tel: (202) 353-5652
    Fax: (202) 616-8470
    Email: Lydia.Jines@usdoj.gov

Counsel for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-03070-JD<br><br>**Defendants' Notice of Appeal of Preliminary Injunction**<br><br>Judge: Hon. James Donato |

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals

for the Ninth Circuit from this Court's June 24, 2025 Order Re Preliminary Injunction (ECF No. 60),

granting Plaintiffs' motion for a preliminary injunction.

1

2    DATED: June 26, 2025                        Respectfully submitted,

3                                                BRETT A. SHUMATE
                                                 Assistant Attorney General
4
                                                 YAAKOV M. ROTH
5                                                Principal Deputy Assistant Attorney General
                                                 EMILY M. HALL
6                                                TYLER J. BECKER
                                                 Counsel to the Assistant Attorney General
7                                                Civil Division

8                                                ERIC HAMILTON
                                                 Deputy Assistant Attorney General
9                                                Civil Division, Federal Programs Branch

10                                               ALEXANDER K. HAAS
                                                 Director
11                                               Civil Division, Federal Programs Branch

12                                               JACQUELINE COLEMAN SNEAD
                                                 Assistant Branch Director
13                                               Civil Division, Federal Programs Branch

14
                                                  /s/ Lydia J. Jines
15                                               LYDIA JINES (MD Bar No. 2205230001)
                                                 JEREMY MAURITZEN
16                                               SYED AHMAD
                                                 Trial Attorneys
17                                               LISA ZEIDNER MARCUS
                                                 Senior Counsel
18                                               U.S. Department of Justice, Civil Division
                                                 Federal Programs Branch
19                                               1100 L St., NW, Twelfth Floor
                                                 Washington, DC 20530
20                                               Tel: (202) 353-5652
                                                 Fax: (202) 616-8470
21                                               Email: Lydia.Jines@usdoj.gov

22                                               *Counsel for Defendants*

23

24

25

26

27

28

Defendants' Notice of Appeal of Preliminary Injunction
3:25-CV-03070-JD