Actions taken to implement EO 14251 as of June 24, 2025 (before Preliminary Injunction)

| | Has refused to recognize unions as exclusive reps? | Has terminated CBAs? | Has suspended dues processing? | Has eliminated official time and reassigned employees who used it? | Has refused participation at FLRA? | Has terminated or refused to participate in grievance or arbitration proceedings? | Has reclaimed agency space or equipment used by the unions? |
|---|---|---|---|---|---|---|---|
| OPM | Yes, for the following organizations in OPM: OCIO, HCDMM, and OESPIM[1] | No.[2] | Yes, for the following organizations: OCIO, HCDMM, and OESPIM | Not applicable. Employees who used official time in the affected organizations have separated from OPM. | Not applicable. No matters related to these organizations have been elevated to the FLRA. | Not applicable. There are no pending grievances or arbitrations involving employees from the affected organizations. | No. CBA provisions on agency space and equipment remain in place as applicable to OPM organizations not affected by EO 14, 251 |
| State | Yes | Yes | Yes | Yes | Held in abeyance | Yes | Yes |
| USAID | No | No | Yes | No | No | No (currently in arbitration) | No. but AFGE has no office space due to termination of the office lease. |
| DoD | No | No | Yes | Yes, but varies by component | The FLRA has held proceedings in abeyance | Have been in abeyance/requested an abeyance | Some had, but most had not |
| Treasury (U.S. Mint) | No | No | No | No | No | No | No |
| VA | No | No, except one agreement terminated not pursuant to the EO | Yes | No | No, but is requesting matters be held in abeyance | No, but is requesting matters be held in abeyance | No |

[1] Office of the Chief Information ("OCIO"), Human Capital Data Management and Modernization ("HCDMM"), and Office of the Executive Secretariat and Privacy and Information Management ("OESPIM"). Ex. 2 ¶ 4.

[2] OPM informed unions representing OCIO, HCDMM, and OESPIM employees on April 3, 2025 that the CBA no longer applied to them, but the CBA has not been cancelled. Ex. 2 ¶ 4.

Actions taken to implement EO 14251 as of June 24, 2025 (before Preliminary Injunction)

| | Has refused to recognize unions as exclusive reps? | Has terminated CBAs? | Has suspended dues processing? | Has eliminated official time and reassigned employees who used it? | Has refused participation at FLRA? | Has terminated or refused to participate in grievance or arbitration proceedings? | Has reclaimed agency space or equipment used by the unions? |
|---|---|---|---|---|---|---|---|
| DOJ | No | No | Yes | Not eliminated in full, but has denied official time | No, requested abeyance | No | No, although, the national counsel representing the Bureau of Prison bargaining unit is no longer allowed space in the DC office |
| HHS | Yes | No | Yes | Eliminated approved official time but made no reassignments. | N/A – no current proceedings | Yes | No |
| USCIS | No | No | Yes[3] | No | No | Held in abeyance[4] | Yes |
| USCG | No | No | Yes, but varies | Yes, Firefighters and AFGE Council leadership supporting eligible employees remain eligible to use official time | No | Held in abeyance. | No |
| ICE | No | No | No (however NFC paused them for 2 pay periods) | No | No | No[5] | No |

---

[3] On or about May 7, 2025, USCIS received notice that NFC would be reinstituting dues deduction.   USCIS is awaiting confirmation that this action has been implemented.  Ex. 10 ¶ 4.

[4] USCIS has participated in a single arbitration that was pending prior to the issuance of EO 14251.  Ex. 10 ¶ 4.

[5] *See* Ex. 12 ¶ 5 (explaining more comprehensively ICE's approach to grievances and arbitrations).

Actions taken to implement EO 14251 as of June 24, 2025 (before Preliminary Injunction)

| | Has refused to recognize unions as exclusive reps? | Has terminated CBAs? | Has suspended dues processing? | Has eliminated official time and reassigned employees who used it? | Has refused participation at FLRA? | Has terminated or refused to participate in grievance or arbitration proceedings? | Has reclaimed agency space or equipment used by the unions? |
|---|---|---|---|---|---|---|---|
| DOI | No | No | Yes | No | DOI has not refused to participate in FLRA matters for the Plaintiff unions. FLRA has granted abeyances for matters impacted by the EO 14,251 | DOI has participated in the grievance process by denying grievances excluded under the EO and proceeded with grievances allowed under the EO. DOI has also received abeyances of arbitrations. | No |
| Energy | No, but we have not been engaging with the unions | No | No, but we are not processing any new dues deduction enrollments | No | No pending matters | No, but has held them in abeyance while litigation is pending | No |
| USDA | No (except for a brief period) | No (except for a brief period) | Yes, except for a brief period | Eliminated official time but made no reassignments. | No, held in abeyance. | No, held in abeyance. | No. |
| EPA | No | No | Yes | No | No | No | No |
| NSF | No | No | Yes | Yes as to official time, no as to reassignments | No | Yes | Yes, reclaimed space |
| USITC | No | No | Yes | No | N/a—no cases pending before the FLRA | Yes | No |
| GSA | No | No, GSA previously terminated its CBA on April 1 but rescinded such termination on April 25 | Yes | Yes | No, they are held in abeyance | All pending national grievances held in abeyance; no arbitrations | Yes |

Actions taken to implement EO 14251 as of June 24, 2025 (before Preliminary Injunction)

| | Has refused to recognize unions as exclusive reps? | Has terminated CBAs? | Has suspended dues processing? | Has eliminated official time and reassigned employees who used it? | Has refused participation at FLRA? | Has terminated or refused to participate in grievance or arbitration proceedings? | Has reclaimed agency space or equipment used by the unions? |
|---|---|---|---|---|---|---|---|
| SSA | No | No | Yes | Eliminated approved official time and made one reassignment. | No | No, held in abeyance. | No |
| DOL | No | No | Yes, only for the excluded employees | No | No | No | No |
| HUD | No | No | Yes, for OCIO employee only | No | No | No | No |
| DOT | No[6] | No | Yes | No | No | No | No |
| ED | No | No | No | No | No | No | No |

---

[6] On Monday March 31, 2025, the Office of the Secretary of Transportation ("OST") provided a preliminary notice to AFGE, that it would no longer recognize the Union as the exclusive representative for its OCIO employees and that the CBA provision that identifies the OCIO as part of the bargaining unit was void. However, no further action has been taken to remove OST OCIO employees from the bargaining unit, and no employee's bargaining unit status was changed in the system. Ex. 23 ¶ 5.