UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-03070-JD<br><br>**[Proposed] ORDER**<br><br>Judge: Hon. James Donato |

Defendants have filed an Emergency Motion to Stay the Preliminary Injunction Pending Appeal. Upon consideration of the motion, and good cause shown, the Court hereby GRANTS the motion. This Court's Order, ECF No. 60, is stayed until further notice.

**IT IS SO ORDERED.**

DATED:_____

_____
The Honorable James Donato
United States District Judge

[Proposed] Order
3:25-CV-03070-JD