| Form Order | Defendants |
|---|---|
| 1 | U.S. Office of Personnel Management<br>Charles Ezell |
| 2 | U.S. Department of State<br>U.S. Agency for International Development<br>Marco Rubio |
| 3 | U.S. Department of Defense<br>Peter Hegseth |
| 4 | U.S. Department of Veterans Affairs<br>Doug Collins |
| 5 | U.S. Department of Justice<br>Pamela Bondi |
| 6 | U.S. Department of Health and Human Services<br>Robert F. Kennedy, Jr. |
| 7 | U.S. Department of Interior<br>Doug Burgum |
| 8 | U.S. Department of Energy<br>Chris Wright |
| 9 | U.S. Department of Agriculture<br>Brooke Rollins |
| 10 | U.S. Environmental Protection Agency<br>Lee Zeldin |
| 11 | U.S. National Science Foundation<br>Dr. Sethuraman Panchanathan |
| 12 | U.S. General Services Administration<br>Stephen Ehikian |
| 13 | U.S. Social Security Administration<br>Leland Dudek |
| 14 | U.S. Department of Labor<br>Lori Chavez-Deremer |
| 15 | U.S. Department of Housing and Urban Development<br>Scott Turner |
| 16 | U.S. Department of Transportation<br>Sean Duffy |
| 17 | U.S. Department of Education<br>Linda McMahon |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFGE, et al.<br><br>Plaintiff(s)<br>v.<br>Donald J. Trump, et al.<br><br>Defendant(s) | CASE No C 3:25-cv-03070-JD<br><br>ADR CERTIFICATION BY<br>PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: July 10, 2025

**Becky Ronayne** *Digitally signed by Becky Ronayne*
*Date: 2025.07.10 15:31:07 -04'00'*

Party

Date: 7/10/2025

/s/ Lydia J. Jines

Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☒ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 7/10/2025

/s/ Lydia J. Jines

Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert  rev. 1-15-2019

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFGE, et al.<br><br>                    Plaintiff(s)<br>v.<br>Donald J. Trump, et al.<br><br>                    Defendant(s) | CASE No C 3:25-cv-03070-JD<br><br>ADR CERTIFICATION BY<br>PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 7/10/2025        /s/ Marianne Perciaccante (Dep't of State)
                                              Party

Date: 7/10/2025        /s/ Lydia J. Jines
                                              Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☒ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 7/10/2025        /s/ Lydia J. Jines
                                              Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 1-15-2019*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFGE, et al. | CASE No C 3:25-cv-3070-JD |
| Plaintiff(s) | |
| v. | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| Donald J. Trump, et al. | |
| Defendant(s) | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: July 10, 2025

TALARICO HANNA.RACHAEL.JEAN.1556703589
Digitally signed by TALARICO HANNA.RACHAEL.JEAN.1556703589
Date: 2025.07.10 16:05:54 -04'00'

Party

Date: 7/10/2025

/s/ Lydia J. Jines

Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☒ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 7/10/2025

/s/ Lydia J. Jines

Attorney

*Important!* *E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert  rev. 1-15-2019*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| AFGE, et al. | CASE No C 3:25-cv-03070-JD |
|---|---|
| Plaintiff(s) | |
| v. | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| Donald J. Trump, et al. | |
| Defendant(s) | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 7/10/2025         *Danielle Runyan*
                              Party

Date: 7/10/2025         /s/ Lydia J. Jines
                              Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☒ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 7/10/2025         /s/ Lydia J. Jines
                              Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 1-15-2019*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFGE, et al.<br><br>Plaintiff(s)<br>v.<br>Donald J. Trump, et al.<br><br>Defendant(s) | CASE No C 3:25-cv-03070-JD<br><br>ADR CERTIFICATION BY<br>PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 7/10/2025

MATTHEW HIRT   Digitally signed by MATTHEW HIRT
Date: 2025.07.10 15:33:18 -04'00'

Party

Date: 7/10/2025

/s/ Lydia J. Jines

Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☒ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 7/10/2025

/s/ Lydia J. Jines

Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert  rev. 1-15-2019*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFGE, et al.<br><br>Plaintiff(s)<br>v.<br>Donald J. Trump, et al.<br><br>Defendant(s) | CASE No C 3:25-cv-03070-JD<br><br>ADR CERTIFICATION BY<br>PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 07/10/2025     Jean-michel Voltaire -S  *Digitally signed by Jean-michel Voltaire -S Date: 2025.07.10 15:56:05 -04'00'*
                                           Party

Date: 7/10/2025      /s/ Lydia J. Jines
                                           Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☒ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 7/10/2025      /s/ Lydia J. Jines
                                           Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 1-15-2019*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GO<br><br>Plaintiff(s)<br>v.<br>DONALD J. TRUMP, in his official<br>Defendant(s) | CASE No C 25-CV-3070<br><br>ADR CERTIFICATION BY<br>PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 7/10/2025         NANETTE GONZALES  *Digitally signed by NANETTE GONZALES Date: 2025.07.10 13:43:26 -06'00'*
                                                    Party

Date: 7/10/2025         /s/ Lydia J. Jines
                                                    Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☒ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 7/10/2025         /s/ Lydia J. Jines
                                                    Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

Form ADR-Cert rev. 1-15-2019

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFGE, et al.<br><br>                    Plaintiff(s)<br>v.<br><br>Donald J. Trump, et al.<br>                    Defendant(s) | CASE No C 3:25-cv-03070-JD<br><br>ADR CERTIFICATION BY<br>PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 7/10/25                                           _[signature]_ (Dep't of Energy)
                                                                          Party

Date: 7/10/2025                                    /s/ Lydia J. Jines
                                                                          Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 7/10/2025                                    /s/ Lydia J. Jines
                                                                          Attorney

*Important!* *E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert rev. 1-15-2019*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFGE, et al. | CASE No C 3:25-cv-03070-JD |
| Plaintiff(s) | |
| v. | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| Donald J. Trump, et al. | |
| Defendant(s) | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 7/10/2025

USDA    CARLOS RAMIREZ-PEREZ
Digitally signed by CARLOS RAMIREZ-PEREZ
Date: 2025.07.10 17:41:43 -06'00'

Party

Date: 7/10/2025

/s/ Lydia J. Jines

Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☒ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 7/10/2025

/s/ Lydia J. Jines

Attorney

*Important!* *E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert rev. 1-15-2019*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFGE, et al. | CASE No C 3:25-cv-03070-JD |
| Plaintiff(s) | |
| v. | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| Donald J. Trump, et al. | |
| Defendant(s) | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 7/10/2025         JENNIFER CLARK  *Digitally signed by JENNIFER CLARK  Date: 2025.07.10 15:57:26 -04'00'*
                        Party

Date: 7/10/2025         /s/ Lydia J. Jines
                        Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☒ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 7/10/2025         /s/ Lydia J. Jines
                        Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

Form ADR-Cert  rev. 1-15-2019

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFGE, et al.<br><br>                         Plaintiff(s)<br>v.<br><br>Donald J. Trump, et al.<br><br>                         Defendant(s) | CASE No C 3:25-cv-03070-JD<br><br>ADR CERTIFICATION BY<br>PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 7/10/2025      /s/ Kaiya Pontinen
                                              Party

Date: 7/10/2025      /s/ Lydia J. Jines
                                              Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☒ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 7/10/2025      /s/ Lydia J. Jines
                                              Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert  rev. 1-15-2019*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| AFGE, et al.<br><br>                           Plaintiff(s)<br>v.<br><br>Donald J. Trump, et al.<br><br>                           Defendant(s) | CASE No C 3:25-cv-03070-JD<br><br>ADR CERTIFICATION BY<br>PARTIES AND COUNSEL |
|---|---|

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 7/10/2025                    DocuSigned by: Daniel Hall    US General Services Administration
                                                                           Party

Date: 7/10/2025                    /s/ Lydia J. Jines
                                                                           Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☒ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 7/10/2025                    /s/ Lydia J. Jines
                                                                           Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert rev. 1-15-2019*

Reset Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| AFGE, et al. | CASE No C25-CV-03070 |
|---|---|
| Plaintiff(s) | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| v. | |
| DONALD J. TRUMP et al. | |
| Defendant(s) | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: July 10, 2025                                          (SSA)
                                                             Party

Date: 7/10/2025                                Kenneth Bullock /s/ Lydia J. Jines
                                                             Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☒ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 7/10/2025                                /s/ Lydia J. Jines
                                                             Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert  rev. 1-15-2019

Print Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFGE, et al. | CASE No C 3:25-cv-03070-JD |
| Plaintiff(s) | |
| v. | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| Donald J. Trump, et al. | |
| Defendant(s) | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 07/10/2025

Matthew Babington (Dep't of Labor)
Party

Date: 7/10/2025

/s/ Lydia J. Jines
Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 7/10/2025

/s/ Lydia J. Jines
Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert rev. 1-15-2019

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFGE, et al. | CASE No C 3:25-cv-03070-JD |
| Plaintiff(s) | |
| v. | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| Donald J. Trump, et al. | |
| Defendant(s) | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 7/10/2025      JAVES MYUNG
*Digitally signed by: JAVES MYUNG
DN: CN = JAVES MYUNG C = US O = U.S. Government OU = Department of Housing and Urban Development, Office of General Counsel
Date: 2025.07.10 16:04:58 -04'00'*

Party

Date: 7/10/2025      /s/ Lydia J. Jines

Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☒ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 7/10/2025      /s/ Lydia J. Jines

Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert rev. 1-15-2019

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AFGE, et al.

                  Plaintiff(s)

v.

Donald J. Trump, et al.

                  Defendant(s)

CASE No C 3:25-cv-03070-JD

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 7/10/2025

/s/ Charles E. Enloe (Dep't of Transp.)
Party

Date: 7/10/2025

/s/ Lydia J. Jines
Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☒ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 7/10/2025

/s/ Lydia J. Jines
Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 1-15-2019*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFGE, et al. | CASE No C 3:25-cv-03070-JD |
| Plaintiff(s) | |
| v. | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| Donald J. Trump, et al. | |
| Defendant(s) | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 7/10/2025        /s/ Candice Jackson (Dep't of Education)
                                             Party

Date: 7/10/2025        /s/ Lydia J. Jines
                                             Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☒ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 7/10/2025        /s/ Lydia J. Jines
                                             Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 1-15-2019*