UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-03070-JD<br><br>**[PROPOSED] ORDER**<br><br>Judge: Hon. James Donato |

Upon consideration of Plaintiffs' Motion for Administrative Relief Asking Court to Set a Status Conference (the "Motion"), ECF No. 73, and Defendants' Response to Plaintiffs' Motion for Administrative Relief, ECF No. 74, it is hereby **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

Date: _____

Hon. James Donato
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER
3:25-cv-03070-JD                          1