Danielle Leonard (SBN 218201)
Connie Chan (SBN 284230)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
dleonard @altber.com
cchan@altber.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-03070-JD<br><br>**PLAINTIFFS' MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER** |

On behalf of Plaintiffs American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Nurses Organizing Committee/National Nurses United, Service Employees International Union, AFL-CIO, National Association of Government Employees, Inc., and National Federation of Federal Employees, the following attorneys (1) move to substitute as counsel of record; (2) certify they are members in good standing of this Court's bar; (3) attest to the consent of current counsel to be withdrawn, and (4) attest to the consent of the party represented.

The names of the new counsel and law firms seeking to appear are:

**(1) Danielle Leonard and Connie Chan (Altshuler Berzon LLP)**

The names of counsel and law firms withdrawing from representation are:

**(1) Ramya Ravindran, Abigail V. Carter, James Alexander Rowell, Lane Martin Shadgett, and Leon O. Dayan (Bredhoff & Kaiser PLLC)**

**(2) Daniel Mark Feinberg and Catha Alison Worthman (Feinberg, Jackson, Worthman & Wasow LLP)**

DATED: May 20, 2026

Respectfully submitted,

Danielle E. Leonard
Connie K. Chan
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
dleonard@altshulerberzon.com
cchan@altshulerberzon.com

By: */s/ Danielle Leonard*

*Attorneys for Plaintiffs*

**~~[PROPOSED]~~ ORDER**

The substitution of attorneys and law firms is hereby approved and so ORDERED.

DATE: 8/7/2026

Hon. James Donato
United States District Judge