BRETT A. SHUMATE
Assistant Attorney General
TYLER BECKER
Counsel to the Assistant Attorney General, Civil Division
ALEXANDER K. HAAS
Director
CHRISTOPHER R. HALL
Assistant Branch Director
BENJAMIN S. KURLAND
D.C. Bar No. 1617521
JEREMY MAURITZEN
Trial Attorneys
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L St., NW, Twelfth Floor
Washington, DC 20530
Tel: (202) 598-7755
Fax: (202) 616-8470
Email: ben.kurland@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-03070-JD<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE EXCESS PAGES**<br><br>Judge: Hon. James Donato |

Under Local Rule 7-11, Defendants respectfully move to extend the page limit set by the Court's Standing Order for their Motion to Dismiss. Good cause supports this request:

1. Defendants intend to file the attached Motion to Dismiss all claims. To fully address all potential grounds for dismissal, Defendants need four pages above the default fifteen-page limit set by the Court. Standing Order ¶ 18.

2. This request is supported by good cause. The case involves constitutional and statutory questions addressing the President's inherent and congressionally granted authority in matters of national security. For both lack of jurisdiction and failure to state a claim, Defendants move to dismiss all five claims and resolve the case expeditiously, without burdensome discovery or record development. To that end, this enlargement will permit thorough but concise briefing to aid the Court's analysis.

3. The parties have met-and-conferred, and Plaintiffs' counsel do not consent to this motion. *See* Decl. of Benjamin S. Kurland.

Dated: October 28, 2026.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

TYLER BECKER
Counsel to the Assistant Attorney General

ALEXANDER K. HAAS
Director
Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director
Federal Programs Branch

BENJAMIN S. KURLAND
D.C. Bar No. 1617521
JEREMY MAURITZEN
Trial Attorneys
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L St., NW, Twelfth Floor
Washington, DC 20530
Tel: (202) 598-7755
Fax: (202) 616-8470
Email: Ben.Kurland@usdoj.gov

*Counsel for Defendants*