Danielle Leonard (SBN 218201)
Connie K. Chan (SBN 284230)
Anita T. Alem (SBN 353683)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
dleonard @altber.com
cchan@altber.com
aalem@altber.com

*Attorneys for Plaintiffs*
[Additional counsel and affiliations on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-03070-JD<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE EXCESS PAGES FOR MOTION TO DISMISS**<br><br>Action Filed: April 3, 2025 |

Plaintiffs oppose Defendants' request for leave to file a motion to dismiss of excess pages for several reasons, including because Defendants should not be filing a motion to dismiss at this stage of the litigation at all.

The parties previously addressed their dispute regarding whether Defendants should proceed to file a motion to dismiss at this late date (which is approximately 18 months after the case was filed) in the operative Case Management Conference Statement (Dkt. 83). Plaintiffs explained their position that dispositive motions should follow discovery, including because the Ninth Circuit's decision on this Court's preliminary injunction made clear that Defendants' jurisdictional challenge lacks merit, and at least some if not all of Plaintiffs' claims would survive such a motion. This Court set a status conference for November 19, 2026, at which Plaintiffs intended to raise this dispute regarding case schedule. Dkts. 86, 87.

In addition, Plaintiffs filed a discovery dispute letter regarding Defendants' complete objection to discovery (Dkt. 85), after which this Court ordered the parties to brief the propriety of discovery. Dkt. 87. In that Order, the Court limited each party to ten pages for their briefs (*id.*), with which Plaintiffs complied on October 23, 2026. Dkt. 88. In addition to the reasons expressed in Plaintiffs' Case Management Conference statement for holding dispositive motions until after discovery (Dkt. 83), Plaintiffs are further concerned that Defendants now seek to use this Motion as additional pages in support of their opposition to discovery, in circumvention of this Court's ten-page limit on that briefing.

Finally, Plaintiffs' initial review of the proposed Motion reveals that Defendants are attempting to reargue jurisdictional issues they previously lost in the Court of Appeal and raise merits issues more appropriately addressed on a summary judgment record. Dkt. 89-3. The document they proposed to file reinforces why Plaintiffs request that the Court hear any dispositive motions once, at the appropriate time following discovery.

Plaintiffs therefore respectfully request the Court deny Defendants' Motion for Leave, which essentially circumvents this Court's direction regarding the pending dispute over the propriety of discovery, and seeks to force the Court and Plaintiffs to address this Motion on Defendants' chosen schedule, eighteen months after this case was filed. Plaintiffs request that the parties and Court

discuss an appropriate case schedule after resolution of the briefing on the discovery dispute, and at the Case Management Conference currently scheduled for November 19, 2026.

If the Court instead grants Defendants' Motion for Leave to file this overlength motion at this stage of the case, Plaintiffs defer to the Court's preference as to page limits for briefing that Motion, and will comply with the Court's requirements. Given the length of time this case has been pending prior to Defendants' out-of-the-blue filing, the press of other matters, and the Thanksgiving holiday, Plaintiffs would also need to request a three-week extension for their opposition brief beyond the Local Rules, to December 3, 2026.

Plaintiffs also respectfully note the various errors in the government's filing, including: the upcoming Case Management Conference is scheduled for November 19, not November 17 (Dkt. 89-1 at ¶3) and the caption states the Motion to Dismiss is noticed for a date in December 2025 (Dkt. 89-3). Assuming Defendants meant December 3, 2026, Plaintiffs' counsel are not available on that date in light of preexisting commitments, and, in any event in light of the necessary briefing schedule, would need to set that date later. Finally, the Declaration of counsel (Dkt. 89-1) also does not accurately capture Plaintiffs' position, in which Plaintiffs explained that Plaintiffs do not consent to the filing of the motion and oppose the motion; that Plaintiffs request the scheduling of any such motion be held until at least the Case Management Conference on November 19, at which point the parties and Court could discuss the case schedule; and that Plaintiffs take no position and defer to the Court on the issue of page length.

DATED: October 29, 2026

Respectfully submitted,

Danielle Leonard
Connie K. Chan
Anita T. Alem
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
dleonard@altshulerberzon.com
cchan@altshulerberzon.com
aalem@altber.com

By: /s/ Danielle Leonard

*Attorneys for Plaintiffs*

Rushab B. Sanghvi (SBN 302809)
Andres M. Grajales (pro hac vice)
American Federation of Government Employees, AFL-CIO
80 F Street NW
Washington, D.C. 20001
Tel: (202) 639-6426
SanghR@afge.org
Grajaa@afge.org

*Attorneys for Plaintiff American Federation of Government Employees (AFGE)*

Nicole Daro (SBN 276948)
National Nurses United
155 Grand Ave.
Oakland, CA 94612
Tel: (510) 207-8291
ndaro@calnurses.org

*Attorney for Plaintiff NNOC/NNU*

Sarah E. Suszczyk (pro hac vice)
National Association of Government Employees, Inc.
159 Thomas Burgin Parkway
Quincy, MA 02169
Tel: (617) 376-7239
ssuszczyk@nage.org

*Attorney For Plaintiff National Association of Government Employees (NAGE)*

Teague P. Paterson (SBN 226659)
Matthew S. Blumin (pro hac vice)
American Federation of State, County, and Municipal Employees, AFL-CIO
1625 L Street NW
Washington, D.C. 20036
Tel: (202) 775-5900
Fax: (202) 452-0556
tpaterson@afscme.org
mblumin@afscme.org

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Steven K. Ury (SBN 199499)
Service Employees International Union, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

*Attorney for Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

Yvette M. Piacsek (pro hac vice)
General Counsel
National Federation of Federal Employees, IAM, AFL-CIO
1225 New York Avenue NW, Suite 450
Washington, D.C. 20005
Tel: (202) 216-4428
ypiacsek@nffe.org

*Attorney for Plaintiff National Federation of Federal Employees, IAM, AFL-CIO (NFFE)*