BRETT A. SHUMATE
Assistant Attorney General
TYLER BECKER
Counsel to the Assistant Attorney General, Civil Division
ALEXANDER K. HAAS
Director
CHRISTOPHER R. HALL
Assistant Branch Director
BENJAMIN S. KURLAND
D.C. Bar No. 1617521
JEREMY MAURITZEN
Trial Attorneys
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L St., NW, Twelfth Floor
Washington, DC 20530
Tel: (202) 598-7755
Fax: (202) 616-8470
Email: ben.kurland@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-03070-JD<br><br>**[PROPOSED] ORDER** |

This matter comes before the Court on Defendants' Motion to Dismiss. ECF No 92. Based on reasoning articulated in the Motion, the Court hereby GRANTS Defendants' Motion, and further ORDERS that this case is DISMISSED and this case is CLOSED.

It is SO ORDERED.

DATED: ______________________

______________________________
JAMES DONATO
UNITED STATES DISTRICT JUDGE