# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: November 19, 2026 Judge: Hon. James Donato

Time: 27 Minutes

Case No. **3:25-cv-03070-JD**
Case Name **American Federation of Government Employees, AFL-CIO et al. v. Trump et al.**

Attorneys for Plaintiffs: Danielle Leonard/Connie Chan/Anita Alem/Andres Grajales
Attorneys for Defendants: Ben Kurlind/Tyler Becker

Deputy Clerk: Lisa R. Clark Court Reporter: April Brott

## PROCEEDINGS

Status Conference -- Held

## NOTES AND ORDERS

The Court resets the motion to dismiss briefing. Defendants' motion to dismiss, Dkt. No. 92, is terminated. Plaintiffs' administrative motion, Dkt. No. 93, is terminated as moot.

Defendants may file a revised motion to dismiss by January 11, 2027. The motion should address the level of deference owed to the President's determination that the agencies listed in the Executive Order have primarily national security functions, and whether the Court may look beyond the face of the President's national security-related determinations to examine whether they were motivated by improper considerations. The motion should identify the historical underpinnings of the deference it describes, as well as the evolution of national security deference over time. Plaintiffs will file their opposition within four weeks of the filing of defendants' motion. Defendants will file a reply, if they choose, within two weeks of the opposition. Each side may have up to forty pages total for its briefing.

Plaintiffs may pursue third-party discovery as appropriate. The parties are directed to meet and confer regarding the scope of discovery, and to jointly file a status report regarding discovery by November 23, 2026. If plaintiffs wish to seek discovery from defendants pending a ruling on the forthcoming motion to dismiss and the parties are unable to agree on the scope, plaintiffs may make a proffer to the Court of evidence in support of specific requests to be propounded on defendants. Defendants will be given an opportunity to respond.